| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Kimberly D. Lewis<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2974<br>310-273-6333<br>ATTORNEY(S) FOR: William K. Palley |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Alcoa Inc., et al.<br><br>Plaintiff(s),<br>v.<br><br>APC Investment Co., et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:14-cv-06456 GW (Ex.)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for William K. Palley or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| William K. Palley | Defendant |

February 13, 2015
Date

Signature: /s/ Kimberly D. Lewis

Attorney of record for (or name of party appearing in pro per):

Kimberly D. Lewis