Kimberly D. Lewis (SBN 137637)
  klewis@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Defendant William K. Palley,
an individual

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCOA INC.; ALPHA THERAPEUTIC CORPORATION; APPLIED MICRO CIRCUITS CORP.; ARLON, LLC; ASTRO ALUMINUM TREATING CO., INC.; BASF CORPORATION; BAXTER HEALTHCARE CORPORATION; CAL-TAPE & LABEL CO.; CALIFORNIA HYDROFORMING COMPANY, INC.; CINTAS CORPORATION; COLUMBIA SHOWCASE & CABINET COMPANY, INC.; COUNTY OF LOS ANGELES; CROSBY & OVERTON, INC.; DISNEY ENTERPRISES, INC.; FORENCO, INC.; GENERAL DYNAMICS CORPORATION; GULF STREAM AEROSPACE CORPORATION; HEXCEL CORPORATION; HONEYWELL INTERNATIONAL INC.; INTERNATIONAL PAPER COMPANY; JOHNS MANVILLE; KIMBERLY-CLARK WORLDWIDE, INC.; KINDER MORGAN LIQUIDS TERMINALS LLC; LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; MASCO CORPORATION OF INDIANA; MATTEL, INC.; MERCK SHARP & DOHME CORPORATION; NBCUNIVERSAL MEDIA, LLC; PACIFIC BELL TELEPHONE COMPANY; PILKINGTON GROUP | Case No.: 2:14-cv-06456 GW (Ex.)<br><br>ANSWER OF WILLIAM K. PALLEY TO AMENDED COMPLAINT |

**ERVIN COHEN & JESSUP** LLP

15239.1:2260949.1

ERVIN COHEN & JESSUP LLP

1  LIMITED; QUEST DIAGNOSTICS
CLINICAL LABORATORIES, INC.;
2  RAYTHEON COMPANY; RIO TINTO
AUM COMPANY; SAFETY-KLEEN
3  SYSTEMS, INC.; SCRIPTO-TOKAI
CORPORATION; SEMPRA GLOBAL;
4  SHILEY, LLC; SIGNET ARMORLITE,
INC.; SOCO WEST, INC.; SONOCO
5  PRODUCTS COMPANY; SPARTON
TECHNOLOGY, INC.; TEXACO INC.;
6  TEXAS INSTRUMENTS
INCORPORATED; THE BOEING
7  COMPANY; THE DOW CHEMICAL
COMPANY; THE REGENTS OF THE
8  UNIVERSITY OF CALIFORNIA; THE
SHERWIN-WILLIAMS COMPANY;
9  TRIMAS CORPORATION; UNION
OIL COMPANY OF CALIFORNIA;
10  UNIVAR USA INC.; UNIVERSAL
CITY STUDIOS LLC; AND YORT,
11  INC.

12          Plaintiffs,

13      v.

14  APC INVESTMENT CO.;
ASSOCIATED PLATING COMPANY;
15  ASSOCIATED PLATING COMPANY,
INC.; BODYCOTE THERMAL
16  PROCESSING, INC.; BURKE
STREET, LLC; POWERINE OIL
17  COMPANY; CONTINENTAL HEAT
TREATING, INC.; CONTINENTAL
18  DEVELOPMENT COMPANY, LP;
CLAUDETTE EARL, AN
19  INDIVIDUAL; EARL MFG. CO., INC.;
EXXONMOBIL OIL
20  CORPORATION.; FERRO CORP.;
FIRMENICH, INC.; FOSS PLATING
21  COMPANY, INC.; GORDON E.
MCCANN, AN INDIVIDUAL;
22  LYNNEA R. MCCANN, AN
INDIVIDUAL; DARRELL K.
23  GOLNICK, AN INDIVIDUAL; CLARE
S. GOLNICK, AN INDIVIDUAL;
24  CHERYL A. GOLNICK, AN
INDIVIDUAL; KEKROPIA, INC.;
25  MISSION LINEN SUPPLY;
MOMENTIVE SPECIALTY
26  CHEMICALS, INC.; WILLIAM K.
PALLEY, AN INDIVIDUAL; PALLEY
27  SUPPLY COMPANY; PALMTREE
ACQUISITION CORPORATION;

28

1  PHIBRO-TECH, INC.; PILOT
   CHEMICAL CORP.; PMC
2  SPECIALTIES GROUP, INC.; UNION
   PACIFIC RAILROAD COMPANY;
3  AND FIRST DICE ROAD COMPANY,
   INC., and Does 1 - 250, INCLUSIVE,
4
5         Defendants.

6

## I.      ANSWER

7         Defendant WILLIAM K. PALLEY ("Palley"), for himself and no other party,

8  hereby answers the Amended Complaint ("Complaint") filed by Plaintiffs Alcoa,

9  Inc., et al, ("Plaintiffs") as follows:

## NATURE OF THE ACTION

10        1.      Palley lacks knowledge or information sufficient to form a belief as to

11 the truth of the allegations set forth in Paragraph 1 and on that basis denies them.

12        2.      Palley lacks knowledge or information sufficient to form a belief as to

13 the truth of the allegations set forth in Paragraph 2 and on that basis denies them.

14        3.      To the extent the allegations of Paragraph 3 refer to Palley, Palley

15 denies the allegations contained therein.  Except as expressly stated,  Palley lacks

16 knowledge or information sufficient to form a belief as to the truth of the allegations

17 set forth in Paragraph 3 and on that basis denies them.

18        4.      Palley lacks knowledge or information sufficient to form a belief as to

19 the truth of the allegations set forth in Paragraph 4 and on that basis denies them.

20        5.      Palley lacks knowledge or information sufficient to form a belief as to

21 the truth of the allegations set forth in Paragraph 5 and on that basis denies them.

22        6.      Palley lacks knowledge or information sufficient to form a belief as to

23 the truth of the allegations set forth in Paragraph 6 and on that basis denies them.

24        7.      Palley lacks knowledge or information sufficient to form a belief as to

25 the truth of the allegations set forth in Paragraph 7 and on that basis denies them.

ERVIN COHEN & JESSUP LLP

8.      Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 8 and on that basis denies them.

9.      Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 9 and on that basis denies them.

10.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 10 and on that basis denies them.

11.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 11 and on that basis denies them.

**PARTIES**

**A.    <u>Plaintiffs</u>**

12.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 12 and on that basis denies them.

13.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 13 and on that basis denies them.

14.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 14 and on that basis denies them.

15.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 15 and on that basis denies them.

16.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 16 and on that basis denies them.

17.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 17 and on that basis denies them.

18.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 18 and on that basis denies them.

19.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 19 and on that basis denies them.

20.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 20 and on that basis denies them.

21.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 21 and on that basis denies them.

22.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 22 and on that basis denies them.

23.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 23 and on that basis denies them.

24.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 24 and on that basis denies them.

25.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 25 and on that basis denies them.

26.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 26 and on that basis denies them.

27.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 27 and on that basis denies them.

28.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 28 and on that basis denies them.

29.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 29 and on that basis denies them.

30.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 30 and on that basis denies them.

31.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 31 and on that basis denies them.

32.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 32 and on that basis denies them.

33.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 33 and on that basis denies them.

34.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 34 and on that basis denies them.

35.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 35 and on that basis denies them.

36.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 36 and on that basis denies them.

37.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 37 and on that basis denies them.

38.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 38 and on that basis denies them.

39.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 39 and on that basis denies them.

40.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 40 and on that basis denies them.

41.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 41 and on that basis denies them.

42.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 42 and on that basis denies them.

43.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 43 and on that basis denies them.

44.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 44 and on that basis denies them.

45.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 45 and on that basis denies them.

15239.1:2260949.1

ANSWER OF WILLIAM K. PALLEY TO AMENDED COMPLAINT

ERVIN COHEN & JESSUP LLP

1  46.     Palley lacks knowledge or information sufficient to form a belief as to

2  the truth of the allegations set forth in Paragraph 46 and on that basis denies them.

3  47.     Palley lacks knowledge or information sufficient to form a belief as to

4  the truth of the allegations set forth in Paragraph 47 and on that basis denies them.

