# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Alcoa, Inc., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 14-6456-GW(Ex) |
| v. | |
| APC Investment Co., et al., | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 03/10/2015 | 245 - 247 | 2nd Amd Cmp; Req. for Summons; Ntc. of Errata |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

The documents) are stricken.  Counsel will have 24 hours from the date of receipt of this response to file a corrected Second Amended Complaint and Request for Issuance of Summons.  Caption will include the newly-added Plaintiff and will not include the Defendants stated in the Notice of Errata.

Clerk, U.S. District Court

Dated: March 11, 2015

By: Javier Gonzalez
Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge