Victor J. Otten, Esq. (SBN 165800)
**OTTEN LAW, PC**
3620 Pacific Coast Hwy., Ste. 100
Torrance, California  90505
Phone: (310) 378-8533
Fax: (310) 347-4225
E-mail:  vic@ottenlawpc.com

Attorneys for Defendant, Kekropia, Inc.

**ORIGINAL**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCOA INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>APC INVESTMENT CO., et al.<br><br>Defendants. | **CASE NO.: 2:14-cv-06456 GW (Ex.)**<br><br>**ANSWER OF KEKROPIA, INC. TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Kekropia, Inc. (hereafter "Kekropia") hereby states for its Answer to Plaintiffs' Amended Complaint as follows:

## ANSWER TO NATURE OF THE ACTION

1.     Paragraph 1 sets forth legal conclusions to which no response is required. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 1 of the Amended Complaint and therefore denies those allegations.

2.      Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 2 of the Amended Complaint and therefore denies those allegations.

3.      Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 3 of the Amended Complaint and therefore denies those allegations.

4.      Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 4 of the Amended Complaint and therefore denies those allegations.

5.      Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 5 of the Amended Complaint and therefore denies those allegations.

6.      Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 6 of the Amended Complaint and therefore denies those allegations.

7.      Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 7 of the Amended Complaint and therefore denies those allegations.

8.      Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 8 of the Amended Complaint and therefore denies those allegations.

9.      Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 9 of the Amended Complaint and therefore denies those allegations.

10.      Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 10 of the Amended Complaint and therefore denies those allegations.

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

11.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 11 of the Amended Complaint and therefore denies those allegations.

## ANSWER TO PARTIES

12.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 12 of the Amended Complaint and therefore denies those allegations.

13.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 13 of the Amended Complaint and therefore denies those allegations.

14.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 14 of the Amended Complaint and therefore denies those allegations.

15.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 15 of the Amended Complaint and therefore denies those allegations.

16.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 16 of the Amended Complaint and therefore denies those allegations.

17.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 17 of the Amended Complaint and therefore denies those allegations.

18.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 18 of the Amended Complaint and therefore denies those allegations.

19.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 19 of the Amended Complaint and therefore denies those allegations.

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

20.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 20 of the Amended Complaint and therefore denies those allegations.

21.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 21 of the Amended Complaint and therefore denies those allegations.

22.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 22 of the Amended Complaint and therefore denies those allegations.

23.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 23 of the Amended Complaint and therefore denies those allegations.

24.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 24 of the Amended Complaint and therefore denies those allegations.

25.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 25 of the Amended Complaint and therefore denies those allegations.

26.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 26 of the Amended Complaint and therefore denies those allegations.

27.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 27 of the Amended Complaint and therefore denies those allegations.

28.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 28 of the Amended Complaint and therefore denies those allegations.

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

29.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 29 of the Amended Complaint and therefore denies those allegations.

30.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 30 of the Amended Complaint and therefore denies those allegations.

31.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 31 of the Amended Complaint and therefore denies those allegations.

32.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 32 of the Amended Complaint and therefore denies those allegations.

33.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 33of the Amended Complaint and therefore denies those allegations.

34.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 34 of the Amended Complaint and therefore denies those allegations.

35.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 35 of the Amended Complaint and therefore denies those allegations.

36.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 36 of the Amended Complaint and therefore denies those allegations.

37.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 37 of the Amended Complaint and therefore denies those allegations.

/ /

38.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 38 of the Amended Complaint and therefore denies those allegations.

39.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 39 of the Amended Complaint and therefore denies those allegations.

40.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 40 of the Amended Complaint and therefore denies those allegations.

41.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 41 of the Amended Complaint and therefore denies those allegations.

42.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 42 of the Amended Complaint and therefore denies those allegations.

43.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 43 of the Amended Complaint and therefore denies those allegations.

44.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 44 of the Amended Complaint and therefore denies those allegations.

45.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 45 of the Amended Complaint and therefore denies those allegations.

46.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 46 of the Amended Complaint and therefore denies those allegations.

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

47.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 47 of the Amended Complaint and therefore denies those allegations.

48.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 48 of the Amended Complaint and therefore denies those allegations.

49.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 49 of the Amended Complaint and therefore denies those allegations.

50.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 50 of the Amended Complaint and therefore denies those allegations.

51.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 51 of the Amended Complaint and therefore denies those allegations.

52.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 52 of the Amended Complaint and therefore denies those allegations.

53.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 53 of the Amended Complaint and therefore denies those allegations.

54.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 54 of the Amended Complaint and therefore denies those allegations.

55.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 55 of the Amended Complaint and therefore denies those allegations.

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

56.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 56 of the Amended Complaint and therefore denies those allegations.

57.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 57 of the Amended Complaint and therefore denies those allegations.

58.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 58 of the Amended Complaint and therefore denies those allegations.

59.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 59 of the Amended Complaint and therefore denies those allegations.

60.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 60 of the Amended Complaint and therefore denies those allegations.

61.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 61 of the Amended Complaint and therefore denies those allegations.

62.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 62 of the Amended Complaint and therefore denies those allegations.

63.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 63 of the Amended Complaint and therefore denies those allegations.

64.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 64 of the Amended Complaint and therefore denies those allegations.

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

65. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 65 of the Amended Complaint and therefore denies those allegations.

66. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 66 of the Amended Complaint and therefore denies those allegations.

67. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 67 of the Amended Complaint and therefore denies those allegations.

68. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 68 of the Amended Complaint and therefore denies those allegations.

69. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 69 of the Amended Complaint and therefore denies those allegations.

70. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 70 of the Amended Complaint and therefore denies those allegations.

71. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 71 of the Amended Complaint and therefore denies those allegations.

72. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 72 of the Amended Complaint and therefore denies those allegations.

73. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 73 of the Amended Complaint and therefore denies those allegations.

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

74.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 74 of the Amended Complaint and therefore denies those allegations.

75.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 75 of the Amended Complaint and therefore denies those allegations.

76.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 76 of the Amended Complaint and therefore denies those allegations.

77.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 77 of the Amended Complaint and therefore denies those allegations.

78.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 78 of the Amended Complaint and therefore denies those allegations.

79.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 79 of the Amended Complaint and therefore denies those allegations.

80.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 80 of the Amended Complaint and therefore denies those allegations.

81.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 81 of the Amended Complaint and therefore denies those allegations.

82.     Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 82 of the Amended Complaint and therefore denies those allegations.

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

83.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 83 of the Amended Complaint and therefore denies those allegations.

84.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 84 of the Amended Complaint and therefore denies those allegations.

85.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 85 of the Amended Complaint and therefore denies those allegations.

86.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 86 of the Amended Complaint and therefore denies those allegations.

87.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 87 of the Amended Complaint and therefore denies those allegations.

88.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 88 of the Amended Complaint and therefore denies those allegations.

89.   Kekropia admits that it is a corporation duly organized and existing under the laws of the State of California with its principal place of business in Sante Fe Springs, California.  Kekropia otherwise denies the remaining allegations contained in Paragraph 89 of the Amended Complaint.

