BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Marc S. Blubaugh (Admitted Pro Hac Vice)
41 S. High Street, Suite 2600
Columbus, Ohio 43215
Telephone: (614) 223-9382
Facsimile: (614) 223-9330
Email: mblubaugh@beneschlaw.com
Attorneys for Defendant Ferro Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| ALCOA INC., et al.<br>    Plaintiffs,<br>v.<br>APC INVESTMENT CO., et al.,<br>    Defendants.<br><br>FERRO CORPORATION<br>6060 Parkland Boulevard<br>Mayfield Heights, Ohio 44124<br>    Third-Party Plaintiff,<br>v.<br><br>PMC, INC.<br>12243 Branford Street<br>Sun Valley, California 91352-1010<br><br>    And<br><br>PHILIP E. KAMINS<br>121 Copley Place<br>Beverly Hills, California 90210<br><br>    Third-Party Defendants. | Case No. 2:14-cv-06456 GW (EX.)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT AND THIRD-PARTY PLAINTIFF FERRO CORPORATION'S THIRD-PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANTS PMC, INC. AND PHILIP E. KAMINS** |

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT AND
THIRD-PARTY PLAINTIFF FERRO CORPORATION'S THIRD-PARTY COMPLAINT
AGAINST THIRD-PARTY DEFENDANTS PMC, INC. AND PHILIP E. KAMINS
Case No. 2:14-cv-06456 GW (EX.)

8589429 v1

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (c), Defendant and Third-Party Plaintiff Ferro Corporation hereby gives notice of voluntary dismissal without prejudice of Defendant and Third-Party Plaintiff's Third-Party Complaint against Third-Party Defendants PMC, Inc. and Philip E. Kamins (Doc. #221).  No responsive pleading has yet been served.

Respectfully submitted,

BENESCH, FRIEDLANDER, COPLAN
& ARONOFF, LLP

Dated:  August 17, 2015

By: /s/ Marc S. Blubaugh
Marc S. Blubaugh (Admitted Pro Hac Vice)
41 S. High Street, Suite 2600
Columbus, Ohio  43215
Telephone:  (614) 223-9382
Facsimile:  (614) 223-9330

Designated Local Counsel:

Cameron W. Roberts, Esq.
(CA #176682)
Roberts & Kehagiaras
One World Trade Center, Suite 2350
Long Beach, CA  90831
Telephone:  (310) 642-9800
Facsimile:  (310) 368-2923
Email:  cwr@tradeandcargo.com

Attorneys for Defendant and Third-Party Plaintiff  Ferro Corporation

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

                                                BENESCH, FRIEDLANDER, COPLAN
                                                      & ARONOFF, LLP


By: /s/ Marc S. Blubaugh
Marc S. Blubaugh (Admitted Pro Hac Vice)
41 S. High Street, Suite 2600
Columbus, Ohio 43215
Telephone: (614) 223-9382
Facsimile: (614) 223-9330
Attorneys for Defendant Ferro Corporation

3

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT AND
THIRD-PARTY PLAINTIFF FERRO CORPORATION'S THIRD-PARTY COMPLAINT
AGAINST THIRD-PARTY DEFENDANTS PMC, INC. AND PHILIP E. KAMINS
Case No. 2:14-cv-06456 GW (EX.)

8589429 v1