NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCOA INC., et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APC INVESTMENT CO., et al.<br><br>　　　　Defendants. | Case No.: CV 14-6456-GW(Ex)<br><br>**ORDER RE:**<br><br>**(1) LITIGATION OF LIABILITY AND STATUTE OF LIMITATIONS ISSUES;**<br><br>**(2) CONTINUING NOVEMBER 17, 2016 SCHEDULING CONFERENCE; AND**<br><br>**(3) STAYING LITIGATION AS TO DEFENDANTS MISSION LINEN SUPPLY AND BURKE STREET LLC**<br><br>**(4) STAYING THIRD-PARTY ACTION PENDING ADJUDICATION OF SUMMARY JUDGMENT MOTIONS BROUGHT BY PLAINTIFFS AND DEFENDANTS** |

Having read and considered the Parties' Joint Status Conference Report and Stipulated Request to Continue the November 17, 2015 Scheduling Conference and certain Parties' Stipulated Request to Stay Litigation as to Defendants Mission Linen Supply ("Mission Linen") and Burke Street LLC ("Burke Street") [Dkt No. 529], and having determined that good cause exists therefor:

IT IS HEREBY ORDERED that:

1. The stay currently in place shall be lifted, effective November 17, 2016, for the limited purposes of litigating, as set forth herein, (a) Plaintiffs' and Defendants' liability under CERCLA Section 113 for the regional groundwater contamination at issue in this lawsuit, and (b) whether Plaintiffs' CERCLA Section 113 claims for contribution and declaratory relief are barred by the applicable statute of limitations.

2. Defendants shall file their answers to Plaintiffs' Fifth Amended Complaint no later than January 6, 2017; Defendants may also contemporaneously file a single, joint submission asserting counterclaims against Plaintiffs, if any, for contribution under CERCLA; if any Defendant wishes to assert any other counterclaim, that Defendant must assert such counterclaim in a separate pleading filed no later than January 6, 2017.

3. Plaintiffs and Defendants shall have until January 12, 2017 to meet and confer in an effort to agree upon a stipulation of undisputed facts relating to liability under CERCLA Section 113 and any statute of limitations defense to Plaintiffs' Section 113 contribution claims (the "Stipulation of Undisputed Facts").

4. A status conference is hereby set for January 19, 2017 at 8:30 a.m.; the Parties shall submit, by noon on January 12, 2017, a status conference report concerning Plaintiffs' and Defendants' progress on agreeing upon the Stipulation of Undisputed Facts and an abbreviated schedule (namely, three months) for discovery exclusively focused upon the facts, including but not limited to facts related to Defendants' statute of limitations defense which may include third-party discovery,

upon which Plaintiffs and Defendants are unable to reach an agreement ("Abbreviated Discovery").

5. Plaintiffs and Defendants shall file their Stipulation of Undisputed Facts no later than January 26, 2017.

6. If Plaintiffs and Defendants are unable to reach an agreement as to any facts relevant to (a) Plaintiffs' and Defendants' liability under CERCLA Section 113 for the regional groundwater contamination at issue in this lawsuit, or (b) whether Plaintiffs' CERCLA Section 113 claims for contribution and declaratory relief are barred by the applicable statute of limitations, then Plaintiffs and Defendants may conduct the Abbreviated Discovery beginning on January 26, 2017 with such discovery to close upon the date specified in the January 12, 2017 Status Conference Report or as otherwise ordered by the Court (the "Abbreviated Discovery Period"); to the extent any Party wishes to seek third-party discovery from the United States Environmental Protection Agency or any other governmental agency, that Party may commence such discovery on November 17, 2016.

7. Plaintiffs and Defendants may file, no later than 30 days after the close of the Abbreviated Discovery Period, a motion for summary judgment or partial summary judgment as to liability under CERCLA Section 113 for the regional groundwater contamination at issue in this lawsuit ("Liability Cross Motions"); Oppositions shall be due forty-six (46) days after service of the Liability Cross Motions; reply briefs shall be due fourteen (14) days after service of Oppositions; Liability Cross Motions shall be heard 30 days after service of the reply briefs, or, if such day falls on a weekend or court holiday, the next court day.

8. Defendants may file, after completion of discovery on Defendants' statute of limitations defenses to Plaintiffs' CERCLA Section 113 claims, a single, joint motion for summary judgment or partial summary judgment as to whether Plaintiffs' CERCLA Section 113 claims for contribution and declaratory relief are barred by the applicable statute of limitations ("Defendants' SOL Motion");

1  Plaintiffs' Opposition shall be due forty-six (46) days after service of Defendants'
2  SOL Motion; Defendants' joint reply brief shall be due fourteen (14) days after
3  service of Plaintiffs' Opposition; Defendants' SOL Motion shall be heard 30 days
4  after service of the reply briefs (or, if such day falls on a weekend or court holiday,
5  the next court day).

6     9. Beginning no later than 5 days following the issuance of an order(s) of
7  the Court on Liability Cross Motions, and terminating 21 days thereafter, the Parties
8  shall meet and confer in an effort to reach agreement upon the deadline for the
9  Parties to make their initial disclosures and a scheduling order governing the
10 remaining issues in this action that need to be litigated.

11     10. The Scheduling Conference currently set for November 17, 2016 is
12 continued to July 24, 2017 at 8:30 a.m.  One week prior to the Scheduling
13 Conference, the Parties shall submit a status conference report that identifies the
14 items upon which the Parties agree, and the Parties' respective positions as to those
15 items upon which they could not agree.

16     11. [**Plaintiffs', Mission Linen's and Burke Street LLC's Position**:] All
17 litigation in this matter against Defendants Mission Linen Supply and Burke Street
18 LLC is hereby stayed until January 19, 2017.  Plaintiffs and Mission Linen and
19 Burke Street shall file by January 16, 2017 a status report regarding the status of the
20 settlements as between these parties.

21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

12. The third-party action initiated by Defendant and Third-Party Plaintiff Powerine Oil Company shall be stayed pending adjudication of the Liability Cross Motions and Defendants' SOL Motion.

DATED: November 16, 2016

George H. Wu
United States District Judge

Submitted by:

NANCY SHER COHEN, SBN 81706
  ncohen@proskauer.com
Ronald A. Valenzuela, SBN 210025
  rvalenzuela@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
Attorneys for Plaintiffs

- 4 -