WILLIAM D. WICK (State Bar No. 063462)
  bwick@ww-envlaw.com
ANNA L. NGUYEN (State Bar. No. 226829)
  anguyen@ww-envlaw.com
WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland CA 94612-3572
Telephone:    (510) 465-5750
Facsimile:    (510) 465-5697

Attorneys for Defendant, Counter-Complainant, and Cross-Complainant
HALLIBURTON AFFILIATES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT COURT OF CALIFORNIA

ALCOA, INC., et al.,

              Plaintiffs,

     v.

APC INVESTMENT CO., et al.,
WATSONVILLE,

              Defendants.

Case No.  2:14-cv-06456 GW (Ex.)

**ANSWER OF HALLIBURTON AFFILIATES, LLC TO PLAINTIFFS' FIFTH AMENDED COMPLAINT**

Defendant HALLIBURTON AFFILIATES, LLC ("Halliburton" or "Defendant") answers the Fifth Amended Complaint ("the Complaint") of Plaintiffs Alcoa, Inc., et al. ("Plaintiffs") as follows:

**NATURE OF THE ACTION**

    1.     In paragraph 1 of the Complaint, Plaintiffs describe the nature of the action, to which a response is not required.  To the extent paragraph 1 contains factual allegations to which a response is required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in paragraph 1, and therefore denies them.

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

2.      In paragraph 2 of the Complaint, Plaintiffs purport to describe groundwater underlying portions of the Whittier and Santa Fe Springs communities and positions of the U.S. Environmental Protection Agency, to which a response is not required.  To the extent paragraph 2 contains factual allegations to which a response is required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in paragraph 1, and therefore denies them.

3.      As to Halliburton specifically, Halliburton denies the allegations in paragraph 3 of the Complaint.  As to other Defendants, Halliburton lacks sufficient knowledge to either admit or deny the allegations in paragraph 3, and therefore denies them.

4.      In paragraph 4 of the Complaint, Plaintiffs purport to describe EPA's evaluation of "many Defendants" and the issuance of "Special Notice Letters," to which a response is not required.    To the extent paragraph 4 contains factual allegations to which a response is required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in paragraph 4, and therefore denies them.

5.      In paragraph 5 of the Complaint, Plaintiffs purport to describe EPA's issuance of "General Notice Letters" to "several PRP Defendants," to which a response is not required.    To the extent paragraph 5 contains factual allegations to which a response is required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in paragraph 5, and therefore denies them.

6.      In paragraph 6 of the Complaint, Plaintiffs purport to describe EPA's continued evaluation of whether there are additional source properties, to which a response is not required.    To the extent paragraph 6 contains factual allegations to which a response is required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in paragraph 6, and therefore denies them.

7.      Halliburton admits the allegations in paragraph 7.

8.      In paragraph 8 of the Complaint, Plaintiffs purport to describe EPA positions with respect to the Omega Chemical property, to which a response is not required.    To the

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

1   extent paragraph 8 contains factual allegations to which a response is required, Halliburton

2   lacks sufficient knowledge to either admit or deny the allegations in paragraph 8, and

3   therefore denies them.

4          9.     As to Halliburton specifically, Halliburton denies the allegation in paragraph

5   9 of the Complaint that Halliburton is among Defendants "responsible for releases of

6   hazardous substances to the OU-2 Facility groundwater and therefore should bear the costs

7   to clean up the resulting contamination." As to other Defendants and as to remaining

8   allegations, Halliburton lacks sufficient knowledge to either admit or deny the allegations

9   in paragraph 9, and therefore denies them.

10          10.    As to Halliburton specifically, Halliburton denies the allegation in paragraph

11   10 of the Complaint that Halliburton is among "some of the Defendants" who have failed

12   to "adequately address the problem." As to other Defendants and as to remaining

13   allegations, Halliburton lacks sufficient knowledge to either admit or deny the allegations

14   in paragraph 10, and therefore denies them.

15          11.    Paragraph 11 contains a statement of the case to which no response is

16   required.  To the extent paragraph 11 contains factual allegations to which a response is

17   required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in

18   paragraph 11, and therefore denies them.

19   **PARTIES**

20   **A. Plaintiffs**

21          12.    Halliburton lacks knowledge or information sufficient to form a belief as to

22   the truth of the allegations in paragraph 12 and on that basis denies the allegations in

23   paragraph 12.

24          13.    Halliburton lacks knowledge or information sufficient to form a belief as to

25   the truth of the allegations in paragraph 13 and on that basis denies the allegations in

26   paragraph 13.

27

28

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-3-

HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

14.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 and on that basis denies the allegations in paragraph 14.

15.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 and on that basis denies the allegations in paragraph 15.

16.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 and on that basis denies the allegations in paragraph 16.

17.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 and on that basis denies the allegations in paragraph 17.

18.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 and on that basis denies the allegations in paragraph 18.

19.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19 and on that basis denies the allegations in paragraph 19.

20.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 and on that basis denies the allegations in paragraph 20.

21.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 and on that basis denies the allegations in paragraph 21.

22.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22 and on that basis denies the allegations in paragraph 22.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-4-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

23.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23 and on that basis denies the allegations in paragraph 23.

24.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24 and on that basis denies the allegations in paragraph 24.

25.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25 and on that basis denies the allegations in paragraph 25.

26.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26 and on that basis denies the allegations in paragraph 26.

27.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 and on that basis denies the allegations in paragraph 27.

28.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28 and on that basis denies the allegations in paragraph 28.

29.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29 and on that basis denies the allegations in paragraph 29.

30.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30 and on that basis denies the allegations in paragraph 30.

31.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31 and on that basis denies the allegations in paragraph 31.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-5-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

32.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32 and on that basis denies the allegations in paragraph 32.

33.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33 and on that basis denies the allegations in paragraph 33.

34.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 34 and on that basis denies the allegations in paragraph 34.

35.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35 and on that basis denies the allegations in paragraph 35.

36.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36 and on that basis denies the allegations in paragraph 36.

37.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37 and on that basis denies the allegations in paragraph 37.

38.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38 and on that basis denies the allegations in paragraph 38.

39.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39 and on that basis denies the allegations in paragraph 39.

40.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 40 and on that basis denies the allegations in paragraph 40.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-6-

HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

41.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41 and on that basis denies the allegations in paragraph 41.

42.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42 and on that basis denies the allegations in paragraph 42.

43.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43 and on that basis denies the allegations in paragraph 43.

44.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44 and on that basis denies the allegations in paragraph 44.

45.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45 and on that basis denies the allegations in paragraph 45.

46.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 46 and on that basis denies the allegations in paragraph 46.

47.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47 and on that basis denies the allegations in paragraph 47.

48.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 48 and on that basis denies the allegations in paragraph 48.

49.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49 and on that basis denies the allegations in paragraph 49.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-7-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

50.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50 and on that basis denies the allegations in paragraph 50.

51.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 and on that basis denies the allegations in paragraph 51.

52.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52 and on that basis denies the allegations in paragraph 52.

53.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53 and on that basis denies the allegations in paragraph 53.

54.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 54 and on that basis denies the allegations in paragraph 54.

55.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 55 and on that basis denies the allegations in paragraph 55.

56.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 56 and on that basis denies the allegations in paragraph 56.

57.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 57 and on that basis denies the allegations in paragraph 57.

58.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 58 and on that basis denies the allegations in paragraph 58.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-8-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

1        59.    Halliburton lacks knowledge or information sufficient to form a belief as to

2 the truth of the allegations in paragraph 59 and on that basis denies the allegations in

3 paragraph 59.

