NANCY SHER COHEN, SBN 81706
ncohen@proskauer.com
RONALD A. VALENZUELA, SBN 210025
rvalenzuela@proskauer.com
SHAWN S. LEDINGHAM, JR., SBN 275268
sledingham@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067
Telephone:   (310) 557-2900
Facsimile:    (310) 557-2193

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCOA INC., et al.<br><br>                     Plaintiffs,<br><br>              v.<br><br>APC INVESTMENT CO., et al.<br><br>                     Defendants. | Case No.: 2:14-cv-06456 GW (Ex.)<br><br>**PLAINTIFFS' AND DEFENDANTS MISSION LINEN SUPPLY'S AND BURKE STREET, LLC'S STATUS REPORT RE SETTLEMENT AND REQUEST TO CONTINUE STAY OF LITIGATION AS TO MISSION LINEN SUPPLY AND BURKE STREET, LLC**<br><br>Judge:        Hon. George H. Wu |
| AND RELATED CROSS ACTIONS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | |

1        Plaintiffs Alcoa Inc., et al. ("Plaintiffs") and Defendants Mission Linen

2   Supply ("Mission Linen") and Burke Street, LLC ("Burke Street") hereby submit

3   this Status Report re Settlement pursuant to the Court's November 16, 2016 Order

4   [Dkt. No. 530] and Request to Continue Stay of Litigation as to Mission Linen and

5   Burke Street.

6        Plaintiffs reached separate agreements with Defendants Mission Linen and

7   Burke Street to resolve their dispute, which will ultimately result in the dismissal of

8   those Defendants from this action.  The settlements have been memorialized,

9   settlement agreements have been executed, and settlement funds have been

10  provided.

11       Dismissal of Burke Street is contingent upon entry of the Consent Decree

12  lodged in *U.S., et al. v. Abex Aerospace, et al*., No. 16-cv-2696 (the "Consent

13  Decree").

14       Dismissal of Mission Linen is contingent upon entry of the Consent Decree,

15  the addition of Mission Linen as a party to the Consent Decree, and Mission Linen

16  obtaining contribution protection as provided under the Consent Decree.

17       At the request of Plaintiffs, Mission Linen, and Burke Street, the Court stayed

18  all litigation against Mission Linen and Burke Street until January 19, 2017 and

19  ordered Plaintiffs and these two Defendants to report on the status of their

20  settlements by January 16, 2017.

21       On December 15, 2016, this Court conducted a hearing on the motion brought

22  by plaintiffs in the *Abex* matter for entry of the Consent Decree, ordered

23  supplemental briefing, and continued the hearing on the pending motion, which is

24  currently scheduled to be heard on February 9, 2017.  Plaintiffs, Mission Linen, and

25  Burke Street respectfully submit that, pending a ruling on the pending motion to

26  enter the Consent Decree and satisfaction of the above described conditions for the

27  dismissal of Mission Linen and Burke Street from this action, it would be a waste of

28  judicial and party resources for the Parties to engage in litigation as against those

two Defendants and for the Court to adjudicate any disputes arising from such litigation.

To require Mission Linen (and Burke Street) to continue to participate in the litigation (including such things as pleading, phased early discovery, and law and motion) while a motion for entry of the *Abex* Consent Decree is pending and Mission Linen is being added to the Consent Decree, would be contrary to CERCLA's primary goal of encouraging settlement.  Further, if the stay is not extended, Mission Linen and Burke Street will be prejudiced by being forced to litigate a case that they and Plaintiffs have agreed in good faith to settle. Comparatively, extending the stay as to Mission Linen and Burke Street will not harm or prejudice any party.  And if the settlement(s) should be undone (and there is no reason to believe this will occur), there will be ample time for the parties to litigate.

Accordingly, Plaintiffs, Burke Street, and Mission Linen hereby request that the Court continue the current stay of all litigation against Burke Street and Mission Linen until further order of the Court.


DATED:  January 13, 2017                    PROSKAUER ROSE LLP


                                    By: _____/s/ Nancy Sher Cohen_____
                                            Nancy Sher Cohen
                                        Attorneys for Plaintiffs

1   DATED:  January 13, 2017          LEWIS BRISBOIS BISGAARD & SMITH
                                      LLP
2

3                                     By:  _____/s/ Michael K. Johnson_____

4                                           Michael K. Johnson
5                                           Attorneys for Defendant Mission Linen
6                                           Supply

7

8   DATED:  January 13, 2017          NASTICH LAW

9

10                                    By:  _____/s/ Summer L. Nastich_____

11                                          Summer L. Nastich
12                                          Attorneys for Defendant Burke Street, LLC

13

14

15  **CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

16          I, Nancy Sher Cohen, am the ECF user whose ID and password are being

17  used to file this Status Report Re Settlement and Request to Continue Stay.  In

18  compliance with C.D. Cal. Civ. L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have

19  obtained the concurrence of each signatory to this document.

20
21                                         _____/s/ Nancy Sher Cohen_____
                                                  Nancy Sher Cohen
22

23

24

25

26

27

28

- 3 -