NANCY SHER COHEN, SBN 81706
ncohen@proskauer.com
RONALD A. VALENZUELA, SBN 210025
rvalenzuela@proskauer.com
SHAWN S. LEDINGHAM, JR., SBN 275268
sledingham@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone:     (310) 557-2900
Facsimile:     (310) 557-2193

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALCOA INC., et al., | Case No. 2:14-cv-06456 GW (Ex.) |
|---|---|
| Plaintiffs, | **NOTICE OF NAME CHANGE OF PLAINTIFF ALCOA INC.** |
| v. | |
| APC INVESTMENT CO., et al., | |
| Defendants. | |
| AND RELATED CROSS ACTIONS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | |

1         TO: THE CLERK OF THE COURT AND ALL PARTIES

2         PLEASE TAKE NOTICE that plaintiff Alcoa Inc. has changed its name to Arconic Inc. Plaintiffs respectfully submit that the caption of this action and all future filings and correspondence should reflect this change.

8   DATED: May 23, 2017         PROSKAUER ROSE LLP

10                 By:     /s/ Nancy Sher Cohen

                      Nancy Sher Cohen
                      Attorneys for Plaintiffs Arconic Inc. et al.