Robert P. Doty (State Bar No. 148069)
rdoty@coxcastle.com
Christopher W. Gribble (State Bar No. 285337)
cgribble@coxcastle.com
COX, CASTLE & NICHOLSON LLP
50 California Street, Suite 3200
San Francisco, CA  94111-4710
Telephone:  (415) 262-5100
Facsimile:  (415) 262-5199

Attorneys for Defendant
PALMTREE ACQUISITION CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCONIC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> APC INVESTMENT CO., et al., <br><br> Defendants. | Case No. 2:14-cv-06456-GW (Ex) <br><br> **DECLARATION OF ROBERT P. DOTY IN SUPPORT OF MOVING DEFENDANTS' MOTION OF SUMMARY JUDGMENT** <br><br> Date: June 28, 2018 <br> Time: 8:30 a.m. <br> Judge: The Honorable George Wu <br> Place: Courtroom 9D, 9th Floor |

I, ROBERT P. DOTY, declare as follows:

1. I am an attorney at law licensed to practice in California and admitted to practice before this Court.  I am a partner with Cox, Castle & Nicholson LLP, counsel of record for Defendant Palmtree Acquisition Corporation (hereinafter "Palmtree") in the above-captioned case.  I make this declaration based on personal knowledge, and if called up as a witness I could and would testify as follows.

2. Attached as **Exhibit 1** is a true and correct copy of the January 19, 1999 National Priorities List for Uncontrolled Hazardous Waste Sites, which lists the Omega processing plant and the associated groundwater plume on the National Priorities List, 64 Fed. Reg. 2950, 2951 (Jan. 19, 1999).

3. Attached as **Exhibit 2** is a true and correct copy of plaintiffs United States of America and State of California's Notice of Motion and Motion to Enter Consent Decree marked as filed on October 2, 2006 in *United States of America, et al. v. Abex Aerospace, et al.*, case no. 2:16-cv-02696-GW-E, Dkt. No. 22. I caused personnel of my office to obtain a copy of this document from www.pacer.gov and/or court records.

4. Attached as **Exhibit 3** is a true and correct copy of plaintiffs Omega Chemical PRP Group LLC's and Omega Chemical PRP Group's Stipulation for Entry of Settlement Agreement and Consent Order; Order Thereon (the "2006 Stipulation for Entry of Settlement") marked as filed on October 2, 2006 in *Omega Chemical PRP Group LLC et al. v. Aaron Thomas Company Inc. et al.*, case no. 2:04-cv-01340-TJH-E, Dkt. No. 33. I caused personnel of my office to obtain a copy of this document from www.pacer.gov and/or court records.

5. Attached as **Exhibit 4** is a true and correct copy of a letter on Levine Fricke letterhead and dated May 19, 2004 as addressed to Albert M. Cohen a true and correct copy of which was produced by EPA to defendant Palmtree Acquisition Corp. pursuant to a Freedom of Information Act Request.

6. Attached as **Exhibit 5** is a true and correct copy of an EPA Fact Sheet dated May 2016 for the Omega Chemical Superfund Site as I obtained it from an EPA website.

7. Attached as **Exhibit 6** is a true and correct copy of plaintiffs Omega Chemical PRP Group LLC's and Omega Chemical PRP Group's Notice of Motion and Motion for Determination of Good Faith Settlement; Memorandum of Points and Authorities in Support Thereof; Declarations of Larry G. Gutterridge and Albert Cohen (the "2006 Motion for Good Faith Settlement") marked as filed on December 1, 2006 in *Omega Chemical PRP Group LLC et al. v. Aaron Thomas Company Inc. et al.*, case no. 2:04-cv-01340-TJH-E. I caused personnel of my office to obtain a copy of this document from www.pacer.gov and/or court records. A true and correct copy of the

1  underlying settlement agreement as excerpted from **Exhibit 6** is attached to this
2  declaration as **Exhibit 6A**.

3        8.    Attached as **Exhibit 7** is a true and correct copy of EPA's May 9, 1995
4  Administrative Order Pursuant to Section 106 of the Comprehensive Environmental
5  Response Compensation and Liability Act of 1980 as amended, 42 U.S.C. Section
6  9606(a), Order No. 95-15 (the "UAO-95-15") for the Omega Chemical Superfund Site,
7  as produced by EPA to defendant Palmtree Acquisition Corporation pursuant to a
8  Freedom of Information Act request.

9        9.    Attached as **Exhibit 8** is a true and correct copy of the Declaration of
10 Gene A. Lucero In Support of Plaintiffs' Supplemental Briefing Regarding Plaintiffs'
11 Motion to Enter Consent Decree, marked as filed on February, 2, 2017 in *United States*
12 *of America*, *et al. v. Abex Aerospace, et al*., case no. 2:16-cv-02696-GW-E, Dkt. no. 33-
13 1. I caused personnel of my office to obtain a copy of this document from
14 www.pacer.gov and/or court records.

