| | |
|---|---|
| 1 | NANCY SHER COHEN (SBN 081706) |
| | ncohen@lathropgage.com |
| 2 | RONALD A. VALENZUELA (SBN 210025) |
| | rvalenzuela@ lathropgage.com |
| 3 | LATHROP GAGE LLP |
| | 1888 Century Park East, Suite 1000 |
| 4 | Los Angeles, CA  90067-1623 |
| | Telephone:    (310) 789-4600 |
| 5 | Facsimile:      (310) 788-4601 |

JOHN M. TERRY (*admitted pro hac vice*)
jterry@lathropgage.com
LATHROP GAGE LLP
1515 Wynkoop Street, Suite 600
Denver, CO 80202
Telephone:    (720) 931-3200
Facsimile:      (720) 931-3201

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARCONIC INC., et al. | Case No.  2:14-cv-06456 GW (Ex.) |
| Plaintiffs, | Assigned to |
| v. | **JOINT STATUS REPORT OF PLAINTIFFS AND DEFENDANTS CONTINENTAL HEAT TREATING, INC. AND EXXONMOBIL OIL CORPORATION RE PROPOSED SETTLEMENTS** |
| APC INVESTMENT CO., et al. | |
| Defendants. | |
| AND RELATED CROSS ACTIONS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | Judge:  Hon. George H. Wu |

As previously reported to the Court, Plaintiffs have agreed in principle to resolve their disputes with Defendants Continental Heat Treating, Inc. ("Continental Heat") and ExxonMobil Oil Corporation ("ExxonMobil"). For the past several weeks, Plaintiffs have been negotiating separately with Continental Heat and ExxonMobil to memorialize their agreements with those Defendants.

Although Plaintiffs have been working diligently to finalize their settlement agreement with ExxonMobil, including exchanging several drafts of the agreement and conferring both telephonically and in person with ExxonMobil's counsel, recently, ExxonMobil and Plaintiffs continue to confer about the few terms that remain to be resolved. By contrast, Plaintiffs and Continental Heat believe that they have negotiated a settlement agreement that is acceptable to both sides. However, Plaintiffs and Continental Heat are unable to finalize their agreement, because Continental Heat and ExxonMobil have conditioned their agreement to settle upon Plaintiffs settling concurrently with both Defendants.

Counsel for Plaintiffs has advised Continental Heat and ExxonMobil that Plaintiffs intend to resume litigation against both Defendants on Monday, May 14, 2018, if the parties have not finalized their settlement agreements by that date.

Given that the ExxonMobil and Plaintiffs continue to confer about the few remaining terms to be resolved in their settlement agreement, ExxonMobil contends that the stay in litigation between ExxonMobil, Continental Heat, and Plaintiffs should be extended 15 days to allow the parties to finalize the settlement agreement and conserve the parties' and the court's resources. Plaintiffs oppose extending the stay, as they believe that the prospect of litigation provides an incentive to all parties to continue to work diligently to finalize the settlements. Of course, if Plaintiffs believe that the parties are making progress on that front, they do not intend to resume litigation.

1

| | |
|---|---|
| DATED: May 10, 2018 | LATHROP GAGE LLP |
| | /s/ Ronald A. Valenzuela |
| | Ronald A. Valenzuela |
| | Attorneys for Plaintiffs<br>Arconic Inc., et al. |
| DATED: May 10, 2018 | WOOD, SMITH, HENNING & BERMAN LLP |
| | /s/ David F. Wood |
| | David F. Wood |
| | Attorneys for Defendant Continental Heat Treating, Inc. |
| DATED: May 10, 2018 | DEMETRIOU, DEL GUERCIO, SPRINGER & FRANCIS, LLP |
| | /s/ Brian D. Langa |
| | Brian D. Langa |
| | Attorneys for Defendant Continental Heat Treating, Inc., as the former General Partner of Continental Development Company LP |
| DATED: May 10, 2018 | NORTON ROSE FULBRIGHT US LLP |
| | /s/ Elizabeth M. Weaver |
| | Elizabeth M. Weaver |
| | Attorneys for Defendant ExxonMobil Oil Corporation |

2

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, Ronald A. Valenzuela, am the ECF user whose ID and password are being used to file this Status Report re Proposed Settlements.  In compliance with C.D. Cal. Civ. L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of each signatory to this document.

                                                                            /s/ Ronald A. Valenzuela
                                                                              Ronald A. Valenzuela