# Exhibit 1

**Exhibit 1 – Timeline of OU2 Activities and OPOG Costs**

| Year | Major EPA OU2 Activities | Major OPOG OU2 Activities | OPOG OU2 Costs |
|---|---|---|---|
| 2001-2005 | • Begin data collection on nature and scope of OU2 contamination | None | $0 |
| 2006 | • Data collection on OU2 PRPs | None | $0 |
| 2007 | • Begin work on OU2 RI<br>• Issue GNLs for RI – no action required by recipients | None | $0 |
| 2008 | • EPA work on OU2 RI | None | $0 |
| 2009 | • Begin work on OU2 FS and Proposed Remedy<br>• Request comments on draft RI | • Comments to EPA on draft RI<br>• Begin evaluation of extent of OU2 impact from Omega Property | $162,000 |
| 2010 | • Issue Final OU2 RI/FS and Proposed Remedy Plan for public comment | • OPOG provides detailed public comments on RI/FS and Proposed Plan based on internal technical work | $451,000 |
| 2011 | • EPA issues OU2 ROD | • OPOG begins assessment of downgradient source properties not included in RI – identification of broader set of PRPs and hexavalent chromium properties where source control is needed for OU2 remedy to be effective | $1,303,000 |
| 2012 | • EPA issues SNLs with draft OU2 CD and Statement of Work; requests PRPs to submit Good Faith Offers | • Evaluation of potential remedial option scenarios in advance of GFO negotiations (water end use; Cr6)<br>• Evaluation of EPA remedy cost estimates<br>• Discussions with EPA on results of data collection on additional OU2 PRPs<br>• Evaluation of EPA past cost demand<br>• Preliminary discussions with | $1,022,000 |

Exhibit 1
Page 016

|  |  |  |  |
|---|---|---|---|
|  |  | other SNL recipients to join in GFO |  |
| 2013 | • EPA enters negotiations with OPOG on GFO<br>• EPA notices 2 additional PRPs | • Technical evaluation of EPA water end use remedy choice<br>• Proposal for separate Cr6 OU<br>• Discussions with other SNL PRPs to join GFO<br>• GFO negotiations with EPA | $647,000 |
| 2014 | • Settlement negotiations with OPOG and McKesson; agreement on final settlement term sheet | • Negotiations of CD and SOW with EPA and McKesson<br>• Continued assessment of additional downgradient source properties | $624,000 |
| 2015 | • Negotiations on CD and SOW continue based on term sheet | • Negotiations of CD and SOW with EPA and McKesson | $433,000 |
| 2016 | • EPA lodges CD on 4/2/0/16<br>• EPA issues ESD to CD in 6/2016<br>• OPOG/McKesson begin limited OU2 CD work based on term sheet | • OU2 remedial planning activities in advance of CD Entry per Tern Sheet (e.g., gw monitoring, workplan development) | $1,011,000 |
| 2017 | • Court enters OU2 CD on 3/31/17 | • Payment of EPA and DTSC past costs per CD<br>• Implementation of OU2 CD SOW | $7,386,000 |
| 2018 (to date) | • Ongoing oversight of OU2 CD SOW | • Ongoing implementation of OU2 CD SOW | $3,475,000 |
| TOTAL |  |  | $16,500,000 |

Exhibit 1
Page 017