UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARCONIC INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>APC INVESTMENT CO., et al.,<br><br>    Defendants.<br><br>AND RELATED CROSS ACTIONS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | Case No. CV 14-6456 GW(Ex)<br><br>**FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)** |

For the reasons stated in the Court's January 15, 2019, Order on Summary Judgment [ Dkt. No. 809] and February 4, 2019, Order Directing Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) (the "Order Directing Entry of Final Judgment"), Plaintiffs' First and Third Causes of Action for contribution and declaratory relief under the Comprehensive Environmental Response, Compensation, and Liability Act are hereby DISMISSED WITH PREJUDICE and final judgment is hereby entered for the Moving Defendants and Non-Moving Defendants, as those terms are defined under the Order Directing Entry of Final Judgment, as to those claims.

IT IS SO ORDERED.

DATED: February 4, 2019

_____
GEORGE H. WU, U.S. District Judge

Respectfully Submitted by:

LATHROP GAGE LLP
Nancy Sher Cohen, Bar No. 81706
   ncohen@lathropgage.com
Ronald A. Valenzuela, Bar No. 210025
   rvalenzuela@lathropgage.com
1888 Century Park East, Suite 1000
Los Angeles, California 90067-1623
Telephone:   310.789.4600
Facsimile:    310.789.4601

Attorneys for Plaintiffs
Arconic Inc., et al.

30711573v.1