UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCONIC INC., et al. | Case No.: CV 14-6456-GW-Ex |
| Plaintiffs, | **ORDER DISMISSING PLAINTIFFS' FIFTH AMENDED COMPLAINT AS AGAINST DEFENDANTS CONTINENTAL HEAT TREATING, INC. AND EXXONMOBIL OIL CORPORATION AND DISMISSING CONTINENTAL HEAT TREATING, INC.'S AND EXXONMOBIL OIL CORPORATION'S COUNTERCLAIMS AGAINST PLAINTIFFS** |
| v. | |
| APC INVESTMENT CO., et al. | |
| Defendants. | |

- 1 -

Having read and considered the July 28, 2020 Joint Status Report submitted by Plaintiffs, Continental Heat Treating, Inc., Continental Heat Treating, Inc., as the former General Partner of Continental Development Company, L.P. (sued herein by Plaintiff as Continental Development Company, LP, through its surviving general partner Continental Heat Treating, Inc.) (collectively, "Continental") and ExxonMobil Oil Corporation ("ExxonMobil") and having determined that good cause exists,

IT IS HEREBY ORDERED that:

1.     Plaintiffs' Fifth Amended Complaint (the "Complaint") is dismissed as against settling Defendants Continental and ExxonMobil (the "Settling Defendants");

2.     The dismissal of the Complaint as against the Settling Defendants is with prejudice as to the "Matters Addressed," as that term is defined in the Consent Decree lodged in *U.S. et al. v. Abex Aerospace et al.*, No. 16-cv-02696-GW(Ex) and approved by the Court on March 31, 2017, and as amended by Court orders entered on April 5, 2018 and June 10, 2020, and without prejudice as to all other matters, if any;

3.     Settling Defendants' counterclaims ("Counterclaims") are dismissed as to Plaintiffs; and

/ /

/ /

1    4.    The dismissal of the Counterclaims as against Plaintiffs is with

2   prejudice as to the "Matters Addressed," as that term is defined in the Consent

3   Decree lodged in *U.S. et al. v. Abex Aerospace et al.*, No. 16-cv-02696-GW(Ex)

4   and approved by the Court on March 31, 2017, and as amended by Court orders

5   entered on April 5, 2018 and June 10, 2020, and without prejudice as to all other

6   matters, if any.

7

8    DATED:    July 30, 2020

9                                          HON. GEORGE H. WU,
                                           United States District Judge
10

11

12   Submitted by:

13   NANCY SHER COHEN, SBN 81706
       Nancy.cohen@lathropgpm.com
14   RONALD A. VALENZUELA, SBN 210025
       ronald.valenzuela@lathropgpm.com
15   LATHROP GPM LLP
     1888 Century Park East, Suite 1000
16   Los Angeles, California 90067-1623
     Telephone: (310) 789.4600
17   Facsimile: (310) 789.4601

18   Attorneys for Plaintiffs
     ARCONIC INC. et al.

19

20

21

22

23

24

25

26

27

28

- 3 -