UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 29 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ARCONIC, INC., FKA Alcoa, Inc.; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> APC INVESTMENT CO.; et al., <br><br> Defendants - Appellees. | No. 19-55181 <br><br> D.C. No. 2:14-cv-06456-GW-E <br> U.S. District Court for Central California, Los Angeles <br><br> **MANDATE** |

The judgment of this Court, entered August 10, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellees in the amount of $1,031.40.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7