```
 1                    UNITED STATES DISTRICT COURT

 2         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3           HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE

 4


 5   ARCONIC, INC.,

 6                  Plaintiff,

 7      vs.                              Case No. CV 14-6456-GW

 8   APC INVESTMENT CO., et al,

 9                  Defendants.
     _____/
10

11

12                      REPORTER'S TRANSCRIPT OF
                           STATUS CONFERENCE
13                    THURSDAY, SEPTEMBER 10, 2020
                             8:30 A.M.
14                       LOS ANGELES, CALIFORNIA
```

                  TERRI A. HOURIGAN, CSR NO. 3838, CCRR
                      FEDERAL OFFICIAL COURT REPORTER
                      350 WEST FIRST STREET, ROOM 4311
                       LOS ANGELES, CALIFORNIA  90012
                              (213) 894-2849

**APPEARANCES OF COUNSEL:**

**FOR THE PLAINTIFF:**

    LATHROP GPM LLP
    BY:  NANCY SHER COHEN
        RONALD A. VALENZUELA
    Attorneys at Law
    2049 Century Park East, Suite 3500
    Los Angeles, California 90067
    nancy.cohen@lathropgpm.com

**FOR THE DEFENDANT:  APC INVESTMENT COMPANY**

    HAMRICK & EVANS
    BY:  CHRISTOPHER G. FOSTER
    Attorney at Law
    2600 West Olive Avenue, Suite 1020
    Burbank, California 91505

**FOR THE DEFENDANT:  BODYCOTE THERMAL PROCESSING, INC.**

    MUSICK PEELER and GARRETT LLP
    BY: GREGORY J. PATTERSON
    Attorney at Law
    2810 Townsgate Road, Suite 200
    Westlake Village, California 91361

    THOMPSON and KNIGHT LLP
    BY: JAMES B. HARRIS
    Attorney at Law
    1722 Routh Street, Suite 1500
    Dallas, Texas 75201
    james.harris@tklaw.com

**FOR THE DEFENDANT:  POWERLINE OIL COMPANY**

    ISOLA LAW GROUP
    BY:  STEPHEN B. ARDIS
    Attorney at Law
    405 West Pine Street
    Lodi, California 95240

**APPEARANCES OF COUNSEL:**

**FOR THE DEFENDANT: CONTINENTAL HEAT TREATING, INC.**

   WOOD SMITH HENNING and BERMAN LLP
   BY: DAVID F. WOOD
   Attorney at Law
   10960 Wilshire Boulevard, 18th Floor
   Los Angeles, California 90024
   dwood@wshblaw.com

**FOR THE DEFENDANT: FERRO CORP.**

BASSI EDLIN HUIE and BLUM LLP
BY: EARL L. HAGSTROM
515 South Flower Street, Suite 1050
Los Angeles, California 90037

**FOR THE DEFENDANT: FOSS PLATING COMPANY, INC.**

LAW OFFICE OF JENNIFER F. NOVAK
BY: MEGAN SARA MEADOWS
Attorney at Law
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, California 90272
megan@fnovakaw.com

**FOR THE DEFENDANT: PALMTREE ACQUISITION CORPORATION**

COX CASTLE and NICHOLSON LLP
BY: CATHY T. MOSES
    ROBERT P. DOTY
Attorneys at Law
50 California Street, Suite 3200
San Francisco, California 94111
cmoses@coxcastle.com

**FOR THE DEFENDANT: KEKROPIA, INC.**

OTTEN and JOYCE LLP
BY: VICTOR J. OTTEN
Attorney at Law
3620 Pacific Coast Hwy, Suite 100
Torrance, California 90505
vic@ottenlawpc.com

**APPEARANCES OF COUNSEL:**

**FOR THE DEFENDANT: PHIBRO-TECH, INC.**

SSL LAW FIRM LLP
BY: ZACHARY R. WALTON
    ROBERT R. MARTIN, III
Attorneys at Law
575 Market Street, Suite 2700
San Francisco, California 94111
rob@ssllawfirm.com

**FOR THE DEFENDANT: UNION PACIFIC RAILROAD COMPANY**

GREENBERG GLUSKER FIELDS CLAMAN and MACHTINGER LLP
BY: DAVID EDWARD CRANSTON
Attorney at Law
2049 Century Park East, Suite 2600
Los Angeles, California 90067
dcranston@ggfirm.com

**FOR THE DEFENDANT: HALLIBURTON AFFILIATES, LLC**

WACTOR and WICK LLP
BY: WILLIAM D. WICK
Attorney at Law
3640 Grand Avenue, Suite 200
Oakland, California 94610
bwick@ww-envlaw.com

