UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCONIC INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APC INVESTMENT CO., et al.,<br><br>Defendants. | Case No. 2:14-cv-06456 GW (Ex.)<br><br>**[PROPOSED] ORDERS RE SCHEDULE FOR SUMMARY JUDGMENT MOTIONS RE CERTAIN CERCLA ELEMENTS** |
| AND RELATED CROSS ACTIONS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | |

**<u>Plaintiffs' Proposed Order</u>**

Plaintiffs and Defendants having stipulated to the following briefing schedule for certain summary judgment or partial summary judgment motions on CERCLA liability (the "Liability MSJs") and good cause appearing, the Court supplements its September 10, 2018 Order Regarding Stipulation to Modify Schedule of Summary Judgment Motions On CERCLA Liability ("September 10 Order") and orders the following:

1. The Parties shall file their respective Liability MSJs no later than **January 14, 2021**.

2. The timetable for all subsequent deadlines will be the same timetable as previously agreed in the Joint Status Report dated March 27, 2018 (Docket No. 731), as modified by the Court's Order dated September 16, 2018 (Docket No. 765), Order dated August 13, 2018 (Docket No. 795), and September 10 Order, namely:

   a. The Parties shall notice the depositions of declarants who have submitted expert declarations in support of the Liability MSJs no later than 2 weeks after the Liability MSJs are filed, namely, no later than **January 28, 2021**;

   b. Defendants' Oppositions to the Liability MSJs filed by Plaintiffs ("Defendants' Oppositions") shall be due 6 weeks after the Liability MSJs are filed, namely, on **February 25, 2021**;

   c. Plaintiffs' Oppositions to the Liability MSJs filed by Defendants ("Plaintiffs' Oppositions") shall be due 7 weeks after the Liability MSJs are filed, namely, on **March 4, 2021**;

   d. Defendants shall notice the depositions of declarants who have submitted expert declarations in support of Plaintiffs' Oppositions by no later than 8 weeks after the Liability MSJs are filed, namely, no later than **March 11, 2021**;

   e. Plaintiffs shall notice the depositions of declarants who have

submitted expert declarations in support of Defendants' Oppositions by no later than 9 weeks after the Liability MSJs are filed, namely, no later than **March 18, 2021**;

  f. Defendants' Replies in Support of their Liability MSJs shall be due 13 weeks after the Liability MSJs are filed, namely, on **April 15, 2021**;

  g. Plaintiffs' Reply in Support of their Liability MSJ shall be due 15 weeks after the Liability MSJs are filed, namely, on **April 29, 2021**; and

  h. The Liability MSJs shall be heard at _____, on _____, 2021.

 5. This Order does not prohibit any Party from seeking a modification to this schedule.

**Defendants' Proposed Order**

 For good cause appearing, the Court orders the following briefing schedule for certain summary judgment or partial summary judgment motions on certain elements of CERCLA liability (the "Liability MSJs") to be brought by the Parties:

 1. The Parties shall file their respective Liability MSJs no later than **January 14, 2021**.

 2. The Parties shall serve notices of depositions of declarants who have submitted expert declarations in support of the Liability MSJs by **January 28, 2021**.

 3. The Parties' oppositions to the Liability MSJs are due by **March 11, 2021**.

 4. The Parties shall serve notices of depositions of declarants who have submitted expert declarations in support of the Parties' Oppositions by **March 25, 2021**.

 5. The Parties' replies in support of their Liability MSJs are due by **May 6, 2021**.

6. The Liability MSJs shall be heard at _____, on _____, 2021.

7. This Order does not prohibit any Party from seeking a modification to this schedule.

**IT IS SO ORDERED.**

DATED:_____    _____
George H. Wu
United States District Judge

Respectfully submitted by:

NANCY SHER COHEN Bar No. 81706
　nancy.cohen@lathropgpm.com
RONALD A. VALENZUELA Bar No. 210025
　ronald.valenzuela@lathropgpm.com
LATHROP GPM LLP
2049 Century Park East, Suite 3500S
Los Angeles, CA 90067-1623
Telephone: (310)789-4660
Facsimile: (310) 789-4601

Attorneys for Plaintiffs
　ARCONIC INC., et al.