1  DAVID E. CRANSTON (SBN 122558)
2  dcranston@GreenbergGlusker.com
   PETER A. NYQUIST (SBN 180953)
3  pnyquist@GreenbergGlusker.com
4  SEDINA L. BANKS (SBN 229193)
   sbanks@GreenbergGlusker.com
5  SHERRY E. JACKMAN (SBN 274030)
6  sjackman@GreenbergGlusker.com
   GREENBERG GLUSKER FIELDS CLAMAN &
7  MACHTINGER LLP
8  2049 Century Park East, Suite 2600
   Los Angeles, California 90067
9  Telephone: 310.553.3610
   Fax: 310.553.0687
10
11 ATTORNEYS FOR DEFENDANT UNION PACIFIC
   RAILROAD COMPANY
12 [Additional Counsel Listed on Following Page]
13
              UNITED STATES DISTRICT COURT
14
            CENTRAL DISTRICT OF CALIFORNIA
15

16 ARCONIC INC., et al.,          **JOINT STATEMENT OF**
                                  **UNCONTROVERTED FACTS AND**
17              Plaintiffs,        **CONCLUSIONS OF LAW ISO MSJS RE:**
                                  **CERCLA LIABILITY BY DEFS.:**
18 v.
                                  **(A) PMC SPECIALTIES GROUP, INC.**
19 APC INVESTMENT CO., et al.,    **AND FERRO CORPORATION (PMC**
                                  **PROPERTY)**
20
                Defendants.       **(B) UNION PACIFIC RAILROAD**
21                                **COMPANY (CHRYSLER PROPERTY)**

22                                **(C) HALLIBURTON AFFILIATES, LLC.;**
                                  **INTERVENORS FIREMAN'S FUND**
23                                **INSURANCE COMPANY AND**
24                                **FEDERAL INSURANCE COMPANY, AS**
                                  **INSURERS OF PALLEY SUPPLY**
25                                **COMPANY; AND KEKROPIA, INC.**
                                  **(PATSOURAS PROPERTY)**
26
27                                [Notice of MSJ, MSJ, Declarations; RJNs; and
                                  Proposed Orders/Judgments filed concurrently]
28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

88151-00029/3942475.1

MOVING DEFENDANTS' UNDISPUTED FACTS
AND CONCLUSIONS OF LAW

| | | |
|---|---|---|
| 1 | | Date:   **May 17, 2021** |
| 2 | | Time:   **8:30 a.m.** |
| 3 | | Judge:   **The Honorable George Wu** |
| | | Place:   **Courtroom 9D, 9th Floor** |

AND RELATED CROSS
ACTIONS, COUNTERCLAIMS
AND THIRD-PARTY
COMPLAINTS

Additional Counsel

WILLIAM D. WICK (SBN 063462)
bwick@ww-envlaw.com
ANNA L. NGUYEN (SBN 226829)
anguyen@ww-envlaw.com
WACTOR & WICK LLP
3640 Grand Avenue, Suite 200
Oakland CA 94610-2023
Telephone: (510) 465-5750
ATTORNEYS FOR DEFENDANT HALLIBURTON AFFILIATES, LLC

EARL L. HAGSTRÖM, ESQ. (SBN 150958)
ehagstrom@behblaw.com
DANIEL E. TROWBRIDGE, ESQ. (SBN 301301)
dtrowbridge@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339
ATTORNEYS FOR DEFENDANT PMC SPECIALTIES GROUP, INC. AND
FERRO CORPORATION

FARHEENA HABIB, ESQ. (SBN 243405)
fhabib@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339
ATTORNEYS FOR INTERVENERS FIREMAN'S FUND INSURANCE
COMPANY AND FEDERAL INSURANCE COMPANY, AS INSURERS FOR
PALLEY SUPPLY COMPANY

VICTOR J. OTTEN (SBN 165800)
vic@ottenlawpc.com
OTTEN LAW, PC
3620 Pacific Coast Hwy Suite 100
Torrance, CA 90505
Telephone:   (310) 378-8533
Facsimile:   (310) 347-4225
ATTORNEYS FOR DEFENDANT KEKROPIA, INC.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

MOVING DEFENDANTS' UNDISPUTED FACTS
AND CONCLUSIONS OF LAW

Pursuant to Federal Rule of Civil Procedure 56, Local Rule 56-1 and the Court's May 16, 2018 Order (Dkt. 765), the following Moving Defendants submit the below statements of Uncontroverted Material Facts and Conclusions of Law, which entitle them to summary judgment or partial summary judgment as a matter of law:

### Motion Summary Table

| Property: | Moving Defendants: | Uncontroverted Fact Nos.: | Conclusion of Law Nos.: |
|---|---|---|---|
| PMC Property | Moving jointly:<br>• PMC Specialties Group, Inc.<br>• Ferro Corporation | 1 - 61 | 1 - 3 |
| Chrysler Property | Moving individually:<br>• Union Pacific Railroad Company | 100 - 113 | 4 - 9 |
| Patsouras Property | Moving jointly:<br>• Halliburton Affiliates, LLC.<br>• Intervenors Fireman's Fund Insurance Company and Federal Insurance Company, as insurers of Palley Supply Company<br>• Kekropia, Inc. | 200 - 261 | 10 - 12 |

GREENBERG GLUSKER FIELDS CLAMAN<br>& MACHTINGER LLP<br>2049 Century Park East, Suite 2600<br>Los Angeles, California 90067

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

## UNCONTROVERTED MATERIAL FACTS - PMC PROPERTY DEFENDANTS:  PMC SPECIALTIES GROUP, INC. AND FERRO CORPORATION

| MOVING PARTY'S UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO CITED FACT AND SUPPORTING EVIDENCE |
|---|---|
| 1.    Plaintiffs disposed of thousands of tons of their hazardous wastes at the former Omega Chemical facility (now the epicenter of the Omega Superfund Site) over a 15-year period.<br><br>Supporting Evidence:<br>• Declaration of Earl Hagstrom in Support of PMC Specialties Group, Inc. and Ferro Corporation's (collectively, "PMC") Motion for Summary Judgment Re: CERLCA Liability ("Hagstrom Decl."), Ex. A [Excerpts of Final Remedial Investigation/Feasibility Study Reports Omega Chemical Corporation Superfund Site Operable Unit 2] ("OMEGA OU-2 RI/FS") at § 8.1.2 p. 8-4. | |
| 2.    Plaintiffs' toxic wastes contaminated not only the soil and groundwater at and under the Omega Site itself, but also contaminated the groundwater flowing *from* the Site—a plume of contamination that now extends at least *four and a half miles* downgradient of the Omega Site. The contaminated groundwater | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

plume was designated by the U.S. Environmental Protection Agency ("EPA") as "Operable Unit 2," or "OU-2" for short.

Supporting Evidence:
- Hagstrom Decl., Ex. A [OMEGA OU-2 RI/FS] at § 8.1.2 p. 8-4.

3.    EPA identified the Plaintiffs as the primary source of OU-2 contamination, and EPA's environmental contractor, CH2M Hill, confirmed after years of investigation that Plaintiffs' waste releases from the former Omega Chemical facility are "the main source of contamination in OU-2.

Supporting Evidence:
- Hagstrom Decl., Ex. A [OMEGA OU-2 RI/FS] at § 8.1.2 p. 8-4.

