WILLIAM D. WICK (State Bar No. 063462)
  bwick@ww-envlaw.com
ANNA L. NGUYEN (State Bar No. 226829)
  anguyen@ww-envlaw.com
WACTOR & WICK LLP
3640 Grand Avenue, Suite 200
Oakland CA 94610-2023
Telephone: (510) 465-5750

Attorneys for Defendant, Counter-Complainant, and Cross-Complainant
HALLIBURTON AFFILIATES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| ARCONIC INC., et al.,<br><br>　　　　Plaintiffs,<br>v.<br>APC INVESTMENT CO., et al.,<br><br>　　　　Defendants. | Case No. 2:14-cv-06456 GW (Ex.)<br><br>**DECLARATION OF WILLIAM D. WICK IN SUPPORT OF PATSOURAS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFFS** |

AND RELATED CROSS ACTIONS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS

I, William D. Wick, declare as follows:

1. I am an attorney at law admitted to the California State Bar and the Central District of California. I am a partner at Wactor & Wick LLP, 3640 Grand Avenue, Suite 200, Oakland, CA 94610. I represent Halliburton Affiliates, LLC in this case.

2. I have personal knowledge of the facts set forth in this declaration.

3. Attached as **Exhibit A** is a true and correct copy of Plaintiffs' Fifth Amended Complaint in this case, Dkt. #526, filed on November 1, 2016.

4. Attached as **Exhibit B** is a true and correct copy of a letter to Larry Patsouras of Kekropia, Inc. from the Executive Officer of the Los Angeles Regional Water Quality Control Board, dated January 4, 2017.

5. Attached as **Exhibit C** is a true and correct copy of Phase I Environmental Site Assessment, AIG Consultants, Inc., June 30, 1994, produced in discovery by Plaintiffs (PTFS00024775-00024804).

6. Attached as **Exhibit D** is a true and correct copy of Updated Site Conceptual Model and Request for Low Risk Closure, Environmental Audit, Inc., June 17, 2010, produced in discovery by Plaintiffs (PTFS00024509-TFS00024643).

7. Attached as **Exhibit E** are a true and correct copies of documents produced in discovery by Plaintiffs (PTFS00022288, 22291, 22293, 22294, 22295, 23219, 23220).

8. Attached as **Exhibit F** are true and correct copies of documents produced by EAI (EAI00896-00897).

9. Attached as **Exhibit G** is a true and correct copy of Soil Remediation

Report of Findings for El Greco, Inc., Biophysics Environmental Assessments, Inc., Sept. 14, 2006, produced in discovery by Plaintiffs (PTFS00023600-TFS00023663).

10. Attached as **Exhibit H** is a true and correct copy of Remedial Action Plan, 11630-11700 Burke Street, Environmental Audit, Inc., June 16, 1997, produced in discovery by Plaintiffs (PTFS00022451-22471).

11. Attached as **Exhibit I** is a true and correct copy of Covenant and Environmental Restriction on Property, 11630-11700 Burke Street, Santa Fe Springs, CA, recorded on October 12, 2016, in the Los Angeles County Recorder's Office.

12. Attached as **Exhibit J** is a true and correct copy of excerpts from the Final Remedial Investigation Report, Omega Chemical Corporation Superfund Site, CH2M Hill, August 2010.

13. Attached as **Exhibit K** is a true and correct copy of the Expert Report of Dr. Jean Kulla, January 13, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on January 13, 2021, in Oakland, California.

                                                */s/ William D. Wick*
                                                WILLIAM D. WICK