

Los Angeles Regional Water Quality Control Board



January 4, 2017

Mr. Larry Patsouras
Kekropia Inc.
11700 Burke Street
Santa Fe Springs, CA 90670

SUBJECT:   NO FURTHER ACTION - WITH ENVIRONMENTAL RESTRICTION

SITE:   PATSOURAS PROPERTY AT 11630-11700 BURKE STREET, (SCP NO. 1238, SITE ID NO. 2040340)

Dear Mr. Patsouras:

The California Regional Water Quality Control Board, Los Angeles Region (Regional Board) is the State regulatory agency responsible for protecting water quality in Los Angeles and Ventura Counties. To accomplish this, the Regional Board oversees the investigation and cleanup of unregulated discharges adversely affecting or potentially affecting the State's water resources, as authorized by the Porter-Cologne Water Quality Control Act (California Water Code [CWC], Division 7).

This letter confirms that based on the available information, and with the provision that the information provided is accurate and representative of Site conditions, Site investigation and corrective actions are complete at 11630-11700 Burke Street, Santa Fe Springs, California, Assessor's Parcel Numbers (APN) 8168-001-042 (West Parcel) and 8168-001-043 (East Parcel) and no further action (NFA) is required at this time.

For reference, the Regional Board distributed a Notice of Opportunity to Comment letter to you and potential interested persons on September 8, 2016 inviting written comments on the proposed NFA. The written comments were due to the Regional Board for review by October 10, 2016. No written comments were received within the comment period.

**SITE HISTORY**

The approximately 8.5-acre Site in the City of Santa Fe Springs is currently used for operation of warehouses for a wholesale grocery business and a tattoo artist supply business. The property was first developed in or about 1968 for manufacturing of oil well drilling equipment and tools. In 1973 the Site was occupied by a government surplus order house. Beginning in 1981, industrial auctioneers occupied the East Parcel of the Site, followed in 1987 by a paper and box company, and then followed in 1997 by the current wholesale grocery business. Between approximately 1983 and 1987, a plastic reprocessing business operated on the West Parcel of the Site.

Historical Site use for industrial activities resulted in discharges of waste to the subsurface, including total petroleum hydrocarbons (TPH), volatile organic compounds (VOCs), and metals listed in Title 22 of

SCP No. 1238
Patsouras Property                                  - 2 -                                         January 4, 2017

the California Code of Regulations. Specifically, the wastes discharged to the subsurface at the Site has been associated with storage and use of petroleum products, solvents, metal product manufacturing/fabrication, and use of multiple clarifiers.

## HUMAN HEALTH RISK INVESTIGATION

In 2009 a human health risk assessment (HHRA) was completed for the Site. The assessment concluded that the direct contact with Site soils pathway is not complete because, most contaminated soils in the upper 10 feet of subsurface were removed for off-Site disposal, and the Site is almost completely covered with pavement and buildings. The only anticipated complete pathway for human exposure to wastes is the potential vapor intrusion pathway, therefore a human health risk evaluation was completed for the potential vapor intrusion pathway. Calculated risk levels are above acceptable levels for unrestricted use, but are acceptable for commercial/industrial site use. The calculated cancer risk for soil vapor at 5 feet bgs is $3.8 \times 10^{-6}$ for potential residential Site use receptors and $2.3 \times 10^{-6}$ for potential commercial/industrial Site use receptors. Potential non-cancer health hazard quotients from soil gas at 5 feet bgs range from 0.015 for residential Site use to 0.014 for commercial/industrial Site use. The main risk driver is PCE.

OEHHA and the Regional Board reviewed the risk/hazard evaluation described above and concurred with the assessment that the Site is suitable for commercial/industrial use but not for unrestricted (residential) Site use.

## COVENANT AND ENVIRONMENTAL RESTRICTION

Based on the results of the HHRA discussed above and residual petroleum hydrocarbon remaining in limited areas of the Site subsurface, a Land Use Covenant (LUC) and Environmental Restriction (enclosed) is required with a condition to keep the Site pavement and building cover intact to limit potential direct human contact soil exposure and leaching of the wastes (by rain water infiltration, etc.).

