# COUNTY OF LOS ANGELES
### DEPARTMENT OF COUNTY ENGINEER
~~INDUSTRIAL WASTE DIVISION~~
Project Planning and Pollution Control Division

## NOTICE OF VIOLATION AND ORDER TO COMPLY

Date March 20, 1970
File I-551-1H

To  Globe Oil Tools Company

Location  11630 Burke Street, Santa Fe Springs, California

You are hereby directed to correct the following violations of ~~Los Angeles County~~ Santa Fe Springs City Ordinance No.  79  and/or the conditions and limitations of Industrial Waste Disposal Permit No. _____ by  See Below , 19___

Discharge of liquid waste from your rinse operation to ground is in violation of Section #6301 of above ordinance. The analysis of the sample taken on March 9, 1970 of liquid waste discharge to ground shows a concentration of dissolved solids that greatly exceeds the allowable limitation.

You are hereby ordered to cease and desist from any further discharge of this liquid waste to the ground.

700 Los Angeles County
Engineering Building
108 West Second Street
Los Angeles, California 90012

Jack K. Bryant

JOHN A. LAMBIE, COUNTY ENGINEER
~~CARROLL R. SMITH~~ DIVISION ENGINEER
By  Joseph B. Grancich  /s/ Joseph B. Grancich

PTFS00022295

#02377

**COUNTY OF LOS ANGELES**
**DEPARTMENT OF COUNTY ENGINEER**
INDUSTRIAL WASTE DIVISION

Lab. Copy _____ WHITE
1 File Copy _____ CANARY
Field Copy _____ PINK

CHEMICAL ANALYSIS

Analysis requested by __JOSEPH GRANCICH__ Job No. __3L40.10__
Sample of __GLOBE OIL TOOLS CO.__
__11630 BURKE ST., SANTA FE SPRINGS__ file: __I-591-1H__
Source of suspected contaminants, i.e., character of industrial process, etc.
__RINSE WATER__

Sample marked __SEE ABOVE__ collected by __J. GRANCICH__
Quantity __½ GAL.__ Date __3-9-70__ Time of day __2pm__

| | PARTS PER MILLION | | PARTS PER MILLION |
|---|---|---|---|
| Calcium | <4 | Hydroxide | 0 |
| Magnesium | <1 | Carbonate | 1096 |
| Potassium | | Bicarbonate | 678 |
| Sodium | 2000 | Chloride | 1240 |
| Iron | 0 | Sulfate | — |
| Manganese | 0 | Nitrate | |
| Aluminum | 0 | Sulfide | 0 |
| Boron | | Fluoride | |
| Chromium, hexavalent | 19.5 | Phosphate | 120 |
| Silica | 16 | Cyanide | 0 |
| **Total Cations** | **2080.5** | **Total Anions** | **3424.** |
| | | Total Ions (calculated dissolved solids) | **5159.** |
| pH | 10.3 | Dissolved Oxygen | |
| Hardness (as CaCO₃) | 14.5 | Biochemical Oxygen Demand | |
| Alkalinity (as CaCO₃) | 2800 | Dissolved Solids | |
| Carbon Dioxide (Calc.) | 0 | Suspended Solids | |
| Phenols | | Total Solids | |
| Oil & Grease | | Turbidity | opaque |
| Non-Carbonate Hardness | 0 | Sodium Ratio | 986 |
| Conductance, micromhos | 6100 | A B S | |
| | | Total Iron | |
| | | Total Manganese | |

Remarks or special analyses __COMPLETE__

Received at laboratory __3 10 70__ Laboratory No. __22832__
Analysis by __P & JS__ Date __3-17-70__

76C211F—CE 644—REV.—12/64

COUNTY OF LOS ANGELES
**DEPARTMENT OF COUNTY ENGINEER**
INDUSTRIAL WASTE DIVISION

Lab. Copy ............ WHITE
I File Copy ........... CANARY
Field Copy ............. PINK

