**SANTA FE SPRINGS FIRE DEPARTMENT**
ENVIRONMENTAL PROTECTION DIVISION
11300 GREENSTONE AVE., SANTA FE SPRINGS, CA 90670
(213) 944-9713

N  0075

# NOTICE OF VIOLATION

TO: Tony Wickramasinghe/Bill Falley     DATE: May 18, 1988

FIRM NAME: Talco Plastics     PERMIT: _____

ADDRESS: 11850 Burke St. Santa Fe Springs

**VIOLATION(S)**

- [x] Excessive oil/grease/solids in pretreatment facilities
- [ ] pH of waste water is outside of established limits     pH_____
- [ ] Rain diversion system not working properly
- [ ] Discharging industrial waste to the ground
- [x] Not having a valid Industrial Waste Discharge Permit
- [ ] Failure to disclose hazardous materials to the Fire Department
- [ ] Other: _____

Comments: Excessive oil/grease/solids in the two abandoned clarifiers on Master Box property; clarifiers are connected to Talco Plastics sewer discharge line.

THE ABOVE VIOLATION(S) MUST BE CORRECTED BY: 06/17/88

The giving of this notice is not a representation by the City that no other violations exist on your premises.

**ROBERT C. WILSON**
FIRE CHIEF

BY: _____
Inspector
Dave Klunk

EAI 00896

White - Firm in Violation     Yellow - Fire Department

**SANTA FE SPRINGS FIRE DEPARTMENT**
ENVIRONMENTAL PROTECTION DIVISION
11300 GREENSTONE AVE., SANTA FE SPRINGS, CA 90670
(213) 944-9713

№ 0074

## NOTICE OF VIOLATION

TO: John Pavloff / Bill Palley                           DATE: 5/18/88

FIRM NAME: Talco Plastics                               PERMIT: _____

ADDRESS: 11650 Burke St.

**VIOLATION(S)**

☐ Excessive oil/grease/solids in pretreatment facilities
☐ pH of waste water is outside of established limits    pH _____
☐ Rain diversion system not working properly
☒ Discharging industrial waste to the ground
☐ Not having a valid Industrial Waste Discharge Permit
☐ Failure to disclose hazardous materials to the Fire Department
☐ Other: _____

Comments: Company's sewer lateral plugged; industrial wastewater overflowed from the collection sump and from the two abandoned clarifiers on Master Box Co. property. Oil from the 2 clarifiers spilled onto Master Box Co. access/loading area.

THE ABOVE VIOLATION(S) MUST BE CORRECTED BY: IMMEDIATELY

The giving of this notice is not a representation by the City that no other violations exist on your premises.

**ROBERT C. WILSON**
FIRE CHIEF

BY: _____
Inspector

EAI 00897

White - Firm in Violation    Yellow - Fire Department