WILLIAM D. WICK (State Bar No. 063462)
  bwick@ww-envlaw.com
ANNA L. NGUYEN (State Bar No. 226829)
  anguyen@ww-envlaw.com
WACTOR & WICK LLP
3640 Grand Avenue, Suite 200
Oakland CA 94610-2023
Telephone: (510) 465-5750

Attorneys for Defendant, Counter-Complainant, and Cross-Complainant
HALLIBURTON AFFILIATES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| ARCONIC INC., et al., <br><br>        Plaintiffs, <br>v. <br>APC INVESTMENT CO., et al., <br><br>        Defendants. | Case No. 2:14-cv-06456 GW (Ex.) <br><br>**[PROPOSED] JUDGMENT** |
| AND RELATED CROSS ACTIONS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | |

[PROPOSED] JUDGMENT

Before the Court is the Motion for Summary Judgment by the Patsouras Property Defendants (Halliburton Affiliates, LLC; Intervenors Fireman's Fund Insurance Company and Federal Insurance Company, as insurers of Palley Supply

-1-
PATSOURAS PROPERTY DEFENDANTS' [PROPOSED] JUDGMENT

Company; and Kekropia, Inc.) against Plaintiffs' claims of CERCLA liability for the OU-2 groundwater plume.

Having considered the submissions by the parties in support of and opposing the Patsouras Property Defendants' Motion, and the arguments presented at hearing on this Motion, and finding good cause for the relief requested, the Court orders that the Patsouras Property Defendants' Motion for Summary Judgment against the Plaintiffs is GRANTED.

Plaintiffs' First and Third Claims for Relief (Contribution Under CERCLA and Declaratory Judgment) against the Patsouras Property Defendants are hereby dismissed with prejudice.  Plaintiffs' Second Claim for Relief (Abatement of Imminent and Substantial Endangerment Under RCRA) against Kekropia, Inc., Palley Supply Co., and William Palley is also dismissed with prejudice for the same reason the CERCLA claims are dismissed.

IT IS ORDERED AND ADJUDGED THAT Plaintiffs' Fifth Amended Complaint is dismissed with prejudice as to Halliburton Affiliates, LLC; Intervenors Fireman's Fund Insurance Company and Federal Insurance Company, as insurers of Palley Supply Company; and Kekropia, Inc.

Dated:

HON. GEORGE  H. WU
UNITED STATES DISTRICT JUDGE