1  LATHROP GPM LLP
2  Nancy Sher Cohen, Bar No. 81706
     nancy.cohen@lathropgpm.com
3  Ronald A. Valenzuela, Bar No. 210025
     ronald.valenzuela@lathropgpm.com
4  2049 Century Park East, Suite 3500S
   Los Angeles, California 90067-1623
5  Telephone: (310) 789-4600
   Facsimile:  (310) 789-4601

6
   Attorneys for Plaintiffs
7  Arconic Inc. et al.

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10             WESTERN DIVISION
11

| | |
|---|---|
| 12  ARCONIC INC., et al.,  | Case No. 2:14-cv-06456 GW (Ex.) |
| 13           Plaintiffs,  | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN ELEMENTS OF CERCLA LIABILITY** |
| 14  v.  | |
| 15  APC INVESTMENT CO., et al.,  | |
| 16           Defendants.  | **Hearing**: |
| 17  | Date:    May 17, 2021 |
|     | Time:    8:30 a.m. |
| 18  | Place:   Courtroom 9D, 9th Floor |
| 19  |          350 W. 1st Street |
| 20  |          Los Angeles, CA 90012 |
|     | Judge:   Hon. George H. Wu |
| 21  | |
| 22  AND RELATED CROSS ACTIONS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | |
| 23  | |

33632662v1 January 13, 2021 12:05 PM

**PLEASE TAKE NOTICE** that on May 17, 2021 at 8:30 a.m. in Courtroom 9D of the above-titled Court located at 350 W. 1st Street, Los Angeles, CA 90012 Plaintiffs Arconic, Inc., *et al.* ("Plaintiffs") will move this Court for an order granting partial summary judgment against defendants Phibro-Tech, Inc., First Dice Road Co., Union Pacific Railroad Co., Earl Mfg. Co., Inc., Claudette Earl, APC Investment Co., Associated Plating Co., Associated Plating Co., Inc. Gordon E. McCann, Lynnea R. McCann, Darrel K. Golnick, Clare S. Golnick, Cheryl A. Golnick, and Kekropia, Inc. ("Defendants"). This motion is pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiffs will ask the Court to make judicial determinations under CERCLA, 42 U.S.C. §9601, *et seq*, regarding each of five properties formerly or currently owned or operated by Defendants ("Source Properties"). Specifically, Plaintiffs will ask the Court to find that:

1. each Source Property is or contains a CERCLA "facility;"

2. each of the Defendants falls within one of the 4 classes of "persons" subject to liability provisions of CERCLA § 107(a); and

3. there has been a "release" or "threatened release" of hazardous substances from each Source Property into OU-2 Groundwater.

This motion shall be made upon this Notice, the attached Legal Standards Brief, Memorandum of Points and Authorities, the Request for Judicial Notice filed concurrently herewith and the facts and documents identified therein, the Expert Declaration and Report of Robert D. Mutch, Jr., P.Hg, P.E., and all figures and appendices thereto, the Declarations of Sarah E. Lintecum, Jack Keener, and Ronald A. Valenzuela filed concurrently herewith, the complete files and records of this action, including all pleadings, and such other and further oral and documentary evidence as may be presented at the hearing on this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-

3, which took place over the course of several weeks in 2017 and 2018. The details of the meet and confer process are set forth in the Declaration of Ronald A. Valenzuela filed concurrently herewith.

Dated: January 14, 2021          Lathrop GPM LLP

By:    /s/ Nancy Sher Cohen
       Nancy Sher Cohen
       Ronald A. Valenzuela
       Attorneys for Plaintiffs
       Arconic Inc. et al.