1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA
10         WESTERN DIVISION
11

12 ARCONIC INC., et al.,

             Plaintiffs,

14 v.

15 APC INVESTMENT CO., et al.,

             Defendants.

22 AND RELATED CROSS ACTIONS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS

---

Case No. 2:14-cv-06456 GW (Ex.)

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN ELEMENTS OF CERCLA LIABILITY**

<u>**Hearing**</u>:
Date:    May 17, 2021
Time:    8:30 a.m.
Place:   Courtroom 9D, 9th Floor
         350 W. 1st Street
         Los Angeles, CA 90012
Judge:  Hon. George H. Wu

Plaintiffs' Motion for Partial Summary Judgment as to Certain Elements of CERCLA Liability against defendants Phibro-Tech, Inc., First Dice Road Co., Union Pacific Railroad Co., Earl Mfg. Co., Inc., Claudette Earl, APC Investment Co., Associated Plating Co., Associated Plating Co., Inc. Gordon E. McCann, Lynnea R. McCann, Darrel K. Golnick, Clare S. Golnick, Cheryl A. Golnick, and Kekropia, Inc. ("Defendants") came on regularly for hearing before this Court on May 17, 2021, all parties were represented by counsel of record. Defendants are alleged to be associated with certain properties, as current or former owners or operators of those properties ("Source Properties"). After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, the Court finds that:

1. each Source Property is or contains a CERCLA "facility"

2. each of the Defendants falls within one of the 4 classes of "persons" subject to liability provisions of CERCLA § 107(a); and

3. there has been a "release" or "threatened release" of hazardous substances from each Source Property into OU-2 Groundwater.

IT IS HEREBY ORDERED THAT the motion is GRANTED.

DATED:

_____

Hon. George H. Wu
United States District Court Judge

- 1 -

1    Respectfully submitted by:

2
     LATHROP GPM LLP
3    Nancy Sher Cohen, Bar No. 81706
        nancy.cohen@lathropgpm.com
4    Ronald A. Valenzuela, Bar No. 210025
        ronald.valenzuela@lathropgpm.com
5    2049 Century Park East, Suite 3500S
     Los Angeles, California 90067-1623
6    Telephone: (310) 789-4600
     Facsimile:   (310) 789-4601
7

8    Attorneys for Plaintiffs
     Arconic Inc. et al.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28