Victor Otten (SBN 165800)
vic@ottenlawpc.com
OTTEN LAW, PC
3620 Pacific Coast Hwy, Suite 100
Torrance, California 90505
Tel: (310)378-8533
Fax: (310)347-4225

Attorneys for Defendant,
Kekropia, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCONIC INC., et al.,<br>Plaintiffs,<br><br>v.<br><br>APC INVESTMENT CO., et al.,<br>Defendants.<br><br>AND RELATED CROSS ACTIONS, COUNTERCLAIMS AND THIRDPARTY COMPLAINTS | Case No. 2:14-cv-06456 GW (Ex.)<br><br>**DECLARATION OF VICTOR OTTEN IN SUPPORT OF DEFENDNAT KEKROPIA, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CERTAIN ELEMENTS OF CERCLA LIABILITY**<br><br>Hearing:<br>Date: May 17, 2021<br>Time: 8:30 a.m.<br>Place: Courtroom 9D, 9th Floor<br>350 W. 1st Street<br>Los Angeles, CA 90012<br>Judge: Hon. George H. Wu |

# DECLARATION OF VICTOR OTTEN

I, Victor Otten, declare as follows:

1. I am an attorney at law admitted to the California State Bar and the Central District of California. I am a partner at Otten Law, P.C., 3620 Pacific Coast Highway, Suite 100, Torrance, CA 90505. I submit this Declaration in support of Defendant Kekropia, Inc.'s Opposition to Plaintiffs' Motion for Partial Summary Judgment as to Certain Elements of Defendants' Liability. I represent Kekropia, Inc. in this case. I have personal knowledge of the facts set forth in this declaration, and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit A** is a true and correct copy of Plaintiffs' Fifth Amended Complaint in this case, Dkt. #526, filed on November 1, 2016.

3. Attached as **Exhibit B** is a true and correct copy of a letter to Larry Patsouras, the owner of Kekropia, Inc., from the Executive Officer of the Los Angeles Regional Water Quality Control Board, dated January 4, 2017. The letter is part of the Los Angeles Regional Water Quality Control Board ("LARWQCB") case file for the Patsouras Property.[1]

4. Attached as **Exhibit C** is a true and correct copy of Phase I Environmental Site Assessment, AIG Consultants, Inc., June 30, 1994, produced in discovery by Plaintiffs (PTFS00024775-00024804).

5. Attached as **Exhibit D** is a true and correct copy of Updated Site Conceptual Model and Request for Low Risk Closure, Environmental Audit, Inc., June 17, 2010, produced in discovery by Plaintiffs (PTFS00024509-TFS00024643). The document was prepared for Kekropia, Inc.'s owner, Larry Patsouras, and is part of the LARWQCB case file for the Patsouras Property.[2]

6. Attached as **Exhibit E** are a true and correct copies of documents produced in discovery by Plaintiffs (PTFS00022288, 22291, 22293, 22294, 22295, 23219, 23220).

---

[1] (See, https://geotracker.waterboards.ca.gov/profile_report.asp?global_id=T10000000614)
[2] *Id.*

7. Attached as **Exhibit F** are true and correct copies of documents produced by EAI (EAI00896-00897).

8. Attached as **Exhibit G** is a true and correct copy of Soil Remediation Report of Findings for El Greco, Inc., Biophysics Environmental Assessments, Inc., Sept. 14, 2006, produced in discovery by Plaintiffs (PTFS00023600-TFS00023663). The document was prepared for Kekropia, Inc.'s owner, Larry Patsouras, and is part of the LARWQCB case file for the Patsouras Property.[3]

9. Attached as **Exhibit H** is a true and correct copy of Remedial Action Plan, 11630-11700 Burke Street, Environmental Audit, Inc., June 16, 1997, produced in discovery by Plaintiffs (PTFS00022451-22471). The document was prepared for Kekropia. Inc.'s owner, Larry Patsouras.

10. Attached as **Exhibit I** is a true and correct copy of Covenant and Environmental Restriction on Property, 11630-11700 Burke Street, Santa Fe Springs, CA, recorded on October 12, 2016, in the Los Angeles County Recorder's Office. The document is part of the LARWQCB case file for the Patsouras Property.[4]

11. Attached as **Exhibit J** is a true and correct copy of excerpts from the Final Remedial Investigation Report, Omega Chemical Corporation Superfund Site, CH2M Hill, August 2010. The document can be found at the U.S. Environmental Protection Agency website.[5]

