# EXHIBIT T

1           IN THE UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3                     ---oOo---

4

5   ARCONIC, INC., et al.,

6               Plaintiffs,

7   vs.                        No. 2:14-cv-06456-GW(E)

8   APC INVESTMENT CO., et al.,

9               Defendants.

10  _____/

11  AND RELATED CROSS-ACTIONS,

    COUNTERCLAIMS AND THIRD-PARTY

12  COMPLAINTS

    _____/

13

14

15             VIDEOTAPED VIDEOCONFERENCE

16    DEPOSITION OF ROBERT D. MUTCH, JR., P.HG., P.E.

17           VOLUME VI ~ PAGES 671 - 807

18             THURSDAY, FEBRUARY 18, 2021

19

20

21  Stenographically Reported by:

22  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

23  California CSR No. 9830

24  Job No. 4457378

25

                                        Page 671

1           IN THE UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3                      ---oOo---

4

5   ARCONIC, INC., et al.,

6               Plaintiffs,

7   vs.                        No. 2:14-cv-06456-GW(E)

8   APC INVESTMENT CO., et al.,

9               Defendants.

10  _____/

11  AND RELATED CROSS-ACTIONS,
    COUNTERCLAIMS AND THIRD-PARTY
12  COMPLAINTS
    _____/

13

14

15         REMOTE VIDEOTAPED DEPOSITION OF

16    ROBERT D. MUTCH, JR., P.HG., P.E., taken on behalf

17    of the Defendants, on Thursday, February 18, 2021,

18    beginning at 11:10 a.m., and ending at 3:52 p.m.,

19    Pursuant to Notice, and remotely before me,

20    ANDREA M. IGNACIO, CSR, RPR, CRR, CLR ~ License

21    No. 9830.

22

23

24

25

                                          Page 672

```
 1    R E M O T E   A P P E A R A N C E S:

 2

 3      COUNSEL FOR THE PLAINTIFFS:

 4          LATHROP GPM LLP

 5          By:  RONALD A. VALENZUELA, ESQ.

 6          2049 Century Park East, 32nd Floor

 7          Los Angeles, California 90067

 8          ronald.valenzuela@lathropgpm.com

 9

10      COUNSEL FOR DEFENDANTS PHIBRO-TECH, INC.;

11      FIRST DICE ROAD COMPANY:

12          SSL LAW FIRM LLP

13          By:  ZACHARY R. WALTON, ESQ.

14               ROBERT B. MARTIN III, ESQ.

15          505 Montgomery Street, Suite 620

16          San Francisco, California 94111

17

18

19      COUNSEL FOR DEFENDANT APC INVESTMENT COMPANY:

20          MORRIS POLICH & PURDAY LLP

21          By:  CHRISTOPHER FOSTER, ESQ.

22          1055 West 7th Street, 24th Floor

23          Los Angeles, California 90017

24          cfoster@mpplaw.com

25
```

                                        Page 673

```
 1    R E M O T E   A P P E A R A N C E S:  (Cont.)

 2

 3       COUNSEL FOR DEFENDANT EARL MANUFACTURING, INC.;

 4       CLAUDETTE EARL:

 5            DEMETRIOU DEL GUERICO SPRING & FRANCIS LLP

 6            By:  LESLIE DEL GUERICO, ESQ.

 7            915 Wilshire Boulevard, Suite 2000

 8            Los Angeles, California 90017-3496

 9            lesliedelguerico@ddsffirm.com

10

11       COUNSEL FOR DEFENDANT PMC SPECIALTIES, INC.; FERRO

12       CORPORATION:

13            BASSI EDLIN HUIE & BLUM LLP

14            By:  DANIEL TROWBRIDGE, ESQ.

15            500 Washington Street, Suite 700

16            San Francisco, California 94111

17            dtrowbridge@behblaw.com

18

19       COUNSEL FOR DEFENDANT FLOSS PLATING COMPANY:

20            LAW OFFICE OF JENNIFER NOVAK

21            By:  MEGAN SARA MEADOWS, ESQ.

22            500 Silver Spur Road, Suite 206

23            Rancho Palos Verdes, California 90275

24            megan@jfnovaklaw.com

25
```

