1   Victor Otten (SBN 165800)
    vic@ottenlawpc.com
2   OTTEN LAW, PC
    3620 Pacific Coast Hwy, Suite 100
3   Torrance, California 90505
    Tel: (310)378-8533
4   Fax: (310)347-4225

5   Attorneys for Defendant,
    Kekropia, Inc.
6

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9
    ARCONIC INC., et al.,                    Case No. 2:14-cv-06456 GW (Ex.)
10  Plaintiffs,
                                             DEFENDANT KEKROPIA, INC.'S
11  v.                                       REQUEST FOR JUDICIAL NOTICE IN
                                             SUPPORT OF IT'S OPPOSITION TO
12  APC INVESTMENT CO., et al.,              PLAINTIFFS' MOTION FOR PARTIAL
    Defendants.                              SUMMARY JUDGMENT AS TO
13                                           CERTAIN ELEMENTS OF
                                             CERCLA LIABILITY
14
    ─────────────────────────────
15  AND RELATED CROSS ACTIONS,
    COUNTERCLAIMS AND                        Hearing:
16  THIRDPARTY                               Date: May 17, 2021
    COMPLAINTS                               Time: 8:30 a.m.
17                                           Place: Courtroom 9D, 9th Floor
                                             350 W. 1st Street
18                                           Los Angeles, CA 90012
                                             Judge: Hon. George H. Wu
19

20

21

22

23

24

25

26

27

28

Defendant Kekropia, Inc. respectfully requests that this Court take judicial notice of the following documents attached as exhibits to the Declaration of Victor Otten filed concurrently herewith in connection with Defendant Kekropia, Inc.'s Opposition to Plaintiffs' Partial Motion for Summary Judgment, pursuant to Federal Rule of Evidence 201:

1.    **Exhibit B** is a true and correct copy of a letter from the Executive Officer of the Los Angeles Regional Water Quality Control Board to Larry Patsouras dated January 4, 2017. The letter is part of the Los Angeles Regional Water Quality Control Board ("LARWQCB") case file for the Patsouras Property. This office obtained the document from the State Water Resources Control Boards, GeoTracker website, available at the following link:

https://geotracker.waterboards.ca.gov/profile_report.asp?global_id=T10000000614.

2.    **Exhibit C** a true and correct copy of Phase I Environmental Site Assessment, AIG Consultants, Inc., June 30, 1994, produced in discovery by Plaintiffs (PTFS00024775-00024804).

3.    **Exhibit D** is a true and correct copy of Updated Site Conceptual Model and Request for Low Risk Closure, Environmental Audit, Inc., June 17, 2010, produced in discovery by Plaintiffs (PTFS00024509-TFS00024643). The document was prepared for Kekropia, Inc.'s owner, Larry Patsouras, and is part of the LARWQCB case file for the Patsouras Property.  The document can be obtained from the State Water Resources Control Boards, GeoTracker website, available at the following link:

https://geotracker.waterboards.ca.gov/profile_report.asp?global_id=T10000000614

4.    **Exhibit G** is a true and correct copy of Soil Remediation Report of Findings for El Greco, Inc., Biophysics Environmental Assessments, Inc., Sept. 14, 2006, produced in discovery by Plaintiffs (PTFS00023600-TFS00023663). The document was prepared for Kekropia, Inc.'s owner, Larry Patsouras, and is part of the LARWQCB case file for the Patsouras Property. The document can be obtained

from the State Water Resources Control Boards, GeoTracker website, available at the following link:

https://geotracker.waterboards.ca.gov/profile_report.asp?global_id=T10000000614

5.      **Exhibit H** is a true and correct copy of Remedial Action Plan, 11630-11700 Burke Street, Environmental Audit, Inc., June 16, 1997, produced in discovery by Plaintiffs (PTFS00022451-22471). The document was prepared for Kekropia. Inc.'s owner, Larry Patsouras.

6.      **Exhibit I** is a true and correct copy of Covenant and Environmental Restriction on Property, 11630-11700 Burke Street, Santa Fe Springs, CA, recorded on October 12, 2016, in the Los Angeles County Recorder's Office. The document is part of the LARWQC case file for the Patsouras Property and was obtained from the State Water Resources Control Boards, GeoTracker website, available at the following link:

https://geotracker.waterboards.ca.gov/profile_report.asp?global_id=T10000000614

7.      **Exhibit J** is a true and correct copy of excerpts from the Final Remedial Investigation Report, Omega Chemical Corporation Superfund Site, CH2M Hill, August 2010. The document can be found at the U.S. Environmental Protection Agency website: https://semspub.epa.gov/work/09/1122450.pdf

