# EXHIBIT 15-A

# BUILDING APPLICATION

**DIVISION OF BUILDING AND SAFETY**
Department of County Engineer
County of Los Angeles
WM. J. FOX, COUNTY ENGINEER
CASSATT D. GRIFFIN, SUPT OF BUILDING

NOV 22 1954

## FOR APPLICANT TO FILL IN

- **OWNER:** Globe Oil Tools Co.
- **MAIL ADDRESS:** 11630 E. Sorenson Lane
- **CITY:** Los Nietos  **TEL. NO.:** OX 91048
- **ARCHITECT OR ENGINEER:** Owner
- **CONTRACTOR:** Owner
- **BUILDING ADDRESS:** 11630 E. Sorenson Lane Los Nietos
- **LOT NO.:** Legal on file

## DESCRIPTION OF WORK

NEW / **ADD** / ALTER / REPAIR / DEMOLISH

- **SQ. FT. SIZE:** 549
- **NO. OF STORIES:** 1
- **NO. OF FAMILIES:** No
- **USE OF STRUCTURE:** Heat Treating Plant

- **NO. OF EMPLOYEES:** 125

I HEREBY ACKNOWLEDGE THAT I HAVE READ THIS APPLICATION AND STATE THAT THE INFORMATION GIVEN IS CORRECT. I AGREE TO COMPLY WITH ALL County Ordinances AND State Laws regulating BUILDING CONSTRUCTION.

- **SIGNATURE OF PERMITTEE:** John Putama
- **ADDRESS:** 11630 E Sorenson Lane
- **VALUATION:** $ 1500.00
- **P.C. FEE:** $ 4.00
- **FEE:** $ 8.00

76A638A D 3 db 5-54

---

- **BUILDING ADDRESS:** 11630 E. Sorenson Lane
- **LOCALITY:** Whittier
- **NEAREST CROSS ST.:** Norwalk
- **DISTRICT NO.:** 11
- **RECEIPT NO.:** 94369
- **PERMIT NO.:** 77515
- **GROUP:** F
- **DATE RECEIVED:** 11-22-54
- **DATE ISSUED:** 12-9-54
- **TYPE CONST.:** II
- **RECEIVED BY:** Smith
- **ISSUED BY:** Smith
- **MAP NUMBER:** 3616
- **STATE HWY:** NO
- **USE ZONE:** M2 B1-40'
- **SPECIAL CONDITIONS:**
- **BUILDING SETBACK — FRONT P.L.:** B-1  **YARD:** 40' FPL
- **SIDE P.L.:**

**HOLD FOR INDUSTRIAL WASTE CLEARANCE**

### APPROVALS / INSPECTOR'S SIGNATURE / DATE

| Approval | Inspector | Date |
|---|---|---|
| FOUNDATION: LOCATION FORMS, MATERIALS | [signature] | 12-25-54 |
| FRAME: FIRE STOPS, BRACING, BOLTS | [signature] | 1-10-55 |
| FURNACE: LOCATION, GAS VENT, DUCTS | | |
| LATH, INT. | | |
| LATH, EXT. | | |
| HOUSE NUMBER CORRECT AND POSTED | | |
| FINAL | [signature] | 1-10-55 |

ORIGINAL

Exhibit 15-A
00000117

# APPLICATION FOR BUILDING PERMIT

**1**

PLANS MUST BEAR INDUSTRIAL WASTE CLEARANCE

### DIVISION OF BUILDING AND SAFETY
Department of County Engineer
County of Los Angeles
WM. J. FOX, COUNTY ENGINEER
CASSATT D. GRIFFIN, Sup't of Building

| BUILDING ADDRESS | 11630 E. Sorenson Lane |
|---|---|
| LOCALITY | Los Nietos |
| NEAREST CROSS ST. | Norwalk |

| DISTRICT NO. | GROUP | TYPE CONST. | SEWER BK | MAP PG |
|---|---|---|---|---|
| 99-11 | F-2 | V | | |

| MAP NUMBER | STATE HWY |
|---|---|
| 3616 (551) | YES / NO |

## FOR APPLICANT TO FILL IN

- **BUILDING ADDRESS:** 11630 E. Sorenson Lane
- **LOT NO.** SEE LEGAL DESCR. **BLOCK**
- **TRACT:** Colima - Rancho Santa Gertrudes
- **SIZE OF LOT:** 8.41 ACRES  **NO. OF BLDGS. NOW ON LOT:** 10
- **USE OF EXISTING BLDG.:** HEAT TREATING STEEL TOOL
- **OWNER:** Globe Oil Tools Co.
- **MAIL ADDRESS:** 11630 E. Sorenson Lane
- **CITY:** Los Nietos  **TEL. NO.:** RA 3-1780
- **ARCHITECT OR ENGINEER:** —
- **ADDRESS:**
- **CONTRACTOR:** OWNER
- **ADDRESS:**

