# EXHIBIT 8

*Rec d 3/10/97 KC*

# SUPPLEMENTAL SUBSURFACE INVESTIGATION
## 11630-11700 Burke Street
## Santa Fe Springs, CA  90670

*Prepared for:*

**LARRY PATSOURAS**
**11700 Burke Street**
**Santa Fe Springs, CA  90670**

**Project No. 1576**

**March 3, 1997**

---

## ENVIRONMENTAL AUDIT, INC. ®

Planning, Environmental Analyses and Hazardous
Substances Management and Remediation

**1000-A ORTEGA WAY**
**PLACENTIA, CA  92670-7125**
**714/632-8521**

Exhibit 8
00000063
PTFS00022472

SUPPLEMENTAL SUBSURFACE INVESTIGATION
11630-11700 Burke Street
Santa Fe Springs, CA  90670

## TABLE OF CONTENTS

| | | Page |
|---|---|---|
| 1.0 | INTRODUCTION | 1 |
| | 1.1   SCOPE | 1 |
| 2.0 | SUMMARY OF PREVIOUS INVESTIGATIONS | 2 |
| 3.0 | SUPPLEMENTAL INFORMATION ON SITE HISTORY/USE | 3 |
| | 3.1   LEGAL DESCRIPTION | 4 |
| 4.0 | NEAR AND ADJACENT PROPERTIES | 5 |
| 5.0 | FIELD WORK | 6 |
| | 5.1   DRILLING AND SOIL SAMPLING | 6 |
| | 5.2   MONITORING WELL CONSTRUCTION | 6 |
| | 5.3   WELL ELEVATIONS | 7 |
| | 5.4   GROUND WATER SAMPLING | 7 |
| | 5.5   EQUIPMENT CLEANING PROTOCOL | 7 |
| | 5.6   EFFLUENT MANAGEMENT | 7 |
| 6.0 | SUBSURFACE CONDITIONS | 8 |
| 7.0 | ANALYTICAL TESTING | 9 |
| | 7.1   SOIL SAMPLES | 9 |
| | 7.2   GROUND WATER SAMPLES | 9 |
| 8.0 | DISCUSSION | 10 |
| | 8.1   SOIL SAMPLES ANALYZED FOR ARSENIC | 10 |
| | 8.2   SOIL SAMPLE ANALYZED FOR TITLE 22 METALS | 10 |
| | 8.3   SOIL SAMPLE ANALYZED FOR TRPH, SVOCs AND PCBs | 10 |
| | 8.4   GROUND WATER SAMPLE ANALYZED FOR VOCs | 10 |
| | 8.5   GROUND WATER SAMPLE ANALYZED FOR TITLE 22 METALS | 11 |
| | 8.5.1   FILTERED SAMPLES | 11 |
| | 8.5.2   UNFILTERED SAMPLES | 11 |
| 9.0 | CONCLUSIONS AND RECOMMENDATIONS | 12 |
| | 9.1   SOIL CONTAMINATION | 12 |
| | 9.2   GROUND WATER | 12 |

Project No. 1576

ENVIRONMENTAL AUDIT, INC. ®

Exhibit 8
00000064
PTFS00022473

SUPPLEMENTAL SUBSURFACE INVESTIGATION
11630-11700 Burke Street
Santa Fe Springs, CA  90670

## TABLE OF CONTENTS

10.0   LIMITATION....................................................................   13

11.0   REFERENCES CITED........................................................   14

**TABLES:**

TABLE 1:   GROUND WATER ELEVATIONS
TABLE 2:   ANALYTICAL TESTING RESULTS FOR SOIL SAMPLES
           COLLECTED ON DECEMBER 23, 1996
TABLE 3:   ANALYTICAL TESTING RESULTS OF GROUND WATER SAMPLES
           COLLECTED ON JANUARY 13, 1997
TABLE 4:   HISTORICAL RESULTS MW-03, PHIBRO-TECH, INC.

