# EXHIBIT 19

FIRE DEPARTMENT
11425 Davenrich
Un-8-1713

March 19, 1959

Mr. John Bertaina
Globe Oil Tool
11630 Burke
Santa Fe Springs, Calif.

Dear sir,

   As per our conversation on Wednesday March 18, I am sending this outline of the requirements for the construction of an outside acetylene generator house.

   1. The location as agreed just north of the present generator house is satisfactory.

   2. Walls and roof of generator house shall be of noncombustible material.

   3. Exit doors shall be located so as to be readily accessible in case of emergency.

   4. A portion of the exterior walls equal to not less than 10 percent of the combined areas of the enclosing walls shall be of light noncombustible material, preferably single thickness, single strength glass. Single strength window glass skylights or lightly fastened foor hatch covers, swinging doors fixed to open outward, sheet metal siding or lightly fastened roofs may be accepted in part in lieu of the glass area, provided the required percentage of explosion venting area is thus obtained.

   5. The space around the generator shall be ample for free and unobstructed operation and maintenance and permit ready adjustment and charging.

   6. The generator house shall be well ventilated, employing vents at floor and ceiling level.

   7. Any heating shall be by steam, hot water, or other indirect heating system; the furnace or other heat producing means shall be so located that no flame, fire or electrically heated element is in the generator house or in any enclosure communicating with it.

Exhibit 19
00000190

PTFS00022391

-2-

8. Wiring, lighting, electrical motors and equipment, water supply connection, drain connection, escape or relief pipes, and the maintenance and operation shall comply with the requirements of the National Board of Fire Underwriters pamphlet number 51 (Installation and operation of Gas Systems for welding and cutting).

If this Department can be of further assistance in this matter please call on us.

Very Sincerely,

B.J Thompson
Fire Prevention Officer
Santa Fe Springs Fire Dept.
Santa Fe Springs Calif.

Exhibit 19
00000191

PTFS00022392