WILLIAM D. WICK (State Bar No. 063462)
bwick@ww-envlaw.com
ANNA L. NGUYEN (State Bar No. 226829)
anguyen@ww-envlaw.com
WACTOR & WICK LLP
3640 Grand Avenue, Suite 200
Oakland CA 94610-2023
Telephone: (510) 465-5750

Attorneys for Defendant, Counter-Complainant, and Cross-Complainant
HALLIBURTON AFFILIATES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| ARCONIC INC., et al.,<br><br>    Plaintiffs,<br>v.<br>APC INVESTMENT CO., et al.,<br><br>    Defendants. | Case No. 2:14-cv-06456 GW (Ex.)<br><br>**DECLARATION OF WILLIAM D. WICK IN SUPPORT OF PATSOURAS DEFENDANTS' REPLY IN THEIR MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFFS** |
| AND RELATED CROSS ACTIONS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | |

I, William D. Wick, declare as follows:

1. I am an attorney at law admitted to the California State Bar and the Central District of California. I am a partner at Wactor & Wick LLP, 3640 Grand Avenue, Suite 200, Oakland, CA 94610. I represent Halliburton Affiliates, LLC in this case.

2. I have personal knowledge of the facts set forth in this declaration.

3. Attached as **Exhibit A** is a true and correct copy of the Expert Report of Dr. Jean Kulla, January 2021.

4. Attached as **Exhibit B** is a true and correct copy of an excerpt from EAI's Updated Site Conceptual Model and Request for Low Risk Closure, Environmental Audit, Inc., June 17, 2010, produced in discovery by Plaintiffs (PTFS00024509, PTFS00024525-6).

5. Attached as **Exhibit C** is a true and correct copy of Dr. Jean Kulla's Rebuttal of Mutch Expert Report.

6. Attached as **Exhibit D** is a true and correct copy of a County of Los Angeles Public Health document titled "Residential Soil Sampling, Chromium 6 in the City of Paramount," Table 1, p. 6, showing 64 mg/kg as background level for Chromium).

7. Attached as **Exhibit E** are a true and correct copies of excerpts from the transcripts of Mr. Mutch's depositions.

8. Attached as **Exhibit F** is an excerpt from "Phase II Preliminary Contamination Assessment," PSI, Aug. 18, 1994, (PTFS00022790, PTFS00022803).

9. Attached as **Exhibit G** is an excerpt from "Subsurface Investigation

Report," EAI, Dec. 18, 1995 (PTFS00022570, PTFS00022647-648).

10. Attached as **Exhibit H** is an excerpt from "Supplemental Site Assessment and First Quarter 2010 Ground Water Monitoring Report," EAI, Feb. 10, 2020, p. 11.

11. Attached as **Exhibit I** is a true and correct copy of Dr. Kulla's groundwater contours (Exhibit 155 to Dr. Kulla's deposition).

12. Attached as **Exhibit J** is a true and correct copy of an AECOM letter to the Los Angeles Regional Water Quality Control Board dated February 20, 2019, including Figures 1 and 2, presenting a work plan for evaluating groundwater conditions downgradient of Pilot's former facility.

13. Attached as **Exhibit K** is a true and correct copy of an excerpt from the San Francisco Bay Regional Water Quality Control Board "User's Guide: Derivation and Application of Environmental Screening Levels (ESLs)," INTERIM FINAL 2019 (Revision 1).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on April 15, 2021, in Oakland, California.

*/s/ William D. Wick*
WILLIAM D. WICK