| | |
|---|---|
| 1 | LATHROP GPM LLP |
| 2 | Nancy Sher Cohen, Bar No. 81706<br>  nancy.cohen@lathropgpm.com |
| 3 | Ronald A. Valenzuela, Bar No. 210025<br>  ronald.valenzuela@lathropgpm.com |
| 4 | 2049 Century Park East, Suite 3500S<br>Los Angeles, California 90067-1623 |
| 5 | Telephone: (310) 789-4600<br>Facsimile:   (310) 789-4601 |
| 6 | |
| 7 | Attorneys for Plaintiffs<br>Arconic Inc. et al. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARCONIC INC., et al., | Case No. 2:14-cv-06456 GW (Ex.) |
| Plaintiffs, | **PLAINTIFFS' REQUEST FOR RULING ON EVIDENTIARY OBJECTIONS RE: DEFENDANT UNION PACIFIC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPP'N TO PLS.' MOT. FOR PARTIAL SUMM. J. AS TO CERTAIN ELEMENTS OF CERCLA LIABILITY (DOCKET NO. 937)** |
| v. | |
| APC INVESTMENT CO., et al., | |
| Defendants. | |
| | **Hearing**:<br>Date:    May 17, 2021<br>Time:    8:30 a.m.<br>Place:   Courtroom 9D, 9th Floor<br>            350 W. 1st Street<br>            Los Angeles, CA 90012<br>Judge:   Hon. George H. Wu |
| AND RELATED CROSS ACTIONS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | |

## **REQUEST FOR RULING ON EVIDENTIARY OBJECTIONS**

Plaintiffs Arconic Inc., et al. ("Plaintiffs"), hereby request a ruling on their objections to evidence submitted by Defendant Union Pacific in support of its Opposition to Plaintiffs' Motion for Partial Summary Judgment as to the Chrysler Property (Docket No. 937).

### **Objection No. 1**

Plaintiffs object to Union Pacific's request that the Court take judicial notice of Exhibits 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 33, 35, 36, and 37 to Union Pacific's Request for Judicial Notice, which are environmental reports prepared by consultants hired by Defendant and then submitted to public agencies.[1] Such reports are not "records and reports of administrative bodies," and Defendants' request for judicial notice is unsupported by the cases cited in its request.

To the extent the Court takes judicial notice of the environmental reports attached to Union Pacific's Request for Judicial Notice, Plaintiffs respectfully request that, for the same reasons stated by Union Pacific in its Request for Judicial Notice (Docket No. 937 Page ID#:27945), the Court also take judicial notice of the consultant-prepared environmental reports related to the Union Pacific Property that Plaintiffs submitted with the Declaration of Sarah E. Lintecum[2] in Support of their

---

[1] Ex. 17 (Docket No. 934-17 Page ID#:27764-72); Ex. 18 (Docket No. 934-18 Page ID#:27773-80); Ex. 19 (Docket No. 934-19 Page ID#:27781-83); Ex. 20 (Docket No. 934-20 Page ID#:27784-86); Ex. 21 (Docket No. 934-21 Page ID#:27787-801); Ex. 22 (Docket No. 934-22 Page ID#:27802-5); Ex. 23 (Docket No. 934-23 Page ID#:27806-11); Ex. 24 (Docket No. 934-24 Page ID#:27812-15); Ex. 25 (Docket No. 934-25 Page ID#:27816-18); Ex. 26 (Docket No. 934-26 Page ID#:27819-20); Ex. 33 (Docket No. 934-33 Page ID#:27838-41); Ex. 35 (Docket No. 934-35 Page ID#:27849-73); Ex. 36 (Docket No. 934-36 Page ID#:27874-901); Ex. 37 (Docket No. 934-37 Page ID#:27902-18).

[2] Corrected Lintecum Decl., Jan. 20, 2021 (Docket No. 905-2 at Page ID #:25830-32).

Motion for Partial Summary Judgment as to Certain Elements of CERCLA Liability. They are Exhibits 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 93, and 94.[3]

- Sustained _____
- Overruled _____

Dated: April 29, 2021

Lathrop GPM LLP

By: */s/ Nancy Sher Cohen*

Nancy Sher Cohen
Ronald A. Valenzuela
Attorneys for Plaintiffs
ARCONIC INC., et al.

---

[3] Ex. 62 (Docket No. 903-168 Page ID#:23071-88); Ex. 63 (Docket No. 903-169 Page ID #:23089-353); Ex. 64 (Docket No. 903-170 Page ID#:23354-404); Ex. 65 (Docket No. 903-171 Page ID#:23405-500); Ex. 66 (Docket No. 903-172 Page ID#:23501-716); Ex. 67 (Docket No. 903-173 Page ID#:23717-903); Ex. 68 (Docket No. 903-174 Page ID#:23904-4088); Ex. 69 (Docket No. 903-175 Page ID#:24089-299); Ex. 70 (Docket No. 903-176 Page ID#:24300-14); Ex. 71 (Docket No. 903-177 Page ID#:24315-61); Ex. 93 (Docket No. 903-199 Page ID#:25207-29); Ex. 94 (Docket No. 903-200 Page ID#:25230-43).