UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARCONIC INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>APC INVESTMENT CO., et al.,<br><br>    Defendants. | Case No. CV 14-6456-GW-Ex<br><br>**ORDER RESETTING SEPTEMBER 9, 2021 HEARINGS ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT. NO. 903) AND CERTAIN DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT (DKT. NO. 902)**<br><br>Judge: Hon. George H. Wu |
| AND RELATED CROSS ACTIONS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | |

Having considered the Stipulation for Order Resetting the September 9, 2021 hearings on: Plaintiffs' January 14, 2021 Motion for Partial Summary Judgment as to Certain Elements of CERCLA Liability against Defendants APC Investment Co.; Lynnea R. McCann; Associated Plating Co.; Darrell K. Golnick; Associated Plating Co., Inc.; Clare S. Golnick; Gordon E. McCann; Cheryl A. Golnick; Earl Mfg. Co., Inc.; Claudette Earl; Phibro-Tech, Inc.; First Dice Road Co.; Union Pacific Railroad Co.; and Kekropia, Inc. (Docket No. 903) ("Plaintiffs' Motion"); and Defendants Union Pacific Railroad Co.; Kekropia, Inc.; Halliburton Affiliates, LLC; Intervenors Fireman's Fund Insurance Co. and Federal Insurance Co. as insurers of Palley Supply Co.; Ferro Corp.; and PMC Specialties Group, Inc. January 14, 2021 Motion for Summary Judgment (Docket No. 902) ("Certain Defendants' Motion"); and the related motions and requests to the Court concerning Plaintiffs' Motion and Certain Defendants' Motion, and finding good cause therefore, the Court hereby GRANTS the parties' request for entry of this order.

The hearings on Plaintiffs' Motion and Certain Defendants' Motion is set for January 31, 2022 at 8:30 a.m. The reply brief shall be filed by January 17, 2022.

IT IS SO ORDERED.

DATED: August 26, 2021

HON. GEORGE H. WU,
United States District Judge

- 1 -

Respectfully submitted by:

LATHROP GPM LLP
Nancy Sher Cohen, Bar No. 81706
　nancy.cohen@lathropgpm.com
Ronald A. Valenzuela, Bar No. 210025
　ronald.valenzuela@lathropgpm.com
2049 Century Park East, Suite 3500S
Los Angeles, California 90067-1623
Telephone:　310.789.4600
Facsimile:　310.789.4601

Attorneys for Plaintiffs
BASF Corporation et al.

- 2 -