**SSL LAW FIRM LLP**
Zachary R. Walton (Bar No. 181041)
Robert B. Martin III (Bar No. 235489)
505 Montgomery Street, Suite 620
San Francisco, CA 94111
Telephone:  (415) 814-6400
Facsimile:  (415) 814-6401
E-mail:  zack@ssllawfirm.com; rob@ssllawfirm.com

*Attorneys for Defendants Phibro-Tech, Inc. and First Dice Road Company*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCONIC, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>APC INVESTMENT CO., et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | Case 2:14-cv-06456 GW (Ex.)<br><br>**JOINT DEFENDANTS' REPLY IN SUPPORT OF APPOINTMENT OF SPECIAL MASTER FOR SETTLEMENT AND CONTINUANCE OF JANUARY 31, 2022 MSJ HEARING** |

1 | Through undersigned Liaison Counsel, Defendants jointly reply to Plaintiffs' objections and opposition, separately filed on January 20, 2022 and January 21, 2022 (ECF Nos. 1003, 1004.)

Defendants reiterate their request for appointment of a Special Master for purposes of supervising settlement. Plaintiffs misrepresent in their opposition that a private mediator is assisting "Defendants." As noted in Defendants' initial request, a mediator is assisting a small *subset* of Defendants, not all of them, and Defendants' request for appointment of special master is made jointly by *all* Defendants.

Defendants also disagree that their request for the Court to appoint a special master was improper. Defendants asked for *two weeks* whether Plaintiffs would agree to continue the MSJ hearings, but Plaintiffs did not provide their position. Following the filing of Defendants' request, Plaintiffs came up with their position in one day. Both sides here see the other as playing games, which is exactly the type of situation where a special master could assist through supervisory powers.

Finally, if the Court were inclined to proceed with the MSJ hearings, Defendants believe there is some merit to Plaintiffs' suggestion to hear certain of the motions on different days. Because there are some scheduling conflicts among defense counsel (including at least one defense counsel who is unavailable on February 14, 2022), Defendants request the Court schedule a status conference for the Court and parties to discuss any continued hearing schedule and structure.

Or, if the Court is inclined to proceed with the MSJ hearing scheduled for January 31, 2022, Defendants respectfully request the Court provide some guidance as to the amount of time reserved to each side for argument, and if the Court has a preference as to the structure of the arguments (*e.g.*, argument on legal standards first, followed by argument on individual properties).

//

//

//

Respectfully submitted,

Dated: January 24, 2022

SSL LAW FIRM LLP

By: /s/ Robert B. Martin III
Robert B. Martin III
*Attorneys for Defendants*
PHIBRO-TECH, INC. and FIRST DICE ROAD COMPANY
and Liaison Counsel for Defendants