UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter
directly immediately after e-filing form.  *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| | |
|---|---|
| 1a. Contact Person for this Order | Laura A. Brayton |
| 2a. Contact Phone Number | 310-789-4667 |
| 3a. Contact E-mail Address | laura.brayton@lathropgpm.com |
| 1b. Attorney Name (if different) | Ronald A. Valenzuela |
| 2b. Attorney Phone Number | 310-789-4660 |
| 3b. Attorney E-mail Address | ronald.valenzuela@lathropgpm.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

LATHROP GPM LLP
2049 Century Park East, Suite 3500
Los Angeles, CA 90067
(310) 789-4600

| | |
|---|---|
| 5. Name & Role of Party Represented | BASF Corporation, et al. - Plaintiffs |
| 6. Case Name | BASF Corporation, et al. v. APC Investment Co., et al. |
| 7a. District Court Case Number | CV-14-6456-GW(Ex) |
| 7b. Appeals Court Case Number | |

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:

[ ] DIGITALLY RECORDED   [x] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Terri A. Hourigan

9. THIS TRANSCRIPT ORDER IS FOR:   [ ] Appeal  [x] Non-Appeal   [ ] Criminal  [x] Civil   [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type:   *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

b. SELECT FORMAT(S) *(CM/ECF access included with purchase of transcript.)*

c. RELEASE OF TRANS. RESTRICTION DATE *(Provide release date of efiled transcript, or check to certify none yet on file.)*

d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/27/22 | | Hon. Wu | | ⦿ | ○ | ○ | ○ | ○ | ○ | ○ _____ | EXPEDITED (7-day)▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12. ORDER & CERTIFICATION.  By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.   Date  01/27/2022   Signature  *[signature]*

G-120 (06/18)