UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-6456-GW(Ex) | Date | January 27, 2022 |
|---|---|---|---|
| Title | *BASF Corporation, et al. v. APC Investment Co., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ronald A. Valenzuela<br>Nancy S. Cohen | Robert Martin - Liaison Counsel<br>Steve V. Ardis<br>Robert D. Doty<br>Christopher G. Foster<br>Earl L. Hagstrom<br>Tammy M.J. Hong<br>Megan S. Meadows<br>Pete Nyquist<br>Victor Otten<br>Nicholas Pak<br>Daniel E. Trowbridge<br>Zachary Walton<br>William D. Wick |

**PROCEEDINGS:** TELEPHONIC CONFERENCE ON JOINT DEFENDANTS' REQUEST FOR CONTINUANCE OF JANUARY 31, 2022 MSJ HEARING AND APPOINTMENT OF SPECIAL MASTER FOR SETTLEMENT [1001]

Court hears oral argument. For reasons stated on the record, Joint Defendants' Request [1001] is granted in part and denied in part. The parties are to meet and confer, and file a stipulation re scheduling of motions for summary judgment by noon on February 2, 2022. Appointment of special master will be considered after the summary judgment motions have been resolved. The Court tentatively sets a status conference for February 3, 2022 at 8:30 a.m.

The Motions for Summary Judgment [902][903] set for January 31, 2022 are taken off-calendar.

 :  20

Initials of Preparer   JG