UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 14-6456-GW(Ex)** | Date | February 2, 2022 |

| | | | |
|---|---|---|---|
| Title | ***Arconic, Inc., et al. v. APC Investment Co., et al.*** | Page | 1 of 2 |

Present: The Honorable   **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS - ORDER**

 The parties have filed a joint status report which indicates that they were unable to come to an agreement on the proposed schedule for the pending summary judgment motions.  The parties were not able to come to a consensus on whether: (1) there should be a separate stand-alone hearing for "common legal issues;" (2) how the parties should be grouped; and (3) whether the hearings should be set 7 or 14 days apart.  *See generally* Joint Status Report Re: Hearing Schedule for Pending Summary Judgment ("Joint Rep."), ECF No. 1011.

 The Court is inclined to set the following hearing schedule:

| Hearing Date | Motion/Property | Supp. Brief Date |
|---|---|---|
| March 14, 2022 | Hearing on Common Legal Issues and Objections to Plaintiffs' Late-Filed Brief and Improper Sur-Reply | February 28, 2022 |
| April 18, 2022 | Phibro-Tech / Chrysler | April 4, 2022 |
| May 2, 2022 | Associated Plating / Earl Mfg. | April 18, 2022 |
| May 16, 2022 | Patsouras / PMC | May 2, 2022 |

 As the briefing was already separated into common legal issues and other briefing that touches on factual matter specific to each property, the Court finds that it would be beneficial to resolve common legal issues first.  After resolving the common legal issues, the Court wants to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 14-6456-GW(Ex) | Date | February 2, 2022 |
|---|---|---|---|

| Title | *Arconic, Inc., et al. v. APC Investment Co., et al.* | Page | 2 of 2 |
|---|---|---|---|

hold the other hearings starting one month thereafter to allow parties to fully grapple with the Court's decisions on legal issues and to also give the Court more time to fully consider the voluminous briefing filed by the parties. The Court will then hold the subsequent hearings two weeks apart, in order to ensure that the Court has sufficient time to produce tentative orders in preparation for each hearing. The Court chose to group the properties as above in an attempt to evenly distribute the briefing that the Court would have to consider at each hearing. The parties shall discuss issues with the Court's proposed schedule at the upcoming hearing.