UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-6456-GW(Ex) | Date | February 3, 2022 |
|---|---|---|---|
| Title | *BASF Corporation, et al. v. APC Investment Co., et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Ronald A. Valenzuela
Nancy S. Cohen

Attorneys Present for Defendants:

Robert Martin - Liaison Counsel
Robert D. Doty
Christopher G. Foster
Farheena Habib
Earl L. Hagstrom
James B. Harris
Tammy M.J. Hong
Megan S. Meadows
Pete Nyquist
Victor Otten
Nicholas Pak
Zachary Walton
William D. Wick

**PROCEEDINGS:** TELEPHONIC CONFERENCE

Court and counsel confer. For reasons stated on the record, the Court adopts its schedule issued on February 2, 2022 [1012].

The Status Conference set for March 28, 2022 is taken off-calendar.

: 11

Initials of Preparer   JG