WILLIAM D. WICK (State Bar No. 063462)
   bwick@ww-envlaw.com
ANNA L. NGUYEN (State Bar No. 226829)
   anguyen@ww-envlaw.com
WACTOR & WICK LLP
3640 Grand Avenue, Suite 200
Oakland CA 94610-2023
Telephone: (510) 465-5750

Attorneys for Defendant, Counter-Complainant, and Cross-Complainant
HALLIBURTON AFFILIATES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| ARCONIC INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>APC INVESTMENT CO., et al.,<br><br>    Defendants. | Case No. 2:14-cv-06456 GW (Ex.)<br><br>**PARTIES' STIPULATION TO CONTINUE THE MSJ HEARING DATE FOR PATSOURAS AND PMC PROPERTIES TO MAY 26, 2022 (FROM MAY 16, 2022) AND [PROPOSED] ORDER** |
| AND RELATED CROSS ACTIONS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | |

## I. Background

Hearings on the MSJs filed which relate to the Patsouras Property and PMC Property have been set for May 16, 2022, with Supplemental Briefs due on May 2, 2022. [Dkt. 1012, 1013.]

William Wick (counsel for Halliburton Affiliates, LLC, one of the Patsouras Property Defendants) scheduled and paid for an east coast vacation that includes the May 16 hearing date and extends to May 22. However, he had not calendared the vacation and did not notice the conflict when May 16 was proposed.

After his recollection about the vacation was refreshed by his wife, Mr. Wick contacted counsel for Plaintiffs, the other Patsouras Property Defendants, and the PMC Defendants, to ascertain their availability and willingness to appear at the hearing on May 26 and, as a second option (if the Court were unavailable on May 26), May 23. All counsel indicated their availability and their willingness to stipulate to move the May 16 hearing to May 26, or if the Court is unable to accommodate the hearing on May 26, to May 23.

All counsel agree that the Supplemental Brief due date of May 2, 2022, should remain unchanged.

## II. Stipulation

Plaintiffs, the Patsouras Property Defendants (Halliburton Affiliates, LLC; Intervenors Fireman's Fund Insurance Company and Federal Insurance Company, as insurers of Palley Supply Company; and Kekropia, Inc.), and the PMC Property Defendants (PMC Specialties Group, Inc. and Ferro Corporation) stipulate to move the May 16, 2022, MSJ hearing to May 26, 2022 (or to May 23, 2022, if the Court is unavailable on May 26).

| | | |
|---|---|---|
| DATED: February 10, 2022 | | LATHROP GPM LLP |
| | By: | /s/ Nancy Sher Cohen |
| | | Nancy Sher Cohen |
| | | Attorneys for Plaintiffs Arconic Inc., et al. |
| DATED: February 10, 2022 | | WACTOR & WICK, LLP |
| | By: | /s/ William D. Wick |
| | | William D. Wick |
| | | Attorneys for Defendant Halliburton Affiliates, LLC |
| DATED: February 10, 2022 | | BASSI EDLIN HUIE & BLUM LLP |
| | By: | /s/ Farheena A. Habib |
| | | Farheena A. Habib |
| | | Attorneys for Interveners Fireman's Fund Insurance Company and Federal Insurance Company as Insurers for Palley Supply Co |
| DATED: February 10, 2022 | | OTTEN LAW, PC |
| | By: | /s/ Victor Otten |
| | | Victor Otten |
| | | Attorneys for Defendant Kekropia, Inc. |

DATED: February 10, 2022             BASSI EDLIN HUIE & BLUM LLP

By:      /s/ Earl L Hagstrom
_____
Earl L. Hagstrom
Daniel E. Trowbridge
Attorneys for Defendants PMC Specialties
Group, Inc. and Ferro Corporation

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, William D. Wick, am the ECF user whose ID and password are being used to file this Parties' Stipulation to Continue the May 16, 2022 MSJ Hearing Date to May 26, 2022. In compliance with C.D. Cal. Civ. L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of each signatory to this document.

         /s/ William D. Wick
_____
William D. Wick