# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| ARCONIC INC., et al.,<br><br>  Plaintiffs,<br>  v.<br><br>APC INVESTMENT CO., et al.,<br><br>  Defendants.<br><br>AND RELATED CROSS ACTIONS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | Case No. CV 14-6456-GW-Ex<br><br>**ORDER RE PARTIES' STIPULATION TO CONTINUE THE MSJ HEARING DATE FOR PATSOURAS AND PMC PROPERTIES TO MAY 26, 2022 (FROM MAY 16, 2022)** |

# ORDER

IT IS HEREBY ORDERED THAT:

The May 16, 2022, hearing set for the MSJs involving Plaintiffs, the Patsouras Property Defendants, and the PMC Property Defendants, is hereby continued to May 26, 2022. The Supplemental Brief due date of May 2, 2022, remains unchanged.

DATED: February 14, 2022

_____
HON. GEORGE H. WU
United States District Judge

Respectfully Submitted by:
WILLIAM D. WICK (State Bar No. 063462)
   bwick@ww-envlaw.com
ANNA L. NGUYEN (State Bar No. 226829)
   anguyen@ww-envlaw.com
WACTOR & WICK LLP
3640 Grand Avenue, Suite 200
Oakland CA 94610-2023
Telephone: (510) 465-5750

Attorneys for Defendant, Counter-Complainant, and Cross-Complainant
HALLIBURTON AFFILIATES, LLC