MICHAEL E. GALLAGHER, ESQ (SBN 195592)
mgallagher@eghblaw.com
EARL L. HAGSTROM, ESQ. (SBN150958)
ehagstrom@eghblaw.com
FARHEENA A. HABIB (SBN 243405)
fhabib@eghblaw.com
EDLIN GALLAGHER HUIE + BLUM
515 S. Flower Street, Suite 1020
Los Angeles, CA 90071
Telephone: (213) 412-2661
Facsimile: (213) 652-1992

Attorneys for Defendant
PALLEY SUPPLY COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCOA INC., et al.,<br><br>       Plaintiffs,<br><br>  vs.<br><br>APC INVESTMENT CORP., et al.,<br><br>       Defendants. | Case No. 2:14-cv-06456-GW (Ex)<br><br>**NOTICE OF FIRM NAME CHANGE** |

3363316

1  PLEASE TAKE NOTICE that effective immediately, the name of BASSI
2  EDLIN HUIE AND BLUM has changed to:
3  **EDLIN GALLAGHER HUIE + BLUM**
4
5  The fax and telephone numbers remain the same, but counsels' e-mail addresses
6  have been updated to mgallagher@eghblaw.com; ehagstrom@eghblaw.com;
7  fhabib@eghblaw.com
8
9  Date:  March 2, 2022                EDLIN GALLAGHER HUIE + BLUM
10
11
12  By: /s/ Farheena Habib
       FARHEENA A. HABIB
13     Attorneys for Defendant
       PALLEY SUPPLY COMPANY

3363316

2
NOTICE OF FORM NAME CHANGE

Re: **Alcoa Inc., et al. v. APC Investment Corp., et al.**
United States District Court, Central District Case No. 2:14-cv-06456-GW (Ex)

### PROOF OF SERVICE – ELECTRONIC TRANSMISSION

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is EDLIN GALLAGHER HUIE + BLUM, 500 Washington Street, Suite 700, San Francisco, California 94111.

On March 2, 2022, I electronically served the document(s) via USDC CDCA website, described below, on the recipients designated on the Transaction Receipt located on the USDC CDCA ECF website.

### NOTICE OF FIRM NAME CHANGE

On the following parties:

PLEASE SEE SERVICE LIST PROVIDED BY USDC CDCA WESSITE

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on March 2, 2022, at San Francisco, California.

_____
CHRIS CHRISTENSEN

3364796