UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-6456-GW(Ex) | Date | March 14, 2022 |
|---|---|---|---|
| Title | *BASF Corporation, et al. v. APC Investment Co., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nancy S. Cohen<br>Ronald A. Valenzuela<br>William E. Ford | Pete Nyquist<br>Sherry Jackman<br>Earl L. Haegstrom<br>Daniel E. Trowbridge<br>BY TELEPHONE:<br>Robert Martin<br>Zachary Walton<br>Robert Doty<br>Sedina Banks<br>Vic Otten<br>William Wick<br>James B. Harris<br>Farheena Habib<br>Megan Meadows<br>Tammy Hong<br>Chris Foster |

**PROCEEDINGS:** COMMON ISSUES OF LAW AS TO CERTAIN ELEMENTS OF CERCLA LIABILITY IN REGARDS TO THE MOTIONS FOR PARTIAL SUMMARY JUDGMENT

The Court's Tentative Ruling was issued on March 10, 2022 [1028]. Oral argument is held. For reasons stated on the record, the matter is taken under submission. Defendants' supplemental citations are to be filed by March 15, 2022. Plaintiffs' response is due by no later than March 17, 2022.

|  | 1 | : | 15 |
|---|---|---|---|
| Initials of Preparer | JG | | |