DAVID R. ISOLA, SBN 150311
  disola@isolalaw.com
STEPHEN B. ARDIS, SBN 162947
  sardis@isolalaw.com
ISOLA LAW GROUP, LLP
405 West Pine Street
Lodi, California 95240
Telephone: (209) 367-7055
Facsimile:  (209) 367-7056

Attorneys for Defendant,
POWERINE OIL COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCONIC, INC., et al.<br><br>          Plaintiffs,<br><br>     v.<br><br>APC INVESTMENT CO., et al.,<br><br>          Defendants. | Case No.: 2:14-cv-06456 GW (Ex.)<br><br>**STIPULATION RE ORDER STAYING PROCEEDINGS AS BETWEEN PLAINTIFFS AND DEFENDANT POWERINE OIL COMPANY**<br><br>Judge: Hon. George H. Wu |

TO THE HONORABLE COURT:

As previously reported to the court, Plaintiffs and Defendant Powerine Oil Company ("Powerine"), collectively referred to herein as "the Parties", have agreed in principle to settle their dispute over the claims alleged in this action (the "Settlement"), subject to formalizing the terms of the agreement in writing, and subject to Powerine entering into a settlement with the federal government under an Administrative Order on Consent related to the Omega Chemical Corporation Superfund Site (the "AOC"). The Settlement will be funded by Powerine's insurer, Chubb, which is responsible for historical liability insurance policies issued to Powerine. Chubb is seeking from the federal government a release of claims against Lakeland Development Company ("Lakeland"), a company related to Powerine and which is in bankruptcy. Accordingly, approval of the settlement memorialized in the AOC required approval by the bankruptcy court overseeing the bankruptcy proceedings for Lakeland.

The Court has previously issued orders continuing the deadline to file dispositive motions as to Phase 1 issues as to Powerine to facilitate efforts to formalize the Settlement.

The bankruptcy court has now granted approval, and the Parties have completed documentation for this Settlement, which is now circulating for signatures by all entities involved. The Settlement between Plaintiffs and Powerine is subject to completion of the following conditions: closure of all public comment periods contemplated under the AOC, including the public comment period required pursuant to Section 122(i) of

CERCLA, 42 U.S.C. § 9622(i), and EPA issuing written notice that the United States has determined not to withhold its consent or seek to modify the AOC based on the comments received, if any The Parties estimate that completion of these events may take 45 to 90 days.

Anticipating final approval of the written settlement agreement by all involved, the Parties stipulate and agree, subject to this Court's approval, that the Court should stay all further proceedings in this action as between Plaintiffs and Powerine only, until further order of the Court.  Any of the Parties shall have the right to seek termination or modification of the stay by the Court on ten day's written notice to the Court and the Parties.

The Parties respectfully request that the Court enter an order staying all further proceedings in this action, as between Plaintiffs and as to Powerine only, consistent with the above.

Dated: April 22, 2022                ISOLA LAW GROUP, LLP


                                     By:  /s/ Stephen B. Ardis
                                          Stephen B. Ardis
                                          Attorneys for Defendant
                                          POWERINE OIL COMPANY

Dated: April 22, 2022                LATHROP GPM LLP


                                     By:  /s/ Nancy Sher Cohen
                                          Nancy Sher Cohen
                                          Attorneys for Plaintiffs
                                          ARCONIC, INC., et al.

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, Stephen B. Ardis, am the ECF user whose ID and password are being used to file this Stipulation. In compliance with C.D. Cal. Civ. L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of each signatory to this document.

Dated: April 22, 2022

/s/ Stephen B. Ardis
Stephen B. Ardis