FARHEENA A. HABIB, ESQ (SBN 243405)
fhabib@eghblaw.com
EDLIN GALLAGHER HUIE + BLUM
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendant, Counter-Complainant, and Cross-Complainant
INTERVENORS FIREMAN'S FUND INSURANCE CO. AND FEDERAL INSURANCE CO., AS INSURERS OF PALLEY SUPPLY CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCONIC INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> APC INVESTMENT CO., et al., <br> Defendants. <br><br><br> AND RELATED CROSS ACTIONS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | Case No. 2:14-cv-06456-GW (Ex) <br><br> **RESPONSE TO PLAINTIFFS' OBJECTION TO THE PATSOURAS PROPERTY DEFENDANTS (HALLIBURTON AFFILIATES, LLC; INTERVENORS FIREMAN'S FUND INSURANCE CO. AND FEDERAL INSURANCE CO., AS INSURERS OF PALLEY SUPPLY CO.; AND KEKROPIA, INC.) SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND KEKROPIA'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

3406648

RESPONSE TO PLAINTIFFS' OBJECTION TO THE PATSOURAS PROPERTY DEFENDANTS' SUPPLEMENTAL BRIEF.

## I. INTRODUCTION

This is the Patsouras Property Defendants' response to Plaintiffs' Objection (Dkt. 1082) to the Patsouras Property Defendants' Supplemental Brief (Dkt. 1065) in Support of their Motion for Summary Judgment and Kekropia, Inc.'s Opposition to Plaintiffs' Summary Judgment Motion. As an overarching matter, the Patsouras Defendants dispute that Plaintiffs are permitted to file a written objection at this time as any issues they have could properly be raised during the oral argument set for May 26, 2022. Nonetheless, this response will address the issues raised by Plaintiffs in advance of the hearing.

## II. RESPONSE TO OBJECTIONS

### A. THE ISSUE OF PALLEY SUPPLY'S ALLEGED RELEASES IS NOT NEW.

First, the issue of the nature of releases by Palley Supply Company was addressed in the moving papers filed by the Patsouras Property Defendants. In response to allegations in the Fifth Amended Complaint against Palley Supply Company, the moving brief discussed the two 1988 notice of violations related to clarifiers on the site. The brief noted that the notice of violation did not refer to the release of hazardous substances. (Dkt. 902 at 61:18-62:4). In addition, the moving brief refers to a finding by environmental consultant EAI that "chlorinated compounds detected in ground water at the Site are not the result of former site activities." (Id. at 55:22-25).

Second, and critically, the supplemental brief addresses only the evidence related to the specific disposals <u>identified by Plaintiffs in their Opposition brief</u>. In their Opposition (Dkt. 950-1) Plaintiffs point to certain evidence related to purported disposals of ostensibly hazardous materials by Palley Supply Company. (See Dkt. 950-1 at 36:1-22). Palley argues in the supplemental brief that none of the documents cited by Plaintiffs actually demonstrates disposal of an <u>OU-2 hazardous substance</u>. Palley is asking the Court to review evidence cited by the

3406648

2

RESPONSE TO PLAINTIFFS' OBJECTION TO THE PATSOURAS PROPERTY DEFENDANTS' SUPPLEMENTAL BRIEF.

Plaintiffs themselves to make a finding that Plaintiffs have not proffered any evidence that demonstrates disposal of an <u>OU-2 hazardous substance</u> by Palley Supply Company.  This finding would support a ruling that Palley Supply Company did not dispose of a hazardous substance during the time it operated the Patsouras site and, consequently, is not a "covered person" under CERCLA Section 107(a)(2).  The issue is certainly no surprise to Plaintiffs as they have identified purported disposals by Palley Supply Company both in their Opposition as well as their affirmative motion against Kekropia, Inc.  The Court can and should issue a ruling on this issue.

### B. THE PATSOURAS PROPERTY DEFENDANTS HAVE COMPLIED WITH THE COURT'S ORDER ON THE PAGE LIMITS FOR SUPPLEMENTAL BRIEFS.

