UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-6456-GW(Ex) | Date | May 26, 2022 |
|---|---|---|---|
| Title | *BASF Corporation, et al. v. APC Investment Co., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ronald A. Valenzuela | William D. Wick |
| Nancy S. Cohen | Farheen Habib |
| William F. Ford | Earl L. Hagstrom |
| | Daniel E. Trowbridge |
| | BY TELEPHONE: |
| | Robert B. Martin, III |
| | Victor Otten |
| | Zachary Walton |
| | Megan Meadows |
| | Sedina Banks |

**PROCEEDINGS:**   **HEARING ON PATSOURAS / PMC'S MOTION FOR SUMMARY JUDGMENT**

Court hears oral argument. For reasons stated on the record, the matters are taken under submission.

: 50

Initials of Preparer   JG