# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 14-6456-GW(Ex) | Date | July 11, 2022 |
|---|---|---|---|
| Title | *BASF Corporation, et al. v. APC Investment Co., et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Ronald A. Valenzuela
Nancy S. Cohen

Attorneys Present for Defendants:

Robert B. Martin, III - Liaison Counsel
Peter A. Nyquist (UPRC)
Zachary R. Walton (Phibro-Tech, Inc.)
Christopher G. Foster (APC)
William D. Wick (Halliburton)
James Z. Harris (Bodycote)
Megan S. Meadows (Foss)
Robert P. Doty (Palmtree)
Brian D. Langa (Earl)
Fred Blum (PMC)
Daniel E. Trowbridge (PMC)
Farheena Habib (Palley)

**PROCEEDINGS:       TELEPHONIC SCHEDULING CONFERENCE**

Court and counsel discuss scheduling. The Court sets the following:

| | |
|---|---|
| Mediation Cutoff | May 31, 2023 |
| Post-Mediation Status Conference | June 1, 2023 at 8:30 a.m. |
| Discovery Cutoff | June 10, 2023 |
| Expert Discovery Cutoff | April 14, 2023 |
| Motion Hearing Cutoff | May 25, 2023 |
| Deadline to file Motion in Limine Documents | June 9, 2023 |
| Hearing on Motions in Limine | June 15, 2023 at 8:30 a.m. |
| Pretrial Conference | June 29, 2023 at 8:30 a.m. |
| Jury Trial | July 11, 2023 at 9:00 a.m. |

:        11

Initials of Preparer    JG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-6456-GW(Ex) | Date | July 11, 2022 |
|---|---|---|---|
| Title | *BASF Corporation, et al. v. APC Investment Co., et al.* | | |

The parties will decide in writing as to initial expert and rebuttal expert report deadlines.

The Court sets a status conference for September 19, 2022 at 8:30 a.m., with a joint status report to be filed by noon on September 14, 2022.

                 :     11

Initials of Preparer   JG