JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

BASF CORPORATION, et al,

Plaintiffs,

v.

APC INVESTMENT CO., et al.,

Defendants.

Case No. CV 14-6456-GW-Ex

**ORDER RETAINING JURISDICTION OVER MATTER TO PERMIT PLAINTIFFS' REQUEST TO REOPEN CASE TO FACILITATE ADJUDICATION OF GOOD FAITH SETTLEMENT MOTIONS**

The Court, on November 5, 2026, having considered and granted Plaintiffs' request for an order retaining jurisdiction over this matter to reopen this case, at Plaintiffs' request, for the sole purpose of adjudicating a motion for good faith settlement determination and contribution bar if additional settlements resolving Plaintiffs' claims in this case occur, and the settling parties wish to obtain a good faith settlement determination and bar order:

IT IS HEREBY ORDERED THAT:

This Court retains jurisdiction over this matter to reopen this case, upon request by Plaintiffs, to adjudicate a motion for good faith settlement determination and contribution bar if additional settlements resolving Plaintiffs' claims in this case occur, and the settling parties wish to obtain such a determination and bar order.

**IT IS SO ORDERED.**

Dated: November 6, 2026

HON. GEORGE H. WU,
United States District Judge

Respectfully submitted by:

LATHROP GPM LLP
Nancy Sher Cohen, Bar No. 81706
nancy.cohen@lathropgpm.com
Ronald A. Valenzuela, Bar No. 210025
ronald.valenzuela@lathropgpm.com
2029 Century Park East, Suite 1280
Los Angeles, California 90067-1623
Telephone: 310.789.4600
Facsimile: 310.789.4601

Attorneys for Plaintiffs
BASF Corporation, et al.