5  48.     Palley lacks knowledge or information sufficient to form a belief as to

6  the truth of the allegations set forth in Paragraph 48 and on that basis denies them.

7  49.     Palley lacks knowledge or information sufficient to form a belief as to

8  the truth of the allegations set forth in Paragraph 49 and on that basis denies them.

9  50.     Palley lacks knowledge or information sufficient to form a belief as to

10  the truth of the allegations set forth in Paragraph 50 and on that basis denies them.

11  51.     Palley lacks knowledge or information sufficient to form a belief as to

12  the truth of the allegations set forth in Paragraph 51 and on that basis denies them.

13  52.     Palley lacks knowledge or information sufficient to form a belief as to

14  the truth of the allegations set forth in Paragraph 52 and on that basis denies them.

15  53.     Palley lacks knowledge or information sufficient to form a belief as to

16  the truth of the allegations set forth in Paragraph 53 and on that basis denies them.

17  54.     Palley lacks knowledge or information sufficient to form a belief as to

18  the truth of the allegations set forth in Paragraph 54 and on that basis denies them.

19  55.     Palley lacks knowledge or information sufficient to form a belief as to

20  the truth of the allegations set forth in Paragraph 55 and on that basis denies them.

21  56.     Palley lacks knowledge or information sufficient to form a belief as to

22  the truth of the allegations set forth in Paragraph 56 and on that basis denies them.

23  57.     Palley lacks knowledge or information sufficient to form a belief as to

24  the truth of the allegations set forth in Paragraph 57 and on that basis denies them.

25  58.     Palley lacks knowledge or information sufficient to form a belief as to

26  the truth of the allegations set forth in Paragraph 58 and on that basis denies them.

27

28

ERVIN COHEN & JESSUP LLP

1    59.    Palley lacks knowledge or information sufficient to form a belief as to

2  the truth of the allegations set forth in Paragraph 59 and on that basis denies them.

3    60.    Palley lacks knowledge or information sufficient to form a belief as to

4  the truth of the allegations set forth in Paragraph 60 and on that basis denies them.

5    61.    Palley lacks knowledge or information sufficient to form a belief as to

6  the truth of the allegations set forth in Paragraph 61 and on that basis denies them.

7    62.    Palley lacks knowledge or information sufficient to form a belief as to

8  the truth of the allegations set forth in Paragraph 62 and on that basis denies them.

9    63.    Palley lacks knowledge or information sufficient to form a belief as to

10  the truth of the allegations set forth in Paragraph 63 and on that basis denies them.

11   **B**.    **<u>Defendants</u>**

12   64.    Palley lacks knowledge or information sufficient to form a belief as to

13  the truth of the allegations set forth in Paragraph 64 and on that basis denies them.

14   65.    Palley lacks knowledge or information sufficient to form a belief as to

15  the truth of the factual allegations set forth in Paragraph 65 and on that basis denies

16  them, or Paragraph 65 sets forth legal conclusions to which no response is required.

17   66.    Palley lacks knowledge or information sufficient to form a belief as to

18  the truth of the factual allegations set forth in Paragraph 66 and on that basis denies

19  them, or Paragraph 66 sets forth legal conclusions to which no response is required.

20   67.    Palley lacks knowledge or information sufficient to form a belief as to

21  the truth of the factual allegations set forth in Paragraph 67 and on that basis denies

22  them, or Paragraph 67 sets forth legal conclusions to which no response is required.

23   68.    Palley lacks knowledge or information sufficient to form a belief as to

24  the truth of the factual allegations set forth in Paragraph 68 and on that basis denies

25  them, or Paragraph 68 sets forth legal conclusions to which no response is required.

26

27

28

ERVIN COHEN & JESSUP LLP

69.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 69 and on that basis denies them, or Paragraph 69 sets forth legal conclusions to which no response is required.

70.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 70 and on that basis denies them, or Paragraph 70 sets forth legal conclusions to which no response is required.

71.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 71 and on that basis denies them, or Paragraph 71 sets forth legal conclusions to which no response is required.

72.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 72 and on that basis denies them, or Paragraph 72 sets forth legal conclusions to which no response is required.

73.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 73 and on that basis denies them, or Paragraph 73 sets forth legal conclusions to which no response is required.

74.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 74 and on that basis denies them, or Paragraph 74 sets forth legal conclusions to which no response is required.

75.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 75 and on that basis denies them, or Paragraph 75 sets forth legal conclusions to which no response is required.

76.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 76 and on that basis denies them, or Paragraph 76 sets forth legal conclusions to which no response is required.

77.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 77 and on that basis denies them, or Paragraph 77 sets forth legal conclusions to which no response is required.

78.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 78 and on that basis denies them, or Paragraph 78 sets forth legal conclusions to which no response is required.

79.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 79 and on that basis denies them, or Paragraph 79 sets forth legal conclusions to which no response is required.

80.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 80 and on that basis denies them, or Paragraph 80 sets forth legal conclusions to which no response is required.

81.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 81 and on that basis denies them, or Paragraph 81 sets forth legal conclusions to which no response is required.

82.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 82 and on that basis denies them, or Paragraph 82 sets forth legal conclusions to which no response is required.

83.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 83 and on that basis denies them, or Paragraph 83 sets forth legal conclusions to which no response is required.

84.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 84 and on that basis denies them, or Paragraph 84 sets forth legal conclusions to which no response is required.

85.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 85 and on that basis denies them, or Paragraph 85 sets forth legal conclusions to which no response is required.

86.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 86 and on that basis denies them, or Paragraph 86 sets forth legal conclusions to which no response is required.

87.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 87 and on that basis denies them, or Paragraph 87 sets forth legal conclusions to which no response is required.

88.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 88 and on that basis denies them, or Paragraph 88 sets forth legal conclusions to which no response is required.

89.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 89 and on that basis denies them, or Paragraph 89 sets forth legal conclusions to which no response is required.

90.     Answering Paragraph 90, Palley admits that Palley Supply Company is a suspended corporation duly organized and existing under the laws of the State of California and that its principal place of business was in Los Angeles, California . The remaining allegations of Paragraph 90 set forth legal conclusions to which no response is required.

91.     Answering Paragraph 91, Palley admits that he is an individual.  The remaining allegations of Paragraph 91 set forth legal conclusions to which no response is required.

92.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 92 and on that basis denies them, or Paragraph 92 sets forth legal conclusions to which no response is required.

93.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 93 and on that basis denies them, or Paragraph 93 sets forth legal conclusions to which no response is required.

94.     Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 94 and on that basis denies them, or Paragraph 94 sets forth legal conclusions to which no response is required.

95. Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 95 and on that basis denies them, or Paragraph 95 sets forth legal conclusions to which no response is required.

96. Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 96 and on that basis denies them, or Paragraph 96 sets forth legal conclusions to which no response is required.

97. Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 97 and on that basis denies them.

## JURISDICTION AND VENUE

98. Paragraph 98 sets forth legal conclusions to which no response is required.

99. Paragraph 99 sets forth legal conclusions to which no response is required.

100. Paragraph 100 sets forth legal conclusions to which no response is required.

101. Paragraph 101 sets forth legal conclusions to which no response is required.

## FACTUAL ALLEGATIONS

102. Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 102 and on that basis denies them, or Paragraph 102 sets forth legal conclusions to which no response is required.

103. Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 103 and on that basis denies them.

104. Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 104 and on that basis denies them, or Paragraph 104 sets forth legal conclusions to which no response is required.

ERVIN COHEN & JESSUP LLP

105.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 105 and on that basis denies them.

106.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 106 and on that basis denies them.

107.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 107 and on that basis denies them.

108.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 108 and on that basis denies them.

109.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 109 and on that basis denies them.

110.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 110 and on that basis denies them.

111.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 111 and on that basis denies them.

112.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 112 and on that basis denies them.

113.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 113 and on that basis denies them.

114.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 114 and on that basis denies them.

115.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 115 and on that basis denies them.

116.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 116 and on that basis denies them.

117.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 117 and on that basis denies them.

118. Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 118 and on that basis denies them.

119. Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 119 and on that basis denies them.

120. Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 120 and on that basis denies them.

121. Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 121 and on that basis denies them.

122. Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 122 and on that basis denies them.

123. Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 123 and on that basis denies them.

124. Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 124 and on that basis denies them.

125. Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 125 and on that basis denies them.

126. Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 126 and on that basis denies them.

127. Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 127 and on that basis denies them.

128. Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 128 and on that basis denies them.

129. Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 129 and on that basis denies them.

130. Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 130 and on that basis denies them.

1        131.   Palley lacks knowledge or information sufficient to form a belief as to
2   the truth of the allegations set forth in Paragraph 131 and on that basis denies them.

3        132.   Palley lacks knowledge or information sufficient to form a belief as to
4   the truth of the allegations set forth in Paragraph 132 and on that basis denies them.

5        133.   Palley lacks knowledge or information sufficient to form a belief as to
6   the truth of the allegations set forth in Paragraph 133 and on that basis denies them.

7        134.   Palley lacks knowledge or information sufficient to form a belief as to
8   the truth of the allegations set forth in Paragraph 134 and on that basis denies them.

9        135.   Palley lacks knowledge or information sufficient to form a belief as to
10   the truth of the allegations set forth in Paragraph 135 and on that basis denies them.

11        136.   Palley lacks knowledge or information sufficient to form a belief as to
12   the truth of the allegations set forth in Paragraph 136 and on that basis denies them.

13        137.   Palley lacks knowledge or information sufficient to form a belief as to
14   the truth of the allegations set forth in Paragraph 137 and on that basis denies them.

15        138.   Palley lacks knowledge or information sufficient to form a belief as to
16   the truth of the allegations set forth in Paragraph 138 and on that basis denies them.

17        139.   Palley lacks knowledge or information sufficient to form a belief as to
18   the truth of the allegations set forth in Paragraph 139 and on that basis denies them.

19        140.   Palley lacks knowledge or information sufficient to form a belief as to
20   the truth of the allegations set forth in Paragraph 140 and on that basis denies them.

21        141.   Palley lacks knowledge or information sufficient to form a belief as to
22   the truth of the allegations set forth in Paragraph 141 and on that basis denies them.

23        142.   Palley lacks knowledge or information sufficient to form a belief as to
24   the truth of the allegations set forth in Paragraph 142 and on that basis denies them.

25        143.   Palley lacks knowledge or information sufficient to form a belief as to
26   the truth of the allegations set forth in Paragraph 143 and on that basis denies them.

27

28

ERVIN COHEN & JESSUP LLP

1    144.   Palley lacks knowledge or information sufficient to form a belief as to

2    the truth of the allegations set forth in Paragraph 144 and on that basis denies them.

3    145.   Palley lacks knowledge or information sufficient to form a belief as to

4    the truth of the allegations set forth in Paragraph 145 and on that basis denies them.

5    146.   Palley lacks knowledge or information sufficient to form a belief as to

6    the truth of the factual allegations set forth in Paragraph 146 and on that basis denies

7    them, or Paragraph 146 sets forth legal conclusions to which no response is

8    required.

9    147.   Palley lacks knowledge or information sufficient to form a belief as to

10   the truth of the allegations set forth in Paragraph 147 and on that basis denies them.

11   148.   Palley lacks knowledge or information sufficient to form a belief as to

12   the truth of the allegations set forth in Paragraph 148 and on that basis denies them.

13   149.   Palley lacks knowledge or information sufficient to form a belief as to

14   the truth of the allegations set forth in Paragraph 149 and on that basis denies them.

15   150.   Palley lacks knowledge or information sufficient to form a belief as to

16   the truth of the allegations set forth in Paragraph 150 and on that basis denies them.

17   151.   Palley lacks knowledge or information sufficient to form a belief as to

18   the truth of the allegations set forth in Paragraph 151 and on that basis denies them.

19   152.   Palley lacks knowledge or information sufficient to form a belief as to

20   the truth of the allegations set forth in Paragraph 152 and on that basis denies them.

21   153.   Palley lacks knowledge or information sufficient to form a belief as to

22   the truth of the allegations set forth in Paragraph 153 and on that basis denies them.

23   154.   Palley lacks knowledge or information sufficient to form a belief as to

24   the truth of the allegations set forth in Paragraph 154 and on that basis denies them.

25   155.   Palley lacks knowledge or information sufficient to form a belief as to

26   the truth of the allegations set forth in Paragraph 155 and on that basis denies them.

27

28

ERVIN COHEN & JESSUP LLP

156.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 156 and on that basis denies them.

157.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 157 and on that basis denies them.

158.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 158 and on that basis denies them.

159.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 159 and on that basis denies them, or Paragraph 159 sets forth legal conclusions to which no response is required.

160.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 160 and on that basis denies them.

161.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 161 and on that basis denies them.

162.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 162 and on that basis denies them.

163.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 163 and on that basis denies them.

164.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 164 and on that basis denies them.

165.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 165 and on that basis denies them.

166.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 166 and on that basis denies them.

167.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 167 and on that basis denies them.

168.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 168 and on that basis denies them.

169.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 169 and on that basis denies them.

170.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 170 and on that basis denies them.

171.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 171 and on that basis denies them.

172.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 172 and on that basis denies them.

173.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 173 and on that basis denies them.

174.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 174 and on that basis denies them.

175.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 175 and on that basis denies them.

176.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 176 and on that basis denies them.

177.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 177 and on that basis denies them.

178.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 178 and on that basis denies them.

179.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 179 and on that basis denies them.

180.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 180 and on that basis denies

ERVIN COHEN & JESSUP LLP

1  them. or Paragraph 180 sets forth legal conclusions to which no response is

2  required.

3        181.   Palley lacks knowledge or information sufficient to form a belief as to

4  the truth of the allegations set forth in Paragraph 181 and on that basis denies them.

5        182.   Palley lacks knowledge or information sufficient to form a belief as to

6  the truth of the allegations set forth in Paragraph 182 and on that basis denies them.

7        183.   Palley lacks knowledge or information sufficient to form a belief as to

8  the truth of the allegations set forth in Paragraph 183 and on that basis denies them.

9        184.   Palley lacks knowledge or information sufficient to form a belief as to

10  the truth of the allegations set forth in Paragraph 184 and on that basis denies them.

11        185.   Palley lacks knowledge or information sufficient to form a belief as to

12  the truth of the allegations set forth in Paragraph 185 and on that basis denies them.

13        186.   Palley lacks knowledge or information sufficient to form a belief as to

14  the truth of the allegations set forth in Paragraph 186 and on that basis denies them.

15        187.   Palley lacks knowledge or information sufficient to form a belief as to

16  the truth of the allegations set forth in Paragraph 187 and on that basis denies them.

17        188.   Palley lacks knowledge or information sufficient to form a belief as to

18  the truth of the allegations set forth in Paragraph 188 and on that basis denies them.

19        189.   Palley lacks knowledge or information sufficient to form a belief as to

20  the truth of the allegations set forth in Paragraph 189 and on that basis denies them.

21        190.   Palley lacks knowledge or information sufficient to form a belief as to

22  the truth of the allegations set forth in Paragraph 190 and on that basis denies them.

23        191.   Palley lacks knowledge or information sufficient to form a belief as to

24  the truth of the allegations set forth in Paragraph 191 and on that basis denies them.

25        192.   Palley lacks knowledge or information sufficient to form a belief as to

26  the truth of the allegations set forth in Paragraph 192 and on that basis denies them.

27

28

ERVIN COHEN & JESSUP LLP

193.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 193 and on that basis denies them.

194.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 194 and on that basis denies them.

195.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 195 and on that basis denies them.

196.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 196 and on that basis denies them.

197.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 197 and on that basis denies them.

198.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 198 and on that basis denies them.

199.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 199 and on that basis denies them, or Paragraph 199 sets forth legal conclusions to which no response is required.

200.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 200 and on that basis denies them.

201.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 201 and on that basis denies them.

202.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 202 and on that basis denies them.

203.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 203 and on that basis denies them.

204.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 204 and on that basis denies them.

205.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 205 and on that basis denies them.