90.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 90 of the Amended Complaint and therefore denies those allegations.

91.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 91 of the Amended Complaint and therefore denies those allegations.

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

92. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 92 of the Amended Complaint and therefore denies those allegations.

93. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 93 of the Amended Complaint and therefore denies those allegations.

94. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 94 of the Amended Complaint and therefore denies those allegations.

95. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 95 of the Amended Complaint and therefore denies those allegations.

96. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 96 of the Amended Complaint and therefore denies those allegations.

97. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 97 of the Amended Complaint and therefore denies those allegations.

## **ANSWER TO JURISDICTION AND VENUE**

98. Paragraph 98 sets forth legal conclusions to which no response is required.

99. Paragraph 99 sets forth legal conclusions to which no response is required.

100. Paragraph 100 sets forth legal conclusions to which no response is required.

101. Paragraph 101 sets forth legal conclusions to which no response is required.

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

## **FACTUAL ALLEGATIONS**

102.  Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 102 of the Amended Complaint and therefore denies those allegations, or Paragraph 102 sets forth legal conclusions to which no response is required.

103.  Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 103 of the Amended Complaint and therefore denies those allegations.

104.  Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 104 of the Amended Complaint and therefore denies those allegations, or Paragraph 104 sets forth legal conclusions to which no response is required.

105.  Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 105 of the Amended Complaint and therefore denies those allegations.

106.  Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 106 of the Amended Complaint and therefore denies those allegations.

107.  Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 107 of the Amended Complaint and therefore denies those allegations.

108.  Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 108 of the Amended Complaint and therefore denies those allegations.

109.  Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 109 of the Amended Complaint and therefore denies those allegations.

/ /

110.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 110 of the Amended Complaint and therefore denies those allegations.

111.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 111 of the Amended Complaint and therefore denies those allegations.

112.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 112 of the Amended Complaint and therefore denies those allegations.

113.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 113 of the Amended Complaint and therefore denies those allegations.

114.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 114 of the Amended Complaint and therefore denies those allegations.

115.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 115 of the Amended Complaint and therefore denies those allegations.

116.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 116 of the Amended Complaint and therefore denies those allegations.

117.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 117 of the Amended Complaint and therefore denies those allegations.

118.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 118 of the Amended Complaint and therefore denies those allegations.

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

119.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 119 of the Amended Complaint and therefore denies those allegations.

120.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 120 of the Amended Complaint and therefore denies those allegations.

121.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 121 of the Amended Complaint and therefore denies those allegations.

122.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 122 of the Amended Complaint and therefore denies those allegations.

123.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 123 of the Amended Complaint and therefore denies those allegations.

124.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 124 of the Amended Complaint and therefore denies those allegations.

125.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 125 of the Amended Complaint and therefore denies those allegations.

126.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 126 of the Amended Complaint and therefore denies those allegations.

127.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 127 of the Amended Complaint and therefore denies those allegations.

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

128.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 128 of the Amended Complaint and therefore denies those allegations.

129.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 129 of the Amended Complaint and therefore denies those allegations.

130.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 130 of the Amended Complaint and therefore denies those allegations.

131.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 131 of the Amended Complaint and therefore denies those allegations.

132.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 132 of the Amended Complaint and therefore denies those allegations.

133.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 133 of the Amended Complaint and therefore denies those allegations.

134.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 134 of the Amended Complaint and therefore denies those allegations.

135.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 135 of the Amended Complaint and therefore denies those allegations.

136.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 136 of the Amended Complaint and therefore denies those allegations.

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

137.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 137 of the Amended Complaint and therefore denies those allegations.

138.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 138 of the Amended Complaint and therefore denies those allegations.

139.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 139 of the Amended Complaint and therefore denies those allegations.

140.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 140 of the Amended Complaint and therefore denies those allegations.

141.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 141 of the Amended Complaint and therefore denies those allegations.

142.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 142 of the Amended Complaint and therefore denies those allegations.

143.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 143 of the Amended Complaint and therefore denies those allegations.

144.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 144 of the Amended Complaint and therefore denies those allegations.

145.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 145 of the Amended Complaint and therefore denies those allegations.

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

146.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 146 of the Amended Complaint and therefore denies those allegations, or Paragraph 146 sets forth legal conclusions to which no response is required.

147.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 147 of the Amended Complaint and therefore denies those allegations.

148.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 148 of the Amended Complaint and therefore denies those allegations.

149.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 149 of the Amended Complaint and therefore denies those allegations.

150.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 150 of the Amended Complaint and therefore denies those allegations.

151.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 151 of the Amended Complaint and therefore denies those allegations.

152.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 152 of the Amended Complaint and therefore denies those allegations.

153.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 153 of the Amended Complaint and therefore denies those allegations.

154.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 154 of the Amended Complaint and therefore denies those allegations.

155.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 155 of the Amended Complaint and therefore denies those allegations.

156.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 156 of the Amended Complaint and therefore denies those allegations.

157.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 157 of the Amended Complaint and therefore denies those allegations.

158.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 158 of the Amended Complaint and therefore denies those allegations.

159.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 159 of the Amended Complaint and therefore denies those allegations, or Paragraph 159 sets forth legal conclusions to which no response is required.

160.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 160 of the Amended Complaint and therefore denies those allegations.

161.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 161 of the Amended Complaint and therefore denies those allegations.

162.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 162 of the Amended Complaint and therefore denies those allegations.

163.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 163 of the Amended Complaint and therefore denies those allegations.

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

164.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 164 of the Amended Complaint and therefore denies those allegations.

165.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 165 of the Amended Complaint and therefore denies those allegations.

166.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 166 of the Amended Complaint and therefore denies those allegations.

167.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 167 of the Amended Complaint and therefore denies those allegations.

168.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 168 of the Amended Complaint and therefore denies those allegations.

169.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 169 of the Amended Complaint and therefore denies those allegations.

170.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 170 of the Amended Complaint and therefore denies those allegations.

171.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 171 of the Amended Complaint and therefore denies those allegations.

172.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 172 of the Amended Complaint and therefore denies those allegations.

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

173.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 173 of the Amended Complaint and therefore denies those allegations.

174.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 174 of the Amended Complaint and therefore denies those allegations.

175.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 175 of the Amended Complaint and therefore denies those allegations.

176.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 176 of the Amended Complaint and therefore denies those allegations.

177.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 177 of the Amended Complaint and therefore denies those allegations.

178.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 178 of the Amended Complaint and therefore denies those allegations.

179.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 179 of the Amended Complaint and therefore denies those allegations.

180.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 180 of the Amended Complaint and therefore denies those allegations.

181.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 181 of the Amended Complaint and therefore denies those allegations.

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

182.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 182 of the Amended Complaint and therefore denies those allegations.

183.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 183 of the Amended Complaint and therefore denies those allegations.

184.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 184 of the Amended Complaint and therefore denies those allegations.

185.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 185 of the Amended Complaint and therefore denies those allegations.

186.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 186 of the Amended Complaint and therefore denies those allegations.