4        60.    Halliburton lacks knowledge or information sufficient to form a belief as to

5 the truth of the allegations in paragraph 60 and on that basis denies the allegations in

6 paragraph 60.

7        61.    Halliburton lacks knowledge or information sufficient to form a belief as to

8 the truth of the allegations in paragraph 61 and on that basis denies the allegations in

9 paragraph 61.

10        62.    Halliburton lacks knowledge or information sufficient to form a belief as to

11 the truth of the allegations in paragraph 62 and on that basis denies the allegations in

12 paragraph 62.

13        63.    Halliburton lacks knowledge or information sufficient to form a belief as to

14 the truth of the allegations in paragraph 63 and on that basis denies the allegations in

15 paragraph 63.

16        64.    Halliburton lacks knowledge or information sufficient to form a belief as to

17 the truth of the allegations in paragraph 64 and on that basis denies the allegations in

18 paragraph 64.

19        65.    Halliburton lacks knowledge or information sufficient to form a belief as to

20 the truth of the allegations in paragraph 65 and on that basis denies the allegations in

21 paragraph 65.

22        66.    Halliburton lacks knowledge or information sufficient to form a belief as to

23 the truth of the allegations in paragraph 66 and on that basis denies the allegations in

24 paragraph 66.

25        67.    Halliburton lacks knowledge or information sufficient to form a belief as to

26 the truth of the allegations in paragraph 67 and on that basis denies the allegations in

27 paragraph 67.

28

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-9-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

**B.    Defendants**

68.    In response to paragraph 68 of the Complaint, Halliburton is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis, denies them.

**1.    Special Notice Letter Defendant PRPs and Other PRPs Associated with SNL Source Properties.**

*a.    Bodycote SNL Source Property*

69.    The allegations in paragraph 69 do not relate to Halliburton, so no response is required.  To the extent paragraph 69 contains factual allegations to which a response is required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in paragraph 69, and therefore denies them.

*b.    Chrysler SNL Source Property*

70.    The allegations in paragraph 70 do not relate to Halliburton, so no response is required.  To the extent paragraph 70 contains factual allegations to which a response is required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in paragraph 70, and therefore, denies them.

71.    The allegations in paragraph 71 do not relate to Halliburton, so no response is required.  To the extent paragraph 71 contains factual allegations to which a response is required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in paragraph 71, and therefore, denies them.

72.    The allegations in paragraph 72 do not relate to Halliburton, so no response is required.  To the extent paragraph 72 contains factual allegations to which a response is required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in paragraph 72, and therefore, denies them.

*c.    Earl Mfg. SNL Source Property*

73.    The allegations in paragraph 73 do not relate to Halliburton, so no response is required.  To the extent paragraph 73 contains factual allegations to which a response is

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-10-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

1    required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in

2    paragraph 73, and therefore, denies them.

3        74.    The allegations in paragraph 74 do not relate to Halliburton, so no response

4    is required.  To the extent paragraph 74 contains factual allegations to which a response is

5    required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in

6    paragraph 74, and therefore, denies them.

7

8        d.    _Foss Plating SNL Source Property_

9        75.    The allegations in paragraph 75 do not relate to Halliburton, so no response

10   is required.  To the extent paragraph 75 contains factual allegations to which a response is

11   required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in

12   paragraph 75, and therefore denies them.

13

14       e.    _Mission Linen SNL Source Property_

15       76.    The allegations in paragraph 76 do not relate to Halliburton, so no response

16   is required.  To the extent paragraph 76 contains factual allegations to which a response is

17   required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in

18   paragraph 76, and therefore denies them.

19

20       f.    _Philbro-Tech SNL Source Property_

21       77.    The allegations in paragraph 77 do not relate to Halliburton, so no response

22   is required.  To the extent paragraph 77 contains factual allegations to which a response is

23   required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in

24   paragraph 77, and therefore denies them.

25       78.    The allegations in paragraph 78 do not relate to Halliburton, so no response

26   is required.  To the extent paragraph 78 contains factual allegations to which a response is

27   required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in

28   paragraph 78, and therefore denies them.

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-11-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

79.     The allegations in paragraph 79 do not relate to Halliburton, so no response is required.  To the extent paragraph 79 contains factual allegations to which a response is required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in paragraph 79, and therefore denies them.

### g.     *Pilot Chemical SNL Source Property*

80.     The allegations in paragraph 80 do not relate to Halliburton, so no response is required.  To the extent paragraph 80 contains factual allegations to which a response is required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in paragraph 80, and therefore denies them.

## 2.     GNL Defendant PRPs & Other PRPs Associated with GNL Source Properties.

### a.     *Continental GNL Source Property*

81.     The allegations in paragraph 81 do not relate to Halliburton, so no response is required.  To the extent paragraph 81 contains factual allegations to which a response is required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in paragraph 81, and therefore denies them.

82.     The allegations in paragraph 82 do not relate to Halliburton, so no response is required.  To the extent paragraph 82 contains factual allegations to which a response is required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in paragraph 82, and therefore denies them.

### b.     *Mobil Jalk Fee GNL Source Property*

83.     The allegations in paragraph 83 do not relate to Halliburton, so no response is required. To the extent paragraph 83 contains factual allegations to which a response is required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in paragraph 83, and therefore denies them, and therefore denies them.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-12-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

1      **3.      Non-Notice Letter Defendant PRPs.**

2          *a.   Associated Plating Source Property*

3          84.     The allegations in paragraph 84 do not relate to Halliburton, so no response

4  is required.  To the extent paragraph 84 contains factual allegations to which a response is

5  required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in

6  paragraph 84, and therefore denies them.

7          85.     The allegations in paragraph 85 do not relate to Halliburton, so no response

8  is required.  To the extent paragraph 85 contains factual allegations to which a response is

9  required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in

10  paragraph 85, and therefore denies them.

11         86.     The allegations in paragraph 86 do not relate to Halliburton, so no response

12  is required.  To the extent paragraph 86 contains factual allegations to which a response is

13  required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in

14  paragraph 86, and therefore denies them.

15         87.     The allegations in paragraph 87 do not relate to Halliburton, so no response

16  is required.  To the extent paragraph 87 contains factual allegations to which a response is

17  required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in

18  paragraph 87, and therefore denies them.

19         88.     The allegations in paragraph 88 do not relate to Halliburton, so no response

20  is required.  To the extent paragraph 88 contains factual allegations to which a response is

21  required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in

22  paragraph 88, and therefore denies them.

23         89.     The allegations in paragraph 89 do not relate to Halliburton, so no response

24  is required.  To the extent paragraph 89 contains factual allegations to which a response is

25  required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in

26  paragraph 89, and therefore denies them.

27         90.     The allegations in paragraph 90 do not relate to Halliburton, so no response

28  is required.  To the extent paragraph 90 contains factual allegations to which a response is

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-13-

HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

1   required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in

2   paragraph 90, and therefore denies them.

3        91.     The allegations in paragraph 91 do not relate to Halliburton, so no response

4   is required.  To the extent paragraph 91 contains factual allegations to which a response is

5   required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in

6   paragraph 91, and therefore denies them.

7

8             b.   *Cenco Refining Source Property*

9        92.     The allegations in paragraph 92 do not relate to Halliburton, so no response

10  is required.  To the extent paragraph 92 contains factual allegations to which a response is

11  required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in

12  paragraph 92, and therefore denies them.

13

14            c.   *Patsouras Source Property*

15       93.     The allegations in paragraph 93 do not relate to Halliburton, so no response

16  is required.  To the extent paragraph 93 contains factual allegations to which a response is

17  required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in

18  paragraph 93, and therefore denies them.