15       10.    Attached as **Exhibit 9** is a true and correct copy of the relevant pages of
16 a technical report listed as prepared for the Omega Chemical Site PRP Organized
17 Group and prepared by England & Associates and Hargis + Associates, Inc., dated
18 October 1996, as produced by EPA to defendant Palmtree Acquisition Corp. pursuant
19 to a Freedom of Information Act Request.

20       11.    Attached as **Exhibit 10** is a true and correct copy of an Email dated
21 October 26, 1998 listed as sent from EPA's Craig Cooper to CDM's Dave Chamberlin,
22 as produced under a Declaration of Custodian of Records of De Maximis, Inc., a true
23 and correct copy of which is attached as Exhibit A to this declaration.

24       12.    Attached as **Exhibit 11** is a true and correct copy of an Email dated
25 October 27, 1998 listed as sent from CDM's Dave Chamberlin to EPA, as produced
26 under a Declaration of Custodian of Records of CDM Smith Inc., a true and correct
27 copy of which is attached as Exhibit B to this declaration.
28

13. Attached as **Exhibit 12** is a true and correct copy a Memorandum titled "Proposed Modification of SOW Requirement for Downgradient ("Sentinel") Wells Background," dated June 26, 2000, and indicated as having been drafted by Dave Chamberlin and Sharon Wallin of the CDM firm and sent to Chuck McLaughlin, OPOG's Project Coordinator, as produced by EPA to defendant Palmtree Acquisition Corporation pursuant to a Freedom of Information Act request.

14. Attached as **Exhibit 13** is a true and correct copy of the Consent Decree marked as entered by the court on February 28, 2001 in *United States v. Abex Aerospace Div., et al.*, case no. 2:00-cv-12471-TJH-E.  A true and correct copy of the underlying Notice of Lodging of Consent Decree dated as November 21, 2000 is attached as **Exhibit 13A**.  I caused personnel of my office to obtain a copy of this document from www.pacer.gov and/or court records.

15. Attached as **Exhibit 14** is a true and correct copy of the Declaration of Nancy M. Wilms In Support of Plaintiffs' Supplemental Briefing Regarding Plaintiffs' Motion to Enter Consent Decree, marked as filed in on February, 2, 2017 in *United States of America, et al. v. Abex Aerospace, et al.*, case no. 2:16-cv-02696-GW-E, dkt. no. 33-1.  I caused personnel of my office to obtain a copy of this document from www.pacer.gov and/or court records.

16. Attached as **Exhibit 15** are relevant portions of a technical report of consultant Weston Solutions, Inc., titled "Omega Chemical Superfund Site, Whittier, California – Phase 2 Groundwater Characterization Study," indicating as being prepared for EPA and as produced by EPA to defendant Palmtree Acquisition Corporation pursuant to a Freedom of Information Act request..

17. Attached as **Exhibit 16** is a true and correct copy of an Email dated October 8, 2003 and marked as being from Dr. Tom Perina to EPA and enclosing meeting notes dated September 29, 2003, as produced by EPA to defendant Palmtree Acquisition Corporation pursuant to a Freedom of Information Act request.

18. Attached as **Exhibit 17** is an EPA letter dated January 16, 2004, copying Gene Lucero and others on behalf of OPOG, inviting them to participate in a February 12, 2004 informational meeting for the Omega Superfund Site. Attached as **Exhibit 17A** true and correct copy of a PowerPoint presentation for the meeting indicating a February 12, 2004, date. Both are as produced by EPA to defendant Palmtree Acquisition Corporation pursuant to a Freedom of Information Act request.

19. Attached as **Exhibit 18** to this declaration is a true and correct copy of plaintiffs Omega Chemical PRP Group LLC's and Omega Chemical PRP Group's complaint marked as filed on February 27, 2004 in *Omega Chemical PRP Group LLC et al. v. Aaron Thomas Company Inc. et al.*, case no. 2:04-cv-01340-TJH-E. I caused personnel of my office to obtain a copy of this document from www.pacer.gov and/or court records.

20. Attached as **Exhibit 19** to this declaration is a true and correct copy of a technical memorandum marked as prepared by CH2M HILL's Tom Perina and for EPA's Christopher Lichens, dated April 6, 2004, as obtained by defendant Palmtree Acquisition Corporation under a Freedom of Information Act Request to EPA.

21. Attached as **Exhibit 20** to this declaration is a true and correct copy of a memorandum Tom Perina of the firm CH2M HILL prepared for EPA's Christopher Lichens dated July 21, 2004, titled "Response to Comments by Levine-Fricke on Conceptual Remedial Action Cost Estimates for the Omega Chemical Superfund Site, Whittier, California," as obtained by defendant Palmtree Acquisition Corporation under a Freedom of Information Act Request to EPA.