**FOR THE DEFENDANT: EXXONMOBILE OIL CORPORATION**

NORTON ROSE FULBRIGHT US LLP
BY: LAUREN SHOOR
555 South Flower Street, 41st Floor
Los Angeles, California 90071
lauren.shoor@nortonrosefulbright.com

```
 1            LOS ANGELES, CALIFORNIA; THURSDAY, SEPTEMBER 10, 2020
 2                              8:30 A.M.
 3                              --oOo--
 4
 5            THE COURT:  All right.  Let me call the matter of
 6   Arconic versus APC Investment.
 7       For the plaintiff, we have?
 8            MS. COHEN:  Nancy Cohen and Ron Valenzuela.
 9            THE COURT:  All right.  And for the various
10   defendants, my clerk has already noted your appearance, so I'm
11   not going to ask you guys because there are too many here.  I
12   don't want to use the pejorative term -- so I won't --
13   discretion being a better part of valor.
14       All right.  We are here on the reversal by the Circuit,
15   and I remember when I was an AUSA and I had to do an appearance
16   on a matter, and I had convinced the District Court Judge to
17   rule in my favor.  And then he got reversed by the Supreme
18   Court later on, and the first words he said to me when I
19   appeared in his courtroom again was:  "I thought you said I was
20   right."
21       So let me ask Ms. Cohen, I thought you said I was right.
22            MR. COHEN:  Well, you had two tentatives that were
23   absolutely right.  But at the end of the day, we certainly
24   ended up in a different place, Your Honor.
25            THE COURT:  All right.  I guess we're going to be
```

1  talking future dates. Have the parties met and talked about
2  future dates?
3          MS. COHEN: We have not, so let me tell Your Honor
4  what we were thinking about.
5      On Monday, just so you know -- I would like to give you a
6  little bit of the lay of the land -- on Monday we understand
7  that the defendants are going to file a petition for rehearing,
8  so they will be asking the Ninth Circuit to hear about this
9  again.
10     But in the meantime, what we would like is for you to
11 order us to meet and confer and to set another status
12 conference at the end of October, because by then, I think that
13 would be resolved and the mandate will return to you.
14         THE COURT: Okay.
15         MS. COHEN: Just -- I want to set the lay of the
16 land.
17     You might recall, Your Honor, on September 10th, 2018, the
18 Court signed an order regarding modification of the schedule on
19 the summary judgment motions on Cercla liability, so those
20 dates that we had there, which were based mostly on when you
21 ruled on the statute of limitations, are now out of date.
22     So what I would like us to meet and confer on the dates
23 that we would set based upon the order you entered on
24 September 10, 2018, and that order provided that we file
25 motions for summary judgment, that there be expert

1  declarations, the depositions follow the expert, that
2  oppositions be filed thereafter, and then experts in the
3  oppositions will be deposed and then reply brief and a hearing.
4       So it was a wonderful schedule, and we would like to get
5  started on that as soon as we can, but we would like to be
6  ordered to meet and confer, come up with some dates that work
7  with everyone so we can walk our way through this and get
8  started on the projects.
9       So Phase 2 is motions for summary judgment on liability.
10      Now, one final thing, Your Honor, not all of the parties
11 are involved in liability.
12      A number of them, including Palmtree and Bodycote have
13 stipulated to liability.  So not everyone will be involved in
14 the next phase.
15      But many will, and so we would like to get that phase
16 underway as soon as possible.
17           THE COURT:  All right.  Let me ask the defense
18 counsel collectively, does anyone have a major objection to
19 that processing procedure going forward at this point?
20      If I don't hear anybody objecting, I would agree with
21 Ms. Cohen's suggestions, so is there any objections to her
22 recommendation to the Court?
23           MR. CRANSTON:  Your Honor, this is David Cranston.
24 I don't have any major objection, but I would object to her
25 characterization of what we have in front of us, which is that

1  if the order that we are dealing with before was summary
2  adjudication on certain elements of liability, not on
3  liability, per se, there is still a lot of issues that need to
4  be resolved before we get to liability, per se.
5         THE COURT:  Well, what I would suggest is -- I was
6  accepting Ms. Cohen's recommendation as a procedure, and what I
7  would suggest is that obviously you guys are going to meet and
8  confer anyway to talk about this stuff, and what I would expect
9  at some point in time is just a joint document which lists the
10 proposed future dates, and if there is a disagreement with any
11 future dates or what is to transpire on those future dates,
12 that would be included in the same document so the Court can
13 just look at the document and talk with the counsel about the
14 future schedule in this case.
15     So I presume that is what you are going to be talking
16 about and nobody is waiving any sort of rights, et cetera, in
17 this regard, so, why don't we do it in that fashion.
18     Let me ask Ms. Cohen, so in other words, we're going to be
19 setting a date at the end of October where we're going to know
20 at that point in time whether or not any sort of petition in
21 regards to stuff that is going to the Circuit would have been
22 resolved by then.
23         MR. MARTIN:  Your Honor, I apologize for
24 interrupting.  This is Robert Martin, one of the defense
25 counsel.

1       If I could interject for a quick moment.

2       The petition for rehearing *en banc* by the defendants here
3  is being filed next week, as plaintiff's counsel mentioned.

4       The petition may be -- it may be resolved within a few
5  weeks if one of the Ninth Circuit Judges find it of interest
6  for *en banc* rehearing.

7       However, if one of the Judges on the Court does find it of
8  interest and calls for additional briefing, or if that
9  discussion amongst the Court whether or not to bring it up for
10 *en banc* rehearing occurs, we could be looking at a month-long
11 process easily, 2021 before the mandate returns to this Court.

12      So they are talking about meeting and conferring on
13 summary judgment dates, but it may be premature at this point,
14 and I would suggest that the Court, you know, perhaps schedule
15 a status conference every so often or actually just schedule a
16 status conference to occur within a week or two after the
17 mandate issues, or perhaps schedule the time for the parties to
18 meet and confer with them several weeks after the mandate
19 issues.