4.    For more than a decade, EPA has been investigating and identifying other parties that owned or operated on properties in the path of the OU-2 plume to assess whether operations or spills on any of those properties during the parties' ownership or operation of the property may have resulted in the incremental addition of hazardous substances to the mass of Plaintiffs' contaminants already present in the OU-2 plume.  These parties are referred to as "potentially responsible parties" or PRPs.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| Supporting Evidence:<br>• Hagstrom Decl., Ex. A [OMEGA OU-2 RI/FS] at § 8.1.2 p. 8-4. | |
| 5.      After identifying the universe of PRPs, EPA sent two types of letters to the PRPs, a "General Notice Letter" and a "Special Notice Letter." These letters inform the PRPs regarding their identification as a PRP, their potential liability at the Omega Superfund site, information regarding the site and other PRPs, and negotiations for the cleanup of the site.<br><br>Supporting Evidence:<br>• Hagstrom Decl., Ex. A [OMEGA OU-2 RI/FS] at § 8.1.2 p. 8-4; Ex. B, [5AC] ¶ 68-83, 97-98. | |
| 6.      EPA has *not* identified PMC, as a PRP following its investigation of the Omega OU-2 Plume, and has not issued any General Notice Letters or Special Notice Letters to PMC.<br><br>Supporting Evidence:<br>• Hagstrom Decl., Ex. A [OMEGA OU-2 RI/FS] at § 8.1.2 p. 8-4; Ex. B, [5AC] ¶ 68-83, 97-98. | |
| 7.      PMC has not received either a General Notice Letter or Special Notice Letter and Plaintiff has not identified PMC as a "General Notice | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| Letter" or "Special Notice Letter" defendant.<br><br>Supporting Evidence:<br>• Hagstrom Decl., Ex. A [OMEGA OU-2 RI/FS] at § 8.1.2 p. 8-4; Ex. B, [5AC] ¶ 68-83, 97-98. | |
| 8.      The PMC Site is located on 9.1 acres comprised of 10 parcels with separate Assessor Parcel Numbers and located at 10051 Romandel Avenue, Santa Fe Springs, California.<br><br>Supporting Evidence:<br>• Declaration of Richard Vogl in Support of PMC Specialties Group, Inc. and Ferro Corporation's Motion for Summary Judgment Re: CERLCA Liability ("Vogl Decl.") ¶ 12a. | |
| 9.      The PMC SITE was operated as a chemical manufacturing plant operated by others beginning in approximately 1938 until 1986 when PMC operations began.<br><br>Supporting Evidence:<br>• Vogl Decl., ¶ 12b. | |
| 10.     Operations at the PMC Site were discontinued in 1992.<br><br>Supporting Evidence:<br>• Vogl Decl., ¶ 12b. | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| 11. The PMC SITE has been subject to California Department of Health Services (DHS) oversight since 1988 and California Department of Toxic Substances Control (DTSC) oversight since approximately 2006, resulting in PMC undertaking and completing multiple site assessment actions.<br><br>Supporting Evidence:<br>• Vogl Decl., ¶ 12c. | |
| 12. The site operational equipment, all storage tanks, including 171 above-ground storage tanks and conveyance piping and structures were demolished and/or removed by November 1993.<br><br>Supporting Evidence:<br>• Vogl Decl., ¶ 12e, 21-23, Ex. S [Summary of PMC cleanup actions] | |
| 13. Following the demolition, the PMC Site was capped with asphalt and rolled base material and engineering controls were placed in certain areas to prevent rainwater from causing chemicals to leach in the soil and groundwater.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶ 12e, 21-23, Ex. S [Summary of PMC cleanup actions]. | |
| 14. Despite its extensive investigation of the Omega | |

6

MOVING DEFENDANTS' UNDISPUTED FACTS
AND CONCLUSIONS OF LAW

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| Chemical Site and the Omega OU-2 Plume, EPA has never identified Ferro Corporation or PMC Specialties Group, Inc. (collectively, "PMC") as a responsible party, or even a potentially responsible party with respect to the Omega OU-2 Plume.<br><br>Supporting Evidence:<br>• Hagstrom Decl., Ex. A [OMEGA OU-2 RI/FS] at § 8.1.2 p. 8-4. | |
| 15.    Plaintiffs allege that certain disposals occurred at the PMC Site during the time it was owned or operated by PMC.<br><br>Supporting Evidence:<br>• Hagstrom Decl., Ex. B, [5AC] ¶ 375-378. | |
| 16.    Plaintiffs identify the chemicals allegedly released or disposed of at the PMC Site, between 1987-1992, as benzene, cresol, MEK, phenol, propylene, styrene, and sulfuric acid.<br><br>Supporting Evidence:<br>• Hagstrom Decl., Ex. B, [5AC] ¶ 373. | |
| 17.    Relying only on information and belief, Plaintiffs conclude without any basis that contaminants have migrated into the soil and the groundwater, and have migrated offsite to support its claim that PMC | |

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| is a source of contamination of another downgradient property.<br><br>Supporting Evidence:<br>• Hagstrom Decl., Ex. B, [5AC] ¶ 379-384. | |
| 18.　Plaintiffs only allege that Benzene and toluene migrated to the Oil Field Reclamation Project ("OFRP") Site, which sits in between the PMC Site and the Omega OU-2 Plume to the west and downgradient of the PMC Site.<br><br>Supporting Evidence:<br>• Hagstrom Decl., Ex. B, [5AC] ¶ 383-386. | |
| 19.　In Plaintiffs' responses to PMC's discovery, Plaintiffs' only allege "groundwater contamination from the [PMC Site] **may intersect** OU-2 given that the groundwater flow direction from that property has been determined to be to the southwest."<br><br>Supporting Evidence:<br>• Hagstrom Decl., Ex. C, [Ferro Corporation's Interrogatories to Plaintiffs] Nos. 3-4, Ex. D, [Plaintiffs' Supplemental Resp. to Ferro Corporation's Interrogatories to Plaintiffs] No. 3-4; Ex. E, [PMC Interrogatories to Plaintiffs], No. 3, Ex. F, [PMC Supplemental Resp. to PMC's Interrogatories to Plaintiffs] | |

MOVING DEFENDANTS' UNDISPUTED FACTS
AND CONCLUSIONS OF LAW

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| No. 3. | |
| 20.     The PMC Site is not located above or adjacent to the OU-2 Facility.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶ 17, Ex. C [site map], G [PMC Plot Plan] and H [map showing OFRP]. | |
| 21.     The available data demonstrates that no mixing, commingling, or intersection of the PMC Plume and the Omega OU-2 Plume has occurred.<br><br>Supporting Evidence:<br>• Vogl Decl., ¶¶ 10-23, Ex. C [site map], G [PMC Plot Plan] and H [map showing OFRP]. | |
| 22.     The distinct chemical and physical characteristics of each plume demonstrate the PMC Plume has not reached, commingled or intersected the Omega OU-2 Plume.<br><br>Supporting Evidence:<br>• Vogl Decl., ¶¶ 10f, 11c, 20b-c, Ex. Q-1, Q-2 [Chemical Fingerprint Analysis] | |
| 23.     The most frequently detected chemicals at the highest concentrations in the Omega OU-2 Plume is characterized by the VOCs, trichloroethylene ("TCE"), perchloroethylene ("PCE"), and 1, 1 dichloroethene ("1, 1-DCE") | |

MOVING DEFENDANTS' UNDISPUTED FACTS
AND CONCLUSIONS OF LAW

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| (collectively "Omega OU-2 Marker Chemicals")<br><br>Supporting Evidence:<br>• Vogl Decl., ¶¶ 20b, Ex. Q-1, Q-2 [Chemical Fingerprint Analysis]. | |
| 24.    The most frequently detected chemicals at the highest concentrations in the PMC Plume are naphthalene and benzene.<br><br>Supporting Evidence<br>• Vogl Decl., ¶ 13g, 20b. *See Also*, Ex. F2 [Voluntary Cleanup Agreement for PMC Site]. | |
| 25.    The groundwater contaminants in the Omega OU-2 Plume show detections of the Omega OU-2 Marker Chemicals are consistently detected at substantially similar magnitudes in both OU-1 and OU-2.<br><br>Supporting Evidence:<br>• Vogl Decl., ¶ 20f, Ex. P [map depicting well data used re chemical fingerprinting], Q-1, Q-2 [chemical fingerprinting analysis]. | |
| 26.    The same maximum downgradient reach or outer edge of TCE, PCE and 1,1 DCE, which migrated onto the PMC Site from upgradient sources, is also defined by non-detect test results in | |