The executed LUC and Environmental Restriction limits Site land use to commercial/industrial activities and shall remain active for the Site until it is demonstrated to the satisfaction of the Regional Board that residual wastes at the Site do not pose a risk to human health or water quality.

## CLOSURE JUSTIFICATION

Regional Board staff has reviewed the Site investigation reports, prepared by your environmental consultant, and other relevant information regarding the Site. The following information is presented in the submitted reports:

- Fuel underground storage tanks (USTs) and clarifiers have been removed from the Site.
- Soil removal actions completed in 1998, 2006, 2010, and 2014 removed the majority of wastes at the Site, and especially in the upper 10 feet thereby limiting potential direct contact human exposure.
- The majority of the site is covered with pavement and buildings. The covering will limit infiltration of precipitation or other surface liquids that would potentially leach residual wastes to shallow groundwater and will also limit potential direct human exposure to residual wastes in the Site soils.

SCP No. 1238
Patsouras Property                                    - 3 -                                    January 4, 2017

The activities at the Site (APNs 8168-001-042 and 8168-001-043) have resulted in the cleanup or abatement of wastes to assure protection of human health and the waters of the State at and near the Site for their beneficial uses.

**No Further Action Determination**

Based upon information provided to the Regional Board, and with the provision that the information was accurate and representative of Site conditions, the Regional Board requires no further action (NFA) be taken at the Site (APNs 8168-001-042 and 8168-001-043) at this time. However, the Site owner/operator must notify the Regional Board immediately if additional waste in soil, soil gas, and/or groundwater is encountered at the Site.

Please note that by issuing this NFA letter, the Regional Board has not made a determination as to whether discharges of waste to regional groundwater occurred as a result of historical activities at the Site. The United States Environmental Protection Agency is addressing the impacts to groundwater as part of its federal Superfund program.

**Well Abandonment and Destruction**

All monitoring wells (i.e. wells MW-1D, and MW-2 through MW-4) shall be decommissioned in accordance with the California Department of Water Resources, Bulletin 74-81 and Bulletin 74-90, California Well Standards. For well decommissioning, you must comply with the following:

A. Well decommissioning permits must be obtained from the Los Angeles County, Public Health Department, Environmental Health Division, Drinking Water. Any other necessary permits must be obtained from the appropriate agencies prior to the start of work.

B. A well decommissioning report shall be submitted to this Regional Board by **March 6, 2017**. This report must include, at a minimum, as site map showing the well location, a description of the well decommissioning process and waste handling, and copies of all signed permits.

**Cost Recovery Billing and Invoices**

Please note that Regional Board staff oversight charges for work associated with this NFA letter and case review and evaluation package will be billed on the invoices for 4th quarter 2016 and 1st quarter 2017, in the same manner as previously billed.

The jurisdictional requirements of other agencies, such as the United States Environmental Protection Agency, are not affected by the Regional Board's issuance of a NFA letter at the Site. Such agencies may choose to make their own determination concerning this Site.

SCP No. 1238  
Patsouras Property — 4 — January 4, 2017

We would like to take this opportunity to thank you for your cooperation with the Regional Board during the course of the Site assessment and remediation activities. Should you have any questions regarding this matter, please contact Mr. Jeff Brooks, Project Manager, at (213) 620-6070, Jeff.Brooks@waterboards.ca.gov, or Dr. Kwang Lee, Unit Chief, at (213) 576-6734, Kwang.Lee@waterboards.ca.gov.

Sincerely,

Samuel Unger, PE  
Executive Officer

Enclosure: Copy of Recorded Covenant and Environmental Restriction on Property

Electronic Copies:
    Mr. Wayne Praskins, United States Environmental Protection Agency  
    Mr. Gene Lucero, Esq., Omega PRP Group  
    Mr. Brian Partington, Water Replenishment District of Southern California  
    Mr. Joseph Legaspi, Public Affairs Manager, Central Basin Municipal Water District  
    Ms. Tammy Hierlihy, Public Affairs and Water Resources Analyst, Central Basin Municipal Water District  
    Mr. Brent Mecham, Environmental Audit, Inc.  
    Mr. Stephen Bright, Environmental Audit, Inc.