CHEMICAL ANALYSIS

Analysis requested by **Joseph Grancich**    Job No. **3240.10**
Sample of **Globe Oil Tools Co.**
**11630 Burke St., Santa Fe Springs**    file: **I-591-1H**
Source of suspected contaminants, i.e., character of industrial process, etc.
**Steam Cleaning**

Sample marked **See Above**    collected by **J. Grancich**
Quantity **½ Gal.**    Date **3-9-70**    Time of day **2 pm**

| | PARTS PER MILLION | | PARTS PER MILLION |
|---|---|---|---|
| Calcium | 91 | Hydroxide | 0 |
| Magnesium | 24 | Carbonate | 0 |
| Potassium | | Bicarbonate | 437 |
| Sodium | 257 | Chloride | 96 |
| Iron | 0.20 | Sulfate | 395 |
| Manganese | 0.2 | Nitrate | 4 |
| Aluminum | 0 | Sulfide | 0 |
| Boron | 0 | Fluoride | 1.6 |
| Chromium, hexavalent | 0 | Phosphate | 0.9 |
| Silica | 20 | Cyanide | 0 |
| | | | |
| Total Cations | 399.4 | Total Anions | 934.5 |
| | | Total Ions (calculated dissolved solids) | 1111 |
| pH | 7.7 | Dissolved Oxygen | |
| Hardness (as CaCO₃) | 322 | Biochemical Oxygen Demand | |
| Alkalinity (as CaCO₃) | 358 | Dissolved Solids | |
| Carbon Dioxide (Calc.) | 13.3 | Suspended Solids | |
| Phenols | | Total Solids | |
| Oil & Grease | | Turbidity | Opaque |
| Non-Carbonate Hardness | 0 | Sodium Ratio | 61.1 |
| Conductance, micromhos | 1130 | ABS | |
| | | Total Iron | |
| | | Total Manganese | |

Remarks or special analyses **Complete**

Received at laboratory **3 10 70**    Laboratory No. **22833**
Analysis by **CP JS**    Date **3-17-70**

76C211F--CE 644--REV.--12/64

TO:        T. T. Otteson

FROM:      J. B. Grancich

SUBJECT:   GLOBE OIL TOOLS CO.
           11630 BURKE ST.
           SANTA FE SPRINGS, CALIF.                    I-591-1H

DATE:      4-15-70

Investigation was made at above company of discharge of industrial waste to ground. Discharge was from steam cleaning operation and rinse water from metal heat treating. Samples of these waste were taken to lab for analysis and rinse water from heat treating operation had a concentration of dissolved solids that exceeded the allowable limit for ground disposal. A Notice of Violation and Order to Compy was issued to company on March 20, 1970 and it ordered company to cease and desist from further discharge to ground. Copy of Order was given to Mr. John B. Whaley, plant manager. Mr. Whaley stated that he would have discharge discontinued at once.

Plan and Industrial Waste letter were submitted to our office for clearance of system for sewer disposal of liquid industrial waste after proper pretreatment. I was able to clear these plans on 3-25-70 and construction of system will start soon. Mr. Whaley stated that all liquid waste would be collected in impervious containers and not discharged to ground until sewer system is completed.




# GLOBE
## OIL TOOLS CO.

LOS NIETOS, CALIFORNIA

OX. 9-1048

I-591-1H

March 24, 1970

Department of County Engineer
Project Planning & Pollution Control
7639 South Painter Ave.
Whittier, California   90602

Dear Sir:

Enclosed is a formal application for approval of the proposed industrial Waste Disposal System to be installed at Globe Oil Tools Company premises.

Industrial Waste Products arise out of the cleaning operations before and after Heat Treat process of steel and from the cleaning operations before painting. Liquid waste products, containing "No-Carb-Paint" and "Park-Kem Cleaner No. 15" supplied by California Alloy Co., 2431 Chico Ave., So. El Monte, California, approximately 500 Gal. per month enter interceptor No. 2. Cleaning compound "K-90-P" manufactured by Cleaner Manufacturing Company 9415 Kruse Road, Pico Rivera, California is the main chemical component in the 500 Gal. per month waste entering interceptor No. 1. Liquid waste products flow out into the sewer after passing through the two interceptors. Solid sedimentary waste products consisting of the above mentioned chemicals, grease, sand and steel scales estimated at 10 to 20 cubic feet per week to be pumped out from interceptors and disposed of by private vendor.