12. Attached as **Exhibit K** is a true and correct copy of the Expert Report of Dr. Jean Kulla, January 13, 2021.

13. Attached as **Exhibit L** is a true and correct copy of a letter to Larry Patsouras from California Regional Water Quality Control Board, Los Angeles Region dated December 1, 2008. The document is part of the LARWQCB case file for the Patsouras Property and be obtained on the GeoTracker website.[6]

---

[3] *Id.*
[4] *Id.*
[5] (See, https://semspub.epa.gov/work/09/1122450.pdf)
[6] (See, https://geotracker.waterboards.ca.gov/profile_report.asp?global_id=T10000000614)

14. Attached as **Exhibit M** is a true and correct copy of a document titled Composition and Management of Used Oil Generated In The United States, prepared for U.S. Environmental Protection Agency, dated September 1984. The document was obtained from the National Service Center for Environmental Publication's website.[7]

15. Attached as **Exhibit N** is a true and correct copy of a document titled ASTM Designation: E1527 – 13, Standard Practice for Environmental Site Assessments: Phase I Environmental Site Assessment Process.

16. Attached as **Exhibit O** is a true and correct copy of a document titled Cohen, R., and J. Mercer. 1993. DNAPL Site Evaluation, EPA 600/R-93/022. Office of Research and Development, U.S. EPA, Section 5.1.2.1). The document can be obtained from the U.S. EPA website.[8]

17. Attached as **Exhibit P** is a true and correct copy of a document titled EPA 1992, Estimating Potential for Occurrence of DNAPL at Superfund Sites, OSWER Publication 9355.4-07FS, NTIS Order Number PB92963338CDH. The document can be obtained from the U.S. EPA website.[9]

18. Attached as **Exhibit Q** is a true and correct copy of a document titled EPA, 2004, In Situ Thermal Treatment of Chlorinated Solvents – Fundamentals and Field Applications, EPA 542-R-04-010. The document can be obtained from the U.S. EPA website.[10]

19. Attached as **Exhibit R** is a true and correct copy of Supplemental Subsurface Investigation, Environmental Audit, Inc., March 3, 1997. The document is part of the LARWQCB case file for the Patsouras Property and can be obtained from the GeoTracker website.[11]

20. Attached as **Exhibit S** is a true and correct copy of the Rebuttal Report

---

[7] (See, https://nepis.epa.gov)
[8] (See, https://nepis.epa.gov)
[9] (See, https://semspub.epa.gov/work/06/81998.pdf)
[10] (See, https://www.epa.gov/sites/production/files/2015-04/documents/istt_cs_epa542r04010.pdf)
[11] (See, https://documents.geotracker.waterboards.ca.gov/esi/uploads/geo_report/5310550749/T10000000614.PDF)

of the Mutch Expert Report authored by Dr. Jean Kulla.

21. Attached as **Exhibit T** is a true and correct copy of excerpts from the deposition transcript of Robert Mutch taken February 18, 2021.

22. Attached as **Exhibit U** is a true and correct copy of the declaration of Jean B. Kulla, Ph.D, P.G. in Opposition to Plaintiffs' Motion for Partial Summary Judgement Against Kekropia, Inc.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on February 25, 2021, in Torrance, California.

*/s/ Victor Otten*_____
Victor Otten, Esq.
Attorney for Kekropia, Inc.

CERTIFICATE OF SERVICE FORM
FOR ELECTRONIC FILINGS

I hereby certify that on February 25, 2021 I electronically filed the foregoing document with the UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

| | |
|---|---|
| LATHROP GPM LLP<br>Nancy Sher Cohen, Bar No. 81706<br>nancy.cohen@lathropgpm.com<br>Ronald A. Valenzuela, Bar No. 210025<br>ronald.valenzuela@lathropgpm.com<br>2049 Century Park East, Suite 3500S<br>Los Angeles, California 90067-1623<br>Telephone: (310) 789-4600<br>Facsimile: (310) 789-4601 | Ann L. Al-Bahish<br>Kelley Drye & Warren LLP<br>515 Post Oak Blvd., Suite 900<br>Houston, TX 77027<br>713-355-5000<br>713-355-5001 (fax) |
| Stephen B Ardis<br>Isola Law Group<br>405 West Pine Street<br>Lodi, CA 95240<br>209-367-7055<br>209-367-7056 (fax) | Sedina L Banks<br>David Edward Cranston<br>Greenberg Glusker Fields Claman and Machtinger LLP<br>2049 Century Park East Suite 2600<br>Los Angeles, CA 90067<br>310-553-3610<br>310-553-0687 (fax)<br>sbanks@ggfirm.com |
| Samuel B Boxerman<br>Sidley Austin LLP<br>1501 K Street NW<br>Washington, DC 2005<br>202-736-8547<br>202-736-8711 (fax)<br>sboxerman@sidley.com | Elizabeth Lynch Bridges<br>SSL Law Firm LLP<br>575 Market Street Suite 2700<br>San Francisco, CA 94105<br>415-814-6400<br>415-814-6401 (fax)<br>liz@ssllawfirm.com |
| Barry Daniel Alan Bryan<br>William Noel Edlin<br>Bassi Edlin Huie and Blum LLP<br>500 Washington Street Suite 700<br>San Francisco, CA 94111<br>415-397-9006<br>415-397-1339 (fax)<br>bbryan@behblaw.com | Robert P. Doty<br>Cox Castle and Nicholson LLP<br>50 California Street Suite 3200<br>San Francisco, CA 94111<br>415-262-5100<br>415-262-5199 (fax)<br>rdoty@coxcastle.com |