Page 674

```
 1    R E M O T E   A P P E A R A N C E S:   (Cont.)

 2

 3       COUNSEL FOR PALLEY SUPPLY COMPANY:

 4            BASSI EDLIN HUIE & BLUM LLP

 5            By:  FARHEENA HABIB, ESQ.

 6            500 Washington Street, Suite 700

 7            San Francisco, California 94111

 8            fhabib@behblaw.com

 9

10       COUNSEL FOR DEFENDANT HALLIBURTON AFFILIATES LLC:

11            WACTOR & WICK LLP

12            By:  WILLIAM D. WICK, ESQ.

13            3640 Grand Avenue, Suite 200

14            Oakland, California 94610

15            bwick@ww-envlaw.com

16

17       COUNSEL FOR DEFENDANT KEKROPIA:

18            OTTEN & JOYCE LLP

19            By:  VICTOR J. OTTEN, ESQ.

20            3620 Pacific Coast Highway, Suite 100

21            Torrance, California 90050

22            vic@otten.com

23

24

25

                                          Page  675
```

1    R E M O T E   A P P E A R A N C E S:   (Cont.)

2

3       COUNSEL FOR DEFENDANT BODYCOTE THERMAL PROCESSING:

4            THOMPSON KNIGHT

5            By:  JAMES B. HARRIS, ESQ.

6            1722 Routh Street, Suite 1500

7            Dallas, Texas 75201

8            james.harris@tklaw.com

9

10      ALSO PRESENT:

11           Terri Perkins, Videographer

12           Miguel Evangelista, Document Technician

13

14                    ---oOo---

15

16

17

18

19

20

21

22

23

24

25

                                        Page 676

```
 1        Q    Oh, yeah, if that's easier.              08:57

 2        A    It is.                                   08:57

 3        Q    I have a hard copy, too.                 08:57

 4        A    Okay.                                    08:57

 5        Q    It's good for me.  So feel free to use the  08:57

 6   hard copy.                                         08:57

 7             The first sentence on page 7-4 reads:    08:57

 8             "Table 7-2 also indicates the use of a   08:57

 9   degreaser by Globe in 1970."                       08:57

10             Do you see that sentence?                08:57

11        A    Yes.                                     08:57

12   [Q    What evidence did you find in the historic   08:58

13   operational data at the property that a chlorinated  08:58

14   VOC was used in the degreaser?                     08:58

15        A    I'm not seeing any indication that the   08:59

16   degreaser or degreasing activities necessarily contain  08:59

17   chlorinated solvents.  I don't -- I'm not sure we had  08:59

18   that definitive information.]                      08:59

19        Q    All right.  Thank you.                   08:59

20             In fact, if you look at page 7-5 in the --  08:59

21   your chart, Table 7-2, with the date 6/19/1970, the  08:59

22   survey from the facility says in that box of       08:59

23   "Description":                                     09:00

24             "Degreaser (approx 100 gal. capacity) uses  09:00

25   detergent to clean bits etc."                      09:00
```

Page 707

| | | |
|---|---|---|
| 1 | Correct? | 09:00 |
| 2 | A   That's correct. | 09:00 |
| 3 | Q   Okay.  And you didn't assume that what was | 09:00 |
| 4 | described as a detergent was a chlorinated organic | 09:00 |
| 5 | solvent; did you? | 09:00 |
| 6 | A   I did not. | 09:00 |
| 7 | Q   All right. | 09:00 |
| 8 | But you don't have any other evidence, other | 09:00 |
| 9 | than that statement that detergent was used, that a | 09:00 |
| 10 | chlorinated solvent was used; correct? | 09:00 |
| 11 | MR. VALENZUELA:  Objection; vague and | 09:00 |
| 12 | ambiguous. | 09:00 |
| 13 | THE WITNESS:  We have other lines of | 09:00 |
| 14 | evidence, and my report looked at seven different | 09:00 |
| 15 | lines of evidence.  This particular table is just one | 09:00 |
| 16 | line of evidence on operational data.  We have other | 09:01 |
| 17 | evidence on soil contamination and groundwater | 09:01 |
| 18 | contamination. | 09:01 |
| 19 | MR. WICK:  That's not my question. | 09:01 |
| 20 | Q   My question is:  For the Globe operations and | 09:01 |
| 21 | the Globe -- and Globe's use of the degreaser, I | 09:01 |
| 22 | believe you said you didn't find any historic | 09:01 |
| 23 | information indicating that chlorinated solvents were | 09:01 |
| 24 | used in the degreaser; correct? | 09:01 |
| 25 | MR. VALENZUELA:  Objection; misstates the | 09:01 |