8.      **Exhibit L** is a true and correct copy of a letter to Larry Patsouras from California Regional Water Quality Control Board, Los Angeles Region dated December 1, 2008. The document is part of the LARWQCB case file for the Patsouras Property and was obtained from the State Water Resources Control Boards, GeoTracker website, available at the following link:

https://geotracker.waterboards.ca.gov/profile_report.asp?global_id=T10000000614

9.      **Exhibit M** is a true and correct copy of a document titled Composition and Management of Used Oil Generated In The United States, prepared for U.S. Environmental Protection Agency, dated September 1984. The document was obtained from the National Service Center for Environmental Publication's website:

1  See, https://nepis.epa.gov

2      10.    **Exhibit N** is a true and correct copy of a document titled ASTM

3  Designation: E1527 – 13, Standard Practice for Environmental Site Assessments:

4  Phase I Environmental Site Assessment Process.

5      11.    **Exhibit O** is a true and correct copy of a document Cohen, R., and J.

6  Mercer, 1993, DNAPL Site Evaluation, EPA 600/R-93/022, Office of Research and

7  Development, U.S. EPA, Section 5.1.2.1. The document can be obtained from the

8  U.S. EPA website: See, https://nepis.epa.gov

9      12.    **Exhibit P** is a true and correct copy of a document titled EPA, 1992,

10 Estimating Potential for Occurrence of DNAPL at Superfund Sites. OSWER

11 Publication 9355.4-07FS, NTIS Order Number PB92963338CDH. The document

12 can be obtained from the U.S. EPA website: See, https://nepis.epa.gov

13     13.    **Exhibit Q** is a true and correct copy of a document titled EPA, 2004,

14 In Situ Thermal Treatment of Chlorinated Solvents – Fundamentals and Field

15 Applications. EPA 542-R-04-010. The document can be obtained from the U.S.

16 EPA website: See, https://www.epa.gov/sites/production/files/2015-

17 04/documents/istt_cs_epa542r04010.pdf

18     14.    **Exhibit R** is a true and correct copy of Supplemental Subsurface

19 Investigation, Environmental Audit, Inc., March 3, 1997. The document is part of

20 the LARWQCB case file for the Patsouras Property and was obtained from the

21 State Water Resources Control Boards, GeoTracker website, available at the

22 following link:

23 https://documents.geotracker.waterboards.ca.gov/esi/uploads/geo_report/53105507

24 49/T10000000614.PDF

25     Courts may take judicial notice of facts that are "not subject to reasonable

26 dispute" because they are either (1) "generally known within the trial court's

27 territorial jurisdiction" or (2) "can be accurately and readily determined from

28 sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b). A

court must take judicial notice of such matters if they meet the criteria set forth in Rule 201 and judicial notice is requested. *Id*. at 201(c).

Moreover, a court may take judicial notice of "records and reports of administrative bodies." *Interstate Natural Gas Co. v. Southern California Gas Co*., 209 F.2d 380, 385 (9th Cir. 1953). Courts may also take judicial notice of documents that are publicly available containing facts not subject to reasonable dispute. *Intri-Plex Techs., Inc. v. Crest Group Inc*., 499 F.3d 1048, 1052 (9th Cir. 2007); *Skilstaf, Inc. v. CVS Caremark Group*, 669 F.3d 1005, 1016, n.9 (9th Cir. 2012).

The Court may take judicial notice of the documents attached to the Otten Declaration as Exhibits B, C, D, G, H, I, J, L and R as they are official documents filed with or issued by the Los Angeles Regional Water Quality Control Board and the U.S. Environmental Protection Agency and filed in the physical and/or online files of the Board and EPA and subject to their review and approval.

The Court may take judicial notice of the documents attached to the Otten Declaration as Exhibits O, P and Q as they are official documents filed with or issued by the U.S. Environmental Protection Agency and filed in the physical and/or online files of the EPA and subject to their review and approval.

The existence and content of the above-referenced materials are capable of ready and accurate determination by resort to resources the accuracy of which cannot be reasonably questioned. FRE Rule 201(b); see also *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc*., 971 F.2d 244, 248 (9th Cir. 1992). Accordingly, the above-referenced materials are appropriate matters for the Court to judicially notice.

DATED: February 25, 2021                OTTEN LAW, PC


                                        */s/ Victor Otten*_____
                                        Victor Otten, Esq.
                                        Attorney for Kekropia, Inc.