| USE ZONE | SPECIAL CONDITIONS |
|---|---|
| M-2 | Lowell 7-19-55 |

| BUILDING SETBACK | YARD | HWY | STREET NAME | EXIST. WIDTH |
|---|---|---|---|---|
| FRONT P.L. | 40 | B-1 | on Sorenson Ln | 55' |
| SIDE P.L. | | | | |

| 1 DWELL. 1 UNIT | 5 INDUSTRIAL |
| 2 DUPLEX UNIT | 6 PUBLIC BLDG. |
| 3 APT. UNITS | (7) ADDN., ALT., ETC. |
| 4 COMMERCIAL | 8 MISCEL. |

### DESCRIPTION OF WORK

NEW ___  ADD ✓  ALTER ___  REPAIR ___  DEMOLISH ___

- **SQ. FT. SIZE:** 2000
- **NO. OF STORIES:** ONE
- **NO. OF FAMILIES:** NONE
- **USE OF STRUCTURE:** (ADDITION TO HEAT TREATING FACILITIES)
- **SIGNATURE OF APPLICANT:** Ken Gilpin
- **ADDRESS:** 6200 Wilmington, L.A.
- **$ 5000.00 VALUATION**
- **P.C. FEE:** $7.00
- **FEE:** $14.00

### INSPECTION RECORD

Footings not down 11 am  Std up 7/__/55
"   "   "   3 pm
8/3/ not complete

### APPROVALS

| | DATE | INSPECTOR'S SIGNATURE |
|---|---|---|
| FOUNDATION: LOCATION FORMS, MATERIALS | 8/24/55 | Std up |
| FRAME: FIRE STOPS, BRACING, BOLTS | 10-11-55 | Std up |
| FURNACE: LOCATION, GAS VENT, DUCTS | | |
| LATH, INT. | | metal |
| LATH, EXT. | | |
| HOUSE NUMBER CORRECT AND POSTED | | |
| FINAL | 10-11-55 | Std up |

I HEREBY ACKNOWLEDGE THAT I HAVE READ THIS APPLICATION AND STATE THAT THE ABOVE IS CORRECT AND AGREE TO COMPLY WITH ALL COUNTY ORDINANCES AND STATE LAWS REGULATING BUILDING CONSTRUCTION.

**SIGNATURE OF PERMITTEE:** Globe Oil Tools Co. by John Bertana
**ADDRESS:** 11630 Sorenson Lane Los Nietos

### VALIDATION
WM. J. FOX, COUNTY ENGINEER

BY Co 28215 JUL 21 16   7.00 DEPUTY   BY SAC 012815 AUG 11 1   14.00 DEPUTY

BY ___ DEPUTY Swathard   BY ___ DEPUTY Smith

Exhibit 15-A
00000118

REGIONAL PLANNING COMMISSION

by ......... Date 7-19-55

Use ✓ ..........................

Area ✓ ..........................

Setback ✓ ..........................

Parking adequate ..........................

Signs ✓ ..........................

Lighting ✓ ..........................

Z. C. Conditions ✓ ..........................

..........................

..........................

# APPLICATION FOR PERMIT — BUILDING

**DEPARTMENT OF BUILDINGS AND SAFETY**
**COUNTY OF LOS ANGELES**
WM. J. FOX, CHIEF ENGINEER

DB-3 1-41 25M

Page 1

| | | |
|---|---|---|
| NO. OF PLANS | | DISTRICT NO. 6W |
| FIRE ZONE | BLDG. SETBACK LINE APPROVED BY / DATE | PLAN CK. NO. — |
| USE ZONE M3 | ORD. NO. APPROVED BY / DATE | PERMIT NO. 46036 |
| | RECEIVED BY GWJ | DATE OF APPL. 10-20-42 |
| | | DATE ISSUED 10-20-42 |

## APPLICANT FILL IN HEAVILY OUTLINED PORTION ONLY

**ARCHITECT OR ENGINEER**
- NAME:
- ADDRESS:
- CITY:
- STATE LICENSE NO.:
- TEL. NO.:

(none)

**CONTRACTOR**
- NAME:
- ADDRESS:
- CITY:
- STATE LICENSE NO.:
- TEL. NO.:

(none)

**LEGAL DESCRIPTION**
- LOT NO.: See files
- SIZE OF LOT: acreage
- BLOCK:
- NO. OF BLDGS. NOW ON LOT: several
- TRACT: Santa Gertrudes
- USE OF BLDGS. NOW ON LOT: Mfg.