**FIGURES:**

FIGURE 1:   LOCATION MAP
FIGURE 2:   SITE PLAN
FIGURE 3:   GROUND WATER ELEVATION CONTOUR MAP, JANUARY 16, 1997

**APPENDICES:**

APPENDIX A:   LOS ANGELES COUNTY FIRE APPROVALS
APPENDIX B:   MONITORING WELL PERMIT
APPENDIX C:   GRAPHIC GEOTECHNICAL BORING LOG
APPENDIX D:   CHAIN OF CUSTODY RECORDS AND LABORATORY REPORTS
APPENDIX E:   MONITORING WELL CONSTRUCTION DETAILS
APPENDIX F:   GROUND WATER SAMPLING LOGS

EHL:WORD:1576RPT2

Exhibit 8
00000065
PTFS00022474

SUPPLEMENTAL SUBSURFACE INVESTIGATION
11630-11700 Burke Street
Santa Fe Springs, CA  90670

## 3.0   SUPPLEMENTAL INFORMATION ON SITE HISTORY/USE

The Site includes approximately 8.5 acres containing several buildings located in a mixed urban area neighborhood, i.e., residential, commercial and industrial land uses.  In the early to mid 1970's, the Site was reportedly divided into an east and west parcel.  Currently, the east parcel contains a single building occupied by the present property owner.  This building is used to warehouse and distribute food products.  The west parcel is presently occupied by Talco.

The building on the east parcel was previously occupied by Max Rouse & Sons, Inc., industrial auctioneers, beginning in 1981 and by Master Box and Paper Company beginning in 1987.  Talco has leased the west parcel since 1983.  Palley Supply Company (Palley), a government surplus order house, occupied the Site beginning in 1973.  Globe International, Inc. (Globe), a manufacturer of oil well drilling equipment and tools, occupied the Site beginning in 1958.

In 1970, Globe received a Notice of Violation (NOV) from the Los Angeles County Engineer for discharging of liquid waste to the ground surface.  An analysis of the waste discharged indicated high levels of dissolved solids.  The waste was the result of steam cleaning and degreasing operations of steel parts prior to painting.  Oil and grease in the wastewater were not analyzed at that time.  Subsequently, Globe installed a waste disposal system in which liquid waste flowed out into the sewer after passing through two three-compartment interceptors/clarifiers.  Solid sedimentary waste products consisting of chemicals, grease, sand and steel scales estimated at 15-20 cubic feet per month was reportedly pumped from the interceptors/clarifiers and disposed of by private vendors.

In 1978, Palley received a NOV from the City of Santa Fe Springs for discharge of industrial wastewater to the public sewer system.  Palley, who was engaged in hydraulic equipment maintenance, was discharging industrial waste from a steam cleaning operation through one or both of the interceptors/clarifiers described above, to the sanitary sewer.

In 1987, the County of Los Angeles Department of Health Services requested a criminal complaint to be filed by the District Attorney's office against Palley.  The complaint was associated with the presence of the two subsurface structures (interceptors/clarifiers) consisting of three compartments and each compartment containing a black oily liquid resembling waste oil.  Palley ceased operations in 1987.

In 1988, following overflow of the abandoned clarifiers onto the east parcel of the Site during a rain storm, the City of Santa Fe Springs Fire Department directed Mr. Palley, the then property owner, to properly dispose of the hazardous waste contained in the two clarifiers and the approximately twenty 55-gallon drums also containing hazardous waste located directly adjacent to the clarifiers.  Records indicated that 3,500 gallons of hazardous waste liquid were removed from the Site on November 15, 1988.  The clarifiers were reportedly subsequently abandoned by filling the clarifiers with concrete.  EAI was unable to locate any permits issued for installation or abandonment of the clarifiers.

Talco, the current tenant occupying the west parcel of the Site, is a reprocessor of plastic resin.  Plastic scrap is purchased from producers of various manufactured plastic products.

Project No. 1576                          - 3 -                          *ENVIRONMENTAL AUDIT, INC.* ®

Exhibit 8
00000066
PTFS00022477

SUPPLEMENTAL SUBSURFACE INVESTIGATION
11630-11700 Burke Street
Santa Fe Springs, CA 90670

The scrap plastic is ground and extruded into pellets for reuse by the same industry. Talco presently uses and/stores a variety of hazardous or regulated materials on Site. These include gasoline, diesel fuel, liquid propane gas, acetylene, oxygen, waste oil, lubricating oil, and detergents. Current material safety data sheets are maintained on Site (see AIG, 1994).