Contrary to Plaintiffs' inaccurate framing of this issue, the Patsouras Property Defendants have not violated the Court's page limitations for supplemental briefing.  The Court allowed defendants seven (7) additional pages to file a supplemental brief in support of their motions for summary judgment and seven (7) additional pages in opposition to Plaintiffs' motion for summary judgment.  Here, there are two motions at issue: 1) the Patsouras Property Defendants' motion for summary judgment against Plaintiffs (Dkt. 902) and 2) Plaintiffs' motion for summary judgment against defendant Kekropia, Inc., only (Dkt. 903-2). Rather than file <u>two</u> 7 page supplemental briefs, the Patsouras Defendants collectively filed <u>one</u> 10 page brief on the issues addressed in both motions.  In its Order related to the Chrysler Property (Dkt. 1046) the Court notes that though Chrysler *could have filed two 7 page briefs*, it was permitted to file one 10 page brief.  Likewise, the Patsouras Property Defendants could have filed two 7-page briefs.  The Patsouras Property Defendants are in the same position as Chrysler and this Order should apply equally to them.  In fact, it was the Patsouras

3406648

3

RESPONSE TO PLAINTIFFS' OBJECTION TO THE PATSOURAS PROPERTY DEFENDANTS' SUPPLEMENTAL BRIEF.

Property Defendants' good faith understanding that this Order did apply to all defendants with cross-motion and that liaison counsel had raised this with Plaintiffs' counsel. Critically, Plaintiffs *have not been harmed* by this combined filing in any way as the Patsouras Property Defendants could have filed a separate 7-page brief. The Patsouras Property Defendants respectfully ask that the Court reject Plaintiffs' request to disregard any portion of the Patsouras Defendants' supplemental brief.

Date:  May 17, 2022          EDLIN GALLAGHER HUIE + BLUM

By: Farheena A. Habib
    FARHEENA A. HABIB
    Attorneys for Defendant. Counter-Complainant and Cross-Complainant
    INTERVENORS FIREMAN'S FUND INSURANCE CO. AND FEDERAL INSURANCE CO., AS INSURERS OF PALLEY SUPPLY CO.

                              WACTOR & WICK LLP

DATED: May 17, 2022          By: /s/ William D. Wick
                             William D. Wick, Attorneys for Defendant Halliburton Affiliates, LLC

DATED: May 17, 2022          OTTEN LAW, PC

                             By: /s/ Victor Otten
                             Victor Otten, Attorneys for Defendant Kekropia, Inc.

3406648

4

RESPONSE TO PLAINTIFFS' OBJECTION TO THE PATSOURAS PROPERTY DEFENDANTS' SUPPLEMENTAL BRIEF.

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, Farheena A. Habib, am the ECF user whose ID and password are being used to file this Parties' Certain Defendants' Joint Supplemental Brief Re: Common Legal Issues. In compliance with C.D. Cal. Civ. L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of each signatory to this document.

By: /s/ Farheena A. Habib
Farheena A. Habib

3406648

5

RESPONSE TO PLAINTIFFS' OBJECTION TO THE PATSOURAS PROPERTY DEFENDANTS' SUPPLEMENTAL BRIEF.

| | |
|---|---|
| Re: | <u>**Arconic, Inc., et al. v. APC Investment Corp., et al.**</u><br>United States District Court, Central District Case No. 2:14-cv-06456-GW (Ex) |

### PROOF OF SERVICE – ELECTRONIC TRANSMISSION

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is EDLIN GALLAGHER HUIE + BLUM, 500 Washington Street, Suite 700, San Francisco, California 94111.

On May 17, 2022, I electronically served the document(s) via USDC CDCA website, described below, on the recipients designated on the Transaction Receipt located on the USDC CDCA ECF website.

**RESPONSE TO PLAINTIFFS' OBJECTION TO THE PATSOURAS PROPERTY DEFENDANTS (HALLIBURTON AFFILIATES, LLC; INTERVENORS FIREMAN'S FUND INSURANCE CO. AND FEDERAL INSURANCE CO., AS INSURERS OF PALLEY SUPPLY CO.; AND KEKROPIA, INC.) SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND KEKROPIA'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

On the following parties:

PLEASE SEE SERVICE LIST PROVIDED BY USDC CDCA WESSITE

3364796

1 |     I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on May 17, 2022, at San Francisco, California.

*[signature]*

CHRIS CHRISTENSEN