206.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 206 and on that basis denies them.

207.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 207 and on that basis denies them.

208.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 208 and on that basis denies them.

209.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 209 and on that basis denies them.

210.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 210 and on that basis denies them.

211.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 211 and on that basis denies them.

212.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 212 and on that basis denies them.

213.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 213 and on that basis denies them.

214.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 214 and on that basis denies them.

215.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 215 and on that basis denies them.

216.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 216 and on that basis denies them.

217.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 217 and on that basis denies them.

218.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 218 and on that basis denies them, or Paragraph 218 sets forth legal conclusions to which no response is required.

219.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 219 and on that basis denies them.

220.   .Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 220 and on that basis denies them.

221.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 221 and on that basis denies them.

222.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 222 and on that basis denies them.

223.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 223 and on that basis denies them.

224.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 224 and on that basis denies them.

225.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 225 and on that basis denies them.

226.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 226 and on that basis denies them.

227.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 227 and on that basis denies them.

228.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 228 and on that basis denies them.

229.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 229 and on that basis denies them.

230.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 230 and on that basis denies them.

231.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 231 and on that basis denies them.

232.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 232 and on that basis denies them.

233.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 233 and on that basis denies them.

234.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 234 and on that basis denies them.

235.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 235 and on that basis denies them.

236.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 236 and on that basis denies them.

237.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 237 and on that basis denies them.

238.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 238 and on that basis denies them.

239.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 239 and on that basis denies them.

240.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 240 and on that basis denies them.

241.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 241 and on that basis denies them.

242.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 242 and on that basis denies them.

1    243.   Palley lacks knowledge or information sufficient to form a belief as to

2    the truth of the allegations set forth in Paragraph 243 and on that basis denies them.

3    244.   Palley lacks knowledge or information sufficient to form a belief as to

4    the truth of the factual allegations set forth in Paragraph 244 and on that basis denies

5    them, or Paragraph 244 sets forth legal conclusions to which no responses is

6    required.

7    245.   Palley lacks knowledge or information sufficient to form a belief as to

8    the truth of the allegations set forth in Paragraph 245 and on that basis denies them.

9    246.   Palley lacks knowledge or information sufficient to form a belief as to

10   the truth of the allegations set forth in Paragraph 246 and on that basis denies them.

11   247.   Palley lacks knowledge or information sufficient to form a belief as to

12   the truth of the allegations set forth in Paragraph 247 and on that basis denies them.

13   248.   Palley lacks knowledge or information sufficient to form a belief as to

14   the truth of the allegations set forth in Paragraph 248 and on that basis denies them.

15   249.   Palley lacks knowledge or information sufficient to form a belief as to

16   the truth of the allegations set forth in Paragraph 249 and on that basis denies them.

17   250.   Palley lacks knowledge or information sufficient to form a belief as to

18   the truth of the allegations set forth in Paragraph 250 and on that basis denies them.

19   251.   Palley lacks knowledge or information sufficient to form a belief as to

20   the truth of the allegations set forth in Paragraph 251 and on that basis denies them.

21   252.   Palley lacks knowledge or information sufficient to form a belief as to

22   the truth of the allegations set forth in Paragraph 252 and on that basis denies them.

23   253.   Palley lacks knowledge or information sufficient to form a belief as to

24   the truth of the allegations set forth in Paragraph 253 and on that basis denies them.

25   254.   Palley lacks knowledge or information sufficient to form a belief as to

26   the truth of the allegations set forth in Paragraph 254 and on that basis denies them.

27

28

ERVIN COHEN & JESSUP LLP

255.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 255 and on that basis denies them.

256.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 256 and on that basis denies them, or Paragraph 256 sets forth legal conclusions to which no response is required.

257.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 257 and on that basis denies them.

258.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 258 and on that basis denies them.

259.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 259 and on that basis denies them.

260.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 260 and on that basis denies them.

261.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 261 and on that basis denies them.

262.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 262 and on that basis denies them.

263.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 263 and on that basis denies them.

264.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 264 and on that basis denies them.

265.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 265 and on that basis denies them.

266.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 266 and on that basis denies them.

267.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 267 and on that basis denies them.

268.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 268 and on that basis denies them.

269.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 269 and on that basis denies them.

270.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 270 and on that basis denies them.

271.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 271 and on that basis denies them.

272.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 272 and on that basis denies them.

273.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 273 and on that basis denies them.

274.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 274 and on that basis denies them.

275.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 275 and on that basis denies them, or Paragraph 265 sets forth legal conclusions to which no response is required.

276.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 276 and on that basis denies them.

277.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 277 and on that basis denies them.

278.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 278 and on that basis denies them.

ERVIN COHEN & JESSUP LLP

279.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 279 and on that basis denies them.

280.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 280 and on that basis denies them.

281.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 281 and on that basis denies them.

282.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 282 and on that basis denies them.

283.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 283 and on that basis denies them.

284.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 284 and on that basis denies them.

285.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 285 and on that basis denies them.

286.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 286 and on that basis denies them.

287.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 287 and on that basis denies them.

288.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 288 and on that basis denies them.

289.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 289 and on that basis denies them.

290.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 290 and on that basis denies them.

291.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 291 and on that basis denies them.

292.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 292 and on that basis denies them.

293.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 293 and on that basis denies them.

294.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 294 and on that basis denies them.

295.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 295 and on that basis denies them.

296.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 296 and on that basis denies them, or Paragraph 296 sets forth legal conclusions to which no response is required.

297.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 297 and on that basis denies them.

298.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 298 and on that basis denies them.

299.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 299 and on that basis denies them.

300.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 300 and on that basis denies them.

301.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 301 and on that basis denies them.

302.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 302 and on that basis denies them.

303.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 303 and on that basis denies them.

ERVIN COHEN & JESSUP LLP

304.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 304 and on that basis denies them.

305.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 305 and on that basis denies them.

306.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 306 and on that basis denies them.

307.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 307 and on that basis denies them.

308.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 308 and on that basis denies them.

309.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 309 and on that basis denies them.

310.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 310 and on that basis denies them.

311.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 311 and on that basis denies them.

312.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 312 and on that basis denies them.

313.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 313 and on that basis denies them.

314.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 314 and on that basis denies them.

315.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 315 and on that basis denies them.

316.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 316 and on that basis denies them.

ERVIN COHEN & JESSUP LLP

317.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 317 and on that basis denies them.

318.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 318 and on that basis denies them.

319.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 319 and on that basis denies them.

320.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations set forth in Paragraph 320 and on that basis denies them, or Paragraph 320 sets forth legal conclusions to which no response is required.

321.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 321 and on that basis denies them.

322.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 322 and on that basis denies them.

323.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 323 and on that basis denies them.

324.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 324 and on that basis denies them.

325.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 325 and on that basis denies them.

326.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 326 and on that basis denies them.

327.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 327 and on that basis denies them.

328.   Answering Paragraph 328, Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 328 and on that basis denies them.

329.   Answering Paragraph 329, Palley admits that in 1973, he acquired the real property located at 11630-11700 Burke Street in Santa Fe Springs, California. Except as expressly stated, Palley denies the allegations of Paragraph 329.

330.   Answering Paragraph 330, Palley admits that in August 1984, he deeded the real property located at 11630-11700 Burke Street, Santa Fe Springs, California to RCR Living Trust and that in November 1984, the RCR Living Trust deeded this property back to Palley.  Except as expressly admitted, the allegations of Paragraph 330 are denied.

331.   Answering Paragraph 331, Palley admits that on February 7, 1995, Defendant Kekropia acquired the real property located at 11630-11700 Burke Street, Santa Fe Springs, California.  Except as expressly admitted, Palley lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 331, and on that basis denies them.

332.   Answering Paragraph 332, Palley admits that prior to 1973, Globe Oil Tools Co. and/or Globe International, Inc. operated at the real property located at 11630-11700 Burke Street, Santa Fe Springs, California.  Except as expressly admitted, Palley lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 332, and on that basis denies them.