187.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 187 of the Amended Complaint and therefore denies those allegations.

188.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 188 of the Amended Complaint and therefore denies those allegations.

189.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 189 of the Amended Complaint and therefore denies those allegations.

190.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 190 of the Amended Complaint and therefore denies those allegations.

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

191.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 191 of the Amended Complaint and therefore denies those allegations.

192.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 192 of the Amended Complaint and therefore denies those allegations.

193.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 193 of the Amended Complaint and therefore denies those allegations.

194.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 194 of the Amended Complaint and therefore denies those allegations.

195.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 195 of the Amended Complaint and therefore denies those allegations.

196.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 196 of the Amended Complaint and therefore denies those allegations.

197.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 197 of the Amended Complaint and therefore denies those allegations.

198.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 198 of the Amended Complaint and therefore denies those allegations.

199.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 199 of the Amended Complaint and therefore denies those allegations, or Paragraph 199 sets forth legal conclusions to which no response is required.

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

200.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 200 of the Amended Complaint and therefore denies those allegations.

201.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 201 of the Amended Complaint and therefore denies those allegations.

202.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 202 of the Amended Complaint and therefore denies those allegations.

203.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 203 of the Amended Complaint and therefore denies those allegations.

204.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 204 of the Amended Complaint and therefore denies those allegations.

205.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 205 of the Amended Complaint and therefore denies those allegations.

206.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 206 of the Amended Complaint and therefore denies those allegations.

207.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 207 of the Amended Complaint and therefore denies those allegations.

208.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 208 of the Amended Complaint and therefore denies those allegations.

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

209. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 209 of the Amended Complaint and therefore denies those allegations.

210. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 210 of the Amended Complaint and therefore denies those allegations.

211. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 211 of the Amended Complaint and therefore denies those allegations.

212. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 212 of the Amended Complaint and therefore denies those allegations.

213. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 213 of the Amended Complaint and therefore denies those allegations.

214. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 214 of the Amended Complaint and therefore denies those allegations.

215. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 215 of the Amended Complaint and therefore denies those allegations.

216. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 216 of the Amended Complaint and therefore denies those allegations.

217. Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 217 of the Amended Complaint and therefore denies those allegations.

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

218.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 218 of the Amended Complaint and therefore denies those allegations, or Paragraph 218 sets forth legal conclusions to which no response is required.

219.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 219 of the Amended Complaint and therefore denies those allegations, or Paragraph 219 sets forth legal conclusions to which no response is required.

220.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 220 of the Amended Complaint and therefore denies those allegations, or Paragraph 220 sets forth legal conclusions to which no response is required.

221.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 221 of the Amended Complaint and therefore denies those allegations, or Paragraph 221 sets forth legal conclusions to which no response is required.

222.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 222 of the Amended Complaint and therefore denies those allegations, or Paragraph 222 sets forth legal conclusions to which no response is required.

223.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 223 of the Amended Complaint and therefore denies those allegations, or Paragraph 223 sets forth legal conclusions to which no response is required.

224.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 224 of the Amended Complaint and therefore denies those allegations, or Paragraph 224 sets forth legal conclusions to which no response is required.

225.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 225 of the Amended Complaint and therefore denies those allegations, or Paragraph 225 sets forth legal conclusions to which no response is required.

226.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 226 of the Amended Complaint and therefore denies those allegations, or Paragraph 226 sets forth legal conclusions to which no response is required.

227.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 227 of the Amended Complaint and therefore denies those allegations, or Paragraph 227 sets forth legal conclusions to which no response is required.

228.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 228 of the Amended Complaint and therefore denies those allegations, or Paragraph 228 sets forth legal conclusions to which no response is required.

229.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 229 of the Amended Complaint and therefore denies those allegations, or Paragraph 229 sets forth legal conclusions to which no response is required.

230.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 230 of the Amended Complaint and therefore denies those allegations, or Paragraph 230 sets forth legal conclusions to which no response is required.

231.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 231 of the Amended Complaint and therefore denies those allegations, or Paragraph 231 sets forth legal conclusions to which no response is required.

232.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 232 of the Amended Complaint and therefore denies those allegations, or Paragraph 232 sets forth legal conclusions to which no response is required.

233.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 233 of the Amended Complaint and therefore denies those allegations, or Paragraph 233 sets forth legal conclusions to which no response is required.

234.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 234 of the Amended Complaint and therefore denies those allegations, or Paragraph 234 sets forth legal conclusions to which no response is required.

235.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 235 of the Amended Complaint and therefore denies those allegations, or Paragraph 235 sets forth legal conclusions to which no response is required.

236.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 236 of the Amended Complaint and therefore denies those allegations, or Paragraph 236 sets forth legal conclusions to which no response is required.

237.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 237 of the Amended Complaint and therefore denies those allegations, or Paragraph 237 sets forth legal conclusions to which no response is required.

238.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 238 of the Amended Complaint and therefore denies those allegations, or Paragraph 238 sets forth legal conclusions to which no response is required.

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

239.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 239 of the Amended Complaint and therefore denies those allegations, or Paragraph 239 sets forth legal conclusions to which no response is required.

240.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 240 of the Amended Complaint and therefore denies those allegations, or Paragraph 240 sets forth legal conclusions to which no response is required.

241.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 241 of the Amended Complaint and therefore denies those allegations, or Paragraph 241 sets forth legal conclusions to which no response is required.

242.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 242 of the Amended Complaint and therefore denies those allegations, or Paragraph 242 sets forth legal conclusions to which no response is required.

243.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 243 of the Amended Complaint and therefore denies those allegations, or Paragraph 243 sets forth legal conclusions to which no response is required.

244.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 244 of the Amended Complaint and therefore denies those allegations, or Paragraph 244 sets forth legal conclusions to which no response is required.

245.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 245 of the Amended Complaint and therefore denies those allegations, or Paragraph 245 sets forth legal conclusions to which no response is required.

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

246.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 246 of the Amended Complaint and therefore denies those allegations, or Paragraph 246 sets forth legal conclusions to which no response is required.

247.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 247 of the Amended Complaint and therefore denies those allegations, or Paragraph 247 sets forth legal conclusions to which no response is required.

248.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 248 of the Amended Complaint and therefore denies those allegations, or Paragraph 248 sets forth legal conclusions to which no response is required.

249.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 249 of the Amended Complaint and therefore denies those allegations, or Paragraph 249 sets forth legal conclusions to which no response is required.

250.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 250 of the Amended Complaint and therefore denies those allegations, or Paragraph 250 sets forth legal conclusions to which no response is required.

251.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 251 of the Amended Complaint and therefore denies those allegations, or Paragraph 251 sets forth legal conclusions to which no response is required.

252.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 252 of the Amended Complaint and therefore denies those allegations, or Paragraph 252 sets forth legal conclusions to which no response is required.

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

253.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 253 of the Amended Complaint and therefore denies those allegations, or Paragraph 253 sets forth legal conclusions to which no response is required.

254.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 254 of the Amended Complaint and therefore denies those allegations, or Paragraph 254 sets forth legal conclusions to which no response is required.