19       94.     The allegations in paragraph 94 do not relate to Halliburton, so no response

20  is required.  To the extent paragraph 94 contains factual allegations to which a response is

21  required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in

22  paragraph 94, and therefore denies them.

23       95.     The allegations in paragraph 95 do not relate to Halliburton, so no response

24  is required.  To the extent paragraph 95 contains factual allegations to which a response is

25  required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in

26  paragraph 95, and therefore denies them.

27       96.     Halliburton admits that Halliburton Affiliates, LLC is a limited liability

28  corporation duly organized and existing under the laws of the State of Delaware with its

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-14-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

1   principal place of business in Houston, Texas.  As to the remaining allegations in
2   paragraph 96, Halliburton lacks sufficient knowledge to either admit or deny the
3   allegations in paragraph 96, and therefore, denies them.

4           d.      *PMC Source Property*

5           97.     The allegations in paragraph 97 do not relate to Halliburton, so no response
6   is required.  To the extent paragraph 97 contains factual allegations to which a response is
7   required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in
8   paragraph 97, and therefore denies them.

9           98.     The allegations in paragraph 98 do not relate to Halliburton, so no response
10  is required.  To the extent paragraph 98 contains factual allegations to which a response is
11  required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in
12  paragraph 98, and therefore denies them.

13

14          **4.      SNL Defendant PRPs Firmenich and Momentive**

15          99.     The allegations in paragraph 99 do not relate to Halliburton, so no response
16  is required.  To the extent paragraph 99 contains factual allegations to which a response is
17  required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in
18  paragraph 99, and therefore denies them.

19          100.    The allegations in paragraph 100 do not relate to Halliburton, so no response
20  is required.  To the extent paragraph 100 contains factual allegations to which a response is
21  required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in
22  paragraph 100, and therefore denies them.

23

24          **C.      Doe Defendants**

25          101.    In paragraph 101, Plaintiffs assert claims against Doe Defendants, to which a
26  response is not required. To the extent paragraph 101 contains factual allegations to which
27  a response is required, Halliburton lacks sufficient knowledge to either admit or deny the
28  allegations in paragraph 101, and therefore denies them.

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-15-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

102.    In paragraph 102, Plaintiffs assert claims against Doe Defendants, to which a response is not required. To the extent paragraph 102 contains factual allegations to which a response is required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in paragraph 102, and therefore denies them.

## JURISDICTION AND VENUE

103.    Paragraph 103 contains a legal conclusion to which no response is required. To the extent paragraph 103 contains factual allegations to which a response is required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in paragraph 103, and therefore denies them.

104.    Paragraph 104 contains a legal conclusion to which no response is required. To the extent paragraph 104 contains factual allegations to which a response is required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in paragraph 104, and therefore denies them.

105.    Paragraph 105 contains a legal conclusion to which no response is required. To the extent paragraph 105 contains factual allegations to which a response is required, Halliburton lacks sufficient knowledge to either admit or deny the allegations in paragraph 105, and therefore denies them.

## FACTUAL ALLEGATIONS

A.    OU-2 Facility Regional Groundwater Contamination

106.    This paragraph contains legal conclusions to which no response is required. To the extent paragraph 106 contains factual allegations to which a response is required, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

107.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 107 and on that basis denies them.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-16-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

108.    This paragraph contains legal conclusions to which no response is required. Halliburton is not specifically identified in paragraph 108, but to the extent any of the allegations purport to relate to Halliburton, Halliburton denies them.  As to the remaining allegations, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

109.    Halliburton is not specifically identified in paragraph 109, but to the extent any of the allegations purport to relate to Halliburton, Halliburton denies them.  As to the remaining allegations, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

110.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 110, and on that basis denies them.

111.    Halliburton is not specifically identified in paragraph 111, but to the extent any of the allegations purport to relate to Halliburton, Halliburton denies them.  As to the remaining allegations, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

112.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 112, and on that basis denies them.

113.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 113, and on that basis denies them.

114.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 114, and on that basis denies them.

115.    Halliburton is not specifically identified in paragraph 115, but to the extent any of the allegations purport to relate to Halliburton, Halliburton denies them.  As to the remaining allegations, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

116.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 116, and on that basis denies them.

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-17-

HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

1    117.    Halliburton lacks knowledge or information sufficient to form a belief as to

2    the truth of the allegations in paragraph 117, and on that basis denies them.

3

4    **B.    The *Abex* Action and OU-2 Consent Decree**

5    118.    Halliburton lacks knowledge or information sufficient to form a belief as to

6    the truth of the allegations in paragraph 118, and on that basis denies them.

7

8    **C.    Defendants Have Contributed to the OU-2 Facility Regional**

9    **Groundwater Contamination**

10    119.    Halliburton admits that the Patsouras property is located above or near the

11    OU-2 facility.  As to allegations regarding Halliburton, Halliburton denies any remaining

12    allegations in paragraph 119.  As to the remaining allegations, Halliburton lacks

13    knowledge or information sufficient to form a belief as to the truth of the allegations and

14    on that basis denies them.

15    **1.    The SNL Defendants' Source Properties**

16    *a.    The Bodycote Source Property-11845 Burke Street*

17    120.    Halliburton lacks knowledge or information sufficient to form a belief as to

18    the truth of the allegations in paragraph 120, and on that basis denies them.

19    i.    Source Property Ownership and Operation

20    121.    Halliburton lacks knowledge or information sufficient to form a belief as to

21    the truth of the allegations in paragraph 121, and on that basis denies them.

22    122.    Halliburton lacks knowledge or information sufficient to form a belief as to

23    the truth of the allegations in paragraph 122, and on that basis denies them.

24    ii.    Disposal and Release of Hazardous Substances

25    123.    Halliburton lacks knowledge or information sufficient to form a belief as to

26    the truth of the allegations in paragraph 123, and on that basis denies them.

27    124.    Halliburton lacks knowledge or information sufficient to form a belief as to

28    the truth of the allegations in paragraph 124, and on that basis denies them.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-18-

HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

1    125.    Halliburton lacks knowledge or information sufficient to form a belief as to
2 the truth of the allegations in paragraph 125, and on that basis denies them.

3    126.    Halliburton lacks knowledge or information sufficient to form a belief as to
4 the truth of the allegations in paragraph 126, and on that basis denies them.

5    127.    Halliburton lacks knowledge or information sufficient to form a belief as to
6 the truth of the allegations in paragraph 127, and on that basis denies them.

7    128.    This paragraph contains legal conclusions to which no response is required.
8 To the extent there are factual allegations in paragraph 128, Halliburton lacks knowledge
9 or information sufficient to form a belief as to the truth of the allegations, and on that basis
10 denies them.

11    129.    Halliburton lacks knowledge or information sufficient to form a belief as to
12 the truth of the allegations in paragraph 129, and on that basis denies them.

13    130.    Halliburton lacks knowledge or information sufficient to form a belief as to
14 the truth of the allegations in paragraph 130, and on that basis denies them.

15

16              iii.    <u>Continuing Migration of Contaminants</u>

17    131.    Halliburton lacks knowledge or information sufficient to form a belief as to
18 the truth of the allegations in paragraph 131, and on that basis denies them.

19    132.    Halliburton lacks knowledge or information sufficient to form a belief as to
20 the truth of the allegations in paragraph 132, and on that basis denies them.

21    133.    Halliburton lacks knowledge or information sufficient to form a belief as to
22 the truth of the allegations in paragraph 133, and on that basis denies them.

23    134.    Halliburton lacks knowledge or information sufficient to form a belief as to
24 the truth of the allegations in paragraph 134, and on that basis denies them.