22. Attached as **Exhibit 21** to this declaration is a true and correct copy of an August 11, 2004 EPA letter to Albert Cohen, titled "LFR Levine-Fricke Comments Regarding EPA Conceptual Remedial Action Cost Estimate for the Omega Chemical Superfund Site, Whittier, CA," as obtained by defendant Palmtree Acquisition Corporation under a Freedom of Information Act Request to EPA.

23. Attached as **Exhibit 22** is a true and correct copy of the Declaration of Albert Cohen filed as part of plaintiffs Omega Chemical PRP Group LLC and Omega Chemical PRP Group December 1, 2006 Notice of Motion and Motion for Determination of Good Faith Settlement; Memorandum of Points and Authorities in Support Thereof (the "2006 Motion for Good Faith Settlement"), Exhibit 6 *supra*. I caused personnel of my office to obtain a copy of this document from www.pacer.gov and/or court records.

24. Attached as **Exhibit 23** to this declaration is a true and correct copy of the Order by United States District Judge Terry Hatter Jr. approving the Plaintiffs' motion for good faith settlement, marked as entered on March 9, 2007 in *Omega Chemical PRP Group LLC et al. v. Aaron Thomas Company Inc. et al.*, case no. 2:04-cv-01340-TJH-E, dkt 38. I caused personnel of my office to obtain a copy of this document from www.pacer.gov and/or court records.

25. Attached as **Exhibit 24** to this declaration is a true and correct copy of the Declaration of Larry G. Gutterridge filed as part of plaintiffs Omega Chemical PRP Group LLC and Omega Chemical PRP Group December 1, 2006 Notice of Motion and Motion for Determination of Good Faith Settlement; Memorandum of Points and Authorities in Support Thereof (the "2006 Motion for Good Faith Settlement"), Exhibit 6 *supra*. I caused personnel of my office to obtain a copy of this document from www.pacer.gov and/or court records.

26. Attached as **Exhibit 25** to this declaration is a true and correct copy of Plaintiffs' Responses to Defendants' Requests for Admission on the Statute-Of-Limitations, Set One (1) served in this lawsuit on my office by Nancy Sher Cohen on September 28, 2017.

27. Attached as **Exhibit 26** to this declaration is a true and correct copy of an EPA Fact Sheet dated August 2005 for the Omega Chemical Superfund Site, as I obtained from an EPA website.

28. Attached as **Exhibit 27** to this declaration is a true and correct copy of the certified copy of the February 23, 2018 deposition of Albert Cohen, as obtained by my office personnel.

29. Attached as **Exhibit 28** to this declaration is a true and correct copy of the Stipulation for Entry of Settlement Agreement and Consent Order; Order Thereon, marked as filed October 2, 2006 in *Omega Chemical PRP Group LLC et al. v. Aaron Thomas Company Inc. et al.*, case no. 2:04-cv-01340-TJH-E. I caused personnel of my office to obtain a copy of this document from www.pacer.gov and/or court records.

30. On April 30, 2018, I caused my firm's personnel to run a docket report on Pacer for *Omega Chemical PRP Group LLC et al. v. Aaron Thomas Company Inc. et al.*, case no. 2:04-cv-01340-TJH-E, and to capture the screenshot attached as **Exhibit 29**. The true and correct copy of that docket screenshot shows the last filing in the matter as January 7, 2010 with the action being marked terminated as of January 8, 2010.

31. Attached as **Exhibit 30** to this declaration is a true and correct copy of EPA's February 24, 2009 General Notice Letter and Request for Information Omega Chemical Corporation Superfund Site marked as being sent to Palmtree Acquisition Corporation's Jeffrey H. Schwartz, as produced by EPA to defendant Palmtree Acquisition Corporation under a Freedom of Information Act Request.

32. Attached as **Exhibit 31** to this declaration is a true and correct copy of an EPA Fact Sheet dated February 2008 for the Omega Superfund Site, as I obtained from an EPA website.

33. Attached as **Exhibit 32** is a true and correct copy of the relevant portions of the Consent Decree marked as filed on October 6, 2010 in Case No. 2:10-cv-05051-TJH-PLA, dkt. no8. I caused personnel of my office to obtain a copy of this document from www.pacer.gov and/or court records.

34. On April 18, 2008, I conferred with counsel for Plaintiffs, Ronald Valenzuela and Jack Terry, pursuant to Local Rule 7-3. During the call, I explained the

basis for the Moving Defendants' motion for summary judgment. The parties' were unable to resolve their disputed interpretations of law, thereby necessitating this motion. At the conclusion of the call, the parties agreed that they had complied with the requirements of Local Rule 7-3.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 30, 2018 in San Francisco, California.

By:   /s/ Robert P. Doty
      ROBERT P. DOTY