20      But until the mandate issues, I don't know that there is a
21 whole lot for us to do right now before you.

22          THE COURT:  All right.  Let me ask everybody else,
23 including Ms. Cohen, he may have a good suggestion in that
24 regard because, obviously, what I might just do is simply set
25 either a scheduling conference like a week after the mandate

1   returns or just say that the plan of you meeting together to
2   talk about scheduling must be done within, let's say, a week
3   after that, and a report given to the Court ten days later,
4   something to that effect.
5       Let me ask Ms. Cohen, do you have any objection to that
6   approach?
7           MS. COHEN:  I do, Your Honor, because I feel like
8   the meet and confer oftentimes takes a bit of time, as you can
9   tell by Mr. Cranston's comment on exactly what is going on,
10  even though I think we have a pretty clear order on what is
11  going to happen next, and it's just the dates.
12      So I think that the timing is being suggested by
13  Mr. Martin isn't exactly right either, because first of all as
14  you know, the Court could say, we're going to send it right on
15  back and an issue the mandate immediately.
16      The Court could ask for a response, but either way I think
17  we're going to get an answer from the Court by most likely the
18  end of the year, at the latest.
19      So I would like this Court to keep a pretty tight string
20  on this and you have authority to do that, as you know.
21          THE COURT:  Let me stop you.  This is what I would
22  propose to do.  I will go along with the original suggestion of
23  you meeting, but I guess what I would expect then, you will be
24  discussing the dates, but the dates would be based upon the
25  date that the mandate is returned to this Court.

1    In other words, you wouldn't say, oh we plan to have a
2 summary judgment heard by let's say December 1st or something
3 like that, because the mandate may not have been returned by
4 then.
5    So I presume whatever dates you are going to be setting
6 would be dates based upon whatever the date of the mandates
7 return from the Circuit to this Court.
8         MS. COHEN:  Yes, Your Honor, that is right.
9    And right now it's based upon when you are issuing your
10 order on the statute of limitations.  So simply modifying that
11 to in effect saying based upon the return of the mandate is
12 easy to do based on the way the order is written right now.
13         THE COURT:  All right.  Let me ask, does anybody
14 have any objection to that approach at this point?
15         MR. HARRIS:  Your Honor, this is Jim Harris with
16 BodyCote.  I don't want to lay behind the log.
17    There is some probability that whatever the Ninth Circuit
18 decides is not to reconsider that further appeal could happen.
19    And I just want to make sure that everybody is aware of
20 that, which may require further input from the Court.
21         THE COURT:  Well, let me ask, when you say "a
22 further appeal," I don't understand what you are saying?
23         MR. HARRIS:  Well, there may be a request asking the
24 Supreme Court review this.
25         THE COURT:  Well, you know, the Supreme Court grants

```
 1  these things so rarely, so I wouldn't wait for that one.  I
 2  would wait for the Circuit, but I'm not going to wait for the
 3  Supreme Court.
 4           MR. HARRIS:  I understand, Your Honor.
 5           THE COURT:  That's fine.  Anybody else have anything
 6  to say?
 7           MR. WALTON:  Your Honor, this is Zach Walton.  I
 8  appreciate the logic of just setting up the days based on what
 9  we get back from the Ninth Circuit.  My only concern about that
10  is there are holidays coming up so we could agree to a
11  schedule, then it falls on Thanksgiving or whatever.
12           THE COURT:  Let's put it this way, I presume
13  everybody would include those sort of things as well.
14           MS. COHEN:  We will, Your Honor.
15           THE COURT:  In other words, if there is a holiday
16  that falls in this timeframe, that automatically adds, you
17  know, like, three additional business days or something like
18  that to the schedule, and something like that can be
19  accommodated.
20           MS. COHEN:  That's why we need to meet and confer,
21  Your Honor.
22           THE COURT:  If there is nothing else, everybody have
23  a very nice rest of the day and stay safe.
24           MS. COHEN:  Your Honor, do you think we could have a
25  status conference date?
```

```
1              THE COURT:  I thought we already decided on the end
2    of October.
3              MS. COHEN:  Yeah, we did, but we need a date.
4              THE COURT:  October 29th.
5              MS. COHEN:  Very good.
6              THE COURT:  At 8:30.
7              THE COURTROOM DEPUTY:  Do you want a status report?
8              THE COURT:  Just give a short status report, by
9    let's say noon on the 27th.
10             MS. COHEN:  Very good.
11             THE COURT:  All right.  Thank you.  Everybody have a
12   nice day.
13                (The proceedings concluded at 8:58 a.m.)
14                              * * *
15
16
17
18
19
20
21
22
23
24
25
```

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES )
)
STATE OF CALIFORNIA )

      I, TERRI A. HOURIGAN, Federal Official Realtime Court Reporter, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the judicial conference of the United States.