MOVING DEFENDANTS' UNDISPUTED FACTS
AND CONCLUSIONS OF LAW

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| monitoring wells located less than 450 feet from the PMC Site.<br><br>Supporting Evidence:<br>• Vogl Decl., ¶¶ 19a(viii), 20f, Ex. P [map depicting well data used re chemical fingerprinting], Q-1, Q-2 [chemical fingerprinting analysis]. | |
| 27.   The benzene and naphthalene plume originating from the PMC Site attenuates to non-detect concentrations within 800 feet downgradient from the PMC Site.<br><br>Supporting Evidence<br>• Vogl Decl., ¶ 20a-e, Ex. Q-1 [chemical fingerprinting analysis]. | |
| 28.   The trace amount of benzene in the Omega OU-2 Mid-plume and benzene in these three downgradient areas are likely from gasoline or light end hydrocarbon releases on the numerous properties with underground storage tanks and/or Leaky Underground Storage Tank ("LUST"), and other chemical releases.<br><br>Supporting Evidence<br>• Vogl Decl., ¶ 20d-g, Ex. Q-1 [chemical fingerprinting analysis]. | |
| 29.   Three releases at downgradient locations have been | |

documented and are downgradient from the PMC Site; the three locations, include a pipeline release of gasoline that McClaren/Hart Described in the OFRP Groundwater Study; a release at a former drum recycler, the Beaumon Trust Property, which washed out thousands of drums collected from industrial sites and illegally dumped over 60 volatile, semi-volatile, and metals-containing chemical compounds on a single town lot; as well as a LUST site at the Yellow Freight Property.

Supporting Evidence
- Vogl Decl., ¶ 20d-e, Ex. Q-1 [chemical fingerprinting analysis].

---

30.    There are approximately 25 properties with former or current underground storage tanks located within the Omega OU-2 Plume and in the region downgradient from the PMC Site.

Supporting Evidence:
- Vogl Decl., ¶ 20d-e, Ex. Q-1, [chemical fingerprinting analysis].

---

31.    PMC never used TCE, PCE, or 1,1 DCE in its operations.

Supporting Evidence:
- Vogl Decl. ¶¶ 10e, 19a(viii), Exhibit E [summary of chemicals used and stored at

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

MOVING DEFENDANTS' UNDISPUTED FACTS
AND CONCLUSIONS OF LAW

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| PMC Site] | |
| 32. TCE, PCE and 1,1 DCE have migrated onto the PMC Site from a source or sources located upgradient of the PMC Site.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶ 19a(viii), Ex. I1, I2 [depiction of PMC Site and monitoring wells], J [historical groundwater data], R [depiction of nearby sites with chlorinated solvent use]. | |
| 33. Monitoring wells MW 21, MW 22, and MW 23 are located approximately 350 to 450 feet downgradient and off of the PMC Site.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶¶ 19a(viii), 20e, Ex. I1, I2 [depiction of PMC Site and monitoring wells], J [historical groundwater data], R [depiction of nearby sites with chlorinated solvent use]. | |
| 34. MW-21, the most upgradient of these monitoring wells shows low concentrations of TCE, PCE and 1,1 DCE, and the concentration levels decrease to non-detect at further downgradient wells M-22 and M-23.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶ 19a(viii), Ex. I1, I2[depiction of PMC Site and monitoring wells], J | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| [historical groundwater data], R [depiction of nearby sites with chlorinated solvent use]. | |
| 35.    The Omega OU-2 Plume is over 2000 feet from the PMC Site.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶ 19a(viii), 20e, Ex. C., I1, I2 [depiction of PMC Site and monitoring wells], J [historical groundwater data], R [depiction of nearby sites with chlorinated solvent use]. | |
| 36.    Groundwater flow immediately adjacent to the PMC does trend in a southwest direction as it leaves the PMC Site.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶ 19a(vi). | |
| 37.    Groundwater flow from the PMC Site is deflected to the south - southeast when it runs into the Santa Fe Springs Anticline ("Anticline"), causing it to run parallel to the Omega OU-2 Plume.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶¶ 10a, 12f, Ex. K [divisions of mines bulletin with map depicting Sante Fe Springs Anticline] | |
| 38.    The Santa Fe Springs Anticline is a 32-story high (350 feet), 2000 plus foot wide dome that | |

14

MOVING DEFENDANTS' UNDISPUTED FACTS
AND CONCLUSIONS OF LAW

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| lies between the PMC Site and the Omega OU-2 Plume.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶¶ 10a, 12f, Ex. K [divisions of mines bulletin with map depicting Sante Fe Springs Anticline] | |
| 39.   The Anticline physically separates the Omega OU-2 Plume on its Western flank from groundwater on its Eastern flank.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶ 12f, Exs. C [site map], K [divisions of mines bulletin with map depicting Sante Fe Springs Anticline], L [map showing boundaries of PMC Site and anticline], M [excerpts of USGS report Characterization of Potential Transport Pathways and Implications for Groundwater Management near an Anticline in the Central Basin Area, LA County, CA], N [modified figure from USGS report depicting groundwater flow]. | |
| 40.   Groundwater flow direction on and near the PMC Site has been monitored since at least 1999.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶ 12f. | |
| 41.   The Omega OU-2 Plume | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

migrates to and is influenced by the west side of the Anticline, while the groundwater from the PMC Site migrates on the east side of the Anticline.

Supporting Evidence:
- Vogl Decl. ¶ 19a (i)-(v), Exs. C [site map], K [divisions of mines bulletin with map depicting Sante Fe Springs Anticline], L [map showing boundaries of PMC Site and anticline], M [excerpts of USGS report Characterization of Potential Transport Pathways and Implications for Groundwater Management near an Anticline in the Central Basin Area, LA County, CA], N [modified figure from USGS report depicting groundwater flow].

42.    A 2014 United States Geological Survey report recognizes the change in direction, noting that "The Trend of the OU2 plume….turns to the south at about the location of the Santa Fe Springs Anticline."

Supporting Evidence:
- Vogl Decl. ¶ 19a (i)-(v), Ex. M [excerpts of USGS report Characterization of Potential Transport Pathways and Implications for Groundwater Management near an Anticline in the Central Basin Area, LA County, CA], N

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| [modified figure from USGS report depicting groundwater flow]. | |
| 43.     The K-values (estimated rate of groundwater migration in feet per day) immediately southwest of the PMC Site are extremely low, meaning the soils on the east flank of the Anticline, which lies between the PMC Site and the Omega OU-2 Plume, are relatively impermeable.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶ 19a(vi), Ex O [map depicting hydraulic conductivity]. | |
| 44.     The low permeability of the east flank of the Anticline inhibits groundwater flow and the Anticline itself then causes the plume to "deflect" or change direction from generally southwest to south.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶ 19a(vi), Ex O, [map depicting hydraulic conductivity]. | |
| 45.     Groundwater monitoring data at and adjacent to the PMC Site demonstrates PMC Plume has migrated too short a distance offsite to possibly intersect, mix with, or commingle with the Omega OU-2 | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| Plume.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶ 10b. | |
| 46. The PMC Plume did not and does not have a large enough chemical mass to have migrated far enough off site to commingle with or intersect the Omega OU-2 Plume.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶ 19. | |
| 47. PMC has removed the source of contamination cutting off the source of contaminates for the PMC Plume.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶ 21. | |
| 48. PMC Site operations ceased in the early 1990s, and demolition activities were completed by November, 1993.<br><br>Supporting Evidence<br>• Vogl Decl. ¶ 21, Ex. S [summary of cleanup actions at PMC Site]. | |
| 49. Additional actions, including capping the property with asphalt, were taken to prevent rainwater infiltration into subsurface soils, minimizing or eliminating the leaching of chemicals to groundwater. | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| Supporting Evidence:<br>• Vogl Decl. ¶ 21, Ex. S [summary of cleanup actions at PMC Site]. | |
| 50.    PMC is conducting further remediation leading to the ultimate closure of the PMC Site, and has been proceeding under the supervision of the DTSC since entering into a 2006 Voluntary Cleanup Agreement.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶ 22, Ex. F2 [voluntary cleanup agreement]. | |
| 51.    Extensive site investigation has been performed to evaluate the PMC Site, including the collection of over 800 samples for analysis of soil, soil gas, and groundwater, all in compliance with DTSC approved work plans.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶ 22, Ex. F2, [voluntary cleanup agreement]. | |
| 52.    The monitoring data shows that the PMC Plume is stable or shrinking in size, and stable or decreasing in concentration due to source removal and natural attenuation.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶ 21, Ex. F2 | |