The steam cleaning area presently inside the building will be modified by curbing an area 14 feet wide by 14 feet long. Height of curb will be approximately 4" and the floor will be resurfaced for proper drainage. Incorporated in the floor will be a 2 X 2 X 2 recepticle approximately per attached sheet. Drainage into the Nottingham Interceptor will be through a 4" pipe.

Cooling water is recirculated in closed system not discharged through the sewer.

Very truly yours,

GLOBE OIL TOOLS COMPANY

John B. Whaley
PLANT MANAGER

JBW: cs
Enclosures (2)
1. Application for approval of Industrial Waste Disposal System.
2. DWGS. No. 1 and No. 2.

PTES0002220

# INDUSTRIAL WASTE SURVEY

City **S.F.S.**  
S.M.D. No. **0515.75**  

1. File No. **591-1H**  
Permit No. **PIP**

Firm Name: **GLOBE OIL TOOL CO.**  
Address: **11630 Burke St.** Tel. No. **699-1048**  
between **Norwalk Blvd** and **Dice Rd.**  
Contact Name **Merlo McGuire** Title: **Shop Foreman**  
Business and Processes: **Tooling & heat treating (annealing) of oil drilling tools, bits, devices etc. Manufacture 570 bits/month. Steam cleaning of various parts & equip. Degreaser (approx 100 gal. capacity) uses detergent to clean bits etc. Flushed to interceptor once per week. Steam cleaning capacity approx 10 gal/hr.**

TYPE AND QUANTITY I.W.: **soil, grease, oil, detergent etc. Degreaser & steam cleaning solutions; Average 500 gal/week.**

**WASTE DISPOSAL:**  
Sewer: S.M.D. **0515.75** San Dist. **18** Volume **500 gal/wk.**  
Surface Drainage **to street** Cooling Water **recirculated** Uncontaminated **No.**  
Ground **No.**  
Other **No**

**PRETREATMENT FACILITIES:** * #1 Outside Location **So. of heat treat. bldg.**  
Trap: Standard **N-H 1250 (2)** #2 Outside, East of steam clean room  
Non Standard  
Other: **I-1**

**REQUIREMENTS AND DATA:**  
Inspection **Yes** Frequency _____ Permit **PIP**  
New Industry **No** Resurvey **No** T.C. Requested **Yes**  
Classification ~~S~~ **201** Method of Disposal **1**

**REMARKS AND RECOMMENDATIONS:**  
**I.W. facilities constructed according to cleared plans.**

*** Two interceptors: See plot plan on back for location.**

Survey by: **Kimball G. Service** Date: **6-19-70**

78 1 5108—CE 659—Cdh 2-62



CITY OF SANTA FE SPRINGS

INDUSTRIAL WASTE DISPOSAL PERMIT

No. 4485

File: I-591-1H

Date: AUG 23 1971

Permission is hereby given under Chapter 18 of the City Code (As amended) to __Globe Oil Tool Company__

__11630 Burke Street__
(Mailing Address)

to discharge waste material from or upon the premises located at

11630 Burke Street

Wastes covered by this permit shall consist of:

washdown and wastes from manufacturing and processing oil well

drilling tools

and shall comply with all provisions of applicable ordinances of the City of Santa Fe Springs including the special conditions and limitations marked (x) on the second page of this permit.

In accordance with Section No. 18-114 of the City Code of the City of Santa Fe Springs, this permit is not transferable from one location to another and it may be revoked if used contrary to the provisions of the Ordinance.

This permit is automatically suspended without notice if the Industrial Waste Permit Fee or Annual Renewal is not paid within 60 days from the day on which said fee is due.

Harvey T. Brandt
CITY ENGINEER

2/70
vs 8

No plans
money only
WRB.

PTFS0002228