DECLARATION OF VICTOR OTTEN IN SUPPORT OF DEFENDANT KEKROPIA, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

6

| | |
|---|---|
| Amanda R Farfel<br>King and Spalding<br>633 West Fifth Street Suite 1600<br>Los Angeles, CA 90071<br>213-218-4029<br>afarfel@kslaw.com | Karl J Fingerhood<br>US Department of Justice<br>Environment and Natural Resources Division<br>P O Box 7611<br>Washington, DC 20044-7611<br>202-514-7519<br>202-514-2583 (fax)<br>karl.fingerhood@usdoj.gov |
| Kenneth B Finney<br>Beveridge and Diamond PC<br>456 Montgomery Street Suite 1800<br>San Francisco, CA 94104-1251<br>415-262-4000<br>415-262-4040 (fax)<br>kfinney@bdlaw.com | William F. Ford<br>Lathrop GPM LLP<br>2345 Grand Boulevard Suite 2200<br>Kansas City, MO 64108<br>816-292-2000<br>816-292-2001 (fax)<br>bill.ford@lathropgpm.com |
| Christopher G Foster<br>Christopher Foster Law Offices<br>One South Orange Grove Boulevard No 2<br>Pasadena, CA 91105<br>626-799-4950<br>cfoster910@gmail.com | Earl L Hagstrom<br>Bassi Edlin Huie and Blum LLP<br>515 South Flower Street Suite 1050<br>Los Angeles, CA 90037<br>213-412-2661<br>213-652-1992 (fax)<br>ehagstrom@behblaw.com |
| Farheena Habib<br>Bassi Edlin Huie and Blum LLP<br>500 Washington Street Suite 700<br>San Francisco, CA 94111<br>415-397-9006<br>415-397-1339 (fax)<br>fhabib@behblaw.com | James B Harris<br>Thompson and Knight LLP<br>1722 Routh Street Suite 1500<br>Dallas, TX 75201<br>214-969-1102<br>214-880-3247 (fax)<br>james.harris@tklaw.com |
| James Walter Hill<br>Greenberg Glusker<br>2049 Century Park East Suite 2600<br>Los Angeles, CA 90067-4590<br>310-553-3610<br>310-553-0687 (fax)<br>jhill@ggfirm.com | Tammy M J Hong<br>Demetriou Del Guercio Springer and Francis LLP<br>915 Wilshire Boulevard, Suite 2000<br>Los Angeles, CA 90017-3496<br>213-624-8407<br>213-624-0174 (fax)<br>tmjhong@ddsffirm.com |
| David R Isola<br>Isola Law Group LLP<br>405 West Pine Street | Robert B Martin, III<br>SSL Law Firm LLP<br>505 Montgomery Street Suite 620 |