Page 708

```
 1    witness' testimony.                                 09:01

 2          THE WITNESS:  If you're speaking about that   09:01

 3    particular citation in 1970, I -- I don't believe we 09:01

 4    found definitive evidence that chlorinated solvents  09:01

 5    were used in that particular degreasing operation.   09:02

 6          MR. WICK:  All right.                          09:02

 7       [Q   At page 7-4, the third sentence from the     09:02

 8    in thepfirst paragraph there, it says:              09:02

 9          "Palley Supply conducted steam cleaning        09:02

10          operations during its tenure at the Property." 09:02

11          Did your research of the historic operational  09:02

12    data for Palley Supply indicate that chlorinated VOCs 09:02

13    were used in the steam cleaning process?             09:02

14       A   I don't believe so, no.]                      09:02

15       Q   All right.                                    09:02

16          In fact, looking at Table 7-2 at page 7-5, if  09:02

17    you look at the entry for April 6, 1978, in the middle 09:02

18    of the page, it's to the contrary; right?            09:03

19          It says:                                       09:03

20          "There is no hazardous material stored or      09:03

21    processed on the premises.  The only waste producing 09:03

22    operation is the steam cleaning area which primarily 09:03

23    consists of water, soap, and whatever debris comes off 09:03

24    the piece of equipment being cleaned; i.e., grease and 09:03

25    dirt."                                               09:03
```

Page 709

| | | |
|---|---|---|
| 1 | back. | 09:06 |
| 2 | (Whereupon, record read by the Reporter as | 09:07 |
| 3 | follows: | 09:07 |
| 4 | "Answer:  So I have to -- I have to take that | 09:06 |
| 5 | comment with a grain of salt, that I'm not | 09:06 |
| 6 | sure --") | 09:06 |
| 7 | THE WITNESS:  I guess I'm not sure that the | 09:07 |
| 8 | person who wrote this, who may have been very well | 09:07 |
| 9 | intentioned and believing that this statement was | 09:07 |
| 10 | correct, would be knowledgeable enough to know the | 09:07 |
| 11 | contents of different products that he's using in his | 09:07 |
| 12 | cleaning operations. | 09:07 |
| 13 | MR. WICK:  All right. | 09:07 |
| 14 | [Q  Mr. Mutch, I'm going to try to phrase my | 09:07 |
| 15 | question a little differently, because you're not | 09:07 |
| 16 | answering my question. | 09:07 |
| 17 | Aside from your general suspicions about what | 09:07 |
| 18 | was done during that era, my question is:  What | 09:07 |
| 19 | evidence, if any, did you find that contradicts the | 09:08 |
| 20 | statements made by Palley Supply about what they used | 09:08 |
| 21 | in their steam cleaning operation?] | 09:08 |
| 22 | MR. VALENZUELA:  Objection.  That | 09:08 |
| 23 | mischaracterizes the witness' statement. | 09:08 |
| 24 | [THE WITNESS:  I don't believe there is any | 09:08 |
| 25 | evidence from 1978 as to the contents of different] | 09:08 |

Page 712

| | | |
|---|---|---|
| 1 | [cleaning materials that Palley Supply was using.] | 09:08 |
| 2 | MR. WICK:  All right.  Thank you. | 09:08 |
| 3 | [Q   Did your research of the historic operational | 09:08 |
| 4 | data indicate that Talco used any chlorinated organic | 09:08 |
| 5 | solvents at the property during its tenure? | 09:08 |
| 6 | A   I don't recall coming to that conclusion.  I | 09:08 |
| 7 | don't think so.] | 09:08 |
| 8 | Q   All right. | 09:08 |
| 9 | At page 7-4, the last sentence of the first | 09:09 |
| 10 | paragraph, you state: | 09:09 |
| 11 | "Talco stored waste oil at the property (AIG, | 09:09 |
| 12 | 1994)." | 09:09 |
| 13 | Do you see that? | 09:09 |
| 14 | A     I do. | 09:09 |
| 15 | [Q    [Did you research the historic operational | 09:09 |
| 16 | data to assess the composition of Talco's waste oil? | 09:09 |
| 17 | A   I don't believe we had the information to be | 09:09 |
| 18 | able to do that.] | 09:09 |
| 19 | Q   All right. | 09:09 |
| 20 | A   I'll state as a general matter that waste oil | 09:09 |
| 21 | often includes chlorinated solvents. | 09:09 |
| 22 | Q   Where was wastewater discharged during | 09:09 |
| 23 | Talco's operations at the property? | 09:09 |
| 24 | A   I'm trying to recall.  Maybe you could help. | 09:10 |
| 25 | What was the time period at which Talco | 09:10 |