CERTIFICATE OF SERVICE FORM
FOR ELECTRONIC FILINGS

I hereby certify that on February 25, 2021 I electronically filed the foregoing document with the UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

| | |
|---|---|
| LATHROP GPM LLP<br>Nancy Sher Cohen, Bar No. 81706<br>nancy.cohen@lathropgpm.com<br>Ronald A. Valenzuela, Bar No. 210025<br>ronald.valenzuela@lathropgpm.com<br>2049 Century Park East, Suite 3500S<br>Los Angeles, California 90067-1623<br>Telephone: (310) 789-4600<br>Facsimile: (310) 789-4601 | Ann L. Al-Bahish<br>Kelley Drye & Warren LLP<br>515 Post Oak Blvd., Suite 900<br>Houston, TX 77027<br>713-355-5000<br>713-355-5001 (fax) |
| Stephen B Ardis<br>Isola Law Group<br>405 West Pine Street<br>Lodi, CA 95240<br>209-367-7055<br>209-367-7056 (fax) | Sedina L Banks<br>David Edward Cranston<br>Greenberg Glusker Fields Claman and Machtinger LLP<br>2049 Century Park East Suite 2600<br>Los Angeles, CA 90067<br>310-553-3610<br>310-553-0687 (fax)<br>sbanks@ggfirm.com |
| Samuel B Boxerman<br>Sidley Austin LLP<br>1501 K Street NW<br>Washington, DC 2005<br>202-736-8547<br>202-736-8711 (fax)<br>sboxerman@sidley.com | Elizabeth Lynch Bridges<br>SSL Law Firm LLP<br>575 Market Street Suite 2700<br>San Francisco, CA 94105<br>415-814-6400<br>415-814-6401 (fax)<br>liz@ssllawfirm.com |
| Barry Daniel Alan Bryan<br>William Noel Edlin<br>Michael E. Gallagher, Jr.<br>Bassi Edlin Huie and Blum LLP<br>500 Washington Street Suite 700<br>San Francisco, CA 94111<br>415-397-9006<br>415-397-1339 (fax) | Robert P. Doty<br>Cox Castle and Nicholson LLP<br>50 California Street Suite 3200<br>San Francisco, CA 94111<br>415-262-5100<br>415-262-5199 (fax)<br>rdoty@coxcastle.com |

| | |
|---|---|
| bbryan@behblaw.com | |
| Amanda R Farfel<br>King and Spalding<br>633 West Fifth Street Suite 1600<br>Los Angeles, CA 90071<br>213-218-4029<br>afarfel@kslaw.com | Karl J Fingerhood<br>US Department of Justice<br>Environment and Natural Resources<br>Division<br>P O Box 7611<br>Washington, DC 20044-7611<br>202-514-7519<br>202-514-2583 (fax)<br>karl.fingerhood@usdoj.gov |
| Kenneth B Finney<br>Beveridge and Diamond PC<br>456 Montgomery Street Suite 1800<br>San Francisco, CA 94104-1251<br>415-262-4000<br>415-262-4040 (fax)<br>kfinney@bdlaw.com | William F. Ford<br>Lathrop GPM LLP<br>2345 Grand Boulevard Suite 2200<br>Kansas City, MO 64108<br>816-292-2000<br>816-292-2001 (fax)<br>bill.ford@lathropgpm.com |
| Christopher G Foster<br>Christopher Foster Law Offices<br>One South Orange Grove Boulevard<br>No 2<br>Pasadena, CA 91105<br>626-799-4950<br>cfoster910@gmail.com | Earl L Hagstrom<br>Bassi Edlin Huie and Blum LLP<br>515 South Flower Street Suite 1050<br>Los Angeles, CA 90037<br>213-412-2661<br>213-652-1992 (fax)<br>ehagstrom@behblaw.com |
| Farheena Habib<br>Bassi Edlin Huie and Blum LLP<br>500 Washington Street Suite 700<br>San Francisco, CA 94111<br>415-397-9006<br>415-397-1339 (fax)<br>fhabib@behblaw.com | James B Harris<br>Thompson and Knight LLP<br>1722 Routh Street Suite 1500<br>Dallas, TX 75201<br>214-969-1102<br>214-880-3247 (fax)<br>james.harris@tklaw.com |
| James Walter Hill<br>Greenberg Glusker<br>2049 Century Park East Suite 2600<br>Los Angeles, CA 90067-4590<br>310-553-3610<br>310-553-0687 (fax)<br>jhill@ggfirm.com | Tammy M J Hong<br>Demetriou Del Guercio Springer and<br>Francis LLP<br>915 Wilshire Boulevard, Suite 2000<br>Los Angeles, CA 90017-3496<br>213-624-8407<br>213-624-0174 (fax)<br>tmjhong@ddsffirm.com |
| David R Isola<br>Isola Law Group LLP | Robert B Martin, III<br>SSL Law Firm LLP |