**BUILDING**
- ADDRESS: 1540 Sorensen Lane
- LOCALITY: Los Nietos
- NEAREST CROSS ST.: Norwalk Road

**OWNER**
- NAME: Globe Oil Tools Co
- MAIL ADDRESS: Box 7
- CITY: Los Nietos
- TEL. NO.: 42633

I HEREBY ACKNOWLEDGE THAT I HAVE READ THIS APPLICATION AND STATE THAT THE ABOVE IS CORRECT AND AGREE TO COMPLY WITH ALL COUNTY ORDINANCES AND STATE LAWS REGULATING BUILDING CONSTRUCTION.

SIGNATURE OF OWNER / AUTHORIZED AGT.: John N Goodwin

## DESCRIPTION OF WORK

USE OF BUILDING: Womens Toilet and Wash rooms

| | | |
|---|---|---|
| NEW ✓ | TYPE V | GROUP J |
| ALTERATION | NO. OF ROOMS 1 | NO. OF FAMILIES |
| ADDITION | SIZE 12 x 20' | |
| REPAIR | STORIES 1 | |
| MOVING | WALL COVERING Stucco | |
| DEMOLISH | ROOF COVERING Comp | |

VALUATION $ 95000
P.C. $ —
FEE $ 4.00

## CORRECTIONS

- 10-23 Trenches OK Thoda
- 11-9 Rough lumber J
- 11-9 Frame OK J
- 11-12 Lath OK J
- 12-2 Sand Cmt Stucco OK Thoda

## FINAL APPROVAL

DATE 12-17
INSPECTOR'S NAME: Thoda

ORIGINAL

Exhibit 15-A
00000120

# APPLICATION FOR PERMIT BUILDING

**DEPARTMENT OF BUILDING AND SAFETY**
**COUNTY OF LOS ANGELES**
WM. J. FOX, CHIEF ENGINEER

DB-3 1-41 25M

**1**

| NO. OF PLANS | 2 | BLDG. SETBACK LINE APPROVED BY | | ORD. NO. | | DATE | DISTRICT NO. | 6W. | PLAN CK. NO. | — | PERMIT NO. | 35699 |
| FIRE ZONE | — | | | | | | RECEIVED BY | F-EN | DATE OF APPL. | 1-19-42 | DATE ISSUED | 1-19-42 |
| USE ZONE | M3 | APPROVED BY | | | | DATE | | | | | | |

GLOBE

## APPLICANT FILL IN HEAVILY OUTLINED PORTION ONLY

**ARCHITECT OR ENGINEER**
- NAME: John S Goodwin
- ADDRESS: Globe Oil Tools Co
- CITY: Los Nietos
- STATE LICENSE NO.:
- TEL. NO.: An 5322

**CONTRACTOR**
- NAME: Owner
- ADDRESS:
- CITY:
- STATE LICENSE NO.:
- TEL. NO.:

**LEGAL DESCRIPTION**
- LOT NO.:
- BLOCK: —
- TRACT: Colima - Rancho Santa Gertrude
- USE OF BLDGS. NOW ON LOT: Office + Mfg Plant
- SIZE OF LOT: Acreage
- NO. OF BLDGS. NOW ON LOT: 9

**OWNER**
- BUILDING ADDRESS: 1540 Sorenson Lane
- LOCALITY: Los Nietos
- NEAREST CROSS ST: Norwalk-Puente Mill Road
- NAME: Globe Oil Tools Co
- MAIL ADDRESS: Box 7 Los Nietos
- CITY: Los Nietos
- TEL. NO.: An 5322

I HEREBY ACKNOWLEDGE THAT I HAVE READ THIS APPLICATION AND STATE THAT THE ABOVE IS CORRECT AND AGREE TO COMPLY WITH ALL COUNTY ORDINANCES AND STATE LAWS REGULATING BUILDING CONSTRUCTION.