## 3.1   LEGAL DESCRIPTION

The Site is defined by the County of Los Angeles, Office of Assessor, as Assessor's I.D. No. Map Book 8168, Page 1, Parcel 8. The legal description of the Site is as follows: "Colima tract in the Rancho Santa Gentrudes lot com at intersection of SE line of Burke St. w/NE line of SPRR R/W th SW on sd SE line 805.71' th S7°33'30"W 509.79' th SE and following bdry line of sd R/W to beg part of ASC De Polloreno 371 AC Allot."

ENVIRONMENTAL AUDIT, INC. ®

Exhibit 8
00000067
PTFS00022478

# TABLES

Exhibit 8
00000068
PTFS00022489

SUPPLEMENTAL SUBSURFACE INVESTIGATION
11630-11700 Burke Street
Santa Fe Springs, CA  90670

# TABLE 1

## GROUND WATER ELEVATIONS

Page 1 of 1

| DATE | ELEVATION OF TOP SURFACE OF PVC WELL CASING (FEET MSL) | MEASURED DEPTH TO GROUND WATER (FEET bgs) | MEASURED DEPTH TO PRODUCT | PRODUCT THICKNESS | GROUND WATER ELEVATION (FEET MSL) |
|---|---|---|---|---|---|
| **MW-1** | 152.83 | | | | |
| 10-05-95 | | 35.83[1] | - | 0 | 117.00 |
| 01-13-97 | | 38.33[1] | - | 0 | 114.50 |
| **MW-2** | 149.66 | | | | |
| 01-13-97 | | 32.14[1] | - | 0 | 117.52 |
| **MW-03** | 151.71 | | | | |
| 01-13-97 | | 37.52[2] | - | 0 | 114.19 |

NOTES:

(1)    Depth to water is as measured from the top of PVC well casing.
(2)    Depth to water is as measured from the top of traffic cover (Phibro-Tech).
MSL    Mean sea level
bgs    Below ground surface

EHL:\WORD:1576T1

*Project No. 1576*

*ENVIRONMENTAL AUDIT, INC.* ®

Exhibit 8
00000069
PTFS00022490

SUPPLEMENTAL SUBSURFACE INVESTIGATION
11630-11700 Burke Street
Santa Fe Springs, CA  90670

## TABLE 2

## ANALYTICAL TESTING RESULTS FOR SOIL SAMPLES COLLECTED ON DECEMBER 23, 1996

Parts per Million (ppm)

Page 1 of 1

| SAMPLES I.D. # | | TRPH | SVOCs | PCBs | Arsenic | Title 22 Metals |
|---|---|---|---|---|---|---|
| SS-1 | *Depth* 3"-4" | NA | NA | NA | ND | NA |
| S-2 | 3'-4" | NA | NA | NA | NA | (1) |
| S-3 | 3'-4" | NA | NA | NA | ND | NA |
| SS-4 | 24" | 7,530 | ND | ND | NA | NA |
| SS-5 | 15"-18" | NA | NA | NA | ND | NA |

NOTES:

NA    Not analyzed.
ND    Not detected above laboratory reportable limit.
(1)    No metals were detected above Title 22 Total Threshold Limit Concentration (TTLC) and/or 10 x Soluble Threshold Limit Concentration (STLC) Values.

      Metals detected (ppm):

| | |
|---|---|
| Barium | 77.3 |
| Cadmium | 1.9 |
| Chromium | 12.8 |
| Cobalt | 4.7 |
| Copper | 13.5 |
| Nickel | 6.0 |
| Vanadium | 24.7 |
| Zinc | 27.0 |

      No other metals were detected above the laboratory reportable limit.