333.   Answering Paragraph 333, Palley admits that he was a shareholder and the president of Defendant Palley Supply Company, Inc. ("Palley Supply") which was in the business of buying, selling and refurbishing a wide variety of surplus equipment, mainly from the government of the United States.   Palley admits that between approximately 1973 and July 1983, Defendant Palley Supply conducted its operations at the real property located at 11630 -1170 Burke Street, Santa Fe Springs, California (referred to in this paragraph only as the "Burke Street Property"), that between July 1983 and 1987, Palley Supply conducted its operations on only a portion of the Burke Street Property, as commencing in July

ERVIN COHEN & JESSUP LLP

1983,  the remainder of the Burke Street Property was leased to Talco Plastics, Inc., a California corporation that conducted plastic recycling and processing.  Palley further admits that as of 1987, Palley Supply ceased all operations at the Burke Street Property.  Except as expressly admitted, Palley denies the allegations of Paragraph 333.

334.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 334, and on that basis denies them.

335.    Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 335, and on that basis denies them.

336.   Answering Paragraph 336, Palley admits that in 1978, Defendant Palley Supply was issued a Notice of Violation and Order to Comply from the City of Santa Fe Springs which directed Palley Supply  to apply for an industrial waste permit for the real property located 11630 E. Burke Street in Santa Fe Springs, California and that shortly thereafter, Defendant Palley Supply applied for and obtained said permit.  Palley admits that in or about October 1987, a complaint was filed against Defendant Palley Supply relating to transportation of hazardous waste and that in or about June 1988,  Defendant Palley Supply entered a guilty plea to violations of Ca. Health & Safety Code Sections 25189.5(a) and (b).  Palley denies that he was ever charged or plead guilty to the illegal transportation of hazardous waste.  Palley further admits that in or about mid-1988, the sewer discharge line of Talco Plastics, Inc., who was the tenant at 11650 Burke Street, became plugged and that two clarifiers attached thereto overflowed and that thereafter, Palley complied with the request of the City of Santa Fe Springs Fire Department to pump and dispose of the contents of said clarifiers, disposing of approximately 3,500 gallons of waste.   Except as expressly admitted or denied above, Palley lacks knowledge or

ERVIN COHEN & JESSUP LLP

1  information sufficient to form a belief as to the truth of the remaining allegations of

2  Paragraph 336, and on that basis denies them.

3       337.   Palley lacks knowledge or information sufficient to form a belief as to

4  the truth of the remaining allegations of Paragraph 337, and on that basis denies

5  them.

6       338.   Answering Paragraph 338, Palley admits that in or about mid to late

7  1994, soil sampling was performed at the real property located at 11630-11700

8  Burke Street, Santa Fe Springs, California which sampling revealed the presence of

9  certain contaminants in the soil in certain areas at that address.  Except as expressly

10  admitted or denied above, Palley lacks knowledge or information sufficient to form

11  a belief as to the truth of the remaining allegations of Paragraph 338, and on that

12  basis denies them.

13       339.   . Palley lacks knowledge or information sufficient to form a belief as to

14  the truth of the remaining allegations of Paragraph 339, and on that basis denies

15  them.

16       340.   . Palley lacks knowledge or information sufficient to form a belief as to

17  the truth of the factual allegations set forth in Paragraph 340 and on that basis denies

18  them, or Paragraph 340 sets forth legal conclusions to which no response is

19  required.

20       341.   Palley lacks knowledge or information sufficient to form a belief as to

21  the truth of the allegations set forth in Paragraph 341 and on that basis denies them.

22       342.   Palley lacks knowledge or information sufficient to form a belief as to

23  the truth of the allegations set forth in Paragraph 342 and on that basis denies them.

24       343.   Palley lacks knowledge or information sufficient to form a belief as to

25  the truth of the allegations set forth in Paragraph 343 and on that basis denies them.

26       344.   Palley lacks knowledge or information sufficient to form a belief as to

27  the truth of the allegations set forth in Paragraph 344 and on that basis denies them.

28

ERVIN COHEN & JESSUP LLP

345.    Answering Paragraph 345,  Palley admits that in or about mid to late 1994, soil sampling was performed at the real property located at 11630-11700 Burke Street, Santa Fe Springs, California which sampling revealed the presence of certain contaminants in the soil in certain areas at that address.  Except as expressly admitted, Palley lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 345, and on that basis denies them.

346.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 346 and on that basis denies them.

347.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 347 and on that basis denies them.

348.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 348 and on that basis denies them.

349.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 349 and on that basis denies them.

350.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 350 and on that basis denies them.

351.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 351 and on that basis denies them.

352.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 352 and on that basis denies them.

353.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 353 and on that basis denies them.

354.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 354 and on that basis denies them.

355.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 355 and on that basis denies them.

356.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 356 and on that basis denies them.

357.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 357 and on that basis denies them.

358.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 358 and on that basis denies them.

359.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 359 and on that basis denies them.

360.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 360 and on that basis denies them.

361.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 361 and on that basis denies them.

362.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 362 and on that basis denies them.

363.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 363 and on that basis denies them.

364.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 364 and on that basis denies them.

365.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 365 and on that basis denies them.

366.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 366 and on that basis denies them.

367.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 367 and on that basis denies them.

368.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 368 and on that basis denies them.

ERVIN COHEN & JESSUP LLP

369.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 369 and on that basis denies them.

370.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 370 and on that basis denies them.

371.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 371 and on that basis denies them.

372.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 372 and on that basis denies them.

373.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 373 and on that basis denies them.

374.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 374 and on that basis denies them.

375.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 375 and on that basis denies them.

376.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 376 and on that basis denies them.

377.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 377 and on that basis denies them.

378.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 378 and on that basis denies them.

379.   Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 379 and on that basis denies them.

## FIRST CLAIM FOR RELIEF

**Cost Recovery Under CERCLA (Owners and Operators) – Against All Defendants, Except Firmenich, Inc. and Momentive Specialty Chemicals, Inc.**

380.   Palley incorporates by reference his responses to Paragraphs 1 through 379  of the Complaint.

381. Paragraph 381 sets forth legal conclusions to which no response is required.

382. Paragraph 382 sets forth legal conclusions to which no response is required.

383. Paragraph 383 sets forth legal conclusions to which no response is required.

384. Paragraph 384 sets forth legal conclusions to which no response is required.

385. Paragraph 385 sets forth legal conclusions to which no response is required.

386. Paragraph 386 sets forth legal conclusions to which no response is required; however, to the extent that any response is required, Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 386 and on that basis denies them.

387. Paragraph 387 sets forth legal conclusions to which no response is required; however, to the extent that any response is required, Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 387 and on that basis denies them.

388. Paragraph 388 sets forth legal conclusions to which no response is required.

389. Paragraph 389 sets forth legal conclusions to which no response is required;

390. Paragraph 390 sets forth legal conclusions to which no response is required;

391. Paragraph 391 sets forth legal conclusions to which no response is required; however, to the extent that any response is required, Palley lacks

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 391 and on that basis denies them.

## SECOND CLAIM FOR RELIEF

**Cost Recovery Under CERCLA (Arrangers) – Against Philbro-Tech, Inc., Firmenich, Inc. and Momentive Specialty Chemicals, Inc.**

392.   Palley incorporates by reference his responses to Paragraphs 1 through 391 of the Complaint.

393.   The Second Claim for Relief is not asserted against Palley and therefore no response by Palley is required and Paragraph 393 also sets forth legal conclusions to which no response is required.

394.   The Second Claim for Relief is not asserted against Palley and therefore no response by Palley is required and Paragraph 394 also sets forth legal conclusions to which no response is required.

395.   The Second Claim for Relief is not asserted against Palley and therefore no response by Palley is required and Paragraph 395 also sets forth legal conclusions to which no response is required.

396.   The Second Claim for Relief is not asserted against Palley and therefore no response by Palley is required and Paragraph 396 also sets forth legal conclusions to which no response is required.

397.   The Second Claim for Relief is not asserted against Palley and therefore no response by Palley is required and Paragraph 397 also sets forth legal conclusions to which no response is required.

398.   The Second Claim for Relief is not asserted against Palley and therefore no response by Palley is required and Paragraph 398 also sets forth legal conclusions to which no response is required.