255.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 255 of the Amended Complaint and therefore denies those allegations, or Paragraph 255 sets forth legal conclusions to which no response is required.

256.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 256 of the Amended Complaint and therefore denies those allegations, or Paragraph 256 sets forth legal conclusions to which no response is required.

257.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 257 of the Amended Complaint and therefore denies those allegations, or Paragraph 257 sets forth legal conclusions to which no response is required.

258.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 258 of the Amended Complaint and therefore denies those allegations, or Paragraph 258 sets forth legal conclusions to which no response is required.

259.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 259 of the Amended Complaint and therefore denies those allegations, or Paragraph 259 sets forth legal conclusions to which no response is required.

260.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 260 of the Amended Complaint and therefore denies those allegations, or Paragraph 260 sets forth legal conclusions to which no response is required.

261.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 261 of the Amended Complaint and therefore denies those allegations, or Paragraph 261 sets forth legal conclusions to which no response is required.

262.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 262 of the Amended Complaint and therefore denies those allegations, or Paragraph 262 sets forth legal conclusions to which no response is required.

263.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 263 of the Amended Complaint and therefore denies those allegations, or Paragraph 263 sets forth legal conclusions to which no response is required.

264.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 264 of the Amended Complaint and therefore denies those allegations, or Paragraph 264 sets forth legal conclusions to which no response is required.

265.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 265 of the Amended Complaint and therefore denies those allegations, or Paragraph 265 sets forth legal conclusions to which no response is required.

266.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 266 of the Amended Complaint and therefore denies those allegations, or Paragraph 266 sets forth legal conclusions to which no response is required.

267.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 267 of the Amended Complaint and therefore denies those allegations, or Paragraph 267 sets forth legal conclusions to which no response is required.

268.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 268 of the Amended Complaint and therefore denies those allegations, or Paragraph 268 sets forth legal conclusions to which no response is required.

269.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 269 of the Amended Complaint and therefore denies those allegations, or Paragraph 269 sets forth legal conclusions to which no response is required.

270.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 270 of the Amended Complaint and therefore denies those allegations, or Paragraph 270 sets forth legal conclusions to which no response is required.

271.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 271 of the Amended Complaint and therefore denies those allegations, or Paragraph 271 sets forth legal conclusions to which no response is required.

272.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 272 of the Amended Complaint and therefore denies those allegations, or Paragraph 272 sets forth legal conclusions to which no response is required.

273.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 273 of the Amended Complaint and therefore denies those allegations, or Paragraph 273 sets forth legal conclusions to which no response is required.

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

274.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 274 of the Amended Complaint and therefore denies those allegations, or Paragraph 274 sets forth legal conclusions to which no response is required.

275.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 275 of the Amended Complaint and therefore denies those allegations, or Paragraph 275 sets forth legal conclusions to which no response is required.

276.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 276 of the Amended Complaint and therefore denies those allegations, or Paragraph 276 sets forth legal conclusions to which no response is required.

277.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 277 of the Amended Complaint and therefore denies those allegations, or Paragraph 277 sets forth legal conclusions to which no response is required.

278.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 278 of the Amended Complaint and therefore denies those allegations, or Paragraph 278 sets forth legal conclusions to which no response is required.

279.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 279 of the Amended Complaint and therefore denies those allegations, or Paragraph 279 sets forth legal conclusions to which no response is required.

280.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 280 of the Amended Complaint and therefore denies those allegations, or Paragraph 280 sets forth legal conclusions to which no response is required.

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

281.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 281 of the Amended Complaint and therefore denies those allegations, or Paragraph 281 sets forth legal conclusions to which no response is required.

282.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 282 of the Amended Complaint and therefore denies those allegations, or Paragraph 282 sets forth legal conclusions to which no response is required.

283.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 283 of the Amended Complaint and therefore denies those allegations, or Paragraph 283 sets forth legal conclusions to which no response is required.

284.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 284 of the Amended Complaint and therefore denies those allegations, or Paragraph 284 sets forth legal conclusions to which no response is required.

285.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 285 of the Amended Complaint and therefore denies those allegations, or Paragraph 285 sets forth legal conclusions to which no response is required.

286.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 286 of the Amended Complaint and therefore denies those allegations, or Paragraph 286 sets forth legal conclusions to which no response is required.

287.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 287 of the Amended Complaint and therefore denies those allegations, or Paragraph 287 sets forth legal conclusions to which no response is required.

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

288.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 288 of the Amended Complaint and therefore denies those allegations, or Paragraph 288 sets forth legal conclusions to which no response is required.

289.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 289 of the Amended Complaint and therefore denies those allegations, or Paragraph 289 sets forth legal conclusions to which no response is required.

290.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 290 of the Amended Complaint and therefore denies those allegations, or Paragraph 290 sets forth legal conclusions to which no response is required.

291.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 291 of the Amended Complaint and therefore denies those allegations, or Paragraph 291 sets forth legal conclusions to which no response is required.

292.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 292 of the Amended Complaint and therefore denies those allegations, or Paragraph 292 sets forth legal conclusions to which no response is required.

293.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 293 of the Amended Complaint and therefore denies those allegations, or Paragraph 293 sets forth legal conclusions to which no response is required.

294.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 294 of the Amended Complaint and therefore denies those allegations, or Paragraph 294 sets forth legal conclusions to which no response is required.

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

295.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 295 of the Amended Complaint and therefore denies those allegations, or Paragraph 295 sets forth legal conclusions to which no response is required.

296.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 296 of the Amended Complaint and therefore denies those allegations, or Paragraph 296 sets forth legal conclusions to which no response is required.

297.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 297 of the Amended Complaint and therefore denies those allegations, or Paragraph 297 sets forth legal conclusions to which no response is required.

298.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 298 of the Amended Complaint and therefore denies those allegations, or Paragraph 298 sets forth legal conclusions to which no response is required.

299.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 299 of the Amended Complaint and therefore denies those allegations, or Paragraph 299 sets forth legal conclusions to which no response is required.

300.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 300 of the Amended Complaint and therefore denies those allegations, or Paragraph 300 sets forth legal conclusions to which no response is required.

301.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 301 of the Amended Complaint and therefore denies those allegations, or Paragraph 301 sets forth legal conclusions to which no response is required.

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

302.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 302 of the Amended Complaint and therefore denies those allegations, or Paragraph 302 sets forth legal conclusions to which no response is required.

303.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 303 of the Amended Complaint and therefore denies those allegations, or Paragraph 303 sets forth legal conclusions to which no response is required.

304.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 304 of the Amended Complaint and therefore denies those allegations, or Paragraph 304 sets forth legal conclusions to which no response is required.

305.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 305 of the Amended Complaint and therefore denies those allegations, or Paragraph 305 sets forth legal conclusions to which no response is required.

306.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 306 of the Amended Complaint and therefore denies those allegations, or Paragraph 306 sets forth legal conclusions to which no response is required.

307.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 307 of the Amended Complaint and therefore denies those allegations, or Paragraph 307 sets forth legal conclusions to which no response is required.