25    135.    Halliburton lacks knowledge or information sufficient to form a belief as to
26 the truth of the allegations in paragraph 135, and on that basis denies them.

27    136.    Halliburton lacks knowledge or information sufficient to form a belief as to
28 the truth of the allegations in paragraph 136, and on that basis denies them.

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-19-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

137.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 137, and on that basis denies them.

### b.   *The Chrysler Source Property*

138.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 138, and on that basis denies them.

#### i.   Source Property Ownership

139.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 139, and on that basis denies them.

140.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 140, and on that basis denies them.

141.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 141, and on that basis denies them.

#### ii.   Source Property Operation

142.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 142, and on that basis denies them.

143.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 143, and on that basis denies them.

144.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 144, and on that basis denies them.

145.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 145, and on that basis denies them.

#### iii.   Disposal & Releases of Hazardous Substances

146.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 146, and on that basis denies them.

147.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 147, and on that basis denies them.

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-20-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

148.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 148, and on that basis denies them.

149.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 149, and on that basis denies them.

150.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 150, and on that basis denies them.

151.    This paragraph contains legal conclusions to which no response is required. To the extent there are factual allegations in paragraph 151, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies them.

152.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 152, and on that basis denies them.

153.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 153, and on that basis denies them.

c.    _The Earl Mfg, Source Property-11862 Burke Street_

154.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 154, and on that basis denies them.

i.    Source Property Ownership and Operation

155.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 155 and on that basis denies them.

156.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 156, and on that basis denies them.

157.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 157, and on that basis denies them.

ii.    Disposal & Release of Hazardous Substances

158.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 158, and on that basis denies them.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-21-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

159.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 159, and on that basis denies them.

160.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 160, and on that basis denies them.

161.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 161, and on that basis denies them.

162.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 162, and on that basis denies them.

163.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 163, and on that basis denies them.

164.    This paragraph contains legal conclusions to which no response is required. To the extent there are factual allegations in paragraph 164, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies them.

165.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 165, and on that basis denies them.

166.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 166, and on that basis denies them.

iii.    Continuing Migration of Contaminants

167.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 167, and on that basis denies them.

168.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 168, and on that basis denies them.

169.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 169, and on that basis denies them.

170.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 170, and on that basis denies them.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-22-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

171.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 171, and on that basis denies them.

172.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 172, and on that basis denies them.

173.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 173, and on that basis denies them.

174.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 174, and on that basis denies them.

175.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 175, and on that basis denies them.

  d.   _The Foss Plating Source Property-8140 Secura Way_

176.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 176, and on that basis denies them.

  i.   Source Property Ownership and Operation

177.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 177, and on that basis denies them.

178.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 178, and on that basis denies them.

  ii.   Disposal & Release of Hazardous Substances

179.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 179, and on that basis denies them.

180.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 180, and on that basis denies them.

181.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 181, and on that basis denies them.

182.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 182, and on that basis denies them.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-23-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

183.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 183, and on that basis denies them.

184.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 184, and on that basis denies them.

185.   This paragraph contains legal conclusions to which no response is required. To the extent there are factual allegations in paragraph 185, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies them.

186.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 186, and on that basis denies them.

187.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 187, and on that basis denies them.

### iii.   Continuing Migration of Contaminants

188.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 188, and on that basis denies them.

189.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 189, and on that basis denies them.

190.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 190, and on that basis denies them.

191.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 191, and on that basis denies them.

192.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 192, and on that basis denies them.

193.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 193, and on that basis denies them.

### e.   *The Mission Linen Source Property-11904-11920 East Washington Boulevard*

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-24-

HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

1    194.   Halliburton lacks knowledge or information sufficient to form a belief as to

2    the truth of the allegations in paragraph 194, and on that basis denies them.

3              i.       Source Property Ownership and Operation

4    195.   Halliburton lacks knowledge or information sufficient to form a belief as to

5    the truth of the allegations in paragraph 195, and on that basis denies them.

6    196.   Halliburton lacks knowledge or information sufficient to form a belief as to

7    the truth of the allegations in paragraph 196, and on that basis denies them.

8              ii.      Disposal & Release of Hazardous Substances

9    197.   Halliburton lacks knowledge or information sufficient to form a belief as to

10   the truth of the allegations in paragraph 197, and on that basis denies them.

11   198.   Halliburton lacks knowledge or information sufficient to form a belief as to

12   the truth of the allegations in paragraph 198, and on that basis denies them.

13   199.   Halliburton lacks knowledge or information sufficient to form a belief as to

14   the truth of the allegations in paragraph 199, and on that basis denies them.

15   200.   Halliburton lacks knowledge or information sufficient to form a belief as to

16   the truth of the allegations in paragraph 200, and on that basis denies them.

17   201.   Halliburton lacks knowledge or information sufficient to form a belief as to

18   the truth of the allegations in paragraph 201, and on that basis denies them.

19   202.   Halliburton lacks knowledge or information sufficient to form a belief as to

20   the truth of the allegations in paragraph 202, and on that basis denies them.

21   203.   Halliburton lacks knowledge or information sufficient to form a belief as to

22   the truth of the allegations in paragraph 203, and on that basis denies them.

23   204.   This paragraph contains legal conclusions to which no response is required.

24   To the extent there are factual allegations in paragraph 204, Halliburton lacks knowledge

25   or information sufficient to form a belief as to the truth of the allegations, and on that basis

26   denies them.

27   205.   Halliburton lacks knowledge or information sufficient to form a belief as to

28   the truth of the allegations in paragraph 205, and on that basis denies them.

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-25-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

206.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 206, and on that basis denies them.

f.     *The Phibro-Tech Source Property-8851 Dice Road*

207.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 207, and on that basis denies them.

i.     Source Property Ownership and Operation

208.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 208, and on that basis denies them.

209.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 209, and on that basis denies them.

210.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 210, and on that basis denies them.

211.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 211, and on that basis denies them.

212.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 212, and on that basis denies them.

213.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 213, and on that basis denies them.

214.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 214, and on that basis denies them.

ii.     Disposal & release of Hazardous Substances

215.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 215, and on that basis denies them.

216.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 216, and on that basis denies them.

217.     Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 217, and on that basis denies them.

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-26-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

1    218.    Halliburton lacks knowledge or information sufficient to form a belief as to
2    the truth of the allegations in paragraph 218, and on that basis denies them.

3    219.    Halliburton lacks knowledge or information sufficient to form a belief as to
4    the truth of the allegations in paragraph 219, and on that basis denies them.

5    220.    Halliburton lacks knowledge or information sufficient to form a belief as to
6    the truth of the allegations in paragraph 220, and on that basis denies them.

7    221.    Halliburton lacks knowledge or information sufficient to form a belief as to
8    the truth of the allegations in paragraph 221, and on that basis denies them.

9    222.    Halliburton lacks knowledge or information sufficient to form a belief as to
10   the truth of the allegations in paragraph 222, and on that basis denies them.

11   223.    Halliburton lacks knowledge or information sufficient to form a belief as to
12   the truth of the allegations in paragraph 223, and on that basis denies them.

13   224.    Halliburton lacks knowledge or information sufficient to form a belief as to
14   the truth of the allegations in paragraph 224, and on that basis denies them.

15   225.    Halliburton lacks knowledge or information sufficient to form a belief as to
16   the truth of the allegations in paragraph 225, and on that basis denies them.

17           iii.    <u>Continuing Migration of Contaminants</u>

18   226.    Halliburton lacks knowledge or information sufficient to form a belief as to
19   the truth of the allegations in paragraph 226, and on that basis denies them.