Date: September 15, 2020

/s/ TERRI A. HOURIGAN
_____
TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
Federal Official Court Reporter

**UNITED STATES DISTRICT COURT**

## /
/s [1] - 14:19

## 1
10 [3] - 1:13, 5:1, 6:24
100 [1] - 3:17
1020 [1] - 2:11
1050 [1] - 3:4
10960 [1] - 2:23
10th [1] - 6:17
14-6456-GW [1] - 1:7
15 [1] - 14:16
18th [1] - 2:23
1st [1] - 11:2

## 2
2 [1] - 7:9
200 [2] - 2:15, 4:9
2018 [2] - 6:17, 6:24
2020 [3] - 1:13, 5:1, 14:16
2021 [1] - 9:11
2049 [2] - 2:6, 4:4
206 [1] - 3:8
213 [1] - 1:24
2600 [2] - 2:11, 4:4
27th [1] - 13:9
28 [1] - 14:9
2810 [1] - 2:15
29th [1] - 13:4

## 3
3200 [1] - 3:13
350 [1] - 1:23
3500 [1] - 2:6
3620 [1] - 3:17
3640 [1] - 4:9
3838 [2] - 1:22, 14:20

## 4
405 [1] - 2:19
4311 [1] - 1:23

## 5
50 [1] - 3:13
500 [1] - 3:8
505 [1] - 3:22
515 [1] - 3:4

## 6
620 [1] - 3:22

## 7
753 [1] - 14:9

## 8
894-2849 [1] - 1:24
8:30 [3] - 1:13, 5:2, 13:6
8:58 [1] - 13:13

## 9
90012 [1] - 1:23
90024 [1] - 2:24
90037 [1] - 3:4
90067 [2] - 2:6, 4:5
90272 [1] - 3:8
90505 [1] - 3:18
91361 [1] - 2:16
91505 [1] - 2:12
94111 [2] - 3:13, 3:22
94610 [1] - 4:9
95240 [1] - 2:20

## A
A.M [2] - 1:13, 5:2
a.m [1] - 13:13
above-entitled [1] - 14:12
absolutely [1] - 5:23
accepting [1] - 8:6
accommodated [1] - 12:19
ACQUISITION [1] - 3:10
additional [2] - 9:8, 12:17
adds [1] - 12:16
adjudication [1] - 8:2
AFFILIATES [1] - 4:6
agree [2] - 7:20, 12:10
al [1] - 1:8
Angeles [4] - 2:6, 2:24, 3:4, 4:5
ANGELES [4] - 1:14, 1:23, 5:1, 14:3
answer [1] - 10:17
anyway [1] - 8:8
APC [3] - 1:8, 2:9, 5:6
apologize [1] - 8:23
appeal [2] - 11:18, 11:22
appearance [2] - 5:10, 5:15
APPEARANCES [3] - 2:1, 3:1, 4:1
appeared [1] - 5:19
appreciate [1] - 12:8
approach [2] - 10:6, 11:14
ARCONIC [1] - 1:5
Arconic [1] - 5:6
ARDIS [1] - 2:18
Attorney [9] - 2:11, 2:15, 2:19, 2:23, 3:7, 3:17, 3:21, 4:4, 4:8
Attorneys [2] - 2:5, 3:12
AUSA [1] - 5:15
authority [1] - 10:20
automatically [1] - 12:16
Avenue [2] - 2:11, 4:9
aware [1] - 11:19

## B
banc [3] - 9:2, 9:6, 9:10
based [8] - 6:20, 6:23, 10:24, 11:6, 11:9, 11:11, 11:12, 12:8
BASSI [1] - 3:3
behind [1] - 11:16
BERMAN [1] - 2:22
better [1] - 5:13
bit [2] - 6:6, 10:8
BLUM [1] - 3:3
Bodycote [2] - 7:12, 11:16
BODYCOTE [1] - 2:13
Boulevard [1] - 2:23
brief [1] - 7:3
briefing [1] - 9:8
bring [1] - 9:9
Burbank [1] - 2:12
business [1] - 12:17
bwick@ww [1] - 4:10
bwick@ww-envlaw.com [1] - 4:10
BY [12] - 2:4, 2:10, 2:14, 2:18, 2:22, 3:3, 3:7, 3:11, 3:16, 3:21, 4:3, 4:8