19

MOVING DEFENDANTS' UNDISPUTED FACTS
AND CONCLUSIONS OF LAW

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| [voluntary cleanup agreement]. | |
| 53.     Groundwater monitoring wells on Bloomfield Avenue north of Telegraph Road, approximately 1000 feet from the PMC Site, and approximately 1000-1800 feet from the edge of the Omega OU-2 Plume show non-detections for the PMC Marker Chemicals.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶¶ 12a-f; 23, Ex. C [site map]. | |
| 54.     The K values in the area immediately adjacent to the PMC Site are low, on the order of 2, 3 or 5 feet per day.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶¶ 19(v)-(vi), Ex. O [map depicting hydraulic conductivity]. | |
| 55.     The K values on the west side of the Anticline, in the flow path of the Omega OU-2 Plume, range from 40 to 60 feet per day.<br><br>Supporting Evidence:<br>• Vogl Decl. ¶¶ 19(v)-(vi), | |
| 56.     Plaintiffs' inaccurately portray the PMC Site on Ex. B of the 5AC to include areas which were never owned or operated by PMC, as well as areas at the PMC Site which were never used for chemical processing | |

20

MOVING DEFENDANTS' UNDISPUTED FACTS
AND CONCLUSIONS OF LAW

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

or storage, including parking lots.

Supporting Evidence:
- Vogl Decl. ¶¶ 19(v)-(vi), Ex. G [actual boundaries of PMC Site].

57.     As depicted in Ex. B to Plaintiffs' 5AC, the eastern edge of Omega OU-2 Plume boundary appears to be drawn using a mapping method that widens and lengthens the extent of the plume area to its maximum possible extent, closely bordering wells where no chemicals are found.

Supporting Evidence:
- Vogl Decl. ¶ 16a-b, Ex. C [site map].

58.     The dashed Omega OU-2 Plume boundary drawn by CH2MHill indicates that this boundary as drawn was inferred or estimated.

Supporting Evidence
- Vogl Decl. ¶ 16b, Ex. C, [site map].

59.     The boundary of the Omega OU-2 Plume is approximately 2000 feet way from the PMC Site

Supporting Evidence:
- Vogl Decl., ¶ 16b, Ex. C, [site map].

60.     The past and ongoing removal

21

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| and remedial work performed at the source areas of the PMC further serve to limit the distance the PMC Plume would have or could have traveled.<br><br>Supporting Evidence:<br>• Vogl Decl., ¶ 12b. | |
| 61.   Groundwater monitoring data from wells instead on the PMC Site, and downgradient demonstrate that the PMC Plume, has migrated less than 1000 feet to the southwest, well short of the Omega OU-2 Plume.<br><br>Supporting Evidence:<br>• Vogl Decl., ¶ ¶ 19(viii). | |

## CONCLUSIONS OF LAW - PMC PROPERTY DEFENDANTS:  PMC SPECIALTIES GROUP, INC. AND FERRO CORPORATION

1.      In two-site cases, Courts require plaintiffs to prove that a release for which the defendant is responsible at one site (here, the soil on each Moving Party's Property) caused the contamination of the second site (here, the OU-2 groundwater). *Kalamazoo River Study Group v. Rockwell Int'l Corp.*, 171 F.3d 1065 (6th Cir. 1999); *Innis Arden Golf Club v. Pitney Bowes, Inc.,* 629 F. Supp. 2d 175, 185-86 (D. Conn. 2009); *FAG Bearings,* 846 F. Supp. 1382 (W.D. Mo. 1994).

2.      As held by the Sixth Circuit, the mere *possibility* that the contamination from the defendant's site caused contamination on the plaintiff's site is insufficient to create a material fact as to causation. *Kalamazoo River Study Group,* 171 F.3d at 1073, affirming, *Kalamazoo River Study Group v. Rockwell Int'l,* 3 F. Supp. 2d 815 (W.D. Mich. 1997).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3.      Plaintiffs cannot meet their burden to establish a causal connection or plausible pathway between the releases alleged at the PMC Site and the Omega OU-2 Plume.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

23

MOVING DEFENDANTS' UNDISPUTED FACTS
AND CONCLUSIONS OF LAW

**UNCONTROVERTED MATERIAL FACTS – CHRYSLER PROPERTY DEFENDANT:  UNION PACIFIC RAILROAD COMPANY**

| UNDISPUTED FACT | EVIDENTIARY SUPPORT |
|---|---|
| 100.  Union Pacific's predecessors acquired the various parcels that comprise the approximately 40-acre Chrysler Property through a series of transactions from 1888 through 1967.<br><br>Supporting Evidence:<br>• Declaration of Sedina L. Banks ("Banks Decl."), Exhibit ("Exh.") 1 [Deeds for the Chrysler Property 1888-1967];<br>• Declaration of James A. Levy ("Levy Decl."), ¶ 8. | |
| 101.  On January 21, 1974, Union Pacific's predecessor, Southern Pacific Transportation Company, transferred the entire Chrysler Property to Southern Pacific Company (formerly S.P. Inc.) ("New Southern Pacific Company").<br><br>Supporting Evidence:<br>• Banks Decl., Exh. 9 [January 21, 1974 Deed];<br>• Levy Decl., ¶ 9. | |
| 102.  New Southern Pacific Company is not a predecessor of Union Pacific.<br><br>Supporting Evidence: | |

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>2049 Century Park East, Suite 2600<br>Los Angeles, California 90067

24

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| • Banks Decl., Exh. 6 [February 20, 1969 Merger Agreement];<br>• Levy Decl., ¶ 7. | |
| 103.    Union Pacific does not currently own the Chrysler Property.<br><br>Supporting Evidence:<br>• Banks Decl., Exh. 36 [Plaintiffs' Supplemental Responses to Union Pacific's First Set of Requests for Admission No. 3]. | |
| 104.    The original Chrysler Property was subdivided into four properties identified as the LaSalle Property, North-Central Property, Multitenant Property, and the Central Property.<br><br>Supporting Evidence:<br>• Plaintiff's Fifth Amended Complaint, November 1, 2016, ¶ 138 [Dkt. 526];<br>• Banks Decl., Exh. 16 [Map of the Chrysler Property, March 1988] | |
| 105.    The Central Property, also referred to by EPA as "Site A," is located at approximately 12128 Burke Street, Santa Fe Springs, CA.<br><br>Supporting Evidence:<br>• Banks Decl., Exh. 34, p. 219 [U.S. EPA's Final Remedial Investigation / Feasibility Study Reports Omega | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| Chemical Corporation Superfund Site Operable Unit 2, Los Angeles County, California, Volume 1];<br>• Request for Judicial Notice ("RJN"), ¶ 24. | |
| 106.      Chrysler conducted auto preparation operations on the Chrysler Property from in or around 1965 through 1988.<br><br>Supporting Evidence:<br>• Banks Decl., Exh. 21, p. 167 [Final Report – Soil and Ground Water Investigation by Converse Environmental West regarding the Chrysler Property, dated August 29, 1991];<br>• Banks Decl., Exh. 32, p. 209 [California Regional Water Quality Control Board, Los Angeles Region ("RWQCB"), Closure Letter dated August 6, 1999];<br>• RJN, ¶¶ 11, 22. | |
| 107.      There is no evidence that Union Pacific ever operated on the actual Chrysler Property, other than on a right-of-way that went through a portion of the property.<br><br>Supporting Evidence:<br>• Levy Decl., ¶ 10;<br>• Banks Decl., Exh. 2 [Map of the Chrysler Property dated February 20, 1964 and revised March 6, 1964]; | |