DECLARATION OF VICTOR OTTEN IN SUPPORT OF DEFENDANT KEKROPIA, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

7

| | |
|---|---|
| Lodi, CA 95240<br>209-367-7055<br>209-367-7056 (fax)<br>disola@isolalaw.com | San Francisco, CA 94111<br>415-814-6400<br>415-814-6401 (fax)<br>rob@ssllawfirm.com |
| Megan Sara Meadows<br>Law Office of Jennifer F Novak<br>500 Silver Spur Road Suite 206<br>Rancho Palos Verdes, CA 90275<br>310-693-0775<br>310-957-2624 (fax)<br>megan@jfnovaklaw.com | Cathy Moses<br>Cox Castle and Nicholson LLP<br>50 California Street Suite 3200<br>San Francisco, CA 94111-4710<br>415-262-5100<br>415-262-5199 (fax)<br>cmoses@coxcastle.com |
| Summer L Nastich<br>Nastich Law<br>2341 Derby St<br>Berkeley, CA 94705<br>415-794-4210<br>summer@nastichlaw.com | David Eric Nelson<br>SSL Law Firm LLP<br>575 Market Street Suite 2700<br>San Francisco, CA 94105<br>415-814-6400<br>415-814-6401 (fax)<br>david@ssllawfirm.com |
| Anna L Nguyen<br>Wactor and Wick LLP<br>3640 Grand Avenue Suite 200<br>Oakland, CA 94610<br>510-465-5750<br>anguyen@ww-envlaw.com | Jennifer Faye Novak<br>Law Office of Jennifer Novak<br>500 Silver Spur Road Suite 206<br>Rancho Palos Verdes, CA 90275<br>310-693-0775<br>310-957-2624 (fax)<br>novak@jfnovaklaw.com |
| Peter A. Nyquist<br>Greenberg Glusker Fields Claman and Machtinger LLP<br>2049 Century Park East Suite 2600<br>Los Angeles, CA 90067-3101<br>310-553-3610<br>310-553-0687 (fax)<br>pnyquist@greenbergglusker.com | Thomas Connor O'Carroll<br>Bassi Edlin Huie and Blum LLP<br>500 Washington Street 7th Floor<br>San Francisco, CA 94111<br>415-397-9006<br>415-397-1339 (fax)<br>cocarroll@behblaw.com |
| Gregory J Patterson<br>Musick Peeler and Garrett LLP<br>2810 Townsgate Road Suite 200<br>Westlake Village, CA 91361<br>805-418-3103<br>805-418-3101 (fax)<br>g.patterson@mpglaw.com | Judith Maria Praitis<br>Faegre Drinker Biddle and Reath LLP<br>1800 Century Park East Ste 1500<br>Los Angeles, CA 90067<br>310-203-4022<br>judith.praitis@faegredrinker.com |
| Paul D Rasmussen | Lowell Rothschild |

DECLARATION OF VICTOR OTTEN IN SUPPORT OF DEFENDANT KEKROPIA, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

8

| | |
|---|---|
| Bassi Edlin Huie and Blum LLP<br>515 South Flower Street Suite 1050<br>Los Angeles, CA 90037<br>213-412-2661<br>213-652-1992 (fax)<br>prasmussen@behblaw.com | Bracewell and Giuliani LLP<br>2000 K Street NW Suite 500<br>Washington, DC 20006<br>202-828-5817<br>800-404-3970 (fax)<br>lowell.rothschild@bgllp.com |
| Richard E Stultz<br>CalEPA Department of Toxic Substances Control<br>9211 Oakdale Avenue<br>Chatsworth, CA 91311<br>818-717-6519<br>Richard.Stultz@dtsc.ca.gov | John M Terry<br>Lathrop GPM LLP<br>1515 Wynkoop Street Suite 600<br>Denver, CO 80202<br>720-931-3200<br>720-931-3201 (fax)<br>jack.terry@lathropgpm.com |
| Daniel Eric Trowbridge<br>Bassi Edlin Huie and Blum<br>500 Washington Street Suite 700<br>San Francisco, CA 94111<br>415-397-9006<br>415-397-1339 (fax)<br>dtrowbridge@behblaw.com | Ronald A. Valenzuela<br>Lathrop GPM LLP<br>2049 Century Park East Suite 3500s<br>Los Angeles, CA 90067<br>310-789-4660<br>310-789-4601 (fax)<br>ronald.valenzuela@lathropgpm.com |
| Zachary R Walton<br>SSL Law Firm LLP<br>575 Market Street Suite 2700<br>San Francisco, CA 94105<br>415-814-6400<br>415-814-6401 (fax)<br>zack@ssllawfirm.com | William D Wick<br>Wactor and Wick LLP<br>3640 Grand Avenue Suite 200<br>Oakland, CA 94610<br>510-465-5750<br>bwick@ww-envlaw.com |
| Caitlin Wiley-Walker<br>Wactor and Wick LLP<br>3640 Grand Avenue Suite 200<br>Oakland, CA 94610<br>510-465-5750<br>cwwalker@ww-envlaw.com | Michael E. Gallagher, Jr.<br>Bassi Edlin Huie and Blum LLP<br>500 Washington Street Suite 700<br>San Francisco, CA 94111<br>415-397-9006<br>415-397-1339 (fax) |

DATED:  February 25, 2021                                    OTTEN LAW, PC


                                                             */s/ Victor Otten*_____
                                                             Victor Otten, Esq.,
                                                             For Kekropia, Inc.

DECLARATION OF VICTOR OTTEN IN SUPPORT OF DEFENDANT KEKROPIA, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

9