Page 713

```
 1   operated?                                          09:10

 2      Q   Boy, I don't recall off the top of my head,  09:10

 3   either.                                            09:10

 4          I know you got much of your information, if  09:10

 5   not all of your information, from the AIG Phase I   09:10

 6   report.  And I will represent to you that the AIG   09:10

 7   Phase I report on Talco's operation said that it went  09:10

 8   straight to the municipal sewer system.            09:10

 9          Is that your recollection?                  09:10

10      A   Well, I wasn't -- I'm not sure I ever fully  09:10

11   understood exactly when Talco operated.  But I believe  09:10

12   that it was likely after 1970, when apparently, the --  09:11

13      Q   Yeah, it was --                             09:11

14      A   -- pipe hooked up to sanitary sewer.  So    09:11

15   their wastewater was likely ultimately discharged to  09:11

16   the sewer.                                         09:11

17      Q   Okay.  Thank you.                           09:11

18          Did you investigate in any respect during any  09:11

19   time period the sewer system at and near the Patsouras  09:11

20   property for the purposes of your report?          09:11

21      A   I -- I believe we were unsuccessful in      09:11

22   finding, as I recall, you know, detailed maps       09:11

23   indicating the -- the nature of the wastewater      09:11

24   conveyance systems.                                09:12

25      Q   All right.                                  09:12
```

Page 714

```
 1          And other than possible maps, you didn't        09:12

 2   actually investigate the sewer system itself; did you?  09:12

 3      A   Well, I did to the extent we could.  There       09:12

 4   were certainly limitations as to how much information   09:12

 5   we had.  We know they had clarifiers, which is a form   09:12

 6   of, you know, primary wastewater treatment.             09:12

 7      Q   Well, I'm talking specifically about the         09:12

 8   sewers.                                                 09:12

 9      A   And as I said, I -- I don't recall us being      09:12

10   able to find information about -- I'm looking, but I    09:12

11   don't think we were able to find information about the  09:12

12   type of sewers that were used on the property.          09:12

13      Q   And you just mentioned that you found            09:13

14   evidence of clarifiers on the property; correct?        09:13

15      A   Yes.                                             09:13

16      [Q   And did the historical operational data you     09:13

17   reviewed for purposes of your report identify what      09:13

18   substances the clarifiers contained?]                   09:13

19      A   Well, the clarifiers contain the wastewater      09:13

20   and are used to settle out solids or capture floating   09:13

21   oil that may have been included in the wastewater.      09:13

22      [ Q   But you weren't able to determine, other than  09:13

23   that there was wastewater, what substances were in the  09:13

24   wastewater; correct?                                    09:13

25          MR. VALENZUELA:  Objection; vague and            09:13
```

Page 715

| | | |
|---|---|---|
| 1 | ambiguous. | 09:14 |
| 2 | [THE WITNESS:  Only -- I think only in the | 09:14 |
| 3 | general sense that it would have included wastewater | 09:14 |
| 4 | from, you know, these cleaning operations that were | 09:14 |
| 5 | going on, which may or may not have included | 09:14 |
| 6 | chlorinated solvents.] | 09:14 |
| 7 | MR. WICK:  All right.  Thank you. | 09:14 |
| 8 | Q   Does waste oil have a hydrocarbon chain link | 09:14 |
| 9 | ID similar to that of weathered petroleum or crude | 09:14 |
| 10 | oil? | 09:15 |
| 11 | A   I think it can be fairly easily | 09:15 |
| 12 | differentiated from crude oil. | 09:15 |
| 13 | Q   Okay.  Have you done that? | 09:15 |
| 14 | A   I -- I have not. | 09:15 |
| 15 | Q   Would the analytical tests for waste oil be | 09:15 |
| 16 | able to distinguish waste oil from heavy hydrocarbon or | 09:15 |
| 17 | weathered crude oil? | 09:15 |
| 18 | A   I would think that one could.  Waste oil is | 09:15 |
| 19 | usually a lighter oil material, and crude oil is -- is | 09:15 |
| 20 | quite a bit heavier. | 09:15 |
| 21 | Q   All right. | 09:15 |
| 22 | And you haven't performed that analytical | 09:15 |
| 23 | test; correct? | 09:15 |
| 24 | A   I have not. | 09:15 |
| 25 | Q   All right. | 09:15 |