| | |
|---|---|
| 405 West Pine Street<br>Lodi, CA 95240<br>209-367-7055<br>209-367-7056 (fax)<br>disola@isolalaw.com | 505 Montgomery Street Suite 620<br>San Francisco, CA 94111<br>415-814-6400<br>415-814-6401 (fax)<br>rob@ssllawfirm.com |
| Megan Sara Meadows<br>Law Office of Jennifer F Novak<br>500 Silver Spur Road Suite 206<br>Rancho Palos Verdes, CA 90275<br>310-693-0775<br>310-957-2624 (fax)<br>megan@jfnovaklaw.com | Cathy Moses<br>Cox Castle and Nicholson LLP<br>50 California Street Suite 3200<br>San Francisco, CA 94111-4710<br>415-262-5100<br>415-262-5199 (fax)<br>cmoses@coxcastle.com |
| Summer L Nastich<br>Nastich Law<br>2341 Derby St<br>Berkeley, CA 94705<br>415-794-4210<br>summer@nastichlaw.com | David Eric Nelson<br>SSL Law Firm LLP<br>575 Market Street Suite 2700<br>San Francisco, CA 94105<br>415-814-6400<br>415-814-6401 (fax)<br>david@ssllawfirm.com |
| Anna L Nguyen<br>Wactor and Wick LLP<br>3640 Grand Avenue Suite 200<br>Oakland, CA 94610<br>510-465-5750<br>anguyen@ww-envlaw.com | Jennifer Faye Novak<br>Law Office of Jennifer Novak<br>500 Silver Spur Road Suite 206<br>Rancho Palos Verdes, CA 90275<br>310-693-0775<br>310-957-2624 (fax)<br>novak@jfnovaklaw.com |
| Peter A. Nyquist<br>Greenberg Glusker Fields Claman and<br>Machtinger LLP<br>2049 Century Park East Suite 2600<br>Los Angeles, CA 90067-3101<br>310-553-3610<br>310-553-0687 (fax)<br>pnyquist@greenbergglusker.com | Thomas Connor O'Carroll<br>Bassi Edlin Huie and Blum LLP<br>500 Washington Street 7th Floor<br>San Francisco, CA 94111<br>415-397-9006<br>415-397-1339 (fax)<br>cocarroll@behblaw.com |
| Gregory J Patterson<br>Musick Peeler and Garrett LLP<br>2810 Townsgate Road Suite 200<br>Westlake Village, CA 91361<br>805-418-3103<br>805-418-3101 (fax)<br>g.patterson@mpglaw.com | Judith Maria Praitis<br>Faegre Drinker Biddle and Reath LLP<br>1800 Century Park East Ste 1500<br>Los Angeles, CA 90067<br>310-203-4022<br>judith.praitis@faegredrinker.com |

DEFENDANT KEKROPIA, INC.'S REQUEST FOR JUDICIAL NOTICE

| | |
|---|---|
| Paul D Rasmussen<br>Bassi Edlin Huie and Blum LLP<br>515 South Flower Street Suite 1050<br>Los Angeles, CA 90037<br>213-412-2661<br>213-652-1992 (fax)<br>prasmussen@behblaw.com | Lowell Rothschild<br>Bracewell and Giuliani LLP<br>2000 K Street NW Suite 500<br>Washington, DC 20006<br>202-828-5817<br>800-404-3970 (fax)<br>lowell.rothschild@bgllp.com |
| Richard E Stultz<br>CalEPA Department of Toxic<br>Substances Control<br>9211 Oakdale Avenue<br>Chatsworth, CA 91311<br>818-717-6519<br>Richard.Stultz@dtsc.ca.gov | John M Terry<br>Lathrop GPM LLP<br>1515 Wynkoop Street Suite 600<br>Denver, CO 80202<br>720-931-3200<br>720-931-3201 (fax)<br>jack.terry@lathropgpm.com |
| Daniel Eric Trowbridge<br>Bassi Edlin Huie and Blum<br>500 Washington Street Suite 700<br>San Francisco, CA 94111<br>415-397-9006<br>415-397-1339 (fax)<br>dtrowbridge@behblaw.com | Ronald A. Valenzuela<br>Lathrop GPM LLP<br>2049 Century Park East Suite 3500s<br>Los Angeles, CA 90067<br>310-789-4660<br>310-789-4601 (fax)<br>ronald.valenzuela@lathropgpm.com |
| Zachary R Walton<br>SSL Law Firm LLP<br>575 Market Street Suite 2700<br>San Francisco, CA 94105<br>415-814-6400<br>415-814-6401 (fax)<br>zack@ssllawfirm.com | William D Wick<br>Wactor and Wick LLP<br>3640 Grand Avenue Suite 200<br>Oakland, CA 94610<br>510-465-5750<br>bwick@ww-envlaw.com |
| Caitlin Wiley-Walker<br>Wactor and Wick LLP<br>3640 Grand Avenue Suite 200<br>Oakland, CA 94610<br>510-465-5750<br>cwwalker@ww-envlaw.com | |

DATED:  February 25, 2021                          OTTEN LAW, PC


                                                   /s/ Victor Otten
                                                   Victor Otten, Esq.,
                                                   For Kekropia, Inc.