SIGNATURE OF OWNER AUTHORIZED AGT.: John S Goodwin

## DESCRIPTION OF WORK

**USE OF BUILDING:** Living quarters for gateman

| NEW | | TYPE | I | GROUP | I |
| ALTERATION | ✓ | NO. OF ROOMS | 3 | NO. OF FAMILIES | 1 |
| ADDITION | | SIZE | 17'-7½ x 20'-10" | | |
| REPAIR | | STORIES | One | | |
| MOVING | | WALL COVERING | Wallboard | | |
| DEMOLISH | | ROOF COVERING | Galv Iron | | |

VALUATION: $1000.00
P.C. $: —
FEE: $4.00

## CORRECTIONS

1-26-42 Trenches OK ꞙ
1-30 Fdn ꞙ
2-5 Frame OK, Conduit OK to cover, Maintenance ꞙ
2-20 Finishing ꞙ
2-27 Lath + plaster OK on gar side ꞙ
3-9 Painting ꞙ
5-22 [illegible]

ORIGINAL

## FINAL APPROVAL

DATE: 7-1-42
INSPECTOR'S NAME: Fuller

Exhibit 15-A
00000121

DB-3 8-40 25M

DEPARTMENT OF BUILDING AND SAFETY
COUNTY OF LOS ANGELES
WM. J. FOX, CHIEF ENGINEER

# APPLICATION FOR PERMIT — BUILDING — 1

| NO. OF PLANS | 2 | BLDG. SETBACK LINE APPROVED BY | | ORD. NO. | | DISTRICT NO. | 6 W. | PLAN CK. NO. | 2596 4 | PERMIT NO. | 12920 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FIRE ZONE | | | DATE | | | RECEIVED BY | RM | DATE OF APPL. | 1-2-41 | DATE ISSUED | 1-9-41 |
| USE ZONE | M-3 | APPROVED BY | | | DATE | | | | | | |

**APPLICANT FILL IN HEAVILY OUTLINED PORTION ONLY**

**ARCHITECT OR ENGINEER**
- NAME: HUGO ECKART
- ADDRESS:
- CITY:
- STATE LICENSE NO.:    TEL. NO.:

**CONTRACTOR**
- NAME: ENGINEER LIMITED
- ADDRESS: 730 STANDARD OIL BLDG
- CITY: LOS ANGELES
- STATE LICENSE NO.: 61525    TEL. NO.: MI 2877

**LEGAL DESCRIPTION**
- LOT NO.: SEE REVERSE SIDE
- BLOCK:
- TRACT:
- SIZE OF LOT: ACS.
- NO. OF BLDGS. NOW ON LOT: SEVERAL
- USE OF BLDGS. NOW ON LOT: INDUSTRIAL OIL TOOL MFG.

**OWNER**
- BUILDING ADDRESS: 1540 Sorenson Lane
- LOCALITY: LOS NIETOS, CALIF.
- NEAREST CROSS ST.: WHITTIER
- NAME: LINDE AIR PRODUCTS CO
- MAIL ADDRESS: 1405 MISSION RD
- CITY: LOS ANGELES    TEL. NO.:

I HEREBY ACKNOWLEDGE THAT I HAVE READ THIS APPLICATION AND STATE THAT THE ABOVE IS CORRECT AND AGREE TO COMPLY WITH ALL COUNTY ORDINANCES AND STATE LAWS REGULATING BUILDING CONSTRUCTION.

SIGNATURE OF OWNER
AUTHORIZED AGT. R. J. Neal

## DESCRIPTION OF WORK

USE OF BUILDING: STORAGE FOR OXYGEN TANKS OF OWNER ON PROPERTY LEASED FROM GLOBE OIL TOOL CO.