EHL:WORD:1576T2

Project No. 1576

*ENVIRONMENTAL AUDIT, INC.* ®
Exhibit 8
00000070
PTFS00022491

TABLE 4
HISTORICAL RESULTS MW-03
PHIBRO-TECH, INC.

| Monitor Well No./Date | Groundwater Elevation (Feet MSL) | METALS | | | | PURGEABLE | | | | HALOCARBONS |
| | | | | | | AROMATICS | | | | |
| | | Hexavalent Chromium (mg/L) | Total Chromium (mg/L) | Cadmium (mg/L) | Copper (mg/L) | Benzene (ug/L) | Toluene (ug/L) | Ethyl-Benzene (ug/L) | Total Xylenes (ug/L) | Trichloroethene (ug/L) |
|---|---|---|---|---|---|---|---|---|---|---|
| MW-03 | | | | | | | | | | |
| Jan-89 | 95.02 | <0.01 | <0.014 | <0.003 | <0.009 | 7.4 | 17 | 4,900 | 1,500 | 74 |
| Apr-89 | 99.29 | <0.05 | 0.07 | <0.01 | <0.02 | <50 | <50 | 1,200 | 60 | 110 |
| Jul-89 | 98.21 | <0.05 | 0.08 | <0.01 | <0.02 | <7 | <10 | 10 | <10 | 120 |
| Oct-89 | 94.75 | <0.05 | <0.02 | <0.01 | <0.05 | <50 | <100 | 1,600 | 150 | <100 |
| Jan-90 | 95.98 | <0.02 | <0.01 | <0.01 | <0.02 | <5 | <5 | 110 | <10 | 65 |
| Apr-90 | 97.72 | <0.02 | <0.01 | <0.005 | <0.02 | <50 | <50 | 2,100 | 720 | 74 |
| Jul-90 | 99.27 | <0.02 | <0.01 | <0.01 | <0.02 | <5 | <5 | <5 | <10 | 130 |
| Oct-90 | 97.29 | <0.02 | <0.01 | <0.005 | <0.02 | 9 | 2 | <1 | <1 | 130 |
| Jan-91 | 97.69 | <0.02 | <0.01 | <0.005 | <0.02 | <0.5 | <1 | <1 | <1 | 38 |
| Apr-91 | 99.81 | <0.02 | <0.01 | <0.005 | <0.02 | <0.5 | <1 | <1 | <1 | 27 |
| Jul-91 | 101.63 | <0.02 | <0.01 | <0.005 | <0.02 | <0.5 | <1 | <1 | <1 | 28 |
| Oct-91 | 100.99 | <0.02 | <0.01 | <0.005 | 0.03 | <0.5 | <1 | <1 | <1 | 71 |
| Jan-92 | 103.44 | <0.05 | <0.0081 | <0.0027 | 0.02 | <1 | <1 | <1 | 4 | 76 |
| Apr-92 | 105.04 | <0.02 | <0.02 | <0.005 | <0.02 | <0.5 | <1 | <1 | <0.5 | 25 |
| Jul-92 | 106.61 | <0.02 | 0.02 | <0.005 | 0.13 | <0.5 | <1 | <1 | <1 | 76 |
| Oct-92 | 103.93 | <0.02 | <0.02 | <0.005 | 0.038 | 0.52 | <1 | <1 | <1 | 130 |
| Jan-93 | 107.28 | <0.02 | <0.01 | <0.005 | 0.096 | <2.5 | <5 | <5 | <5 | 84 |
| Apr-93 | 115.17 | <0.02 | <0.01 | <0.005 | <0.02 | <0.5 | <1 | <1 | <1 | 12 |
| Jul-93 | 115.92 | <0.02 | <0.01 | <0.005 | <0.02 | <0.5 | 3.3 | 2.6 | 5.9 | 16 |
| Oct-93 | 115.67 | <0.02 | <0.01 | <0.005 | <0.02 | <0.5 | <1 | 2.6 | 4.8 | 17 |
| Jan-94 | 115.69 | <0.02 | <0.01 | <0.005 | <0.02 | <0.5 | <1 | <1 | <1 | 10 |
| Apr-94 | 116.33 | <0.02 | <0.01 | <0.005 | <0.02 | <0.5 | <1 | <1 | <1 | 15 |
| Jul-94 | 116.91 | <0.02 | <0.01 | <0.005 | <0.02 | <0.5 | <1 | <1 | <1 | 26 |
| Oct-94 | 110.85 | <0.02 | <0.01 | <0.005 | <0.02 | 1.2 | 3.5 | 1.5 | 12 | 76 |
| Jan-95 | 111.83 | <0.02 | <0.01 | <0.005 | <0.02 | <0.5 | <1 | <1 | <1 | 72 |
| Apr-95 | 117.83 | <0.02 | 0.0023 | <0.001 | <0.02 | <0.5 | <1 | 1.3 | <1 | 57 |
| Jul-95 | 119.20 | <0.02 | <0.01 | <0.005 | <0.02 | <0.5 | 2.0 | 5.2 | 8.8 | 9.5 |
| Oct-95 | 115.45 | <0.02 | <0.01 | <0.005 | <0.02 | <0.5 | <1 | 1.7 | 3.3 | 30 |
| Jan-96 | 113.41 | <0.02 | <0.01 | <0.005 | <0.02 | <0.5 | <1 | <1 | 5.1 | 26 |
| Apr-96 | 116.73 | <0.02 | <0.01 | <0.005 | <0.02 | <0.5 | <1 | 2.8 | 3.6 | 46 |
| Jul-96 | 116.33 | <0.01 | <0.01 | <0.005 | <0.02 | <0.5 | 1.8 | 9.0 | 12 | 17 |
| Oct-96 | 112.45 | <0.01 | <0.01 | <0.005 | <0.02 | <0.5 | <1 | 5.4 | 6.2 | 21 |