399.   The Second Claim for Relief is not asserted against Palley and therefore no response by Palley is required and Paragraph 399 also sets forth legal conclusions to which no response is required.

400.   The Second Claim for Relief is not asserted against Palley and therefore no response by Palley is required and Paragraph 400 also sets forth legal conclusions to which no response is required.

401.   The Second Claim for Relief is not asserted against Palley and therefore no response by Palley is required and Paragraph 401 also sets forth legal conclusions to which no response is required.

402.   The Second Claim for Relief is not asserted against Palley and therefore no response by Palley is required and Paragraph 402 also sets forth legal conclusions to which no response is required.

### **THIRD CLAIM FOR RELIEF**

**Declaratory Judgment for Liability for Response Costs –**
**Against All Defendants**

403.   Palley incorporates by reference his responses to Paragraphs 1 through 402 of the Complaint.

404.   Paragraph 404 sets forth legal conclusions to which no response is required.

405.   Paragraph 405 sets forth legal conclusions to which no response is required.  However, to the extent a response is required, Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 405 and on that basis denies them.  denies the allegations.

406.    Paragraph 406 sets forth legal conclusions to which no response is required.  However, to the extent a response is required, Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 406 and on that basis denies them. denies the allegations.

1   407.   Paragraph 407 sets forth legal conclusions to which no response is

2   required.

3

4                           **FOURTH CLAIM FOR RELIEF**

5   **Abatement of Imminent and Substantial Endangerment Under CAR –
    Against ExxonMobil Corporation; Continental Development Company,**

6   **LP; Continental Heat Treating, Inc. Associated Plating Company, Inc.,
    Gordon McCann, Linnea McCann; Claudette Earl; Earl Mfg. Co, Inc.,**

7   **Ferro Corp;; PMC Specialties Group, Inc.; Foss Plating Company, Inc.;
    Bodycote Thermal Processing, Inc.; Powering Oil Company;**

8   **Kekropia, Inc.  and Philbro-Tech, Inc.**

9   408.   Palley incorporates by reference his responses to Paragraphs 1 through

10  407 of the Complaint.

11  409.   The Fourth Claim for Relief is not asserted against Palley and therefore

12  no response by Palley is required and Paragraph 409 also sets forth legal

13  conclusions to which no response is required.

14  410.   The Fourth Claim for Relief is not asserted against Palley and therefore

15  no response by Palley is required and Paragraph 410 also sets forth legal

16  conclusions to which no response is required.

17  411.   The Fourth Claim for Relief is not asserted against Palley and therefore

18  no response by Palley is required and Paragraph 411 also sets forth legal

19  conclusions to which no response is required.

20  412.   The Fourth Claim for Relief is not asserted against Palley and therefore

21  no response by Palley is required and Paragraph 412 also sets forth legal

22  conclusions to which no response is required.

23  413.   The Fourth Claim for Relief is not asserted against Palley and therefore

24  no response by Palley is required.  However, to the extent a response is required,

25  Palley lacks knowledge or information sufficient to form a belief as to the truth of

26  the allegations set forth in Paragraph 413 and on that basis denies them.

27

28

ERVIN COHEN & JESSUP LLP

414.   The Fourth Claim for Relief is not asserted against Palley and therefore no response by Palley is required.  However, to the extent a response is required, Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 414 and on that basis denies them.

415.   The Fourth Claim for Relief is not asserted against Palley and therefore no response by Palley is required.  However, to the extent a response is required, Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 415 and on that basis denies them.

416.   The Fourth Claim for Relief is not asserted against Palley and therefore no response by Palley is required.  However, to the extent a response is required, Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 416 and on that basis denies them.

417.   The Fourth Claim for Relief is not asserted against Palley and therefore no response by Palley is required and Paragraph 417 sets forth legal conclusions to which no responses is required.  However, to the extent a response is required, Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 417 and on that basis denies them.

418.   The Fourth Claim for Relief is not asserted against Palley and therefore no response by Palley is required, and Paragraph 418 sets forth legal conclusions to which no response is required.  However, to the extent a response is required, Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 418 and on that basis denies them.

419.   The Fourth Claim for Relief is not asserted against Palley and therefore no response by Palley is required, and Paragraph 419 sets forth legal conclusions to which no response is required.  However, to the extent a response is required, Palley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 419 and on that basis denies them.

1    420.   The Fourth Claim for Relief is not asserted against Palley and therefore

2  no response by Palley is required, and Paragraph 420 sets forth legal conclusions to

3  which no response is required.  However, to the extent a response is required, Palley

4  lacks knowledge or information sufficient to form a belief as to the truth of the

5  allegations set forth in Paragraph 420 and on that basis denies them.

6    421.   The Fourth Claim for Relief is not asserted against Palley and therefore

7  no response by Palley is required, and Paragraph 421 sets forth legal conclusions to

8  which no response is required.  However, to the extent a response is required, Palley

9  lacks knowledge or information sufficient to form a belief as to the truth of the

10  allegations set forth in Paragraph 421 and on that basis denies them.

11    422.   The Fourth Claim for Relief is not asserted against Palley and therefore

12  no response by Palley is required, and Paragraph 422 sets forth legal conclusions to

13  which no response is required.  However, to the extent a response is required, Palley

14  lacks knowledge or information sufficient to form a belief as to the truth of the

15  allegations set forth in Paragraph 418 and on that basis denies them.

16    423.   The Fourth Claim for Relief is not asserted against Palley and therefore

17  no response by Palley is required, and Paragraph 423 sets forth legal conclusions to

18  which no response is required.  However, to the extent a response is required, Palley

19  lacks knowledge or information sufficient to form a belief as to the truth of the

20  allegations set forth in Paragraph 418 and on that basis denies them.

21    **FIFTH CLAIM FOR RELIEF**

22    **Continuing Public Nuisance – Against All Defendants**

23    424.   Palley incorporates by reference its responses to Paragraphs 1 through

24  423 of the Complaint.

25    425.   Paragraph 425 sets forth legal conclusions to which no response is

26  required.   However, to the extent a response is required, Palley lacks knowledge or

27

28

ERVIN COHEN & JESSUP LLP

1  information sufficient to form a belief as to the truth of the allegations set forth in
2  Paragraph 425 and on that basis denies them.

3      426.   Paragraph 426 sets forth legal conclusions to which no response is
4  required.   However, to the extent a response is required, Palley lacks knowledge or
5  information sufficient to form a belief as to the truth of the allegations set forth in
6  Paragraph 426 and on that basis denies them.

7      427.   Paragraph 427 sets forth legal conclusions to which no response is
8  required.   However, to the extent a response is required, Palley lacks knowledge or
9  information sufficient to form a belief as to the truth of the allegations set forth in
10  Paragraph 427 and on that basis denies them.

11      428.   Palley lacks knowledge or information sufficient to form a belief as to
12  the truth of the allegations set forth in Paragraph 428 and on that basis denies them.

13      429.   Paragraph 429 sets forth legal conclusions to which no response is
14  required.   However, to the extent a response is required, Palley lacks knowledge or
15  information sufficient to form a belief as to the truth of the allegations set forth in
16  Paragraph 429 and on that basis denies them.

17      430.   Paragraph 430 sets forth legal conclusions to which no response is
18  required.   However, to the extent a response is required, Palley lacks knowledge or
19  information sufficient to form a belief as to the truth of the allegations set forth in
20  Paragraph 430 and on that basis denies them.

21      431.   Paragraph 431 sets forth legal conclusions to which no response is
22  required.   However, to the extent a response is required, Palley lacks knowledge or
23  information sufficient to form a belief as to the truth of the allegations set forth in
24  Paragraph 431 and on that basis denies them.