308.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 308 of the Amended Complaint and therefore denies those allegations, or Paragraph 308 sets forth legal conclusions to which no response is required.

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

309.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 309 of the Amended Complaint and therefore denies those allegations, or Paragraph 309 sets forth legal conclusions to which no response is required.

310.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 310 of the Amended Complaint and therefore denies those allegations, or Paragraph 310 sets forth legal conclusions to which no response is required.

311.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 311 of the Amended Complaint and therefore denies those allegations, or Paragraph 311 sets forth legal conclusions to which no response is required.

312.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 312 of the Amended Complaint and therefore denies those allegations, or Paragraph 312 sets forth legal conclusions to which no response is required.

313.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 313 of the Amended Complaint and therefore denies those allegations, or Paragraph 313 sets forth legal conclusions to which no response is required.

314.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 314 of the Amended Complaint and therefore denies those allegations, or Paragraph 314 sets forth legal conclusions to which no response is required.

315.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 315 of the Amended Complaint and therefore denies those allegations, or Paragraph 315 sets forth legal conclusions to which no response is required.

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

316.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 316 of the Amended Complaint and therefore denies those allegations, or Paragraph 316 sets forth legal conclusions to which no response is required.

317.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 317 of the Amended Complaint and therefore denies those allegations, or Paragraph 317 sets forth legal conclusions to which no response is required.

318.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 318 of the Amended Complaint and therefore denies those allegations, or Paragraph 318 sets forth legal conclusions to which no response is required.

319.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 319 of the Amended Complaint and therefore denies those allegations, or Paragraph 319 sets forth legal conclusions to which no response is required.

320.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 320 of the Amended Complaint and therefore denies those allegations, or Paragraph 320 sets forth legal conclusions to which no response is required.

321.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 321 of the Amended Complaint and therefore denies those allegations, or Paragraph 321 sets forth legal conclusions to which no response is required.

322.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 322 of the Amended Complaint and therefore denies those allegations, or Paragraph 322 sets forth legal conclusions to which no response is required.

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

323.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 323 of the Amended Complaint and therefore denies those allegations, or Paragraph 323 sets forth legal conclusions to which no response is required.

324.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 324 of the Amended Complaint and therefore denies those allegations, or Paragraph 324 sets forth legal conclusions to which no response is required.

325.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 325 of the Amended Complaint and therefore denies those allegations, or Paragraph 325 sets forth legal conclusions to which no response is required.

326.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 326 of the Amended Complaint and therefore denies those allegations, or Paragraph 326 sets forth legal conclusions to which no response is required.

327.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 327 of the Amended Complaint and therefore denies those allegations, or Paragraph 327 sets forth legal conclusions to which no response is required.

328.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 328 of the Amended Complaint and therefore denies those allegations, or Paragraph 328 sets forth legal conclusions to which no response is required.

329.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 329 of the Amended Complaint and therefore denies those allegations, or Paragraph 329 sets forth legal conclusions to which no response is required.

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

330.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 330 of the Amended Complaint and therefore denies those allegations, or Paragraph 330 sets forth legal conclusions to which no response is required.

331.   Answering Paragraph 331, Kekropia admits that it acquired the Patsouras Property in 1995 and remains as the current property owner.  Except as expressly admitted, Kekropia lacks information sufficient to form a belief as to the remaining allegations of Paragraph 331, and on that basis denies them.

332.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 332 of the Amended Complaint and therefore denies those allegations.

333.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 333 of the Amended Complaint and therefore denies those allegations.

334.   Answering Paragraph 334, Kekropia admits that, in 1997, its owner, Larry Patsouras, began operating El Greco Wholesale Grocers, Inc. as a wholesale grocery warehouse, and continues to operate there today.

335.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 335 of the Amended Complaint and therefore denies those allegations.

336.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 336 of the Amended Complaint and therefore denies those allegations.

337.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 337 of the Amended Complaint and therefore denies those allegations.

338.   Answering Paragraph 338, Kekropia admits that certain chemicals were detected in soil samples at the Patsouras Source Property in 2006, 2009, and

2013.  Except as expressly admitted or denied above, Kekropia lacks information sufficient to form a belief as to the remaining allegations in Paragraph 338 of the Amended Complaint and therefore denies those allegations.

339.   Answering Paragraph 339, Kekropia admits that certain chemicals were detected in groundwater samples taken from 1997 to 2012.  Except as expressly admitted or denied above, Kekropia lacks information sufficient to form a belief as to the remaining allegations in Paragraph 339 of the Amended Complaint and therefore denies those allegations.

340.   Answering Paragraph 340, Kekropia denies being a "facility" within the meaning of Section 101(9) of CERCLA, 42 U.S.C. § 9601(9).

341.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 341 of the Amended Complaint and therefore denies those allegations.

342.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 342 of the Amended Complaint and therefore denies those allegations.

343.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 343 of the Amended Complaint and therefore denies those allegations, or Paragraph 343 sets forth legal conclusions to which no response is required.

344.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 344 of the Amended Complaint and therefore denies those allegations, or Paragraph 344 sets forth legal conclusions to which no response is required.

345.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 345 of the Amended Complaint and therefore denies those allegations.

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

346.   Answering Paragraph 346, Kekropia admits that certain chemicals were detected in soil samples taken in 2006.

347.   Answering Paragraph 347, Kekropia admits that certain chemicals were detected in a soil gas survey in 2009.  Except as expressly admitted or denied above, Kekropia lacks information sufficient to form a belief as to the remaining allegations in Paragraph 347 of the Amended Complaint and therefore denies those allegations.

348.   Answering Paragraph 348, Kekropia admits that certain chemicals were detected in 2009-2012.  Except as expressly admitted or denied above, Kekropia lacks information sufficient to form a belief as to the remaining allegations in Paragraph 348 of the Amended Complaint and therefore denies those allegations.

349.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 349 of the Amended Complaint and therefore denies those allegations, or Paragraph 349 sets forth legal conclusions to which no response is required.

350.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 350 of the Amended Complaint and therefore denies those allegations, or Paragraph 350 sets forth legal conclusions to which no response is required.

351.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 351 of the Amended Complaint and therefore denies those allegations.

352.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 352 of the Amended Complaint and therefore denies those allegations.

/ /

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

353.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 353 of the Amended Complaint and therefore denies those allegations.

354.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 354 of the Amended Complaint and therefore denies those allegations.

355.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 355 of the Amended Complaint and therefore denies those allegations.

356.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 356 of the Amended Complaint and therefore denies those allegations.

357.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 357 of the Amended Complaint and therefore denies those allegations.

358.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 358 of the Amended Complaint and therefore denies those allegations.

359.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 359 of the Amended Complaint and therefore denies those allegations.

360.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 360 of the Amended Complaint and therefore denies those allegations.

361.    Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 361 of the Amended Complaint and therefore denies those allegations.

/ /

362.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 362 of the Amended Complaint and therefore denies those allegations.

363.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 363 of the Amended Complaint and therefore denies those allegations.