20   227.    Halliburton lacks knowledge or information sufficient to form a belief as to
21   the truth of the allegations in paragraph 227, and on that basis denies them.

22   228.    Halliburton lacks knowledge or information sufficient to form a belief as to
23   the truth of the allegations in paragraph 228, and on that basis denies them.

24   229.    Halliburton lacks knowledge or information sufficient to form a belief as to
25   the truth of the allegations in paragraph 229, and on that basis denies them.

26   230.    Halliburton lacks knowledge or information sufficient to form a belief as to
27   the truth of the allegations in paragraph 230, and on that basis denies them.

28

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-27-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

231.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 231, and on that basis denies them.

232.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 232, and on that basis denies them.

233.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 233, and on that basis denies them.

g.      *The Pilot Chemical Source Property-11756 Burke Street*

234.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 234, and on that basis denies them.

i.      Source Property Ownership and Operation

235.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 235, and on that basis denies them.

236.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 236, and on that basis denies them.

237.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 237, and on that basis denies them.

ii.     Disposal & Releases of Hazardous Substances

238.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 238, and on that basis denies them.

239.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 239, and on that basis denies them.

240.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 240, and on that basis denies them.

241.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 241, and on that basis denies them.

242.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 242, and on that basis denies them.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-28-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

243.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 243, and on that basis denies them.

244.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 244, and on that basis denies them.

245.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 245, and on that basis denies them.

246.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 246, and on that basis denies them.

247.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 247, and on that basis denies them.

248.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 248, and on that basis denies them.

249.   This paragraph contains legal conclusions to which no response is required. To the extent there are factual allegations in paragraph 249, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies them.

250.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 250, and on that basis denies them.

251.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 251, and on that basis denies them.

iii.   Continuing Migration of Contaminants

252.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 252, and on that basis denies them.

253.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 253, and on that basis denies them.

254.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 254, and on that basis denies them.

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-29-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

255.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 255, and on that basis denies them.

256.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 256, and on that basis denies them.

## 2.    The GNL Defendants' Source Properties

### a.    *The Continental Source Property-10643 South Norwalk Boulevard*

257.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 257, and on that basis denies them.

#### i.    Source Property Ownership and Operation

258.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 258, and on that basis denies them.

259.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 259, and on that basis denies them.

260.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 260, and on that basis denies them.

261.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 261, and on that basis denies them.

262.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 262, and on that basis denies them.

263.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 263, and on that basis denies them.

264.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 264, and on that basis denies them.

#### ii.    Disposal & Release of Hazardous Substances

265.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 265, and on that basis denies them.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-30-

HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

266.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 266, and on that basis denies them.

267.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 267, and on that basis denies them.

268.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 268, and on that basis denies them.

269.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 269, and on that basis denies them.

270.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 270, and on that basis denies them.

271.    This paragraph contains legal conclusions to which no response is required. To the extent there are factual allegations in paragraph 271, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies them.

272.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 272, and on that basis denies them.

273.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 273, and on that basis denies them.

iii.    Continuing Migration of Contaminants

274.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 274, and on that basis denies them.

275.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 275, and on that basis denies them.

276.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 276, and on that basis denies them.

277.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 277, and on that basis denies them.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-31-

HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

278.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 278, and on that basis denies them.

279.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 279, and on that basis denies them.

280.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 280, and on that basis denies them.

     **b.**  *The Mobil Jalk Fee Source Property-10607 Norwalk Boulevard*

281.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 281, and on that basis denies them.

     i.  Source Property Ownership and Operation

282.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 282, and on that basis denies them.

283.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 283, and on that basis denies them.

284.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 284, and on that basis denies them.

285.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 285, and on that basis denies them.

     ii.  Disposal & Release of Hazardous Substances

286.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 286, and on that basis denies them.

287.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 287, and on that basis denies them.

288.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 288, and on that basis denies them.

289.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 289, and on that basis denies them.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-32-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

290.   This paragraph contains legal conclusions to which no response is required. To the extent there are factual allegations in paragraph 290, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies them.

291.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 291, and on that basis denies them.

292.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 292, and on that basis denies them.

iii.   <u>Continuing Migration of Contaminants</u>

293.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 293, and on that basis denies them.

294.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 294, and on that basis denies them.

295.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 295, and on that basis denies them.

296.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 296, and on that basis denies them.

297.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 297, and on that basis denies them.

298.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 298, and on that basis denies them.

299.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 299, and on that basis denies them.

300.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 300, and on that basis denies them.

**3.   The Non-Notice Letter Defendants' Source Properties**

*a.   <u>The Associated Plating Source Property-9636 Ann Street</u>*

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-33-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

301.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 301, and on that basis denies them.

> i.      Source Property Ownership and Operation

302.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 302, and on that basis denies them.

303.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 303, and on that basis denies them.

304.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 304, and on that basis denies them.

305.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 305, and on that basis denies them.

> ii.      Disposal & Release of Hazardous Substances

306.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 306, and on that basis denies them.

307.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 307, and on that basis denies them.

308.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 308, and on that basis denies them.

309.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 309, and on that basis denies them.

310.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 310, and on that basis denies them.

311.    This paragraph contains legal conclusions to which no response is required. To the extent there are factual allegations in paragraph 311, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies them.

312.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 312, and on that basis denies them.

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-34-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

iii.     Continuing Migration of Contaminants

313.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 313, and on that basis denies them.

314.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 314, and on that basis denies them.

315.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 315, and on that basis denies them.

316.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 316, and on that basis denies them.

317.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 317, and on that basis denies them.

318.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 318, and on that basis denies them.

319.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 319, and on that basis denies them.

320.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 320, and on that basis denies them.

b.     *The Cenco Refining Source Property-12345-12354*

321.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 321, and on that basis denies them.

i.     Source Property Ownership and Operation

322.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 322, and on that basis denies them.

323.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 323, and on that basis denies them.

324.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 324, and on that basis denies them.

ii.     Disposal & Release of Hazardous Substances

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-35-

HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

325.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 325, and on that basis denies them.

326.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 326, and on that basis denies them.

327.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 327, and on that basis denies them.

328.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 328, and on that basis denies them.

329.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 329, and on that basis denies them.

330.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 330, and on that basis denies them.

331.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 331, and on that basis denies them.

332.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 332, and on that basis denies them.

333.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 333, and on that basis denies them.

334.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 334, and on that basis denies them.

335.    This paragraph contains legal conclusions to which no response is required. To the extent there are factual allegations in paragraph 335, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies them.

336.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 336, and on that basis denies them.

iii.    <u>Continuing Migration of Contaminants</u>

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-36-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

337.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 337, and on that basis denies them.

338.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 338, and on that basis denies them.

339.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 339, and on that basis denies them.

340.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 340, and on that basis denies them.

341.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 341, and on that basis denies them.

342.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 342, and on that basis denies them.

   *c.*    *The Patsouras Source Property-11630-11700 Burke Street*

343.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 343, and on that basis denies them.

   i.    Source Property Ownership

344.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 344, and on that basis denies them.

345.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 345, and on that basis denies them.

346.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 346, and on that basis denies them.

347.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 347, and on that basis denies them.

   ii.    Source Property Operation

348.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 348, and on that basis denies them.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-37-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

349.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 349, and on that basis denies them.

350.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 350, and on that basis denies them.

iii.    <u>Disposal & Release of Hazardous Substances</u>

351.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 351, and on that basis denies them.

352.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 352, and on that basis denies them.

353.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 353, and on that basis denies them.

354.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 354, and on that basis denies them.

355.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 355, and on that basis denies them.