## C
CALIFORNIA [5] - 1:2, 1:14, 1:23, 5:1, 14:4
California [14] - 2:6, 2:12, 2:16, 2:20, 2:24, 3:4, 3:8, 3:13, 3:13, 3:18, 3:22, 4:5, 4:9, 14:8
case [1] - 8:14
Case [1] - 1:7
CASTLE [1] - 3:11
CATHY [1] - 3:11
CCRR [1] - 1:22
Central [1] - 14:8
CENTRAL [1] - 1:2
Century [2] - 2:6, 4:4
Cercla [1] - 6:19
certain [1] - 8:2
certainly [1] - 5:23
CERTIFICATE [1] - 14:1
certify [1] - 14:8
cetera [1] - 8:16
characterization [1] - 7:25
CHRISTOPHER [1] - 2:10
Circuit [8] - 5:14, 6:8, 8:21, 9:5, 11:7, 11:17, 12:2, 12:9
CLAMAN [1] - 4:3
clear [1] - 10:10
clerk [1] - 5:10
cmoses@coxcastle.com [1] - 3:14
CO [1] - 1:8
Coast [1] - 3:17
Code [1] - 14:9
COHEN [13] - 2:4, 5:8, 5:22, 6:3, 6:15, 10:7, 11:8, 12:14, 12:20, 12:24, 13:3, 13:5, 13:10
Cohen [5] - 5:8, 5:21, 8:18, 9:23, 10:5
Cohen's [2] - 7:21, 8:6
collectively [1] - 7:18
coming [1] - 12:10
comment [1] - 10:9
COMPANY [4] - 2:9, 2:17, 3:5, 4:2
concern [1] - 12:9
concluded [1] - 13:13
confer [7] - 6:11, 6:22, 7:6, 8:8, 9:18, 10:8, 12:20
CONFERENCE [1] - 1:12
conference [6] - 6:12, 9:15, 9:16, 9:25, 12:25, 14:13
conferring [1] - 9:12
conformance [1] - 14:13
CONTINENTAL [1] - 2:21
convinced [1] - 5:16
CORP [1] - 3:2
CORPORATION [1] - 3:10
correct [1] - 14:10
counsel [4] - 7:18, 8:13, 8:25, 9:3
COUNSEL [3] - 2:1, 3:1, 4:1
COUNTY [1] - 14:3
Court [23] - 5:16, 5:18, 6:18, 7:22, 8:12, 9:7, 9:9, 9:11, 9:14, 10:3, 10:14, 10:16, 10:17, 10:19, 10:25, 11:7, 11:20, 11:24, 11:25, 12:3, 14:7, 14:20
COURT [22] - 1:1, 1:22, 5:5, 5:9, 5:25, 6:14, 7:17, 8:5, 9:22, 10:21, 11:13, 11:21, 11:25, 12:5, 12:12, 12:15, 12:22, 13:1, 13:4, 13:6, 13:8, 13:11
COURTROOM [1] - 13:7
courtroom [1] - 5:19
COX [1] - 3:11
CRANSTON [2] - 4:3, 7:23
Cranston [1] - 7:23
Cranston's [1] - 10:9
CRR [1] - 14:20
CSR [2] - 1:22, 14:20
CV [1] - 1:7

## D
date [6] - 6:21, 8:19, 10:25, 11:6, 12:25, 13:3
Date [1] - 14:16
dates [14] - 6:1, 6:2, 6:20, 6:22, 7:6, 8:10, 8:11, 9:13, 10:11, 10:24, 11:5, 11:6
DAVID [2] - 2:22, 4:3
David [1] - 7:23
days [3] - 10:3, 12:8, 12:17
dcranston@ggfirm.com [1] - 4:5
dealing [1] - 8:1
December [1] - 11:2
decided [1] - 13:1
decides [1] - 11:18

declarations [1] - 7:1
DEFENDANT [11] - 2:9, 2:13, 2:17, 2:21, 3:2, 3:5, 3:10, 3:15, 3:19, 4:2, 4:6
defendants [3] - 5:9, 6:7, 9:2
Defendants [1] - 1:9
defense [2] - 7:17, 8:24
deposed [1] - 7:3
depositions [1] - 7:1
DEPUTY [1] - 13:7
different [1] - 5:24
disagreement [1] - 8:10
discretion [1] - 5:12
discussing [1] - 10:24
discussion [1] - 9:9
District [3] - 5:16, 14:7, 14:8
DISTRICT [3] - 1:1, 1:2, 1:3
DIVISION [1] - 1:2
document [3] - 8:9, 8:12, 8:13
done [1] - 10:2
DOTY [1] - 3:12
dwood@wshblaw.com [1] - 2:24

**E**

EARL [1] - 3:3
easily [1] - 9:11
East [2] - 2:6, 4:4
easy [1] - 11:12
EDLIN [1] - 3:3
EDWARD [1] - 4:3
effect [2] - 10:4, 11:11
either [3] - 9:25, 10:13, 10:16
elements [1] - 8:2
en [3] - 9:2, 9:6, 9:10
end [5] - 5:23, 6:12, 8:19, 10:18, 13:1
ended [1] - 5:24
entered [1] - 6:23
entitled [1] - 14:12
envlaw.com [1] - 4:10
et [2] - 1:8, 8:16
EVANS [1] - 2:10
exactly [2] - 10:9, 10:13
expect [2] - 8:8, 10:23
expert [2] - 6:25, 7:1

experts [1] - 7:2

**F**

falls [2] - 12:11, 12:16
fashion [1] - 8:17
favor [1] - 5:17
FEDERAL [1] - 1:22
Federal [2] - 14:6, 14:20
FERRO [1] - 3:2
few [1] - 9:4
FIELDS [1] - 4:3
file [2] - 6:7, 6:24
filed [2] - 7:2, 9:3
final [1] - 7:10
fine [1] - 12:5
FIRM [1] - 3:20
first [2] - 5:18, 10:13
FIRST [1] - 1:23
Floor [1] - 2:23
Flower [1] - 3:4
follow [1] - 7:1
FOR [12] - 2:3, 2:9, 2:13, 2:17, 2:21, 3:2, 3:5, 3:10, 3:15, 3:19, 4:2, 4:6
foregoing [1] - 14:10
format [1] - 14:12
forward [1] - 7:19
FOSS [1] - 3:5
FOSTER [1] - 2:10
Francisco [2] - 3:13, 3:22
front [1] - 7:25
future [6] - 6:1, 6:2, 8:10, 8:11, 8:14