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| • Banks Decl., Exh. 5 [Map of the Chrysler Property dated October 16, 1964 and revised September 26, 1967]; <br> • Banks Decl., Exh. 3 [1962 Aerial Photo of the Chrysler Property]; <br> • Banks Decl., Exh. 4 [1964 Aerial Photo of the Chrysler Property]; <br> • Declaration of David Ruiz ("Ruiz Decl."), ¶¶ 17-22. | |
| 108.     The right-of-way was removed between 1962 and 1964. <br><br> Supporting Evidence: <br> • Banks Decl., Exh. 2 [Map of the Chrysler Property dated February 20, 1964 and revised March 6, 1964]; <br> • Banks Decl., Exh. 5 [Map of the Chrysler Property dated October 16, 1964 and revised September 26, 1967]; <br> • Banks Decl., Exh. 3 [1962 Aerial Photo of the Chrysler Property]; <br> • Banks Decl., Exh. 4 [1964 Aerial Photo of the Chrysler Property]; <br> • Ruiz Decl, ¶¶ 17-22. | |
| 109.     In 1988, Chrysler terminated its leasehold of the Chrysler Property and demolished all buildings and removed all structures, including clarifiers. | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| Supporting Evidence:<br>• Banks Decl., Exh. 19, p. 155 [Letter from Ric Notini of Catellus Development Corporation ("Catellus") to the RWQCB, dated January 4, 1991];<br>• Banks Decl., Exh. 20, p. 158 [Letter from Ric Notini of Catellus to the Los Angeles Department of Public Works, Waste Management Division regarding the Chrysler Property, dated January 17, 1991];<br>• Banks Decl., Exh. 33, p. 213 [Letter from Scott Strine of Palmtree Acquisition Corporation to the U.S. Environmental Protection Agency ("U.S. EPA"), dated May 15, 2009];<br>• RJN, ¶¶ 9, 10, 23. | |
| 110.    Site investigations uncovered soil contamination beneath the area of a former 750-gallon clarifier used by Chrysler (the "Chrysler Clarifier") in conjunction with Chrysler's auto body repair shop referred to as the Body Works building.<br><br>Supporting Evidence:<br>• Banks Decl., Exh. 18 [Preliminary Report – Soil and Ground Water Investigation by Converse Environmental West, dated December 28, 1990]; | |

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| • Banks Decl., Exh. 21 [Final Report – Soil and Ground Water Investigation" by Converse Environmental West, dated August 29, 1991]<br>• RJN ¶¶ 8, 11. | |
| 111.    The only identified source of potential groundwater contamination on the Chrysler Property is the Chrysler Clarifier.<br><br>Supporting Evidence:<br>• Banks Decl., Exh. 18 [Preliminary Report – Soil and Ground Water Investigation by Converse Environmental West, dated December 28, 1990];<br>• Banks Decl., Exh. 21 [Final Report – Soil and Ground Water Investigation" by Converse Environmental West, dated August 29, 1991];<br>• Banks Decl., Exh. 24 [Report Phase II Investigation, dated September 6, 1996, prepared by Debra B. Stott of Dames & Moore];<br>• Banks Decl., Exh. 19 [Letter from Ric Notini of Catellus Development Corporation ("Catellus") to the RWQCB, dated January 4, 1991];<br>• Banks Decl., Exh. 20 [Letter from Ric Notini of Catellus to the Los Angeles Department of Public Works, Waste Management Division regarding the Chrysler | |

MOVING DEFENDANTS' UNDISPUTED FACTS
AND CONCLUSIONS OF LAW

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| Property, dated January 17, 1991];<br>• Banks Decl., Exh. 33 [Letter from Scott Strine of Palmtree Acquisition Corporation to the EPA, dated May 15, 2009];<br>• Banks Decl., Exh. 32 [RWQCB's Closure Letter for the Central Property dated August 6, 1999];<br>• RJN, ¶¶ 8-11, 14, 22, 23. | |
| 112.    The Chrysler Clarifier was located in the former Chrysler Body Works building.<br><br>Supporting Evidence:<br>• Banks Decl., Exh. 17 [Tank Removal Geological Report Prepared by Petroleum Industry Consultants, Inc. dated March 31, 1988];<br>• Banks Decl., Exh. 18 [Preliminary Report – Soil and Ground Water Investigation by Converse Environmental West, dated December 28, 1990];<br>• Banks Decl., Exh. 21 [Final Report – Soil and Ground Water Investigation" by Converse Environmental West, dated August 29, 1991];<br>• Ruiz Decl., ¶¶ 4-6;<br>• RJN, ¶¶ 7, 8, 11. | |
| 113.    The Chrysler Clarifier was installed after Union Pacific sold the Chrysler Property. | |

Supporting Evidence:
- Banks Decl., Exh. 17 [Tank Removal Geological Report Prepared by Petroleum Industry Consultants, Inc. dated March 31, 1988];
- Banks Decl., Exh. 18, p. 152; [Preliminary Report – Soil and Ground Water Investigation by Converse Environmental West, dated December 28, 1990, Figure No. 5];
- Banks Decl., Exh. 21, p. 174 [Final Report – Soil and Ground Water Investigation" by Converse Environmental West, dated August 29, 1991, Figure No. 10];
- Banks Decl., Exh. 14 [Aerial Photograph of the Chrysler Property dated 1983];
- Banks Decl., Exh. 15 [Aerial Photograph of the Chrysler Property dated 1987];
- Banks Decl., Exh. 9 [January 21, 1974 Deed];
- Banks Decl., Exh. 10 [Los Angeles County Sanitation District Letter dated January 31, 1974];
- Banks Decl., Exh. 7 [Los Angeles County Sanitation District Letter dated October 16, 1973];
- Banks Decl., Exh. 8 [Site Plan marked as approved on October 16, 1973 by the Los Angeles County Sanitation

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| District, in connection with an Industrial Wastewater Discharge Permit No. 787];<br>• Banks Decl., Exh. 11 [Site Plan marked as approved on January 31, 1974 by the Los Angeles County Sanitation District, in connection with an Industrial Wastewater Discharge Permit Nos. 926, 927 and 928 for the Chrysler Property];<br>• Banks Decl., Exh. 13 [Map depicting work to be performed under Industrial Wastewater Discharge Permit Nos. 787, 926, 927 and 928];<br>• Ruiz Decl., ¶ 4-6, 7-10, 12-16;<br>• RJN, ¶¶ 1-4, 6-8, 11. | |

## CONCLUSIONS OF LAW - CHRYSLER PROPERTY DEFENDANT: UNION PACIFIC RAILROAD COMPANY

4. Plaintiffs assert claims against Union Pacific for contribution (First Claim) and declaratory relief (Third Claim) under the Comprehensive Response, Compensation and Liability Act ("CERCLA").

5. To prevail on its CERCLA claims, Plaintiffs must prove all of the following: (1) the Chrysler Property is a facility, (2) there was a release or threatened release of hazardous substances at or from the Chrysler Property, (3) that the release or threatened release caused Plaintiffs to incur response costs that were necessary and consistent with the National Contingency Plan,[1] and (4) Union Pacific is a "responsible party" subject to CERCLA liability under 42

---

[1] The parties are deferring litigation of this element until the next phase of the litigation.  Dkt. 615 at 2:1-4.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

U.S.C. Section 9607(a).  *Carson Harbor Village Ltd. v. Unocal Corp.*, 270 F.3d 863, 870-71 (9th Cir. 2001).

6.  Plaintiffs must also prove that a release of hazardous substances from the Chrysler Property for which Union Pacific is reasonable has impacted the groundwater in OU-2.

7.  A CERCLA "responsible party" includes (1) any current "owner and operator" of the site at issue, and (2) "any person who at the time of disposal of any hazardous substance owned or operated any facility at which such hazardous substances were disposed of."  CERCLA, 42 U.S.C. § 9607(a)(1), (2).

8.  There is no evidence that Union Pacific is a covered party under CERCLA, 42 U.S.C. § 9607(a)(1), (2), because Union Pacific is not a current "owner" or "operator" of the Chrysler Property; and there is no evidence that a discharge to OU-2 groundwater occurred on the Chrysler Property during Union Pacific's period of property ownership.

9.  Therefore, Union Pacific is not liable under Plaintiffs' CERCLA claims for contribution (First Claim) and declaratory relief (Third Claim).