Page 716

| 1 | MR. VALENZUELA:  Objection; vague and | 09:55 |
| 2 | ambiguous. | 09:55 |
| 3 | Ever? | 09:55 |
| 4 | THE WITNESS:  And you're -- you're referring | 09:55 |
| 5 | to this -- my Figure 7-7? | 09:55 |
| 6 | MR. WICK:  Q.  I'm referring to your | 09:55 |
| 7 | statement at the top of page 7-9, and I think it's | 09:55 |
| 8 | your Table 7-4; right? | 09:55 |
| 9 | A   7-4 is -- just gives the maximum | 09:55 |
| 10 | concentrations for PCE.  And I think I can find that | 09:55 |
| 11 | here.  Yes, I can. | 09:55 |
| 12 | And there were two borings that showed a | 09:55 |
| 13 | vertical zone of elevated PCE extending through the | 09:56 |
| 14 | vadose zone to down very near the depth of the | 09:56 |
| 15 | groundwater. | 09:56 |
| 16 | Boring 7 had -- had a sample taken at | 09:56 |
| 17 | 25 feet, so that's within, what, approximately ten or | 09:56 |
| 18 | 11 feet of the water table, that was 510 micrograms | 09:56 |
| 19 | per kilogram, but also has PCE at 20 feet and at | 09:56 |
| 20 | 15 feet, indicating a continuous pathway. | 09:56 |
| 21 | [Then boring E9 had levels of PCE extending | 09:57 |
| 22 | from -- the shallow was ten feet, and at -- appears to | 09:57 |
| 23 | be 15 feet, 20 feet, 25 feet, and 30 feet.  So that | 09:57 |
| 24 | would have been within, you know, five or six feet of | 09:57 |
| 25 | the water table.]  All those samples had PCE within | 09:57 |

Page 739

| | | |
|---|---|---|
| 1 | them. | 09:57 |
| 2 | Q   So you just testified that the actual depth | 09:58 |
| 3 | of the groundwater was about 35 and a half feet.  And | 09:58 |
| 4 | neither of those borings got to 35 and a half feet; | 09:58 |
| 5 | did they? | 09:58 |
| 6 | MR. VALENZUELA:  Objection; misstates the | 09:58 |
| 7 | witness' testimony. | 09:58 |
| 8 | THE WITNESS:  One of -- one -- one of them | 09:58 |
| 9 | did go down.  B7 looks like it went down to 35 feet, | 09:58 |
| 10 | but grabbed the sample from what is described on | 09:58 |
| 11 | Figure 7-7 of my -- as within a clay zone at that | 09:58 |
| 12 | depth, and it did not detect any PCE at that depth. | 09:58 |
| 13 | MR. WICK:  Q.  In your first bullet point at | 09:59 |
| 14 | page 7-11, you say: | 09:59 |
| 15 | "For whatever reason, no sample was collected | 09:59 |
| 16 | at 30 feet, which may also have been contaminated by | 09:59 |
| 17 | PCE." | 09:59 |
| 18 | Is it your testimony that there could not | 09:59 |
| 19 | have been a good reason not to sample at 30 feet? | 09:59 |
| 20 | MR. VALENZUELA:  Objection; vague. | 09:59 |
| 21 | [THE WITNESS:  I -- I -- could you just read | 09:59 |
| 22 | that back.  I'm not sure I understood your question. | 09:59 |
| 23 | MR. WICK:  Yeah. | 09:59 |
| 24 | Q   Your first bullet point at 7-11, you say: | 09:59 |
| 25 | "For whatever reason, no sample was collected] | 09:59 |