**CORRECTIONS**
- 1/14/41 Starting
- 1/15/41 Piers out as per plan
- 1/16/41 Forms OK

| NEW | ✓ | TYPE | IV | GROUP | G |
|---|---|---|---|---|---|
| ALTERATION | | NO. OF ROOMS | 1 | NO. OF FAMILIES | — |
| ADDITION | | SIZE | 8' × 20' | | |
| REPAIR | | STORIES | 1 | | |
| MOVING | | WALL COVERING | COR. IRON | | |
| DEMOLISH | | ROOF COVERING | COR. IRON | | |

VALUATION $ 450.00    P.C. $ —    FEE $ 2.75

**FINAL APPROVAL**
INSPECTOR'S NAME:
DATE: 5-15-41

ORIGINAL

Exhibit 15-A
00000122



Colima Tract in Rancho Santa Gertrudes as per maps in case 4367 Superior Court L.A. County. 8.44 acres, commences on S.E. co. of Sorenson Lane, No. East 157.5 ft from East line of Norwalk Blvd, and thence No East on said S.E. line 805.71' to No. W. line of P.E. railway right of way, and thence N.W. thereof to point S. 78° 34' East 150.34' from East line of Norwalk Blvd then No 9° 33' 30 East 509.79' to beginning

Part of ASC De Pollorena 371 acre allotment

Description of Work: Storage for oxygen. Tanks of oxygen on property leased from Globe Oil Tool Co.

Valuation $450

JAN 2 1941

Exhibit 15-A
00000123

# CITY OF SANTA FE SPRINGS
## APPLICATION FOR BUILDING PERMIT

1

76A638A CE #803 - 6-57

**COUNTY OF LOS ANGELES**
**DEPARTMENT OF COUNTY ENGINEER**
**BUILDING AND SAFETY DIVISION**
JOHN A. LAMBIE, County Engineer
CASSATT D. GRIFFIN, Sup't of Building

BUILDING ADDRESS: 11630 BURKE ST.
LOCALITY: SANTA FE SPRINGS
NEAREST CROSS ST.:
DISTRICT NO.: 4.05
GROUP:
TYPE CONST.:
SEWER BK:
MAP PG:

### FOR APPLICANT TO FILL IN

BUILDING ADDRESS: 11630 BURKE STREET
LOT NO.: EXIST ADD.     BLOCK:
TRACT:
SIZE OF LOT:     NO. OF BLDGS. NOW ON LOT:
USE OF EXISTING BLDG.:
OWNER: GLOBE OIL TOOLS CO.
MAIL ADDRESS: 11630 BURKE STREET
CITY: SANTA FE SPRINGS  TEL. NO.: OX 9-1098
ARCHITECT OR ENGINEER:     TEL. NO.:
ADDRESS:
CONTRACTOR: CALIF. VIKING SPR.  TEL. NO.: AN 9-7401
ADDRESS: 4915 SHEILA ST. LA 22

STATISTICAL CLASSIFICATION
CLASS NO.: 9   DWELL. UNITS:
MAP NUMBER: 3616   STATE HWY.: YES / NO
USE ZONE: M-2   SPECIAL CONDITIONS:
BUILDING SETBACK:
FRONT P.L.: 40'   YARD   HWY   STREET NAME: same   EXIST. WIDTH: 55'
SIDE P.L.:   off widening

### INSPECTION RECORD

See file for plans.

### DESCRIPTION OF WORK

NEW  ADD  ALTER  REPAIR  DEMOLISH
SQ. FT. SIZE:    NO. OF STORIES:   NO. OF FAMILIES:
USE OF STRUCTURE: INSTALL AUTOMATIC FIRE SPRINKLERS IN HEAT TREAT BLDG

SIGNATURE OF APPLICANT: O. H. Herrig  LA 22
ADDRESS: 4915 SHEILA ST

$ 6800.00
VALUATION
P.C. FEE $ 10.50
FEE $ 21.00

### APPROVALS

| | DATE | INSPECTOR'S SIGNATURE |
|---|---|---|
| FOUNDATION: LOCATION FORMS, MATERIALS | | |
| FRAME: FIRE STOPS, BRACING, BOLTS | | |
| FURNACE: LOCATION, GAS VENT, DUCTS | | |
| LATH, INT. | | |
| LATH, EXT. | | |
| HOUSE NUMBER CORRECT AND POSTED | | |
| FINAL | 1/24/58 | |

I HEREBY ACKNOWLEDGE THAT I HAVE READ THIS APPLICATION AND STATE THAT THE ABOVE IS CORRECT AND AGREE TO COMPLY WITH ALL COUNTY ORDINANCES AND STATE LAWS REGULATING BUILDING CONSTRUCTION.