Source: Phibro-Tech, Inc. October 1996 Quarterly Monitoring Report
Note: < = Not detected at or above concentration limit listed.

Project No. 1576

ENVIRONMENTAL AUDIT, INC.®
Exhibit 8
00000071
PTFS00022493



**Calscience**
**Environmental**
**Laboratories, Inc.**


ACCREDITED

## ANALYTICAL REPORT

Environmental Audit, Inc.
1000-A Ortega Way
Placentia, CA 92670-7125

Attn: Ed Leonhardt
RE: Burke St./1576

| | |
|---|---|
| Date Sampled: | 01/13/97 |
| Date Received: | 01/13/97 |
| Date Extracted: | P/T |
| Date Analyzed: | 01/16/97 |
| Work Order No.: | 97-01-104 |
| Method: | EPA 524.2 |
| Page 1 of 2 | |

Report for sample number MW-2. All concentrations are reported in µg/L (ppb). ND denotes not detected at indicated reportable limit. DF and RL denote dilution factor and reporting limit, respectively. Each sample was received in a chilled state, intact, and with chain-of-custody attached.

| Analyte | Blank | Sample | RL | DF | Analyte | Blank | Sample | RL | DF |
|---|---|---|---|---|---|---|---|---|---|
| Dichlorodifluoromethane | ND | ND | 0.5 | 1 | 2-Hexanone | ND | ND | 0.5 | 1 |
| Chloromethane | ND | ND | 0.5 | 1 | Toluene | ND | ND | 0.5 | 1 |
| Vinyl Chloride | ND | ND | 0.5 | 1 | t-1,3-Dichloropropene | ND | ND | 0.5 | 1 |
| Bromomethane | ND | ND | 0.5 | 1 | 1,1,2-Trichloroethane | ND | ND | 0.5 | 1 |
| Chloroethane | ND | ND | 0.5 | 1 | Tetrachloroethene | ND | 296 | 20 | 20 |
| Iodomethane | ND | ND | 0.5 | 1 | 1,3-Dichloropropane | ND | ND | 0.5 | 1 |
| Trichlorofluoromethane | ND | ND | 0.5 | 1 | Dibromochloromethane | ND | ND | 0.5 | 1 |
| Acetone | ND | ND | 2.0 | 1 | 1,2-Dibromoethane | ND | ND | 0.5 | 1 |
| 1,1-Dichloroethene | ND | 33.2 | 0.5 | 1 | Chlorobenzene | ND | ND | 0.5 | 1 |
| Methylene Chloride | ND | ND | 0.5 | 1 | 1,1,1,2-Tetrachloroethane | ND | ND | 0.5 | 1 |
| Methyl-t-Butyl Ether | ND | ND | 0.5 | 1 | Ethylbenzene | ND | ND | 0.5 | 1 |
| t-1,2 Dichloroethene | ND | ND | 0.5 | 1 | m/p-Xylene | ND | ND | 0.5 | 1 |
| Carbon Disulfide | ND | ND | 0.5 | 1 | o-Xylene | ND | ND | 0.5 | 1 |
| Diethyl Ether | ND | ND | 0.5 | 1 | Styrene | ND | ND | 0.5 | 1 |
| 1,1-Dichloroethane | ND | 1.3 | 0.5 | 1 | Bromoform | ND | ND | 0.5 | 1 |