25      432.   Paragraph 432 sets forth legal conclusions to which no response is
26  required.   However, to the extent a response is required, Palley lacks knowledge or

27

28

ERVIN COHEN & JESSUP LLP

1  information sufficient to form a belief as to the truth of the allegations set forth in

2  Paragraph 432 and on that basis denies them.

3       433.   Paragraph 433 sets forth legal conclusions to which no response is

4  required.    However, to the extent a response is required, Palley lacks knowledge or

5  information sufficient to form a belief as to the truth of the allegations set forth in

6  Paragraph 433 and on that basis denies them.

7                          **AFFIRMATIVE DEFENSES**

8       As separate and affirmative defenses, Palley alleges as follows:

9                     **FIRST AFFIRMATIVE DEFENSE**

10                    **(Not an "Owner or Operator")**

11      Palley is not liable to Plaintiffs because Palley is and was not a "owner or

12 operator" within the meaning of CERCLA § 101(20), 42 U.S.C. § 9601(20).

13                   **SECOND AFFIRMATIVE DEFENSE**

14        **(Not an Owner or Operator at Time of Alleged Disposal)**

15      Palley is not liable to Plaintiffs because Palley did not own or operate any

16 facility at which any alleged hazardous substances were disposed of, at the time of

17 the alleged disposal, pursuant to CERCLA § 107(a)(2), 42 U.S.C. § 9607(a)(2).

18                    **THIRD AFFIRMATIVE DEFENSE**

19                    **(Not a Liable Arranger)**

20      Palley is not liable to Plaintiffs because Palley did not; by contract,

21 agreement, or otherwise; arrange for disposal or treatment, or arrange with a

22 transporter for transport for disposal or treatment, of any hazardous substances

23 allegedly owned or possessed by Palley or any other entity, at any facility or

24 incineration vessel owned or operate by another entity and containing such

25 hazardous substances, pursuant to CERCLA § 107(a)(3), 42 U.S.C. § 9607(a)(3),

26

27

28

ERVIN COHEN & JESSUP LLP

## FOURTH AFFIRMATIVE DEFENSE

### (No Release or Threat of Release)

Palley is not liable to Plaintiffs because there is and was no release or threat of release of any alleged hazardous substances from any facility for which Palley may be held liable, pursuant to CERCLA § 101(22), 42 U.S.C. § 9601(22).

## FIFTH AFFIRMATIVE DEFENSE

### (Act of God)

Palley is not liable to Plaintiffs because the alleged release or threat of release of a hazardous substances and the alleged damages resulting therefrom were caused solely by an act of God, pursuant to CERCLA § 107(b)(1). 42 U.S.C. § 9607(b)(1).

## SIXTH AFFIRMATIVE DEFENSE

### (Act of Third Party)

Palley is not liable to Plaintiffs because the alleged release or threat of release of a hazardous substance and the alleged damages resulting therefrom were caused solely by an act or omission of a third party, pursuant to CERCLA § 107(b)(3), 42 U.S.C. § 9607(b)(3).

## SEVENTH AFFIRMATIVE DEFENSE

### (Inconsistency with NCP)

Palley is not liable for Plaintiffs' alleged costs and/or damages because those costs and/or damages, if any, were not incurred consistent with the National Contingency plan, pursuant to CERCLA § 107(a)(4)(A)-(B), 42 U.S.C. § 9607(a)(4)(A)-(B).

## SEVENTH AFFIRMATIVE DEFENSE

### (Unnecessary Costs)

Some or all costs alleged in the Complaint were not "necessary costs of response" as required by CERCLA § 107(a), 42 U.S.C. §9607(a), and Palley is not liable for any such costs that were not "necessary costs."

ERVIN COHEN & JESSUP LLP

1

## EIGHTH AFFIRMATIVE DEFENSE

2

### (Not Response Costs)

3

Some or all costs alleged in the Complaint do not constitute response costs

4

within the meaning of section 101(25) of CERCLA, 42 U.S.C. § 9601(25), and are

5

therefore not recoverable.

6

## NINTH AFFIRMATIVE DEFENSE

7

### (Not Removal or Remedial Action Costs)

8

Some or all costs alleged in the Complaint do not constitute removal or

9

remedial costs within the meaning of sections 101(23) and 101(24) of CERCLA, 42

10

U.S.C. § 9601(23)-(24), and are therefore not recoverable.

11

## TENTH AFFIRMATIVE DEFENSE

12

### (Not a "Facility")

13

Palley is not liable to Plaintiffs because the site of the alleged release or

14

threatened release is not a "facility" as defined in CERCLA § 101(9), 42 U.S.C. §

15

9601(9).

16

## ELEVENTH AFFIRMATIVE DEFENSE

17

### (Not "Hazardous Substances")

18

Palley is not liable to Plaintiffs for the alleged release or threatened release

19

because the alleged contaminants are not "hazardous substances" as defined in

20

CERCLA § 101(14), 42 U.S.C. § 9601(14) or "hazardous wastes" as defined in

21

RCRA § 1004(5), 42 U.S.C. § 6903(5).

22

## TWELFTH AFFIRMATIVE DEFENSE

23

### (Innocent Landowner)

24

Palley is not liable to Plaintiffs because Palley was an innocent landowner

25

and meets the statutory criteria set forth in CERCLA § 101(35), 42 U.S.C. §

26

9601(35).

27

28

Ervin Cohen & Jessup LLP

ERVIN COHEN & JESSUP LLP

### THIRTEENTH AFFIRMATIVE DEFENSE

#### (De Micromis Exemption)

Palley is not liable to Plaintiffs under CERCLA § 107(a)(3), 42 U.S.C. § 9607(a)(3), because Palley meets the statutory criteria set forth in CERCLA § 107(o), 42 U.S.C. § 9607(o).

### FOURTEENTH AFFIRMATIVE DEFENSE

#### (Contiguous Property)

Palley is not liable to Plaintiffs because the parcels of real property formerly owned by Palley are "contiguous properties" and Palley meets the statutory criteria set forth in CERCLA § 107(q), 42 U.S.C. § 9607(q).

### FIFTEENTH AFFIRMATIVE DEFENSE

#### (Plaintiffs Are PRPs)

Palley is not jointly and severally liable to Plaintiffs because Plaintiffs are a "covered person" who owns and/or operates facilities, owned and/or operated facilities at the time of disposal of alleged hazardous substances, arranged for the transportation of alleged hazardous substances for disposal or treatment, and/or accepted alleged hazardous substances for transportation to treatment and/or disposal facilities, meeting the statutory criteria set forth in CERCLA § 107(a)(1)-(4), 42 U.S.C. § 9607(a)(1)-(4).

### SIXTEENTH AFFIRMATIVE DEFENSE

#### (Equitable Allocation)

Plaintiffs' claims for damages should be reduced in accordance with those factors recognized under CERCLA § 113(f), 42 U.S.C. § 9613(f), for allocation of costs and damages among the parties by virtue of the "Gore Factors" and other equitable considerations.

1

ERVIN COHEN & JESSUP LLP

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (De Minimus Harm)

The contribution of Palley to the alleged contamination, if any, was de minimus.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Divisibility of Harm)

Joint and several liability cannot be imposed on Palley because its contribution to the alleged contamination, if any, is divisible from that of others.

## NINETEENTH AFFIRMATIVE DEFENSE

### (No Liability for Wholly Past Acts or Omissions)

Palley is not liable to Plaintiffs because the Complaint seeks to impose liability upon Palley for wholly past alleged acts or omissions.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Lack of Capacity to Sue for Public Nuisance)

Palley is not liable to Plaintiffs because Plaintiffs lack the capacity to bring a civil action to abate a public nuisance.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (No Special Injury for Public Nuisance)

Plaintiffs has not suffered any special injury to assert a claim for public nuisance.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Permanent Nuisance and/or Trespass)

If any nuisance and/or trespass has been created or maintained as alleged by Plaintiffs, that nuisance and/or trespass is permanent.

1

## TWENTY-THIRD AFFIRMATIVE DEFENSE

2

### (Consent to Nuisance and/or Trespass)

3      If any nuisance and/or trespass has been created or maintained as alleged by

4  Plaintiffs, Plaintiff consented to that nuisance and/or trespass.

5

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

6

### (Cause in Fact)

7      No act or omission of Palley or by any person or entity for which Palley may

8  be responsible was the cause in fact of any damages alleged in the Complaint.