364.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 364 of the Amended Complaint and therefore denies those allegations.

365.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 365 of the Amended Complaint and therefore denies those allegations.

366.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 366 of the Amended Complaint and therefore denies those allegations.

367.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 367 of the Amended Complaint and therefore denies those allegations.

368.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 368 of the Amended Complaint and therefore denies those allegations.

369.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 369 of the Amended Complaint and therefore denies those allegations.

370.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 370 of the Amended Complaint and therefore denies those allegations.

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

371.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 371 of the Amended Complaint and therefore denies those allegations.

372.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 372 of the Amended Complaint and therefore denies those allegations.

373.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 373 of the Amended Complaint and therefore denies those allegations.

374.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 374 of the Amended Complaint and therefore denies those allegations.

375.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 375 of the Amended Complaint and therefore denies those allegations.

376.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 376 of the Amended Complaint and therefore denies those allegations.

377.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 377 of the Amended Complaint and therefore denies those allegations.

378.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 378 of the Amended Complaint and therefore denies those allegations.

379.   Kekropia lacks information sufficient to form a belief as to the allegations in Paragraph 379 of the Amended Complaint and therefore denies those allegations.

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

1

## **FIRST CLAIM**

2       380.   Kekropia realleges and incorporates by reference as if fully set forth

3   herein its responses to paragraphs 1 through 379 above.

4       381.   Paragraph 381 set forth legal conclusions to which no response is

5   required.

6       382.   Paragraph 382 set forth legal conclusions to which no response is

7   required.

8       383.   Paragraph 383 set forth legal conclusions to which no response is

9   required.

10       384.   Paragraph 384 set forth legal conclusions to which no response is

11   required.

12       385.   Paragraph 385 set forth legal conclusions to which no response is

13   required.

14       386.   Paragraph 386 sets forth legal conclusions to which no response is

15   required; however, to the extent that any response is required, Kekropia lacks

16   information sufficient to form a belief as to those allegations and therefore denies

17   them.

18       387.   Paragraph 387 sets forth legal conclusions to which no response is

19   required; however, to the extent that any response is required, Kekropia lacks

20   information sufficient to form a belief as to those allegations and therefore denies

21   them.

22       388.   Paragraph 388 set forth legal conclusions to which no response is

23   required.

24       389.   Paragraph 389 set forth legal conclusions to which no response is

25   required.

26       390.   Paragraph 390 set forth legal conclusions to which no response is

27   required.

28   / /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

391.   Paragraph 391 sets forth legal conclusions to which no response is required; however, to the extent that any response is required, Kekropia lacks information sufficient to form a belief as to those allegations and therefore denies them.

**<u>SECOND CLAIM</u>**

392.   Kekropia realleges and incorporates by reference as if fully set forth herein its responses to paragraphs 1 through 391 above.

393.   The Second Claim for Relief is not asserted against Kekropia and therefore no response by Kekropia is required.  Paragraph 393 also sets forth legal conclusions to which no response is required.

394.   The Second Claim for Relief is not asserted against Kekropia and therefore no response by Kekropia is required.  Paragraph 394 also sets forth legal conclusions to which no response is required.

395.   The Second Claim for Relief is not asserted against Kekropia and therefore no response by Kekropia is required.  Paragraph 395 also sets forth legal conclusions to which no response is required.

396.   The Second Claim for Relief is not asserted against Kekropia and therefore no response by Kekropia is required.  Paragraph 396 also sets forth legal conclusions to which no response is required.

397.   The Second Claim for Relief is not asserted against Kekropia and therefore no response by Kekropia is required.  Paragraph 397 also sets forth legal conclusions to which no response is required.

398.   The Second Claim for Relief is not asserted against Kekropia and therefore no response by Kekropia is required.  Paragraph 398 also sets forth legal conclusions to which no response is required.

399.   The Second Claim for Relief is not asserted against Kekropia and therefore no response by Kekropia is required.  Paragraph 399 also sets forth legal conclusions to which no response is required.

400.    The Second Claim for Relief is not asserted against Kekropia and therefore no response by Kekropia is required.  Paragraph 400 also sets forth legal conclusions to which no response is required.

401.    The Second Claim for Relief is not asserted against Kekropia and therefore no response by Kekropia is required.  Paragraph 401 also sets forth legal conclusions to which no response is required.

402.    The Second Claim for Relief is not asserted against Kekropia and therefore no response by Kekropia is required.  Paragraph 402 also sets forth legal conclusions to which no response is required.

## THIRD CLAIM

403.    Kekropia realleges and incorporates by reference as if fully set forth herein its responses to paragraphs 1 through 402 above.

404.    Paragraph 404 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

405.    Paragraph 405 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

406.    Paragraph 406 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

407.    Paragraph 407 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

## FOURTH CLAIM

408.    Kekropia realleges and incorporates by reference as if fully set forth herein its responses to paragraphs 1 through 407 above.

409.   Paragraph 409 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

410.   Paragraph 410 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

411.   Paragraph 411 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

412.   Paragraph 412 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

413.   Paragraph 413 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

414.   Paragraph 414 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

415.   Paragraph 415 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

416.   Paragraph 416 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

417.   Paragraph 417 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

418.   Paragraph 418 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

419.   Paragraph 419 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

420.   Paragraph 420 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

421.   Paragraph 421 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

422.   Paragraph 422 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

423.   Paragraph 423 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

## **FIFTH CLAIM**

424.   Kekropia realleges and incorporates by reference as if fully set forth herein its responses to paragraphs 1 through 423 above.

425.   Paragraph 425 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

426.   Paragraph 426 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

427.   Paragraph 427 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

428.   Paragraph 428 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

429.   Paragraph 429 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

430.   Paragraph 430 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

431.   Paragraph 431 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

432.   Paragraph 432 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

433.   Paragraph 433 of the Amended Complaint consists of argument and conclusions of law requiring no answer.  To the extent that the paragraph contains allegations of fact, Kekropia denies them.

## **AFFIRMATIVE DEFENSES**

As separate and affirmative defenses, Kekropia alleges as follows:

## **KEKROPIA IS NOT A "OWNER OR OPERATOR"**

Kekropia is not liable to Plaintiffs because Kekropia is and was not an "owner or operator" within the meaning of CERCLA § 101(20), 42 U.S.C. § 9601(20).

/ /

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

## KEKROPIA IS NOT A "OWNER OR OPERATOR" AT TIME OF ALLEGE DISPOSAL

Kekropia is not liable to Plaintiffs because Kekropia did not own or operate any facility at which any alleged hazardous substances were disposed of, at the time of the alleged disposal, pursuant to CERCLA § 107(a)(2), 42 U.S.C. § 9607(a)(2).

## KEKROPIA IS NOT A LIABLE ARRANGER

Kekropia is not liable to Plaintiffs because Kekropia did not; by contract, agreement, or otherwise; arrange for disposal or treatment, or arrange with a transporter for transport for disposal or treatment, of any hazardous substances allegedly owned or possessed by Kekropia or any other entity, at any facility or incineration vessel owned or operate by another entity and containing such hazardous substances, pursuant to CERCLA § 107(a)(3), 42 U.S.C. § 9607(a)(3).