356.    This paragraph contains legal conclusions to which no response is required. To the extent there are factual allegations in paragraph 356, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies them.

357.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 357, and on that basis denies them.

iv.    <u>Continuing Migration of Contaminants</u>

358.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 358, and on that basis denies them.

359.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 359, and on that basis denies them.

360.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 360, and on that basis denies them.

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-38-

HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

1   361.   Halliburton lacks knowledge or information sufficient to form a belief as to
2   the truth of the allegations in paragraph 361, and on that basis denies them.

3   362.   Halliburton lacks knowledge or information sufficient to form a belief as to
4   the truth of the allegations in paragraph 362, and on that basis denies them.

5   363.   Halliburton lacks knowledge or information sufficient to form a belief as to
6   the truth of the allegations in paragraph 363, and on that basis denies them.

7   364.   Halliburton lacks knowledge or information sufficient to form a belief as to
8   the truth of the allegations in paragraph 364, and on that basis denies them.

9   365.   Halliburton lacks knowledge or information sufficient to form a belief as to
10  the truth of the allegations in paragraph 365, and on that basis denies them.

11  366.   Halliburton lacks knowledge or information sufficient to form a belief as to
12  the truth of the allegations in paragraph 366, and on that basis denies them.

13          *d.*   *The PMC Source Property-10051 Romandel Avenue*

14  367.   Halliburton lacks knowledge or information sufficient to form a belief as to
15  the truth of the allegations in paragraph 367, and on that basis denies them.

16                  i.   Source Property Ownership and Operation

17  368.   Halliburton lacks knowledge or information sufficient to form a belief as to
18  the truth of the allegations in paragraph 368, and on that basis denies them.

19  369.   Halliburton lacks knowledge or information sufficient to form a belief as to
20  the truth of the allegations in paragraph 369, and on that basis denies them.

21  370.   Halliburton lacks knowledge or information sufficient to form a belief as to
22  the truth of the allegations in paragraph 370, and on that basis denies them.

23  371.   Halliburton lacks knowledge or information sufficient to form a belief as to
24  the truth of the allegations in paragraph 371, and on that basis denies them.

25                  ii.   Disposal & Release of Hazardous Substances

26  372.   Halliburton lacks knowledge or information sufficient to form a belief as to
27  the truth of the allegations in paragraph 372, and on that basis denies them.

28

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-39-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

373.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 373, and on that basis denies them.

374.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 374, and on that basis denies them.

375.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 375, and on that basis denies them.

376.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 376, and on that basis denies them.

377.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 377, and on that basis denies them.

378.   This paragraph contains legal conclusions to which no response is required. To the extent there are factual allegations in paragraph 378, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies them.

379.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 379, and on that basis denies them.

iii.   <u>Continuing Migration of Contaminants</u>

380.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 380, and on that basis denies them.

381.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 381, and on that basis denies them.

382.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 382, and on that basis denies them.

383.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 383, and on that basis denies them.

384.   Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 384, and on that basis denies them.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-40-

HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

385.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 385, and on that basis denies them.

386.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 386, and on that basis denies them.

### 4.    SNL PRPs Firmenich and Momentive

387.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 387, and on that basis denies them.

#### a.    *Source Property Ownership and Operation*

388.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 388, and on that basis denies them.

389.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 389, and on that basis denies them.

#### b.    *Disposal & release of Hazardous Substances*

390.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 390, and on that basis denies them.

391.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 391, and on that basis denies them.

392.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 392, and on that basis denies them.

393.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 393, and on that basis denies them.

394.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 394, and on that basis denies them.

395.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 395, and on that basis denies them.

### FIRST CLAIM FOR RELIEF

### Contribution Under CERCLA

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-41-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

**Against All Defendants Except Burke Street LLC**

396.    In answering paragraph 396, Halliburton incorporates by reference its answers to paragraphs 1 through 395 above.

397.    This paragraph contains legal conclusions to which no response is required. To the extent there are factual allegations in paragraph 397, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies them.

398.    This paragraph contains legal conclusions to which no response is required. To the extent there are factual allegations in paragraph 398, Halliburton denies those allegations as to Halliburton being a "covered person" under CERCLA.  Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations as to other Defendants being "covered persons," and on that basis denies them.

399.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 399, and on that basis denies them.

400.    This paragraph contains legal conclusions to which no response is required. To the extent there are factual allegations in paragraph 400, Halliburton denies those allegations as to the Patsouras Property.  Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations as to other Defendant Properties, and on that basis denies them.

401.    This paragraph contains legal conclusions to which no response is required. To the extent there are factual allegations in paragraph 401, Halliburton denies those allegations as to the Patsouras Property.  Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations as to other Defendant Properties, and on that basis denies them.

402.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 402, and on that basis denies them.

403.    Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 403, and on that basis denies them.

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-42-

HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

1    404.    This paragraph contains legal conclusions to which no response is required.

2  To the extent there are factual allegations in paragraph 404, Halliburton lacks knowledge

3  or information sufficient to form a belief as to the truth of the allegations, and on that basis

4  denies them.

5    405.    This paragraph restates Plaintiffs' claim for contribution to which no

6  response is required.  To the extent there are factual allegations in paragraph 405,

7  Halliburton denies those allegations as to Halliburton.  As to other Defendants, Halliburton

8  lacks knowledge or information sufficient to form a belief as to the truth of the allegations,

9  and on that basis denies them.

10    406.    Halliburton denies the allegations of paragraph 406.

11    407.    This paragraph states that Plaintiffs are providing notice to the EPA and

12  Attorney General, to which no response is required.  To the extent there are factual

13  allegations in paragraph 407, Halliburton lacks knowledge or information sufficient to

14  form a belief as to the truth of the allegations, and on that basis denies them.

15

16                          **SECOND CLAIM FOR RELIEF**

17    408.    This Second Claim for Relief is not asserted against Halliburton, and

18  therefore no response is required.  To the extent a response were required, Halliburton

19  lacks knowledge or information sufficient to form a belief as to the truth of the allegations,

20  and on that basis denies them.

21    409.    This Second Claim for Relief is not asserted against Halliburton, and

22  therefore no response is required.  To the extent a response were required, Halliburton

23  lacks knowledge or information sufficient to form a belief as to the truth of the allegations,

24  and on that basis denies them.

25    410.    This Second Claim for Relief is not asserted against Halliburton, and

26  therefore no response is required. To the extent a response were required, Halliburton lacks

27  knowledge or information sufficient to form a belief as to the truth of the allegations, and

28  on that basis denies them.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-43-

HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

1    411.   This Second Claim for Relief is not asserted against Halliburton, and

2 therefore no response is required. To the extent a response were required, Halliburton lacks

3 knowledge or information sufficient to form a belief as to the truth of the allegations, and

4 on that basis denies them.

5    412.   This Second Claim for Relief is not asserted against Halliburton, and

6 therefore no response is required.  To the extent a response were required, Halliburton

7 lacks knowledge or information sufficient to form a belief as to the truth of the allegations,

8 and on that basis denies them.

9    413.   This Second Claim for Relief is not asserted against Halliburton, and

10 therefore no response is required. To the extent a response were required, Halliburton lacks

11 knowledge or information sufficient to form a belief as to the truth of the allegations, and

12 on that basis denies them.

13    414.   This Second Claim for Relief is not asserted against Halliburton, and

14 therefore no response is required. To the extent a response were required, Halliburton lacks

15 knowledge or information sufficient to form a belief as to the truth of the allegations, and

16 on that basis denies them.