**G**

GARRETT [1] - 2:14
GEORGE [1] - 1:3
given [1] - 10:3
GLUSKER [1] - 4:3
GPM [1] - 2:4
Grand [1] - 4:9
grants [1] - 11:25
GREENBERG [1] - 4:3
GREGORY [1] - 2:14
GROUP [1] - 2:18
guess [2] - 5:25, 10:23
guys [2] - 5:11, 8:7

**H**

HAGSTROM [1] - 3:3
HALLIBURTON [1] - 4:6
HAMRICK [1] - 2:10
HARRIS [3] - 11:15, 11:23, 12:4
Harris [1] - 11:15
hear [2] - 6:8, 7:20
heard [1] - 11:2
hearing [1] - 7:3
HEAT [1] - 2:21
held [1] - 14:11
HENNING [1] - 2:22
hereby [1] - 14:8
holiday [1] - 12:15
holidays [1] - 12:10
Honor [14] - 5:24, 6:3, 6:17, 7:10, 7:23, 8:23, 10:7, 11:8, 11:15, 12:4, 12:7, 12:14, 12:21, 12:24
HONORABLE [1] - 1:3
HOURIGAN [4] - 1:22, 14:6, 14:19, 14:20
HUIE [1] - 3:3
Hwy [1] - 3:17

**I**

III [1] - 3:21
immediately [1] - 10:15
INC [6] - 1:5, 2:13, 2:21, 3:5, 3:15, 3:19
include [1] - 12:13
included [1] - 8:12
including [2] - 7:12, 9:23
input [1] - 11:20
interest [2] - 9:5, 9:8
interject [1] - 9:1
interrupting [1] - 8:24
INVESTMENT [2] - 1:8, 2:9
Investment [1] - 5:6
involved [2] - 7:11, 7:13
ISOLA [1] - 2:18
issue [1] - 10:15
issues [4] - 8:3, 9:17, 9:19, 9:20
issuing [1] - 11:9

**J**

JENNIFER [1] - 3:6
Jim [1] - 11:15
joint [1] - 8:9
JOYCE [1] - 3:16

Judge [1] - 5:16
JUDGE [1] - 1:3
Judges [2] - 9:5, 9:7
judgment [5] - 6:19, 6:25, 7:9, 9:13, 11:2
judicial [1] - 14:13

**K**

keep [1] - 10:19
KEKROPIA [1] - 3:15

**L**

land [2] - 6:6, 6:16
latest [1] - 10:18
LATHROP [1] - 2:4
Law [11] - 2:5, 2:11, 2:15, 2:19, 2:23, 3:7, 3:12, 3:17, 3:21, 4:4, 4:8
LAW [3] - 2:18, 3:6, 3:20
lay [3] - 6:6, 6:15, 11:16
liability [7] - 6:19, 7:9, 7:11, 7:13, 8:2, 8:3, 8:4
likely [1] - 10:17
limitations [2] - 6:21, 11:10
lists [1] - 8:9
LLC [1] - 4:6
LLP [9] - 2:4, 2:14, 2:22, 3:3, 3:11, 3:16, 3:20, 4:3, 4:7
Lodi [1] - 2:20
log [1] - 11:16
logic [1] - 12:8
look [1] - 8:13
looking [1] - 9:10
Los [4] - 2:6, 2:24, 3:4, 4:5
LOS [4] - 1:14, 1:23, 5:1, 14:3

**M**

MACHTINGER [1] - 4:3
major [2] - 7:18, 7:24
mandate [10] - 6:13, 9:11, 9:17, 9:18, 9:20, 9:25, 10:15, 10:25, 11:3, 11:11
mandates [1] - 11:6
Martin [2] - 8:24, 10:13
MARTIN [2] - 3:21, 8:23

matter [3] - 5:5, 5:16, 14:12
MEADOWS [1] - 3:7
meantime [1] - 6:10
meet [7] - 6:11, 6:22, 7:6, 8:7, 9:18, 10:8, 12:20
meeting [3] - 9:12, 10:1, 10:23
MEGAN [1] - 3:7
megan@fnovakaw.com [1] - 3:9
mentioned [1] - 9:3
met [1] - 6:1
might [2] - 6:17, 9:24
modification [1] - 6:18
modifying [1] - 11:10
moment [1] - 9:1
Monday [2] - 6:5, 6:6
Montgomery [1] - 3:22
month [1] - 9:10
month-long [1] - 9:10
MOSES [1] - 3:11
most [1] - 10:17
mostly [1] - 6:20
motions [3] - 6:19, 6:25, 7:9
MR [7] - 5:22, 7:23, 8:23, 11:15, 11:23, 12:4, 12:7
MS [11] - 5:8, 6:3, 6:15, 10:7, 11:8, 12:14, 12:20, 12:24, 13:3, 13:5, 13:10
MUSICK [1] - 2:14
must [1] - 10:2