## UNCONTROVERTED MATERIAL FACTS – PATSOURAS PROPERTY DEFENDANTS

| MOVING PATSOURAS PROPERTY DEFENDANTS' UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO CITED FACT AND SUPPORTING EVIDENCE |
|---|---|
| 200.   On November 1, 2016, Plaintiffs filed a Fifth Amended Complaint ("FAC") against Defendants Halliburton Affiliates, LLC; Kekropia, Inc.; William K. Palley, an individual; and Palley Supply Company (the "Patsouras Property Defendants") alleging that each was a "covered person" within the meaning of 42 U.S.C. § 9607(a)(1)-(4). <br><br> Supporting Evidence: FAC ¶ 398; Ex. A to the Declaration of William D. Wick | |
| 201.   EPA concluded that certain parties were potentially responsible parties ("PRPs") for the contamination of OU-2 groundwater, and sent Special Notice Letters to them. <br><br> Supporting Evidence:  FAC ¶ 4; Ex. A to the Declaration of William D. Wick | |
| 202.  EPA has *not* sent a Special Notice Letter to any of the Patsouras Property Defendants. <br><br> Supporting Evidence:  FAC, p. 18 ("Non-Notice Letter Defendants | |

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

34

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| PRPS,"), ¶ 93-96; Ex. A to the Declaration of William D. Wick | |
| 203.  EPA concluded that certain parties were potentially responsible parties ("PRPs") for the contamination of OU-2 groundwater warranting receipt of a General Notice Letter ("GNL") from EPA and sent GNLs to them.<br><br>Supporting Evidence:  FAC ¶ 5; Ex. A to the Declaration of William D. Wick | |
| 204.  EPA has *not* sent a General Notice Letter to any of the Patsouras Property Defendants.<br><br>Supporting Evidence:  FAC, p. 18 ("Non-Notice Letter Defendants PRPS,"), ¶ 93-96; Ex. A to the Declaration of William D. Wick | |
| 205.  The Patsouras Property is located at 11630-11700 Burke Street, Santa Fe Springs, CA.<br><br>Supporting Evidence:  FAC ¶ 343, Ex. A to the Declaration of William D. Wick | |
| 206.   From 1968 to 1972, Globe Oil Tools Company operated on the Patsouras Property, manufacturing and treating oil well drilling equipment and tools.<br><br>Supporting Evidence:  Los Angeles Regional Water Quality Board | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| Letter, Jan. 4, 2017, Ex. B to the Declaration of William D. Wick<br><br>AIG Consultants, Inc. Phase I Environmental Site Assessment, June 30, 1994, pp. 10-11 (PTFS00024775-PTFS00024804); Ex. C to the Declaration of William D. Wick<br><br>Environmental Audit, Inc. Updated Site Conceptual Model and Request for Low Risk Closure, June 17, 2010, p. 1 [which corrects a typo in a March 3, 1997 EAI report which stated that operations began in "1958"](PTFS00024509-PTFS00024643); Ex. D to the Declaration of William D. Wick | |
| 207.  On March 20,1970, the Los Angeles County Engineer issued a notice to Globe Oil Tools Company alleging that "the discharge of liquid waste from your rinse operation to ground" is in violation of Section #6301 of Santa Fe Springs City Ordinance No. 79 because the concentration of dissolved solids exceeded the allowable limitation.<br><br>Supporting Evidence: PTFS00022295, PTFS00023219-20; Ex. E to the Declaration of William D. Wick | |
| 208.  The County alleged that a sample of the liquid waste taken on March 9, 1970 showed "a concentration of dissolved solids that greatly exceeds the allowable | |

36

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| limitation." The sample form indicated that "Chromium, hexavalent" was measured at a concentration of 19.5 parts per million.<br><br>Supporting Evidence: PTFS00022295, PTFS00023219-20; Ex. E to the Declaration of William D. Wick | |
| 209.  After receiving a copy of the notice, the Globe plant manager "stated that he would have discharge discontinued at once."<br><br>Supporting Evidence: PTFS00022293; Ex. E to the Declaration of William D. Wick | |
| 210.  On March 24, 1970, Globe submitted a formal application to the County Engineer for approval of an industrial waste disposal system to be installed on the Property in which liquid waste would flow into the sewer after passing through two interceptors.<br><br>Supporting Evidence: PTFS00022294; Ex. E to the Declaration of William D. Wick | |
| 211.  The Globe plant manager "stated that all liquid waste would be collected in impervious containers and not discharged to ground until sewer system is completed." | |

37

MOVING DEFENDANTS' UNDISPUTED FACTS
AND CONCLUSIONS OF LAW

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| Supporting Evidence: PTFS00022293; Ex. E to the Declaration of William D. Wick | |
| 212.  On June 19, 1970, the government determined that Globe's Industrial waste facilities were "constructed according to cleared plans." Supporting Evidence: PTFS00022291; Ex. E to the Declaration of William D. Wick | |
| 212.  On August 23, 1971, the City of Santa Fe Springs issued Industrial Waste Disposal Permit No. 4485 to Globe to discharge into the sewer washdown and wastes from manufacturing and processing oil well drilling tools. Supporting Evidence: PTFS00022288; Ex. E to the Declaration of William D. Wick | |
| 213.  In 1972, William D. Palley and Defendant William K. Palley acquired the Patsouras Property from Rucker.  In 1973, Defendant William K. Palley obtained sole ownership of the property. Supporting Evidence: FAC ¶ 345; Ex. A to the Declaration of William D. Wick | |
| 214.  During Palley's ownership, the Property was occupied by a government surplus order house, by | |

38

MOVING DEFENDANTS' UNDISPUTED FACTS
AND CONCLUSIONS OF LAW

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| industrial auctioneers, by a paper box company, and by a plastic reprocessing business.<br><br>Supporting Evidence: Los Angeles Regional Water Quality Board Letter, Jan. 4, 2017, Ex. B to the Declaration of William D. Wick | |
| 215.  On May 18, 1988, the Santa Fe Springs Fire Department issued a notice of violation alleging that "oil from 2 clarifiers spilled out onto Master Box Co. access/loading area."<br><br>Supporting Evidence:  EAI00897, Ex. F to the Declaration of William D. Wick | |
| 216. On May 19, 1988, the Santa Fe Springs Fire Department issued a notice of violation alleging that two abandoned clarifiers contained "excessive oil and grease."<br><br>Supporting Evidence:  EAI00896, Ex. F to the Declaration of William D. Wick | |
| 217.  Palley disposed of waste from the clarifiers and drums and the clarifiers were subsequently abandoned-in-place by filling with cement.<br><br>Supporting Evidence:  AIG Consultants, Inc. Phase I Environmental Site Assessment, June 30, 1994, p. 18; | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| (PTFS00024775-PTFS00024804); Ex. C to the Declaration of William D. Wick | |
| 218. In 1994, AIG Environmental Consultants performed a Phase I Environmental Site Assessment of the Property. AIG concluded that "the greatest potential risk to the subject property" was the total of 37 sites less than ¼ mile away whose potential off-site contamination may have impacted the Property, and AIG also recommended additional investigation of the Property itself.<br><br>Supporting Evidence: AIG Consultants, Inc. Phase I Environmental Site Assessment, June 30, 1994, p. 3; (PTFS00024782); Ex. C to the Declaration of William D. Wick | |
| 219. In 1995, Kekropia, Inc. acquired the Patsouras Property from William K. Palley. In 1997, El Greco Wholesale Grocers, Inc. and its owner Larry Patsouras began operating on the Property as a wholesale grocery warehouse.<br><br>Supporting Evidence: FAC ¶¶ 347, 350; Ex. A to the Declaration of William D. Wick | |
| 220. Kekropia continues to own the Property today, which is still used for a wholesale grocery warehouse and a tattoo artist supply business. | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| Supporting Evidence: Los Angeles Regional Water Quality Board Letter, Jan. 4, 2017, Ex. B to the Declaration of William D. Wick | |
| 221.  Kekropia retained Environmental Audit, Inc. (EAI) to perform an environmental investigation of the Property.  EAI's investigation indicated that "the majority of the soil contamination is heavy end petroleum product."  EAI considered a variety of in-situ technologies for remediation of the heavy end petroleum hydrocarbons in the soil, but determined that they were impracticable "for the relatively small volume of contaminated soil at the Site, and therefore recommended excavation and off-site disposal of the impacted soil.<br><br>Supporting Evidence: Environmental Audit, Inc., "Remedial Action Plan, 11630-11700 Burke Street," June 16, 1997, at PTSF00022451, 22453; Ex. H to the Declaration of William D. Wick | |
| 222.  In 2006, Biophysics Environmental Assessments, Inc. ("BEA") performed confirmation testing and removal of environmentally impacted soil identified in previous site testing.<br><br>Supporting Evidence: Biophysics Environmental Assessments, Inc., Soil Remediation Report of Findings for El Greco, Inc., Sept. 14, 2006; | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| (PTFS00023600-PTFS00023663); Ex. G to the Declaration of William D. Wick | |
| 223.  BEA concluded that the sampling results "showed no threat to groundwater since boring B-7 demonstrated vertical attenuation of both PCE and TCE to non-detect at termination depth of 35' below grade surface (bgs)."<br><br>Supporting Evidence: Id. at PTFS00023604 | |
| 224.  BEA concluded that "no threat exists to groundwater from metals, solvents, and total petroleum hydrocarbons, based upon the low level and isolated low volume of all potentially hazardous materials identified in initial testing by EAI in 1994."<br><br>Supporting Evidence: Id. at PTFS00023607 | |
| 225.  BEA concluded that the concentrations of petroleum and solvents identified in 1994 "had insufficient mass for vertical migration, with sorption and desorption, in excess of a few feet."<br><br>Supporting Evidence: Id. | |
| 226.  BEA concluded that "intrinsic biodegradation and weathering has removed all measurable solvents and | |