Page 740

| | | |
|---|---|---|
| 1 | document and handwritten notes. | 13:49 |
| 2 | [Do you know who was the author of the typed | 13:49 |
| 3 | or printed notes? | 13:49 |
| 4 | A   It was my understanding that this was | 13:49 |
| 5 | authored by the Los Angeles County Fire Department. | 13:49 |
| 6 | Q   Yes, I know you said that in your statement. | 13:50 |
| 7 | A   Yeah. | 13:50 |
| 8 | Q   Who in -- who in particular at the | 13:50 |
| 9 | Los Angeles County Fire Department authored the typed | 13:50 |
| 10 | or printed notes? | 13:50 |
| 11 | A   I don't recall that. | 13:50 |
| 12 | Q   All right. | 13:50 |
| 13 | And do you know who the author of the | 13:50 |
| 14 | handwritten notes was, the individual? | 13:50 |
| 15 | A   Not specifically, no. | 13:50 |
| 16 | Q   Do you know what qualification the author or | 13:50 |
| 17 | authors of this document possessed to assess whether | 13:50 |
| 18 | the PCE plume migrating vertically downward through | 13:50 |
| 19 | the vadose zone probably was intercepted by laterally | 13:50 |
| 20 | flowing groundwater? | 13:50 |
| 21 | A   I don't know the person's specific | 13:50 |
| 22 | qualifications.  I do know that the fire department is | 13:50 |
| 23 | involved in many of these sites, and has access to | 13:50 |
| 24 | documents that have been generated relative to soil and | 13:51 |
| 25 | groundwater contamination.] | 13:51 |

Page 750

| | | |
|---|---|---|
| 1 | [Q  Do you know if, circa 1996, which is the date | 13:51 |
| 2 | on this document, the fire department employed | 13:51 |
| 3 | hydrogeologists? | 13:51 |
| 4 | A  I -- I don't have that information. | 13:51 |
| 5 | Q  Did you see anywhere in this document an | 13:52 |
| 6 | acknowledgment that a contaminated groundwater plume | 13:52 |
| 7 | originating from the Omega site and other upgradient | 13:52 |
| 8 | properties existed under the Patsouras property? | 13:52 |
| 9 | A  I don't see any discussion in here about that | 13:52 |
| 10 | broader context.] | 13:52 |
| 11 | Q  Okay.  If the authors were unaware of the | 13:52 |
| 12 | OU-2 plume, and observed that there were VOCs in soil | 13:52 |
| 13 | on the property and some of the same VOCs in | 13:52 |
| 14 | groundwater beneath the property, it would have been | 13:53 |
| 15 | reasonable for them to simply assume that the property | 13:53 |
| 16 | was contaminated to groundwater with VOCs; wouldn't | 13:53 |
| 17 | it? | 13:53 |
| 18 | MR. VALENZUELA:  Objection; calls for | 13:53 |
| 19 | speculation. | 13:53 |
| 20 | THE WITNESS:  Can I have that read back | 13:53 |
| 21 | again. | 13:53 |
| 22 | MR. WICK:  Sure. | 13:53 |
| 23 | Q  If the authors were unaware of the OU-2 | 13:53 |
| 24 | groundwater plume, and observed that there were VOCs | 13:53 |
| 25 | in soil on the Patsouras property and some of the same | 13:53 |

Page 751

1              DECLARATION UNDER PENALTY OF PERJURY

2

3          I, Robert D. Mutch, Jr., P.HG., P.E. do

4    hereby certify under penalty of perjury that I have

5    read the foregoing transcript of my remote

6    deposition, taken on February 16, 2021, that I have

7    made such corrections as appear noted herein in

8    ink; initialed by me; that my testimony contained

9    herein, as corrected,  is true and correct.

10

11   DATED this _____ day of _____, 2021, at

12   _____.

13

14       _____

15             SIGNATURE OF WITNESS

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

```
 1                    CERTIFICATE OF REPORTER

 2

 3            I, ANDREA M. IGNACIO, hereby certify that the

 4     witness in the foregoing remote deposition was by me

 5     remotely sworn to tell the truth, the whole truth, and

 6     nothing but the truth in the within-entitled cause;

 7            That said deposition was taken in shorthand

 8     by me, a disinterested person, at the time and place

 9     therein stated, and that the testimony of the said

10     witness was thereafter reduced to typewriting, by

11     computer, under my direction and supervision;

12            That before completion of the deposition,

13     review of the transcript [x] was [ ] was not

14     requested.  If requested, any changes made by the

15     deponent (and provided to the reporter) during the

16     period allowed are appended hereto.

17            I further certify that I am not of counsel or

18     attorney for either or any of the parties to the said

19     deposition, nor in any way interested in the event of

20     this cause, and that I am not related to any of the

21     parties thereto.

22     Dated:   February 19, 2021.

23

24

25     ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830
```

Page 807