SIGNATURE OF PERMITTEE: O. H. Herrig
ADDRESS:

JOHN A. LAMBIE, County Engineer.
PLAN CHECK VALIDATION  CK.  M.O.  CASH

CLYDE N. DIRLAM, Principal Structural Engineer
PERMIT VALIDATION  CK.  M.O.  CASH

LACo 3258 00 MAR 17 16C   10.50
LACo 3343 00 MAR 19 1C   21.00

a. Dickinson                    D. Ball

Exhibit 15-A
00000124

# BUILDING APPLICATION

**DIVISION OF BUILDING AND SAFETY**
Department of County Engineer
County of Los Angeles
WM. J. FOX, COUNTY ENGINEER

## FOR APPLICANT TO FILL IN

- **BUILDING ADDRESS:** 11630 Sorenson Same
- **LOCALITY:** Los Nietos
- **NEAREST CROSS ST.:** Norwalk Blvd.
- **OWNER:** Globe Oil Tools Co
- **MAIL ADDRESS:** Same
- **CITY:** 
- **TEL. NO.:** OX 91048
- **ARCHITECT OR ENGINEER:** Owner
- **CONTRACTOR:** Owner
- **LEGAL DESCRIPTION:** LOT NO. / BLOCK
- **TRACT:** on File
- **SIZE OF LOT:**
- **NO. OF BLDGS. NOW ON LOT:**
- **USE OF EXISTING BLDG.:**
- **NO. OF FAMILIES:**

### DESCRIPTION OF WORK
- NEW
- ALTERATION [X]
- ADDITION
- REPAIR
- DEMOLITION
- **SQ. FT. SIZE:** 324
- **NO. OF ROOMS:** 1
- **STORIES:** 1
- **EXT. WALL COVERING:** Galv. Iron
- **ROOF COVERING:** Galv. Iron
- **USE OF STRUCTURE:** Metalurgical Labortory

I HEREBY ACKNOWLEDGE THAT I HAVE READ THIS APPLICATION AND STATE THAT THE INFORMATION GIVEN IS CORRECT. I AGREE TO COMPLY WITH ALL COUNTY ORDINANCES AND STATE LAWS REGULATING BUILDING CONSTRUCTION.

- **SIGNATURE OF PERMITTEE:** Globe Oil Tools Co
- **ADDRESS:**
- **AUTHORIZED AGT.:** John Beitans
- **VALUATION:** $1000.00
- **P.C. $ FEE:**
- **FEE:** 6.00

76A638A DBS 3 2-53

## BUILDING APPLICATION — Page 1

- **BUILDING ADDRESS:** 11630 Sorenson
- **LOCALITY:** Los Nietos
- **NEAREST CROSS ST.:** Norwalk
- **DISTRICT NO.:** 11
- **PLAN CK. OR REC. NO.:** 1
- **PERMIT NO.:** E 40804
- **RECEIVED BY:** Lynch
- **DATE OF APPL.:**
- **DATE ISSUED:** 11/23/53
- **USE ZONE:** M-2  40'B-1
- **NO. OF PLANS:**
- **TYPE:** I
- **GROUP:** G
- **FIRE ZONE:**
- **ZONING APPROVED BY:** Lynch
- **DATED:**
- **BUILDING SETBACK LINE:** B-1 40' FPL
- **ORD. NO.:**
- **APPROVED BY:** Lynch
- **DATE:**
- **HOUSE NUMBERING MAP NUMBER:** 3316
- **NO. ASSIGNED BY:** ELIST

### CORRECTIONS

| DATE | CORRECTIONS | INSPECTOR |
|---|---|---|
| 1/26 | (1) 4 ltks, 10 plugs, 5 switch installed - Need Elect permit | |
| | (2) Gas line 25' installed - need gas permit & gauge | |
| | (3) Need inspection on furnace vents when complete | |
| | (4) Gas system permit + test | |
| | (5) 1" Transite clearance 12-2-5 | |

### APPROVALS

| | INSPECTOR'S SIGNATURE | DATE |
|---|---|---|
| FOUNDATION: LOCATION FORMS, MATERIALS | Edwards | 11/25/53 |
| FRAME: FIRE STOPS, BRACING, BOLTS | Edwards | 12-7-53 |
| FURNACE: LOCATION, GAS VENT, DUCTS | | 2-54 |
| LATH, INT. | | |
| LATH, EXT. | | |
| PLASTER, INT. | | |
| PLASTER, EXT. | | |
| HOUSE NUMBER CORRECT AND POSTED | | |
| FINAL | | 9-10-54 |

Exhibit 15-A
00000125