| Methyl Acrylate | ND | ND | 0.5 | 1 | Isopropylbenzene | ND | ND | 0.5 | 1 |
| Chloroacetonitrile | ND | ND | 0.5 | 1 | Bromobenzene | ND | ND | 0.5 | 1 |
| 2-Butanone | ND | ND | 1.0 | 1 | 1,1,2,2-Tetrachloroethane | ND | ND | 0.5 | 1 |
| 2,2-Dichloropropane | ND | ND | 0.5 | 1 | 1,2,3-Trichloropropane | ND | ND | 0.5 | 1 |
| c-1,2-Dichloroethene | ND | ND | 0.5 | 1 | n-Propylbenzene | ND | ND | 0.5 | 1 |
| Bromochloromethane | ND | ND | 0.5 | 1 | 2-Chlorotoluene | ND | ND | 0.5 | 1 |
| Chloroform | ND | 1.5 | 0.5 | 1 | 4-Chlorotoluene | ND | ND | 0.5 | 1 |
| 1,1,1-Trichloroethane | ND | 7.9 | 0.5 | 1 | 1,3,5-Trimethylbenzene | ND | ND | 0.5 | 1 |
| 1-Chlorobutane | ND | ND | 0.5 | 1 | t-Butylbenzene | ND | ND | 0.5 | 1 |
| Allyl Chloride | ND | ND | 0.5 | 1 | s-Butylbenzene | ND | ND | 0.5 | 1 |
| Methacrylonitrile | ND | ND | 1.0 | 1 | 1,2,4-Trimethylbenzene | ND | ND | 0.5 | 1 |
| Methyl Methacrylate | ND | ND | 0.5 | 1 | 4-Isopropyltoluene | ND | ND | 0.5 | 1 |
| Ethyl Methacrylate | ND | ND | 0.5 | 1 | 1,3-Dichlorobenzene | ND | ND | 0.5 | 1 |
| Tetrahydrofuran | ND | ND | 0.5 | 1 | 1,4-Dichlorobenzene | ND | ND | 0.5 | 1 |
| Propionitrile | ND | ND | 1.0 | 1 | n-Butylbenzene | ND | ND | 0.5 | 1 |
| Pentachloroethane | ND | ND | 5.0 | 1 | 1,2-Dichlorobenzene | ND | ND | 0.5 | 1 |
| 1,1-Dichloropropene | ND | ND | 0.5 | 1 | Hexachloroethane | ND | ND | 0.5 | 1 |
| Carbon Tetrachloride | ND | ND | 0.5 | 1 | 1,2-Dibromo-3-Chloropropane | ND | ND | 0.5 | 1 |
| Benzene | ND | ND | 0.5 | 1 | Nitrobenzene | ND | ND | 0.5 | 1 |
| 1,2-Dichloroethane | ND | ND | 0.5 | 1 | 1,2,4-Trichlorobenzene | ND | ND | 0.5 | 1 |
| Trichloroethene | ND | 14.5 | 0.5 | 1 | Hexachloro-1,3-butadiene | ND | ND | 0.5 | 1 |
| 1,2-Dichloropropane | ND | ND | 0.5 | 1 | Naphthalene | ND | ND | 0.5 | 1 |
| Dibromomethane | ND | ND | 0.5 | 1 | 1,2,3-Trichlorobenzene | ND | ND | 0.5 | 1 |
| Bromodichloromethane | ND | ND | 0.5 | 1 | 4-Methyl-2-Pentanone | ND | ND | 0.5 | 1 |
| 2-Nitropropane | ND | ND | 0.5 | 1 | 1,1-Dichloropropanone | ND | ND | 0.5 | 1 |
| c-1,3-Dichloropropene | ND | ND | 0.5 | 1 | t-1,4-Dichloro-2-Butene | ND | ND | 0.5 | 1 |
| | | | | | Acrylonitrile | ND | ND | 2.0 | 1 |

Exhibit 8
00000072

PTFS00022543