9

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

10

### (Proximate Cause)

11      No act or omission of Palley or by any person or entity for which Palley may

12  be responsible was the proximate cause of any damages alleged in the Complaint.

13

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

14

### (Superseding Cause)

15      Any act or omission of Palley was not a substantial factor in bringing about

16  the alleged injuries and damages and was not a contributing cause thereof, but was

17  superseded by the acts and omissions of third parties, which were independent,

18  intervening, and the proximate cause of any damages complained of Plaintiffs.

19

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

20

### (Lack of Legal Duty)

21      The Complaint fails to allege facts sufficient to establish a legal duty on the

22  part of Palley.

23

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

24

### (Assumption of Risk)

25      Palley alleges that Plaintiff had knowledge of the risks necessarily incident to

26  matters alleged in the Complaint, and that if Plaintiffs have suffered injuries or is

27  entitled to any damages as alleged in the Complaint, which is expressly denied,

28

ERVIN COHEN & JESSUP LLP

1  those injuries and/or damages arose from and were caused by said risks knowingly

2  and voluntarily assumed by Plaintiffs.

3  ### TWENTY-NINTH AFFIRMATIVE DEFENSE

4  ### (Contributory and Comparative Negligence)

5  Any and all injury or damages were caused, in whole or in part, by Plaintiffs

6  own negligence, carelessness, lack of due care and fault, or by the negligence,

7  carelessness, lack of due care and fault of Plaintiffs' predecessors in interest, their

8  agents, employees or tenants and/or third parties, excluding Palley.  Accordingly,

9  the Complaint, and each claim therein, is barred, in whole or in part, by Plaintiffs'

10  contributory or comparative fault.

11  ### THIRTIETH AFFIRMATIVE DEFENSE

12  ### (Failure to State a Claim)

13  The Complaint, and each claim therein, fails to state a claim against Palley

14  upon which relief may be sought.

15  ### THIRTY-FIRST AFFIRMATIVE DEFENSE

16  ### (Standing)

17  Palley is not liable to Plaintiff because Plaintiffs lack standing.

18  ### THIRTY-SECOND AFFIRMATIVE DEFENSE

19  ### (Actions Authorized by Law)

20  Palley is not liable to Plaintiffs because Palley's acts and/or omissions were

21  authorized by statute, regulation, ordinance, or other law.

22  ### THIRTY-THIRD AFFIRMATIVE DEFENSE

23  ### (Compliance with Laws)

24  Palley is not liable to Plaintiffs because Palley's acts and/or omissions were in

25  accordance with all applicable statutes, regulations, ordinances, or other laws.

26

27

28

ERVIN COHEN & JESSUP LLP

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

### (Failure to Join Indispensable Parties)

The Complaint is barred by Plaintiffs' failure to join indispensable parties.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

### (Not a Successor-in-Interest)

Palley is not liable to Plaintiffs because Palley is not the successor-in-interest or otherwise responsible for the acts or omissions of any person otherwise liable to Plaintiff.

## THIRTY-SIXTH AFFIRMATIVE DEFENSE

### (Release or Waiver)

The Complaint, and each claim therein, is barred, in whole or in part, by the doctrines of express or implied release or waiver.

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

The Complaint, and each claim therein, is barred, in whole or in part, by the doctrine of unclean hands.

## THIRTY-EIGHTH AFFIRMATIVE DEFENSE

### (Laches)

The Complaint, and each claim therein, is barred by the equitable doctrine of ladies because of the unreasonable and prejudicial delay by Plaintiffs in filing this action.

## THIRTY-NINTH AFFIRMATIVE DEFENSE

### (Undue Delay)

Plaintiffs have, contrary to its legal and equitable obligations, failed to take effective action to abate the hazards alleged in the Complaint for several years, a delay that has enormously increased the alleged costs of abatement, resulting in

1  great prejudice to Palley.  Given this delay on the part of Plaintiffs an award of

2  equitable injunctive relief against Palley would be inappropriate and inequitable.

3  ### FORTIETH AFFIRMATIVE DEFENSE

4  **(Failure to Mitigate)**

5  The Complaint, and each claim therein, is barred, in whole or in part, by

6  Plaintiffs' failure to mitigate any alleged damages.

7  ### FORTY-FIRST AFFIRMATIVE DEFENSE

8  **(Set-Off)**

9  Palley is entitled to an offset against any liability for the greater of (I) any

10  amounts actually paid by any person for any of the costs and/or damages alleged in

11  the Complaint, or (2) the equitable share of the liability of any person or entity that

12  has received or hereafter receives a release from liability or a covenant not to sue

13  with respect to any of the injuries, costs and damages alleged in the Complaint.

14  ### FORTY-SECOND AFFIRMATIVE DEFENSE

15  **(Contribution or Indemnity)**

16  Palley is entitled, according to proof, to contribution or indemnity from

17  Plaintiffs in this action pursuant to CERCLA and common law, and such

18  contribution or indemnity would offset or eliminate any liability of Palley.

19  ### FORTY-THIRD AFFIRMATIVE DEFENSE

20  **(Estoppel)**

21  The Complaint, and each claim therein, is barred, in whole or in part, by the

22  doctrine of estoppel.

23  ### FORTY-FOURTH AFFIRMATIVE DEFENSE

24  **(Primary Jurisdiction)**

25  Primary jurisdiction resides in the United States Environmental Protection

26  Agency, the Department of Toxic Substances Control, and/or the Regional Water

27

28

ERVIN COHEN & JESSUP LLP

1  Quality Control Board, Los Angeles Region, and the Court should therefore not

2  exercise its jurisdiction over the claims asserted in the Complaint.

## FORTY-FIFTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

5  The Complaint, and each claim alleged therein, is barred by the applicable

6  statutes of limitations, including, but not limited to, 42 U.S.C. §§9612 and 9613(g);

7  28 U.S.C. § 2462; and California Code of Civil Procedure §§ 318, 337, 337.2, 338,

8  339, 340, and 343.

## FORTY-SIXTH AFFIRMATIVE DEFENSE

### (Conflict Preemption)

11  The relief sought by Plaintiff pursuant to its claims based on state law is

12  barred by the doctrine of conflict preemption, because those claims could stand as

13  "an obstacle to the accomplishment and execution of the full purposes and

14  objectives of Congress" in enacting CERCLA.  Fireman's Fund Ins. Co. v. City of

15  Lodi, 302 F.3d 928, 941-43 (9th Cir. 2002).

## FORTY-SEVENTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

18  The Complaint does not describe its claims or events with sufficient

19  particularity to allow Palley to ascertain what other affirmative defenses may exist,

20  and Palley therefore reserves the right to assert all affirmative defenses which may

21  pertain to the Complaint once the precise nature of the claims is ascertained.

## FORTY-EIGHTH AFFIRMATIVE DEFENSE

### (Reliance upon Co-Defendants' Defenses)

24  Palley intends to rely upon and hereby asserts any defense asserted by its

25  named co-Defendants, or any other presently unnamed co-Defendant.

26  **WHEREFORE,** Palley prays for judgment as follows:

27  1.  That Plaintiffs take nothing by reason of the Complaint;

28

ERVIN COHEN & JESSUP LLP

1    2.    That judgment be entered for Palley and against Plaintiffs;

2    3.    That Palley recover his attorneys' fees, costs, and litigation expenses, to

3  the extent permitted as a prevailing party or otherwise as provided by contract or

4  law; and

5    4.    For such other and further relief as this Court deems just and proper.

6

7  **II.    DEMAND FOR JURY TRIAL**

8    Palley hereby demands a trial by jury of any and all claims and issues triable

9  of right by a jury.

10  DATED: February 13, 2015    ERVIN COHEN & JESSUP LLP
                                Kimberly D. Lewis

11

12

13                              By:    /s/ Kimberly D. Lewis

14                              KIMBERLY D. LEWIS
                                Attorneys for Defendant William K. Palley,
15                              an individual

16

17

18

19

20

21

22

23

24

25

26

27

28

15239.1:2260949.1

54

ERVIN COHEN & JESSUP LLP

ANSWER OF WILLIAM K. PALLEY TO AMENDED COMPLAINT