## NO RELEASE OR THREAT OF RELEASE FROM ANY FACILITY

Kekropia is not liable to Plaintiffs because there is and was no release or threat of release of any alleged hazardous substances from any facility for which Kekropia may be held liable, pursuant to CERCLA § 101(22), 42 U.S.C. § 9601(22).

## ACT OF GOD

Kekropia is not liable to Plaintiffs because the alleged release or threat of release of a hazardous substances and the alleged damages resulting therefrom were caused solely by an act of God, pursuant to CERCLA § 107(b)(1). 42 U.S.C. § 9607(b)(1).

## ACT OF THIRD PARTY

Kekropia is not liable to Plaintiffs because the alleged release or threat of release of a hazardous substance and the alleged damages resulting therefrom were caused solely by an act or omission of a third party, pursuant to CERCLA § 107(b)(3), 42 U.S.C. § 9607(b)(3).

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

## INCONSISTENCY WITH NCP

Kekropia is not liable for Plaintiffs' alleged costs and/or damages because those costs and/or damages, if any, were not incurred consistent with the National Contingency plan, pursuant to CERCLA § 107(a)(4)(A)-(B), 42 U.S.C. § 9607(a)(4)(A)-(B).

## UNNECESSARY COSTS

Some or all costs alleged in the Amended Complaint were not "necessary costs of response" as required by CERCLA § 107(a), 42 U.S.C. §9607(a), and Kekropia is not liable for any such costs that were not "necessary costs."

## NOT RESPONSE COSTS

Some or all costs alleged in the Amended Complaint do not constitute response costs within the meaning of section 101(25) of CERCLA, 42 U.S.C. § 9601(25), and are therefore not recoverable.

## NOT REMOVAL OR REMEDIAL ACTION COSTS

Some or all costs alleged in the Amended Complaint do not constitute removal or remedial costs within the meaning of sections 101(23) and 101(24) of CERCLA, 42 U.S.C. § 9601(23)-(24), and are therefore not recoverable.

## NOT A FACILITY

Kekropia is not liable to Plaintiffs because the site of the alleged release or threatened release is not a "facility" as defined in CERCLA § 101(9), 42 U.S.C. § 9601(9).

## NOT "HAZARDOUS SUBSTANCES"

Kekropia is not liable to Plaintiffs for the alleged release or threatened release because the alleged contaminants are not "hazardous substances" as defined in CERCLA § 101(14), 42 U.S.C. § 9601(14) or "hazardous wastes" as defined in RCRA § 1004(5), 42 U.S.C. § 6903(5).

/ /

/ /

## INNOCENT LANDOWNER

Kekropia is not liable to Plaintiffs because Kekropia was an innocent landowner and meets the statutory criteria set forth in CERCLA § 101(35), 42 U.S.C. § 9601(35).

## DE MICROMIS EXEMPTION

Kekropia is not liable to Plaintiffs under CERCLA § 107(a)(3), 42 U.S.C. § 9607(a)(3), because Kekropia meets the statutory criteria set forth in CERCLA § 107(o), 42 U.S.C. § 9607(o).

## CONTIGUOUS PROPERTY

Kekropia is not liable to Plaintiffs because the parcels of real property formerly owned by Kekropia are "contiguous properties" and Kekropia meets the statutory criteria set forth in CERCLA § 107(q), 42 U.S.C. § 9607(q).

## PLAINTIFFS ARE PRPs

Kekropia is not jointly and severally liable to Plaintiffs because Plaintiffs are a "covered person" who owns and/or operates facilities, owned and/or operated facilities at the time of disposal of alleged hazardous substances, arranged for the transportation of alleged hazardous substances for disposal or treatment, and/or accepted alleged hazardous substances for transportation to treatment and/or disposal facilities, meeting the statutory criteria set forth in CERCLA § 107(a)(1)-(4), 42 U.S.C. § 9607(a)(1)-(4).

## EQUITABLE ALLOCATION

Plaintiffs' claims for damages should be reduced in accordance with those factors recognized under CERCLA § 113(f), 42 U.S.C. § 9613(f), for allocation of costs and damages among the parties by virtue of the "Gore Factors" and other equitable considerations.

## DE MINIMUS HARM

The contribution of Kekropia to the alleged contamination, if any, was de minimus.

### DIVISIBILTY OF HARM

Joint and several liability cannot be imposed on Kekropia because its contribution to the alleged contamination, if any, is divisible from that of others.

### NO LIABILITY FOR WHOLLY PAST ACTS OR OMISSIONS

Kekropia is not liable to Plaintiffs because the Amended Complaint seeks to impose liability upon Kekropia for wholly past alleged acts or omissions.

### LACK OF CAPACITY TO SUE FOR PUBLIC NUISANCE

Kekropia is not liable to Plaintiffs because Plaintiffs lack the capacity to bring a civil action to abate a public nuisance.

### NO SPECIAL INJURY FOR PUBLIC NUISANCE

Plaintiffs have not suffered any special injury to assert a claim for public nuisance.

### PERMANENT NUISANCE AND/OR TRESPASS

If any nuisance and/or trespass has been created or maintained as alleged by Plaintiffs, that nuisance and/or trespass is permanent.

### CONSENT TO NUISANCE AND/OR TRESPASS

If any nuisance and/or trespass has been created or maintained as alleged by Plaintiffs, Plaintiffs consented to that nuisance and/or trespass.

### CAUSE IN FACT

No act or omission of Kekropia or by any person or entity for which Kekropia may be responsible was the cause in fact of any damages alleged in the Amended Complaint.

### PROXIMATE CAUSE

No act or omission of Kekropia or by any person or entity for which Kekropia may be responsible was the proximate cause of any damages alleged in the Amended Complaint.

/ /

/ /

## SUPERSEDING CAUSE

Any act or omission of Kekropia was not a substantial factor in bringing about the alleged injuries and damages and was not a contributing cause thereof, but was superseded by the acts and omissions of third parties, which were independent, intervening, and the proximate cause of any damages complained of Plaintiffs.

## LACK OF LEGAL DUTY

The Amended Complaint fails to allege facts sufficient to establish a legal duty on the part of Kekropia.

## ASSUMPTION OF RISK

Kekropia alleges that Plaintiffs had knowledge of the risks necessarily incident to matters alleged in the Amended Complaint, and that if Plaintiffs have suffered injuries or is entitled to any damages as alleged in the Amended Complaint, which is expressly denied, those injuries and/or damages arose from and were caused by said risks knowingly and voluntarily assumed by Plaintiffs.

## CONTRIBUTORY AND COMPARATIVE NEGLIGENCE

Any and all injury or damages were caused, in whole or in part, by Plaintiffs own negligence, carelessness, lack of due care and fault, or by the negligence, carelessness, lack of due care and fault of Plaintiffs' predecessors in interest, their agents, employees or tenants and/or third parties, excluding Kekropia. Accordingly, the Amended Complaint, and each claim therein, is barred, in whole or in part, by Plaintiffs' contributory or comparative fault.