17    415.   This Second Claim for Relief is not asserted against Halliburton, and

18 therefore no response is required.  To the extent a response were required, Halliburton

19 lacks knowledge or information sufficient to form a belief as to the truth of the allegations,

20 and on that basis denies them.

21    416.   This Second Claim for Relief is not asserted against Halliburton, and

22 therefore no response is required. To the extent a response were required, Halliburton lacks

23 knowledge or information sufficient to form a belief as to the truth of the allegations, and

24 on that basis denies them.

25    417.   This Second Claim for Relief is not asserted against Halliburton, and

26 therefore no response is required. To the extent a response were required, Halliburton lacks

27 knowledge or information sufficient to form a belief as to the truth of the allegations, and

28 on that basis denies them.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-44-

HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

418.   This Second Claim for Relief is not asserted against Halliburton, and therefore no response is required.  To the extent a response were required, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies them.

419.   This Second Claim for Relief is not asserted against Halliburton, and therefore no response is required. To the extent a response were required, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies them.

420.   This Second Claim for Relief is not asserted against Halliburton, and therefore no response is required. To the extent a response were required, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies them.

421.   This Second Claim for Relief is not asserted against Halliburton, and therefore no response is required.  To the extent a response were required, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies them.

422.   This Second Claim for Relief is not asserted against Halliburton, and therefore no response is required. To the extent a response were required, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies them.

423.   This Second Claim for Relief is not asserted against Halliburton, and therefore no response is required. To the extent a response were required, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies them.

## THIRD CLAIM FOR RELIEF

### Declaratory Judgment Under Federal Law – Against All Defendants Except Burke Street LLC

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-45-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

424.    In answering paragraph 424, Halliburton incorporates by reference its answers to paragraphs 1 through 423 above.

425.    Halliburton admits the allegations in paragraph 425.

426.    This paragraph restates Plaintiffs' claim for contribution to which no response is required.  To the extent there are factual allegations in paragraph 426, Halliburton denies those allegations as to Halliburton.  As to other Defendants, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies them.

## PRAYER FOR RELIEF

427.    These paragraphs restate Plaintiffs' Prayer for Relief, to which a response is not required.  To the extent there are factual allegations in the Prayer for Relief, Halliburton denies each and every allegation as to Halliburton.  As to other Defendants, Halliburton lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies them.

## <u>AFFIRMATIVE DEFENSES</u>

To further answer Plaintiffs' Complaint, Halliburton asserts the following affirmative defenses as separate and complete affirmative defenses to all claims in the Complaint:

## <u>FIRST AFFIRMATIVE DEFENSE</u>

(Failure to State a Claim)

The Complaint and each cause of action therein fails to state facts sufficient to state a claim for which relief can be granted against Halliburton.

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-46-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

## SECOND AFFIRMATIVE DEFENSE

### (Ripeness)

Plaintiffs' claims are not ripe for adjudication.


## THIRD AFFIRMATIVE DEFENSE

### (Statutes of Limitations)

Each claim for relief is barred by applicable statutes of limitations.


## FOURTH AFFIRMATIVE DEFENSE

### (Laches)

Plaintiffs' claims are barred by the doctrine of laches.


## FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiffs' claims are barred because Plaintiffs have "unclean hands."


## SIXTH AFFIRMATIVE DEFENSE

### (Waiver)

Plaintiffs' claims are barred by the doctrine of waiver.


## SEVENTH AFFIRMATIVE DEFENSE

### (Estoppel)

Plaintiffs' claims are barred by the doctrine of estoppel.

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-47-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

## EIGHTH AFFIRMATIVE DEFENSE

(No Causation)

The damages alleged by Plaintiffs, which Halliburton denies, were not caused or contributed to by Halliburton, and if there were any damages, which Halliburton denies, Halliburton is not responsible for these damages.

## NINTH AFFIRMATIVE DEFENSE

(Acts or Omissions of Third Parties)

Plaintiffs cannot recover against Halliburton because the alleged damages, if any, were caused by the acts, errors or omissions of third-parties other than Halliburton, over whom Halliburton had no authority or control.

## TENTH AFFIRMATIVE DEFENSE

(Superseding and Intervening Acts)

Plaintiffs cannot recover against Halliburton and/or any damages should be reduced, because these damages, if any, were proximately caused by unforeseeable, independent, and/or superseding events beyond the control and unrelated to any actions or conduct of Halliburton.

## ELEVENTH AFFIRMATIVE DEFENSE

(Not a Responsible Party under CERCLA)

Halliburton is not a responsible party or person under Section 107(a) or Section 113 of CERCLA, 42 U.S.C. § 9607(a) and § 9613.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-48-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

## TWELFTH AFFIRMATIVE DEFENSE

(Substances Excluded by Statute)

Plaintiffs' claims are barred to the extent that any of the alleged releases upon which the claims are based are releases of substances excluded under CERCLA, including, but not limited to, petroleum.

## THIRTEENTH AFFIRMATIVE DEFENSE

(Act of God)

Any release or threatened release of a hazardous substance and the damages allegedly resulting there from were caused solely by an act of God.

## FOURTEENTH AFFIRMATIVE DEFENSE

(CERCLA Third-Party Defense)

Plaintiffs' claims are barred by 42 U.S.C. § 9607(b)(3) because (i) the release or threatened release of hazardous substances, if any, as alleged by Plaintiffs in the Complaint was caused solely by the acts or omissions of persons or parties other than Halliburton, for whom Halliburton was not responsible.  Halliburton exercised due care with respect to the hazardous substance concerned, if any, taking into consideration the characteristics of such hazardous substance, in light of all relevant facts and circumstances.  Halliburton took precautions against foreseeable acts or omissions of any such third party and the consequences that could foreseeably result from such acts or omissions.  Thus, Plaintiffs cannot recover against Halliburton because the alleged injuries and damages complained of by Plaintiffs, if any, were wholly or in part directly and proximately caused by the negligence or the wrongful acts, errors or omissions of third-parties other than Halliburton, over whom Halliburton had no authority or control, and this negligence comparatively reduces the proportion of negligence and corresponding liability of Halliburton. Halliburton therefore is not liable for any costs or expenses incurred, or to be incurred, by

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

1  Plaintiffs or any other party due to the alleged release or threatened release of hazardous

2  substances under the provisions CERCLA, Section 107(b)(3), 42 U.S.C. § 9607(b)(3).

3

4  **FIFTEENTH AFFIRMATIVE DEFENSE**

5  (CERCLA Contiguous Landowner)

6        Halliburton alleges that it was not an "owner" or "operator" as defined in CERCLA

7  because Halliburton owned real property that is contiguous to or otherwise similarly

8  situated with respect to, and that is or may be contaminated by a release or threatened

9  released of a hazardous substance from real property that was not owned by Halliburton.

10  Plaintiffs cannot recover against Halliburton because they have not incurred recoverable

11  costs within the meaning of Sections 101(23) and 101(24) of CERCLA, 42 U.S.C.

12  § 9601(23) and § 9601(24). Halliburton further alleges that it did not cause, contribute, or

13  consent to the release or threatened release; that it is not potentially liable, or affiliated

14  with any other person that is potentially liable, for response costs at the Patsouras property

15  through any direct or indirect familial relationship or any contractual, corporate, or

16  financial relationship or the result of a reorganization of a business entity that was

17  potentially liable; that Halliburton took reasonable steps to stop any continuing release;

18  prevent any threatened future release; and prevent or limit human, environmental, or

19  natural resource exposure to any hazardous substance released on or from property owned

20  by it; that Halliburton provided full cooperation, assistance, and access to persons that are

21  authorized to conduct response actions or natural resource restoration; that Halliburton is

22  in compliance with any land use restrictions established or relied on in connection with the

23  response action; and that Halliburton did not impede the effectiveness or integrity of any

24  institutional control employed in connection with a response action; that Halliburton is in

25  compliance with any request for information or administrative subpoena issued by the

26  President; that Halliburton provided all legally required notices with respect to the

27  discovery or release of any hazardous substances; and that at the time Halliburton acquired

28  the property, it conducted all appropriate inquiry within the meaning of CERCLA §

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-50-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

9601(35)(B) with respect to the property; and that Halliburton did not know or have reason to know that the property was or could be contaminated by a release or threatened release of one or more hazardous substances from other real property not owned or operated by Halliburton.