**N**

Nancy [1] - 5:8
NANCY [1] - 2:4
nancy.cohen@lathropgpm.com [1] - 2:7
need [3] - 8:3, 12:20, 13:3
next [3] - 7:14, 9:3, 10:11
nice [2] - 12:23, 13:12
NICHOLSON [1] - 3:11
Ninth [4] - 6:8, 9:5, 11:17, 12:9
NO [2] - 1:22, 14:20
nobody [1] - 8:16
noon [1] - 13:9

| | | | | |
|---|---|---|---|---|
| noted [1] - 5:10<br>nothing [1] - 12:22<br>NOVAK [1] - 3:6<br>number [1] - 7:12<br><br>**O**<br><br>Oakland [1] - 4:9<br>object [1] - 7:24<br>objecting [1] - 7:20<br>objection [4] - 7:18, 7:24, 10:5, 11:14<br>objections [1] - 7:21<br>obviously [2] - 8:7, 9:24<br>occur [1] - 9:16<br>occurs [1] - 9:10<br>October [4] - 6:12, 8:19, 13:2, 13:4<br>OF [9] - 1:2, 1:12, 2:1, 3:1, 3:6, 4:1, 14:1, 14:3, 14:4<br>OFFICE [1] - 3:6<br>Official [2] - 14:6, 14:20<br>OFFICIAL [2] - 1:22, 14:1<br>often [1] - 9:15<br>oftentimes [1] - 10:8<br>OIL [1] - 2:17<br>Olive [1] - 2:11<br>one [5] - 7:10, 8:24, 9:5, 9:7, 12:1<br>oOo [1] - 5:3<br>oppositions [2] - 7:2, 7:3<br>order [8] - 6:11, 6:18, 6:23, 6:24, 8:1, 10:10, 11:10, 11:12<br>ordered [1] - 7:6<br>original [1] - 10:22<br>OTTEN [2] - 3:16, 3:16<br><br>**P**<br><br>PACIFIC [1] - 4:2<br>Pacific [1] - 3:17<br>page [1] - 14:12<br>Palmtree [1] - 7:12<br>PALMTREE [1] - 3:10<br>Palos [1] - 3:8<br>Park [2] - 2:6, 4:4<br>part [1] - 5:13<br>parties [3] - 6:1, 7:10, 9:17<br>PATTERSON [1] - 2:14<br>PEELER [1] - 2:14 | pejorative [1] - 5:12<br>per [2] - 8:3, 8:4<br>perhaps [2] - 9:14, 9:17<br>petition [4] - 6:7, 8:20, 9:2, 9:4<br>Phase [1] - 7:9<br>phase [2] - 7:14, 7:15<br>PHIBRO [1] - 3:19<br>PHIBRO-TECH [1] - 3:19<br>Pine [1] - 2:19<br>place [1] - 5:24<br>Plaintiff [1] - 1:6<br>plaintiff [1] - 5:7<br>PLAINTIFF [1] - 2:3<br>plaintiff's [1] - 9:3<br>plan [2] - 10:1, 11:1<br>PLATING [1] - 3:5<br>point [5] - 7:19, 8:9, 8:20, 9:13, 11:14<br>possible [1] - 7:16<br>POWERLINE [1] - 2:17<br>premature [1] - 9:13<br>presume [3] - 8:15, 11:5, 12:12<br>pretty [2] - 10:10, 10:19<br>probability [1] - 11:17<br>procedure [2] - 7:19, 8:6<br>proceedings [2] - 13:13, 14:11<br>process [1] - 9:11<br>PROCESSING [1] - 2:13<br>processing [1] - 7:19<br>projects [1] - 7:8<br>propose [1] - 10:22<br>proposed [1] - 8:10<br>provided [1] - 6:24<br>pursuant [1] - 14:9<br>put [1] - 12:12<br><br>**Q**<br><br>quick [1] - 9:1<br><br>**R**<br><br>RAILROAD [1] - 4:2<br>Rancho [1] - 3:8<br>rarely [1] - 12:1<br>Realtime [1] - 14:6<br>recommendation [2] - 7:22, 8:6<br>reconsider [1] - | 11:18<br>regard [2] - 8:17, 9:24<br>regarding [1] - 6:18<br>regards [1] - 8:21<br>regulations [1] - 14:13<br>rehearing [4] - 6:7, 9:2, 9:6, 9:10<br>remember [1] - 5:15<br>reply [1] - 7:3<br>report [3] - 10:3, 13:7, 13:8<br>reported [1] - 14:11<br>REPORTER [2] - 1:22, 14:1<br>Reporter [2] - 14:7, 14:20<br>REPORTER'S [1] - 1:12<br>request [1] - 11:23<br>require [1] - 11:20<br>resolved [4] - 6:13, 8:4, 8:22, 9:4<br>response [1] - 10:16<br>rest [1] - 12:23<br>return [3] - 6:13, 11:7, 11:11<br>returned [2] - 10:25, 11:3<br>returns [2] - 9:11, 10:1<br>reversal [1] - 5:14<br>reversed [1] - 5:17<br>review [1] - 11:24<br>rights [1] - 8:16<br>Road [2] - 2:15, 3:8<br>rob@ssllawfirm.com [1] - 3:23<br>ROBERT [2] - 3:12, 3:21<br>Robert [1] - 8:24<br>Ron [1] - 5:8<br>RONALD [1] - 2:5<br>ROOM [1] - 1:23<br>RPR [1] - 14:20<br>rule [1] - 5:17<br>ruled [1] - 6:21<br><br>**S**<br><br>safe [1] - 12:23<br>San [2] - 3:13, 3:22<br>SARA [1] - 3:7<br>schedule [8] - 6:18, 7:4, 8:14, 9:14, 9:15, 9:17, 12:11, 12:18<br>scheduling [2] - 9:25, 10:2<br>se [2] - 8:3, 8:4 | Section [1] - 14:9<br>send [1] - 10:14<br>SEPTEMBER [2] - 1:13, 5:1<br>September [3] - 6:17, 6:24, 14:16<br>set [4] - 6:11, 6:15, 6:23, 9:24<br>setting [3] - 8:19, 11:5, 12:8<br>several [1] - 9:18<br>SHER [1] - 2:4<br>short [1] - 13:8<br>signed [1] - 6:18<br>Silver [1] - 3:8<br>simply [2] - 9:24, 11:10<br>SMITH [1] - 2:22<br>soon [2] - 7:5, 7:16<br>sort [3] - 8:16, 8:20, 12:13<br>South [1] - 3:4<br>Spur [1] - 3:8<br>SSL [1] - 3:20<br>started [2] - 7:5, 7:8<br>STATE [1] - 14:4<br>STATES [1] - 1:1<br>States [3] - 14:7, 14:9, 14:14<br>STATUS [1] - 1:12<br>status [6] - 6:11, 9:15, 9:16, 12:25, 13:7, 13:8<br>statute [2] - 6:21, 11:10<br>stay [1] - 12:23<br>stenographically [1] - 14:11<br>STEPHEN [1] - 2:18<br>still [1] - 8:3<br>stipulated [1] - 7:13<br>stop [1] - 10:21<br>Street [4] - 2:19, 3:4, 3:13, 3:22<br>STREET [1] - 1:23<br>string [1] - 10:19<br>stuff [2] - 8:8, 8:21<br>suggest [3] - 8:5, 8:7, 9:14<br>suggested [1] - 10:12<br>suggestion [2] - 9:23, 10:22<br>suggestions [1] - 7:21<br>Suite [10] - 2:6, 2:11, 2:15, 3:4, 3:8, 3:13, 3:17, 3:22, 4:4, 4:9<br>summary [6] - 6:19, | 6:25, 7:9, 8:1, 9:13, 11:2<br>Supreme [4] - 5:17, 11:24, 11:25, 12:3<br><br>**T**<br><br>TECH [1] - 3:19<br>ten [1] - 10:3<br>tentatives [1] - 5:22<br>term [1] - 5:12<br>TERRI [4] - 1:22, 14:6, 14:19, 14:20<br>Thanksgiving [1] - 12:11<br>THE [33] - 2:3, 2:9, 2:13, 2:17, 2:21, 3:2, 3:5, 3:10, 3:15, 3:19, 4:2, 4:6, 5:5, 5:9, 5:25, 6:14, 7:17, 8:5, 9:22, 10:21, 11:13, 11:21, 11:25, 12:5, 12:12, 12:15, 12:22, 13:1, 13:4, 13:6, 13:7, 13:8, 13:11<br>thereafter [1] - 7:2<br>THERMAL [1] - 2:13<br>thinking [1] - 6:4<br>three [1] - 12:17<br>THURSDAY [2] - 1:13, 5:1<br>tight [1] - 10:19<br>timeframe [1] - 12:16<br>timing [1] - 10:12<br>Title [1] - 14:9<br>together [1] - 10:1<br>Torrance [1] - 3:18<br>Townsgate [1] - 2:15<br>TRANSCRIPT [1] - 1:12<br>transcript [2] - 14:10, 14:12<br>transpire [1] - 8:11<br>TREATING [1] - 2:21<br>true [1] - 14:10<br>two [2] - 5:22, 9:16<br><br>**U**<br><br>U.S [1] - 1:3<br>underway [1] - 7:16<br>UNION [1] - 4:2<br>United [3] - 14:7, 14:9, 14:14<br>UNITED [1] - 1:1<br>up [5] - 5:24, 7:6, 9:9, 12:8, 12:10 |