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| continues to remove the petroleum hydrocarbons." <br><br> Supporting Evidence: Id. | |
| 227. BEA concluded that "no mass of petroleum hydrocarbons and no measurable mass of chlorinated solvents are present in the soil column with capability for migration to the groundwater by moisture migration through adsorption and partitioning." <br><br> Supporting Evidence: Id. | |
| 228. BEA concluded that "[N]o further action is recommended based upon the very low levels of hazardous materials identified in site testing in 1994 and confirmed in 2006." <br><br> Supporting Evidence: Id. | |
| 229. EAI concluded that the majority of the soil contamination at the Patsouras Property "is heavy end petroleum product." <br><br> Supporting Evidence: Environmental Audit, Inc., "Remedial Action Plan, 11630-11700 Burke Street," June 16, 1997, at PTSF00022451; Ex. H to the Declaration of William D. Wick | |
| 230. EAI concluded that "TGPH-G, TPH-D, and TPH-O have never been identified in ground water" at the Patsouras Property. "Chlorinated | |

43

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| compounds are not generally identified in soil at the Site but are present in ground water at concentrations that are consistent with the regional impact to ground water (see Section 3.0).  In EAI's opinion the chlorinated compounds detected in ground water at the Site are not the result of former site activities."<br><br>Supporting Evidence: Environmental Audit, Inc., "Updated Site Conceptual Model and Request for Low Risk Closure," June 17, 2010, at p. 21, at PTFS00024533; Ex. D to the Declaration of William D. Wick | |
| 231.  On Sept. 15, 2016, Regional Board Executive Officer Samuel Unger executed the Covenant and Environmental Restriction on Property for the Patsouras Property.<br><br>Supporting Evidence: Covenant and Environmental Restriction; Ex. I to the Declaration of William D. Wick | |
| 232.  The Covenant and Environmental Restriction approved by and for the benefit of the Regional Board stated as follows: "Chlorinated solvent compounds present in the groundwater beneath the Site appear to be consistent with the site area regional chlorinated solvent impacts; no dissolved or free phase total petroleum hydrocarbons have been detected in the groundwater." | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| Supporting Evidence: Id. | |
| 233. On October 12, 2016, the Covenant and Environmental Restriction was recorded in the Official Records of the Los Angeles County Recorder's Office.<br><br>Supporting Evidence: Id. | |
| 234.  On Jan. 4, 2017, the Regional Board issued a "No Further Action" Letter to Kekropia for the Patsouras Property.<br><br>Supporting Evidence: Los Angeles Regional Water Quality Board Letter, Jan. 4, 2017; Ex. B to the Declaration of William D. Wick | |
| 235. The Regional Board concluded that the activities at the Patsouras Property resulted "in the cleanup or abatement of wastes to assure protection of human health and the waters of the State at and near the Site for their beneficial use."<br><br>Supporting Evidence: Id. at p.3. | |
| 236.  The Regional Board determined that there was no reason to monitor groundwater at the Property and required Kekropia to decommission, abandon, and destroy all monitoring wells on the Property.<br><br>Supporting Evidence: Id. | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| 237.  EPA's consultant, CH2M Hill, concluded that the former Omega Chemical facility is the main source of groundwater contamination at OU2.<br><br>Supporting Evidence: Final Remediation Investigation/Feasibility Study Reports Omega Chemical Corporation Superfund Site Operable Unit 2 Los Angeles County, California, Volume 1, CH2M HILL, Aug. 2010, § 8.1.2, p. 8-4; Ex. J to the Declaration of William D. Wick | |
| 238.  The Final Remedial Investigation Report by the US EPA environmental consultant, CH2M Hill, identified properties located over the OU-2 groundwater plume which were sources of chlorinated VOCs (PCE, TCE, 1,1,-DCE) to groundwater, but did not not identify the Patsouras Property as an on-going or historical source of these VOCs to the groundwater.<br><br>Supporting Evidence: Id., § 5.5, pp. 5-12 to 5-30. | |
| 239.  The Final Remedial Investigation Report by the US EPA environmental consultant, CH2M Hill, identified properties located over the OU-2 groundwater plume which were sources of non-chlorinated VOCs to groundwater, but did not identify the Patsouras | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| Property as an on-going or historical source of these VOCs to the groundwater.<br><br>Supporting Evidence: Id., § 5.5, pp. 5-12 to 5-30. | |
| 240.  From 1994 through 2010, at least 123 soil samples were taken on the West Parcel of the Patsouras Property.<br><br>Supporting Evidence:  Expert Report of Dr. Jean Kulla; Ex. K to the Declaration of William D. Wick | |
| 241.  No PCE, TCE, chloroform, or 1-1-dichloroethene were detected in any of the 123 soil samples taken on the West Parcel between 1994 and 2010.<br><br>Supporting Evidence: Id. | |
| 242.  CAM metals in soils, including total chromium, were within background levels for regional soils (i.e., within the range of concentrations normally found in natural, uncontaminated soil) in all of the 123 samples taken on the West Parcel between 1994 and 2010.<br><br>Supporting Evidence: Id. | |
| 243.  From 1994 through 2010, at least 137 soil samples were taken on the East Parcel of the Patsouras Property. | |

MOVING DEFENDANTS' UNDISPUTED FACTS
AND CONCLUSIONS OF LAW

| | |
|---|---|
| Supporting Evidence: Id. | |
| 244. PCE and TCE were detected in only a couple of soil samples at very low concentrations in the 137 soil samples taken on the East Parcel between 1994 and 2010.<br><br>Supporting Evidence: Id. | |
| 245. The maximum concentration of PCE was 0.51 mg/kg and of TCE was 0.27 mg/kg in the 137 soil samples taken on the East Parcel between 1994 and 2010.<br><br>Supporting Evidence: Id. | |
| 246. No chloroform or 1,1-dichloroethene (1,1-DCE) were detected in the 137 soil samples taken on the East Parcel between 1994 and 2010.<br><br>Supporting Evidence: Id. | |
| 247. CAM metals in soils were within background levels for regional soils (i.e., within the range of concentrations normally found in natural, uncontaminated soil) in all of the 137 samples taken on the East Parcel between 1994 and 2010, with the exception of one chromium sample slightly above background levels (71.1. mg/kg) found at two feet below ground surface and lead found in some stockpiled soil.<br><br>Supporting Evidence: Id. | |