## FAILURE TO STATE A CLAIM

The Amended Complaint, and each claim therein, fails to state a claim against Kekropia upon which relief may be sought.

## STANDING

Kekropia is not liable to Plaintiff because Plaintiffs lack standing.

//

## ACTIONS AUTHORIZED BY LAW

Kekropia is not liable to Plaintiffs because Kekropia's acts and/or omissions were authorized by statute, regulation, ordinance, or other law.

## COMPLIANCE WITH LAWS

Kekropia is not liable to Plaintiffs because Kekropia's acts and/or omissions were in accordance with all applicable statutes, regulations, ordinances, or other laws.

## FAILURE TO JOIN INDESPENSABLE

The Amended Complaint is barred by Plaintiffs' failure to join indispensable parties.

## NOT A SUCESSOR-IN-INTEREST

Kekropia is not liable to Plaintiffs because Kekropia is not the successor-in-interest or otherwise responsible for the acts or omissions of any person otherwise liable to Plaintiffs.

## RELEASE OR WAIVER

The Amended Complaint, and each claim therein, is barred, in whole or in part, by the doctrines of express or implied release or waiver.

## UNCLEAN HANDS

The Amended Complaint and each claim therein, is barred, in whole or in part, by the doctrine of unclean hands.

## LACHES

The Amended Complaint, and each claim therein, is barred by the equitable doctrine of laches because of the unreasonable and prejudicial delay by Plaintiffs in filing this action.

## UNDUE DELAY

Plaintiffs have, contrary to its legal and equitable obligations, failed to take effective action to abate the hazards alleged in the Amended Complaint for several years, a delay that has enormously increased the alleged costs of abatement,

resulting in great prejudice to Kekropia.  Given this delay on the part of Plaintiffs an award of equitable injunctive relief against Kekropia would be inappropriate and inequitable.

## FAILURE TO MITIGATE

The Amended Complaint, and each claim therein, is barred, in whole or in part, by Plaintiffs' failure to mitigate any alleged damages.

## SET-OFF

Kekropia is entitled to an offset against any liability for the greater of (I) any amounts actually paid by any person for any of the costs and/or damages alleged in the Amended Complaint, or (2) the equitable share of the liability of any person or entity that has received or hereafter receives a release from liability or a covenant not to sue with respect to any of the injuries, costs and damages alleged in the Amended Complaint.

## CONTRIBUTION OR INDEMNITY

Kekropia is entitled, according to proof, to contribution or indemnity from Plaintiffs in this action pursuant to CERCLA and common law, and such contribution or indemnity would offset or eliminate any liability of Kekropia.

## ESTOPPEL

The Amended Complaint, and each claim therein, is barred, in whole or in part, by the doctrine of estoppel.

## PRIMARY JURISDICTION

Primary jurisdiction resides in the United States Environmental Protection Agency, the Department of Toxic Substances Control, and/or the Regional Water Quality Control Board, Los Angeles Region, and the Court should therefore not exercise its jurisdiction over the claims asserted in the Amended Complaint.

## STATUTE OF LIMITATIONS

The Amended Complaint, and each claim alleged therein, is barred by the applicable statutes of limitations, including, but not limited to, 42 U.S.C. §§9612

and 9613(g); 28 U.S.C. § 2462; and California Code of Civil Procedure §§ 318, 337, 337.2, 338, 339, 340, and 343.

### CONFLICT PREEMPTION

The relief sought by Plaintiffs pursuant to its claims based on state law is barred by the doctrine of conflict preemption, because those claims could stand as "an obstacle to the accomplishment and execution of the full purposes and objectives of Congress" in enacting CERCLA. *Fireman's Fund Ins. Co. v. City of Lodi*, 302 F.3d 928, 941-43 (9th Cir. 2002).

### RESERVATION OF RIGHTS

The Amended Complaint does not describe its claims or events with sufficient particularity to allow Kekropia to ascertain what other affirmative defenses may exist, and Kekropia therefore reserves the right to assert all affirmative defenses which may pertain to the Amended Complaint once the precise nature of the claims is ascertained.

### RELIANCE UPON CO-DEFENDANTS' DEFENSES

Kekropia intends to rely upon and hereby asserts any defense asserted by its named co-Defendants, or any other presently unnamed co-Defendant.

### RESERVATION OF OTHER AFFIRMATIVE DEFENSES

Kekropia lacks sufficient knowledge and information regarding the facts alleged by Plaintiffs and, therefore, reserve the right to plead additional affirmative defenses at a later time if such defenses are appropriate based on information then available.

WHEREFORE, Kekropia prays that:

1. Plaintiffs Amended Complaint be dismissed in its entirety with prejudice;

2. Plaintiffs take nothing by this action;

3. Kekropia be awarded their costs of suit;

4. Kekropia be awarded their reasonable attorneys' fees; and

5. Kekropia be awarded such other relief as the Court deems just and proper.

1

## **DEMAND FOR JURY TRIAL**

2        Kekropia hereby demands a trial by jury of any and all claims and issues

3  triable of right by a jury.

4

5  DATED:  April 2, 2015                    OTTEN LAW, PC

6                                           */ S /*

7                                           _____
                                            Victor Otten
8                                           Attorneys for Defendant Kekropia, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER OF KEKROPIA, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Victor J. Otten, Esq. (SBN 165800)
OTTEN LAW, PC
3620 Pacific Coast Hwy., Ste. 100
Torrance, CA 90505
Phone: (310) 378-8533 / Fax: (310) 347-4225

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCOA INC., et al.<br><br><br>PLAINTIFF(S),<br>v.<br><br>APC INVESTMENT CO., et al.<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:14-cv-06456 GW (Ex.)<br><br><br>**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of
Los Angeles_____, State of California, and not a
party to the above-entitled cause. On __April 2_____, 20_15____, I served a true copy of
1) Answer of Kekropia, Inc. to Plaintiff's First Amended Complaint; and 2) Certification and Notice of Interested Parties
by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by
depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:
(list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: 3620 Pacific Coast Hwy., Ste. 100, Torrance, CA 90505
Executed on _April 2_____, 20_15____ at _Torrance_____, California

Please check one of these boxes if service is made by mail:

☐  I hereby certify that I am a member of the Bar of the United States District Court, Central District of
California.

☒  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the
service was made.

☒  I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.


_____          _____
*Signature*                        *Party Served*

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Victor J. Otten, Esq. (SBN 165800)
OTTEN LAW, PC
3620 Pacific Coast Hwy. #100
Torrance, California  90505
Phone: (310) 378-8533
Fax: (310) 347-4225
E-mail:  vic@ottenlaw.com

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALCOA INC., et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CASE NO.: 2:14-cv-06456 GW (Ex.) |
| v. | |
| APC INVESTMENT CO., et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          DEFENDANT, KEKROPIA, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| | |

April  2, 2015
Date

Signature

Attorney of record for (or name of party appearing in pro per):

VICTOR J. OTTEN