## SIXTEENTH AFFIRMATIVE DEFENSE

(Costs Not "Necessary" Costs)

Plaintiffs cannot recover against Halliburton because they have not incurred costs which were "necessary costs of response" under 42 U.S.C. 9607(a)(4)(B).

## SEVENTEENTH AFFIRMATIVE DEFENSE

(Costs Not Consistent with NCP)

Plaintiffs cannot recover against Halliburton because the costs incurred were not consistent with the National Contingency Plan.

## EIGHTEENTH AFFIRMATIVE DEFENSE

(Liability *De Micromis*)

Halliburton's alleged liability for releases of hazardous substances, if any, is *de micromis* or *de minimis,* both in volume and toxicity of such substances, under CERCLA and the policies of the United States Environmental Protection Agency, and any such contribution is therefore insufficient as a matter of law to give rise to liability.

## NINETEENTH AFFIRMATIVE DEFENSE

(Divisibility)

If the damages alleged by Plaintiffs, which Halliburton denies, are found to have been caused by Halliburton, such damages are distinct, divisible, and separate and therefore, Halliburton cannot be held liable for damages not caused by it.

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-51-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

1

## TWENTIETH AFFIRMATIVE DEFENSE

2

(Equitable Allocation)

3

Halliburton is entitled to an equitable allocation of zero.

4

5

## TWENTY-FIRST AFFIRMATIVE DEFENSE

6

(Failure to Join Indispensable and/or Necessary Parties)

7

The Complaint fails to include all indispensable and/or necessary parties for the just

8

and complete adjudication of the matters alleged in the Complaint.

9

10

## TWENTY-SECOND AFFIRMATIVE DEFENSE

11

(Failure to Perform Conditions and/or Exhaust Remedies)

12

The Complaint is barred because Plaintiffs failed to exhaust their remedies and

13

have not performed all necessary conditions precedent or satisfied the jurisdictional

14

prerequisites required prior to filing the Complaint.

15

16

## TWENTY-THIRD AFFIRMATIVE DEFENSE

17

(Attorneys Fees Improper)

18

The Complaint fails to state a claim or set forth facts sufficient to support a claim

19

for attorneys' fees.

20

21

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

22

(No Release during Ownership or Operation)

23

The alleged release or threatened release that caused Plaintiffs to incur response

24

costs did not occur during any ownership or operation of the Patsouras Property by

25

Halliburton, and therefore it cannot be liable under CERCLA section 107(a)(2).

26

27

28

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-52-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

(Failure to Give Notice)

Liability under the Complaint is barred because there was a failure to give proper notice to the regulatory agencies as required by statute, including, but not limited to Section 113 of CERCLA, 42 U.S.C. § 9613.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

(Due Care and Compliance with Law)

At all relevant times, Halliburton acted with due care, complied with all then–applicable statutory, regulatory, and common law, regulations, and requirements, took all required or appropriate precautions against foreseeable acts or omissions, and otherwise conducted itself in a manner where it cannot be held responsible for the damages alleged in the Complaint.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

(CERCLA Contribution)

If Halliburton is held responsible for any response costs or damages, Plaintiffs and other parties are liable to Halliburton in contribution under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9613(f)(1), for all response costs or damages incurred by Halliburton in excess of its equitable share of any such costs and damages.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

(No Remedial Action or Removal Costs)

Plaintiffs' CERCLA claims are barred insofar as they seek to recover costs, damages and expenses that were not costs of "remedial action" or "removal" under CERCLA, 42 U.S.C. § 9601(23) and (24).

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-53-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

(Unjust Enrichment)

Any award to Plaintiffs would constitute unjust enrichment.

**THIRTIETH AFFIRMATIVE DEFENSE**

(No Cost-Effective Action under 42 U.S.C. § 9621)

Plaintiffs are not entitled to a recovery of response costs from Defendant because Plaintiffs' alleged removal or remedial actions were not and are not "cost-effective" pursuant to CERCLA, 42 U.S.C. § 9621.

**THIRTY-FIRST AFFIRMATIVE DEFENSE**

(No Joint and Several Liability)

Joint and several liability should not be imposed on Halliburton because joint and several liability is not mandatory and it would be inequitable to impose joint and several liability on Halliburton.  Halliburton is not jointly and severally liable for any damage alleged in Plaintiffs' complaint because there is a reasonable basis upon which to apportion any liability among the parties to the captioned action.

**THIRTY-SECOND AFFIRMATIVE DEFENSE**

(Incorporation by Reference)

Halliburton hereby adopts and incorporates by reference any and all other affirmative defenses asserted by any other Defendants in this action.

**THIRTY-THIRD AFFIRMATIVE DEFENSE**

(Issue Preclusion, Collateral Estoppel, Res Judicata)

Plaintiffs' claims are barred in whole or in part by issue preclusion, collateral estoppel and/or res judicata.

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-54-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Plaintiffs failed to exercise reasonable care and diligence to avoid loss and to minimize and mitigate their damages, if any, and this failure to mitigate damages alone caused, contributed to, or aggravated any damages or injuries to Plaintiffs, if any, and therefore, precludes or reduces any recovery against Halliburton.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

### (Setoff)

To the extent that Plaintiffs have received or later receive any of the requested relief from a person or entity other than Halliburton (including a governmental agency, another defendant, or a third party), any recovery against Halliburton should be barred or reduced accordingly.

## THIRTY-SIXTH AFFIRMATIVE DEFENSE

### (Reservation of All Other Affirmative Defenses)

Halliburton presently has insufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses. Halliburton reserves the right to assert and rely on any additional affirmative defenses as may become available or apparent during discovery proceedings and/or trial.

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE

### (No Recoverable Response Costs)

Plaintiffs cannot recover against Halliburton because they have not incurred recoverable costs within the meaning of Sections 101(23) and 101(24) of CERCLA, 42 U.S.C. § 9601(23) and § 9601(24).

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-55-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)

## PRAYER

WHEREFORE, Halliburton prays:

1. That Plaintiffs take nothing by way of their Complaint;

2. That Plaintiffs' Complaint be dismissed in its entirety;

3. That Halliburton be awarded its costs, expert consultants and witness fees, and reasonable attorney's fees costs incurred in this action;

4. For entry of a declaratory judgment against Plaintiffs and in favor of Halliburton, declaring that Halliburton is not liable to Plaintiffs in any amount according to proof at trial; and

5. For such other relief the court deems proper and just.

Dated:  January 6, 2017                    WACTOR & WICK LLP


                                     By:   /s/  William D. Wick
                                           WILLIAM D. WICK
                                           Attorneys for Defendant, Counter-
                                           Complainant, and Cross-Complainant
                                           HALLIBURTON OF WATSONVILLE

**WACTOR & WICK LLP**
180 Grand Avenue, Suite 950
Oakland, CA 94612

-56-
HALLIBURTON'S ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT
Case No. 2:14-CV-06456 GW (Ex.)