## V

**Valenzuela** [1] - 5:8
**VALENZUELA** [1] - 2:5
**valor** [1] - 5:13
**various** [1] - 5:9
**Verdes** [1] - 3:8
**versus** [1] - 5:6
**vic@ottenlawpc.com** [1] - 3:18
**VICTOR** [1] - 3:16
**Village** [1] - 2:16
**vs** [1] - 1:7

## W

**WACTOR** [1] - 4:7
**wait** [3] - 12:1, 12:2
**waiving** [1] - 8:16
**walk** [1] - 7:7
**WALTON** [1] - 12:7
**Walton** [1] - 12:7
**week** [4] - 9:3, 9:16, 9:25, 10:2
**weeks** [2] - 9:5, 9:18
**WEST** [1] - 1:23
**West** [2] - 2:11, 2:19
**WESTERN** [1] - 1:2
**Westlake** [1] - 2:16
**whole** [1] - 9:21
**WICK** [2] - 4:7, 4:8
**WILLIAM** [1] - 4:8
**Wilshire** [1] - 2:23
**wonderful** [1] - 7:4
**WOOD** [2] - 2:22, 2:22
**words** [4] - 5:18, 8:18, 11:1, 12:15
**written** [1] - 11:12
**WU** [1] - 1:3

## Y

**year** [1] - 10:18

## Z

**Zach** [1] - 12:7

**UNITED STATES DISTRICT COURT**