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

MOVING DEFENDANTS' UNDISPUTED FACTS
AND CONCLUSIONS OF LAW

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| 248. Methylene chloride (8.27 mg/kg), naphthalene (4.31 mg/kg), and lead (51,600 mg/kg) were found in one stockpiled soil sample, and the stockpiled soil has been removed from the Property.<br><br>Supporting Evidence: Id. | |
| 249. There is no evidence that the very low concentrations of PCE, TCE or other hazardous substances found in soil have migrated at least 35 feet to the OU-2 groundwater.<br><br>Supporting Evidence: Id. | |
| 250. Groundwater monitoring was performed on the Property from 1995 through 2013 for petroleum hydrocarbons, VOCs, and metals.<br><br>Supporting Evidence: Id. | |
| 251. No petroleum hydrocarbon compounds have been found in groundwater beneath the Property even though petroleum hydrocarbons were detected in Property soil.<br><br>Supporting Evidence: Id. | |
| 252. Toluene and xylene were detected in only trace amounts (below their respective Maximum Contaminant Levels) only in one well in one sampling episode. | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| Supporting Evidence: Id. | |
| 253.  All metals detected in groundwater were below their respective MCLs, including arsenic and hexavalent chromium, with the exception of one sample of 11.8 ug/L hexavalent chromium (slightly above the 10 ug/L conservative MCL used by California).<br><br>Supporting Evidence: Id. | |
| 254.  The predominant VOC contaminants found in the OU-2 groundwater underlying the Property at concentrations above their respective MCLs were carbon tetrachloride (CT), PCE, and TCE. Other volatiles, including chloroform and 1,1-DCE, were below their MCLs.<br><br>Supporting Evidence: Id. | |
| 255.  A significant line of evidence in evaluating whether a property is a source of hazardous substances to groundwater is a comparison of the concentrations of a chemical in an upgradient well with the concentrations in an on-property well.<br><br>Supporting Evidence: Id. | |
| 256. The concentrations of carbon tetrachloride (CT) in wells upgradient of the Patsouras Property were greater than or similar to the | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| | |
|---|---|
| concentrations in wells on the Property in all samples in the groundwater sampling from 2009-2013, except for a single sample of 10.4 ug/L in 2013.<br><br>Supporting Evidence: Id. | |
| 257.  The concentrations of PCE in wells upgradient of the Patsouras Property were greater than or similar to the concentrations in wells on the Property in all samples in the groundwater sampling from 2009-2013, except for a single sample of 18.2 ug/L in 2013.<br><br>Supporting Evidence: Id. | |
| 258.  The concentrations of TCE in wells upgradient of the Patsouras Property were greater than or similar to the concentrations in wells on the Property in all samples in the groundwater sampling from 2009-2013, except for a single sample of 21.7 ug/L in 2012.<br><br>Supporting Evidence: Id. | |
| 259.  In 2009, a soil gas vapor survey was conducted on the West Parcel of the Property at depths of 5 and 15 feet below ground surface.<br><br>Supporting Evidence: Id. | |
| 260.  The results of the 2009 soil gas vapor survey showed only very minor amounts of PCE and TCE in | |

51

MOVING DEFENDANTS' UNDISPUTED FACTS
AND CONCLUSIONS OF LAW

| | |
|---|---|
| soil gas, with the lowest concentrations found in the shallow 5-foot samples relative to higher concentrations in the deeper 15-foot samples.<br><br>Supporting Evidence: Id. | |
| 261. The data indicate that PCE, TCE, and other minor VOCs are volatilizing off the OU-2 groundwater plume due to an upward diffusion process governed by Fick's law.<br><br>Supporting Evidence: EAI, 2010, at 17-18; Ex. D and Ex. K to the Declaration of William D. Wick | |

## CONCLUSIONS OF LAW - PATSOURAS PROPERTY DEFENDANTS

10. In two-site cases, Courts require plaintiffs to prove that a release for which the defendant is responsible at one site (here, the soil on each Moving Party's Property) caused the contamination of the second site (here, the OU-2 groundwater).  Kalamazoo River Study Group v. Rockwell Int'l Corp., 171 F.3d 1065 (6th Cir. 1999); Innis Arden Golf Club v. Pitney Bowes, Inc., 629 F. Supp. 2d 175, 185-86 (D. Conn. 2009); FAG Bearings, 846 F. Supp. 1382 (W.D. Mo. 1994).

11. As held by the Sixth Circuit, the mere possibility that the contamination from the defendant's site caused contamination on the plaintiff's site is insufficient to create a material fact as to causation.  Kalamazoo River Study Group, 171 F.3d at 1073, affirming, Kalamazoo River Study Group v. Rockwell Int'l, 3 F. Supp. 2d 815 (W.D. Mich. 1997).

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

12. Under 42 U.S.C. § 9607(a), Defendants can be liable to Plaintiffs only if any releases of hazardous substances onto the soil at the Patsouras Property have traveled 35 to 74 feet from ground surface and entered OU-2 groundwater, thereby causing Plaintiffs to incur response costs.

**AS TO PMC PROPERTY DEFENDANTS' UNCONTROVERTED FACT NOS. 1 - 61 AND CONCLUSIONS OF LAW NOS. 1 - 3:**

DATED:  January 14, 2021                    BASSI EDLIN HUIE & BLUM LLP


                                            By:       /s/ Earl L. Hagström
                                                      Earl L. Hagström
                                                      Daniel E. Trowbridge

                                                      Attorneys for Defendants PMC Specialties
                                                      Group, Inc. and Ferro Corporation

**AS TO CHRYSLER PROPERTY DEFENDANT'S UNCONTROVERTED FACT NOS. 100 - 113 AND CONCLUSIONS OF LAW NOS. 4 - 9:**

DATED: January 14, 2021                     GREENBERG GLUSKER FIELDS
                                            CLAMAN & MACHTINGER LLP


                                            By:       /s/ Peter A. Nyquist
                                                      David E. Cranston
                                                      Peter A. Nyquist
                                                      Sedina L. Banks
                                                      Sherry E. Jackman

                                                      Attorneys for Defendant Union Pacific
                                                      Railroad Company

**AS TO PATSOURAS PROPERTY DEFENDANTS' UNCONTROVERTED FACT NOS. 200 - 261 AND CONCLUSIONS OF LAW NOS. 10 - 12:**

DATED:  January 14, 2021                    WACTOR & WICK LLP


                                            By:       /s/ William D. Wick
                                                      William D. Wick

                                                      Attorneys for Defendant Halliburton
                                                      Affiliates, LLC

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

DATED:  January 14, 2021           BASSI EDLIN HUIE & BLUM LLP


                                   By:  ___/s/ Farheena A. Habib_____
                                        Farheena A. Habib

                                   Attorneys for Interveners Fireman's Fund
                                   Insurance Company and Federal Insurance
                                   Company, as Insurers for Palley Supply
                                   Company


DATED:  January 14, 2021           OTTEN LAW, PC


                                   By:  ___/s/ Victor Otten_____
                                        Victor Otten
                                        Attorneys for Defendant Kekropia, Inc.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

MOVING DEFENDANTS' UNDISPUTED FACTS
AND CONCLUSIONS OF LAW

1

## CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES

2

I, Peter A. Nyquist, am the ECF user whose ID and password are being used

3

to file this Parties' MOVING DEFENDANTS' JOINT STATEMENT OF

4

UNDISPUTED MATERIAL FACTS AND CONCLUSIONS OF LAW. In

5

compliance with C.D. Cal. Civ. L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have

6

obtained the concurrence of each signatory to this document.

7

8    DATED: January 14, 2021          GREENBERG GLUSKER FIELDS
                                       CLAMAN & MACHTINGER LLP
9

10

11          By:          /s/ Peter A. Nyquist

12                       David E. Cranston
                         Peter A. Nyquist
13                       Sedina L. Banks
                         Sherry E. Jackman
14
                         Attorneys for Defendant Union Pacific
15                       Railroad Company

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067